UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-161 (RBW) |
| ) | |
| DUSTIN BYRON THOMPSON and ) | |
| ROBERT LYON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the hearing held on April 21, 2021, via videoconference, it is hereby

**ORDERED** that the United States' Motion to Continue and to Exclude Time Under the Speedy Trial Act, ECF No. 14, is **GRANTED** without objection.  It is further

**ORDERED** that the United States' Motion for Protective Order, ECF No. 17, is **GRANTED** without objection.  It is further

**ORDERED** that, on June 22, 2021, at 11:00 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  It is further

**ORDERED** that, as to the defendant Dustin Thompson, with the defendant's and the government's consent, the time from April 21, 2021, to June 22, 2021, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to receive and review the discovery in this case.  It is further

**ORDERED** that, as to the defendant Robert Lyon, with the defendant's and the government's consent, the time from April 21, 2021, to June 22, 2021, is excluded under the

Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to receive and review the discovery in this case. It is further

**SO ORDERED** this 21st day of April, 2021.

_____
REGGIE B. WALTON
United States District Court Judge