**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 1:21-cr-00161 |
| vs. | : | JUDGE WALTON |
| DUSTIN BYRON THOMPSON, | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE OF COUNSEL**

Samuel H. Shamansky respectfully requests that the Court enter his appearance as counsel for Defendant, Dustin Byron Thompson, in the above-captioned case.

Respectfully submitted,

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY
Ohio Supreme Court No. 0030772
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Office
(614) 242-3999 – Fax
shamanskyco@gmail.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, which will send notification of such filing to Angela Nichole Buckner, 555 4th Street NW, Washington DC 20530 and William Kennelly Dreher, 700 Stewart Street, Suite5220, Seattle, Washington, 98101 on May 3, 2021.

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY