# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 21-161 (RBW) |
| | ) |
| DUSTIN BYRON THOMPSON and ROBERT LYON, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On April 22, 2021, the Court scheduled a status hearing for June 22, 2021, at 11:00 a.m., via teleconference. See Order at 1 (Apr. 22, 2021), ECF No. 19. However, on June 22, 2021, counsel for the defendant Dustin Thompson failed to appear for the status hearing. Accordingly, it is hereby

**ORDERED** that, on or before June 23, 2021, counsel for the defendant Dustin Thompson shall **SHOW CAUSE** in writing as to why he failed to appear for the June 22, 2021 status hearing. It is further

**ORDERED** that the status hearing previously scheduled for June 22, 2021, is **CONTINUED** to June 24, 2021, at 10:30 a.m. The parties shall appear via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 22nd day of June, 2021.

_____
REGGIE B. WALTON
United States District Court Judge