UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 21-161 (RBW) |
| | ) |
| DUSTIN BYRON THOMPSON and ROBERT LYON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on June 24, 2021, via teleconference, it is hereby

**ORDERED** that the Court's June 22, 2021 Order, ECF No. 28, directing counsel for the defendant Dustin Thompson to show cause, is **VACATED**. It is further

**ORDERED** that, on August 4, 2021, at 11:00 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, as to the defendant Dustin Thompson, with the defendant's and the government's consent, the time from June 22, 2021, to August 4, 2021, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to review the discovery in this case. It is further

**ORDERED** that, as to the defendant Robert Lyon, with the defendant's and the government's consent, the time from June 22, 2021, to August 4, 2021, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to review the discovery in this case.

**SO ORDERED** this 24th day of June, 2021.

REGGIE B. WALTON
United States District Court Judge