UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 21-161 (RBW) |
| DUSTIN BYRON THOMPSON and ROBERT LYON, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on August 4, 2021, via teleconference, it is hereby

**ORDERED** that, on October 18, 2021, at 9:00 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, as to the defendant Dustin Thompson, with the defendant's and the government's consent, the time from August 4, 2021, to October 18, 2021, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to review the discovery in this case. It is further

**ORDERED** that, as to the defendant Robert Lyon, with the defendant's and the government's consent, the time from August 4, 2021, to October 18, 2021, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to review the discovery in this case.

**SO ORDERED** this 4th day of August, 2021.

_____
REGGIE B. WALTON
United States District Court Judge