**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-161 (RBW) |
| ) | |
| DUSTIN BYRON THOMPSON and ) | |
| ROBERT LYON, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on November 18, 2021, via teleconference, it is hereby

**ORDERED** that, on January 26, 2022, at 9:30 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 18th day of November, 2021.

REGGIE B. WALTON
United States District Court Judge