# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 1:21-cr-00161 |
| v. | : | JUDGE WALTON |
| DUSTIN BYRON THOMPSON, | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION TO APPOINT U.S. MARSHALS SERVICE AS PROCESS SERVER

Defendant Dustin Byron Thompson, through undersigned counsel, respectfully moves this Court for an Order appointing the U.S. Marshals Service as process server in the above-captioned case. The reasons in support of this Motion are set forth in the following Memorandum.

Respectfully submitted,

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY CO., L.P.A.
Samuel H. Shamansky (0030772)
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Phone
(614) 242-3999 – Fax
shamanskyco@gmail.com

Counsel for Defendant

**MEMORANDUM**

Defendant is charged with several criminal acts allegedly committed following the "Save America" rally and subsequent breach of the Capitol Building on January 6, 2021. Mr. Thompson intends to subpoena numerous witnesses involved in the planning and execution of the attempt to disrupt the certification of the 2020 presidential election.

These witnesses include former President Donald J. Trump and several members of his inner circle, including Donald Trump, Jr., Rudolph Giuliani, Stephen Bannon, Professor John Eastman, Stephen Miller, and Attorneys L. Lin Wood and Sidney Powell. Considering the significant roles these witnesses play in the legal and political communities, and the evasiveness that some have historically shown in the face of court orders, Defendant submits that appointment of the U.S. Marshals Service is necessary in order to effectuate his right to compulsory process and ensure that the same is accomplished expeditiously.

For the foregoing reasons, Defendant respectfully requests an Order appointing the U.S. Marshal Service as process server.

Respectfully submitted,

/s/ **Samuel H. Shamansky**
SAMUEL H. SHAMANSKY CO., L.P.A.
Samuel H. Shamansky (0030772)
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Phone
(614) 242-3999 – Fax
shamanskyco@gmail.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, which will send notification of such filing to Assistant U.S. Attorney William Dreher, 700 Stewart Street, Suite 5220, Seattle, Washington 98101 on January 7, 2022.

                                        **/s/ Samuel H. Shamansky**
                                        SAMUEL H. SHAMANSKY