UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DUSTIN BYRON THOMPSON and ) <br> ROBERT LYON, ) <br> ) <br> Defendants. ) <br> ) | Criminal Action No. 21-161 (RBW) |

## ORDER

Upon consideration of the United States' Motion for Early Return of Trial Subpoena Pursuant to Federal Rule of Criminal Procedure 17(c), it is hereby

**ORDERED** that the United States' Motion for Early Return of Trial Subpoena Pursuant to Federal Rule of Criminal Procedure 17(c), ECF No. 45, is **GRANTED**. It is further

**ORDERED** that Oath Holdings, Inc. (Yahoo) comply with Trial Subpoena No. TR2021120284957, ECF No. 45-1, by producing records as described in Attachment A to the subpoena. It is further

**ORDERED** that Oath Holdings, Inc. (Yahoo), in lieu of appearing in court with the requested records, may provide them directly to the United States Attorney's Office for the District of Columbia on or before January 26, 2022, at 12:30 p.m. It is further

**ORDERED** that the government shall promptly produce any subpoena results it receives to the defendant through the discovery process. It is further

**ORDERED** that the government may grant the subpoenaed entities any requested necessary extensions of time to comply with the subpoenas.

**SO ORDERED** this 10th day of January, 2022.

REGGIE B. WALTON
United States District Court Judge