## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CASE NO. 21-CR-161 RBW |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| DUSTIN BYRON THOMPSON, : | |
| : | |
| Defendant. : | |

### NOTICE OF PUBLIC AUTHORITY DEFENSE

Defendant Dustin Byron Thompson, through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that he may assert as a defense at trial that he was acting under actual or believed public authority at the time of the alleged offenses.

Defendant submits that, on or about January 6, 2021, he was directed to engage in the conduct set forth in the indictment by Donald J. Trump and his various conspirators. At the time, Mr. Trump was vested with the full authority of the Executive Branch as President of the United States of America and was acting under color of that authority.

Respectfully submitted,

/s/ Samuel H. Shamansky_____
**SAMUEL H. SHAMANSKY CO., L.P.A.**

Samuel H. Shamansky (OH0048)
523 South Third Street
Columbus, Ohio 43215
P: (614) 242-3939
F: (614) 242-3999
shamanskyco@gmail.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, which will send notification of the filing to Assistant United States Attorneys William Dreher, 700 Stewart Street, Suite 5220, Seattle, WA 98101, and Jennifer M. Rozzoni, 203 3rd Street, Suite 900, Albuquerque, NM 87102, on February 4, 2022. An additional copy has been delivered via electronic mail.

/s/ Samuel H. Shamansky_____
SAMUEL H. SHAMANSKY