**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 21-CR-161 RBW |
| v. | : | |
| DUSTIN BYRON THOMPSON, | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE**

Donald L. Regensburger respectfully requests that the Court enter his appearance as co-counsel for Defendant Dustin Byron Thompson in the above-captioned case.

Respectfully submitted,

**/s/ Donald L. Regensburger**
DONALD L. REGENSBURGER
D.C. Bar No. OH0056
523 South Third Street
Columbus, Ohio 43215
T: (614) 242-3939
F: (614) 242-3999
Email: don.regensburger@gmail.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, which will send notification of the filing to Assistant United States Attorneys William Dreher, 700 Stewart Street, Suite 5220, Seattle, WA 98101, and Jennifer M. Rozzoni, 203 3rd Street, Suite 900, Albuquerque, NM 87102, on March 16, 2022.

**/s/ Donald L. Regensburger**
DONALD L. REGENSBURGER