**Gmail**  Samuel Shamansky <████████@gmail.com>

## IndividualService Not Served - Samuel H. Shamansky Co., L.P.A., 1SS032822, 4053362

████@firefly.pro <████@firefly.pro>  Sat, Apr 2, 2022 at 12:20 PM
Reply-To: ████@firefly.pro
To: ████@gmail.com, ████@gmail.com, ████@firefly.pro

| | |
|---|---|
| Service Manner: | IndividualService Not Served |
| File Number: | 1SS032822 |
| Case Number: | 21-CR-161 RBW |
| Plaintiff: | United States of America |
| Reference Number: | 4053362 |
| Recipient: | Donald J. Trump |
| Address: | ████████ Palm Beach, FL 33480 |
| Case Status Date: | 4/1/2022 2:30 PM |
| Process Server: | Samuel ████████ |
| Comments: | Employer will not allow service at place of employment. I wore a mask and socially distanced myself as best I could when completing this service. Was not allowed entry by a very rude armed secret service agent. I was told in no uncertain terms to leave, so I left. |
| Service Type: | Subpoena to Testify at a Hearing or Trial in a Criminal Case |