IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No: 21-CR-161 RBW |
| : | |
| DUSTIN THOMPSON : | |
| : | |
| : | |
| **Defendant.** : | |

## TRIAL STIPULATIONS

The United States of America, by and through William Dreher, Assistant United States Attorney, and Jennifer Rozzoni, Assistant United States Attorney, and the Defendant, Dustin Thompson, and his attorneys, Samuel Shamansky and Donald L. Regensburger, agree and stipulate as follows.[1] The jury may accept the following facts as if they had been proved beyond a reasonable doubt at trial. Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations.

**I.    Stipulations relating to the Senate Parliamentarian.**

1.    The Senate Parliamentarian and two Assistant Parliamentarians work in rooms S-132 and S-133 of the U.S. Capitol Building. On January 6, 2021, one Assistant Parliamentarian left S-132, the Senate Parliamentarian's Office, to open the Senate shortly after 12 p.m. The Senate Parliamentarian and the other Assistant Parliamentarian were in their office until approximately 12:30 p.m., when they left the office to commence the certification proceeding that day. Starting at around 1:35 p.m., the Senate Parliamentarian and the Assistant Parliamentarians were present in the Senate Chamber to assist the presiding officer, Vice President Michael Pence, during the

---

[1] The Exhibits referenced in these stipulations are those produced by the government to the defendant on March 17, 2022.

1

certification of the vote count of the Electoral College of the 2020 Presidential Election (the "Certification").

2. The Parliamentarians expected to have access to their office throughout the day and such access would have assisted them in performing their duties during the Certification. For instance, a few minutes before the Senate recessed at 2:13 p.m., one of the Assistant Parliamentarians went to S-132 to retrieve material related to the Certification. In addition, once the Senate resumed work on the Certification on the evening of January 6, 2021, the Parliamentarians had only one laptop to complete their work, whereas each had a computer in their office.

3. On January 6, 2021, several pieces of office equipment in the Senate Parliamentarian's Office, including computers, printers, and several phones, were broken. Some phones were stolen. Papers and official documents had been scattered on the floor. One set of doors to S-132 could not be properly locked or even closed, which made the office an unsecure location for sensitive documents.

**II.     Stipulations relating to exhibits.**

4. Government's Exhibit 239 shows Thompson and the scene at the North Doors to the Capitol Building around 4 p.m. on January 6, 2021. This exhibit is an authentic copy of a video that fairly and accurately represents what it depicts as of the time it was taken.

5. Government's Exhibits 240-246 show the scene outside the Lower West Tunnel on the west side of the U.S. Capitol Building, including the conduct of Thompson and other rioters and law enforcement officers, between around 4:45 and 5:10 pm on January 6, 2021. These exhibits are authentic copies of videos that fairly and accurately represent what they depict as of the time they were taken.

6. Government's Exhibits 301-308 are authentic copies of business records from Verizon Wireless. The records include information about Thompson's phone number. These records were automatically made at or near the time of the activity on Thompson's cellphone and were made and kept in the course of Verizon Wireless's regularly conducted business activity.

7. Government's Exhibit 310 is an authentic copy of business records from Google LLC. The records include information about Thompson's Google account, falseflag420@gmail.com. These records were automatically made at or near the time of the activity on Thompson's Google account and were made and kept in the course of Google's regularly conducted business activity.

8. Government's Exhibit 400 is the bulletproof vest that the U.S. Capitol Police recovered after January 6, 2021 near the railroad tracks behind a building located at 499 South Capitol Street, SW, Washington, DC 20003. Government's Exhibit 401 is the cap that the U.S. Capitol Police recovered from the same location. Government's Exhibit 402 is the coat rack that Dustin Thompson dropped when he ran away from two U.S. Capitol Police Special Agents at approximately 6 p.m. on January 6, 2021.

**III.   Stipulation relating to Defendant's conduct.**

9. When Thompson entered the restricted area, he knew U.S. Capital Police had closed it to the public and that, in general, it can be unlawful to enter such closed areas without permission.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

    */s/ William Dreher*
    WILLIAM DREHER

D.C. Bar No. 1033828
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov

*/s/ Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
NM Bar No. 14703
Assistant United States Attorney (Detailed)
203 3rd Street, Suite 900
Albuquerque, New Mexico 87102
(505) 350-6818
jennifer.m.rozzoni@usdoj.gov

*/s/ Samuel H. Shamansky*
Samuel H. Shamansky (OH0048)
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Phone
(614) 242-3999 – Fax
shamanskyco@gmail.com

*/s/ Donald L. Regensburger*
Donald L. Regensburger (OH0056)
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Phone
(614) 242-3999 – Fax
don.regensburger@gmail.com

*Counsel for Defendant Dustin Thompson*


*/s/ Dustin Thompson (per authority)*
Dustin Thompson

*Defendant*