UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-161-1 (RBW) |
| ) | |
| DUSTIN BYRON THOMPSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the pre-trial conference held on April 6, 2022, via videoconference, it is hereby

**ORDERED** that the Defendant's Renewed Motion to Appoint U.S. Marshals Service as Process Server, ECF No. 72, is **DENIED**. It is further

**ORDERED** that, on or before April 7, 2022, at 5:00 p.m., the parties shall submit their objections to the Court's proposed verdict form and, as necessary, memoranda providing the applicable legal authority to support their proposed changes.

**SO ORDERED** this 6th day of April, 2022.

REGGIE B. WALTON
United States District Court Judge