UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 21-161-1 (RBW) |
| ) | |
| DUSTIN BYRON THOMPSON, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S ADDITIONAL PROPOSED JURY INSTRUCTIONS**

The government submits the following two proposed jury instructions for the Court's consideration. The first proposed instruction would be a final instruction to the jury; the second proposed instruction is a limiting instruction that the Government would request after the statements of former President Donald Trump or Rudolph Giuliani are entered into evidence. The government submits these instructions in light of the Court's concerns during yesterday's pretrial conference, with which the government agrees, regarding the interaction between the admission of evidence of former President Trump's or Rudolph Giuliani's statements and the two affirmative defenses (entrapment by estoppel and public authority) that this Court has precluded in this trial. Specifically, without a limiting instruction, the government is concerned that the jury may believe there is some question as to whether or not the defendant's actions were in fact authorized (or lawful) as a result of former President Trump's statements. Similarly, the government's first proposed instruction is in part aimed at ensuring that the jury understands that its role is limited to evaluating the guilt or innocence of the defendant.

## **CONSIDER ONLY CRIME CHARGED**

(Tenth Circuit Pattern Instruction 1.19 - Modified)

You are here to decide whether the government has proved beyond a reasonable doubt that the defendant is guilty of the crimes charged. The defendant is not on trial for any act, conduct, or crime not charged in the indictment.

It is not up to you to decide whether anyone other than the defendant should be prosecuted for any of the crimes charged. The fact that another person also may be guilty is no defense to a criminal charge. The question of the possible guilt of others should not enter your thinking as you decide whether this defendant has been proved guilty of the crime charged.

## **LIMITING INSTRUCTION: STATEMENTS OF OTHERS**

You have heard evidence regarding statements made by former President Donald Trump and Rudolph Giuliani on January 6, 2021. This evidence has been admitted for a limited purpose, and that is its potential impact on the defendant's intent or state of mind, if you conclude that the defendant heard those statements. You are not to consider that evidence for any other purpose. Neither former President Donald Trump nor Rudolph Giuliani actually had the power to authorize or make legal the alleged crimes charged in this case.