UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Crim. No. 21-cr-161 (RBW) |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | |
| **DUSTIN BYRON THOMPSON,** | : | |
| | : | |
| Defendant. | : | |

**Government Exhibits**

| *No.* | *Description* | *Admitted?* | *Date* |
| --- | --- | --- | --- |
| | 0 Series | | |
| 1 | Map of U.S. Capitol Grounds | | |
| 2 | Map of U.S. Capitol Restricted Area | | |
| 3 | Aerial overview of U.S. Capitol | | |
| 4 | 3-D Representation of U.S. Capitol Building | | |
| 5 | Maps of interior of U.S. Capitol Building | | |
| 20 | Video Compilation: U.S. Capitol CCTV Footage | | |
| 21 | Photograph of U.S. Capitol on January 6, 2021 | | |
| 22 | Video Compilation: Congressional Proceedings | | |
| | 100 Series | | |
| 100 | Text Messages | | |

| | | | |
|---|---|---|---|
| 101 | Attachment to text message | | |
| 102 | Attachment to text message | | |
| 105 | Attachment to text message | | |
| 112 | Attachment to text message | | |
| 113 | Attachment to text message | | |
| 116 | Attachment to text message | | |
| 118 | Photograph attachment to text | | |
| 119 | Photograph attachment to text | | |
| 120 | Photograph attachment to text | | |
| 121 | Photograph attachment to text | | |
| 122 | Photograph attachment to text | | |
| 123 | Video attachment: Parliamentarian's Office | | |
| 124 | Photograph attachment: Dustin Thompson | | |
| 130 | Letter from defendant Dustin Thompson | | |
| 200 Series | | | |
| 200 | CCTV Footage – Camera 122 | | |

| | | | |
|---|---|---|---|
| 200A | Clip from Exhibit 200 | | |
| 200B | Clip from Exhibit 200 | | |
| 200C | Clip from Exhibit 200 | | |
| 200D | Clip from Exhibit 200 | | |
| 200E | Clip from Exhibit 200 | | |
| 201 | CCTV Footage – Camera 689 | | |
| 201A | Clip from Exhibit 201 | | |
| 201B | Clip from Exhibit 201 | | |
| 201C | Clip from Exhibit 201 | | |
| 202 | CCTV Footage – Camera 928 | | |
| 202A | Clip from Exhibit 202 | | |
| 203 | CCTV Footage – Camera 7213 | | |
| 203A | Clip from Exhibit 203 | | |
| 204 | CCTV Footage – Camera 612 | | |
| 204A | Clip from Exhibit 204 | | |
| 205 | CCTV Footage I – Camera 953 | | |

| | | | |
|---|---|---|---|
| 206 | CCTV Footage I – Camera 930 | | |
| 206A | Screenshot from Exhibit 206 | | |
| 208 | CCTV Footage II – Camera 953 | | |
| 209 | CCTV Footage – Camera 930 | | |
| 211 | CCTV Footage I – Camera 970 | | |
| 212 | CCTV Footage II – Camera 970 | | |
| 212A | Clip from Exhibit 212 | | |
| 213 | CCTV Footage II – Camera 930 | | |
| 214 | CCTV Footage III – Camera 930 | | |
| 220 | Screenshot from Exhibit 200 | | |
| 221 | Screenshot from Exhibit 200 | | |
| 222 | Screenshot from Exhibit 200 | | |
| 223 | Screenshot from Exhibit 200 | | |
| 224 | Screenshot from Exhibit 200 | | |
| 225 | Screenshot from Exhibit 200 | | |
| 226 | Screenshot from Exhibit 200 | | |

| | | | |
|---|---|---|---|
| 227 | Screenshot from Exhibit 201 | | |
| 230 | Video: Peace Circle | | |
| 231 | Video I: Northwest Courtyard | | |
| 231A | Clip from Exhibit 231 | | |
| 232 | Video I: Parliamentarian Hallway | | |
| 233 | Video II: Northwest Courtyard | | |
| 233A | Clip from Exhibit 233 | | |
| 234 | Video I: North Doors | | |
| 234A | Clip from Exhibit 234 | | |
| 235 | Video II: North Doors | | |
| 235A | Screenshot from Exhibit 235 | | |
| 235B | Screenshot from Exhibit 235 | | |
| 236 | Photograph I: North Doors | | |
| 237 | Photograph II: North Doors | | |
| 239 | Video III: North Doors | | |
| 239A | Clip from Exhibit 239 | | |

| | | | |
|---|---|---|---|
| 240 | Video I: Lower West Terrace | | |
| 241 | Video II: Lower West Terrace | | |
| 242 | Video III: Lower West Terrace | | |
| 242A | Clip from Exhibit 242 | | |
| 242B | Screenshot from Exhibit 242 | | |
| 243 | Video IV: Lower West Terrace | | |
| 244 | Video V: Lower West Terrace | | |
| 245 | Video VI: Lower West Terrace | | |
| 245A | Clip from Exhibit 245 | | |
| 245B | Screenshot from Exhibit 245 | | |
| 246 | Video VII: Lower West Terrace | | |
| 246A | Clip from Exhibit 246 | | |
| 246B | Screenshot from Exhibit 246 | | |
| 247 | Photograph: North Doors Interior | | |
| 248 | Video II: Parliamentarian Hallway | | |
| 249 | Video III: Parliamentarian Hallway | | |

| | | | |
|---|---|---|---|
| 270 | Photograph: Robert Lyon | | |
| 273 | Photograph I: Parliamentarian's Office | | |
| 274 | Photograph II: Parliamentarian's Office | | |
| 277 | Photograph III: Parliamentarian's Office | | |
| 279 | Photograph IV: Parliamentarian's Office | | |
| 286 | Photograph V: Parliamentarian's Office | | |
| 287 | Video: Parliamentarian's Office | | |
| 300 Series | | | |
| 300 | Verizon: Business Records Certification | | |
| 301 | Verizon: SMS Explanation Form | | |
| 302 | Verizon: TDR2 Explanation Form | | |
| 303 | Verizon: Historical Call Detail Explanation Form | | |
| 304 | Verizon: Historical SMS | | |
| 305 | Verizon: TDR Historical Cell Sites | | |
| 306 | Verizon: TDR Historical Cell Sites II | | |
| 307 | Verizon: CDR Historical Cell Sites | | |

| | | | |
|---|---|---|---|
| 308 | Verizon: CDR Historical Cell Sites II | | |
| 309 | Google: Business Records Certification | | |
| 310 | Google: Location Data for falseflag420@gmail.com | | |
| 311 | Uber: Business Records Certificate | | |
| 312 | Uber: Trip Information | | |
| 313 | Uber: Subscriber Information | | |
| 314 | GPS Waypoint Maps | | |
| 315 | GPS Waypoint Video | | |
| 316 | Twitter: Business Records Certificate | | |
| 317 | Twitter: Video and Associated Records | | |
| 330 | Associated Press Transcript of President Trump's Speech on January 6, 2021 | | |
| 331 | C-Span Video of January 6 Save America Rally | | |
| 331A | Clip from C-Span Video of Save America Rally | | |
| 400 Series: Physical Evidence | | | |
| 400 | Coat rack | | |
| 401 | Bulletproof vest | | |

| 402 | Trump hat | | |
|---|---|---|---|