

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )      Criminal Action No. 21-161-1 (RBW)<br>)<br>DUSTIN BYRON THOMPSON,          )<br>)<br>            Defendant.                  )<br>_____) | |

### ORDER

Upon consideration of the Government's Additional Proposed Jury Instructions, ECF No. 75, it is hereby

**ORDERED** that, on or before April 8, 2022, at 5:00 p.m., the defendant shall submit to the Court his position as to the Government's Additional Proposed Jury Instructions, ECF No. 75.

**SO ORDERED** this 8th day of April, 2022.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Court Judge