CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

USA

vs.

DUSTIN BYRON THOMPSON

Civil/Criminal No.: 21-cr-161-01 (RBW)

**FILED**

APR 14 2022

Clerk, U.S. District and Bankruptcy Courts

**NOTE FROM JURY**

Jury has Reached a Verdict