UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-161-1 (RBW) |
| ) | |
| DUSTIN BYRON THOMPSON, ) | |
| ) | **FILED** |
| Defendant. ) | |
| ) | APR 14 2022 |
| | Clerk, U.S. District and Bankruptcy Courts |

## VERDICT

As to the offense of Obstruction of an Official Proceeding on January 6, 2021, as charged in Count One of the Superseding Indictment, we the jury unanimously find the Defendant, Dustin Thompson:

NOT GUILTY _____        GUILTY ✓ _____


As to the offense of Theft of United States Government Property on January 6, 2021, as charged in Count Two of the Superseding Indictment, we the jury unanimously find the Defendant, Dustin Thompson:

NOT GUILTY _____        GUILTY ✓ _____


As to the offense of Entering or Remaining in a Restricted Building or Grounds on January 6, 2021, as charged in Count Three of the Superseding Indictment, we the jury unanimously find the Defendant, Dustin Thompson:

NOT GUILTY _____        GUILTY ✓ _____


As to the offense of Disorderly or Disruptive Conduct in a Restricted Building or Grounds on January 6, 2021, as charged in Count Four of the Superseding Indictment, we the jury unanimously find the Defendant, Dustin Thompson:

NOT GUILTY _____        GUILTY ✓ _____

As to the offense of Disorderly or Disruptive Conduct in a Capitol Building on January 6, 2021, as charged in Count Five of the Superseding Indictment, we the jury unanimously find the Defendant, Dustin Thompson:

NOT GUILTY _____          GUILTY ____✓_____

As to the offense of Parading, Demonstrating, or Picketing in a Capitol Building, on January 6, 2021, as charged in Count Six of the Superseding Indictment, we the jury unanimously find the Defendant, Dustin Thompson:

NOT GUILTY _____          GUILTY ____✓_____

**Please sign and date this verdict form on the lines provided below.**

If you agree with the verdict as indicated by your Foreperson, please sign, indicate your juror number, and date this verdict slip on the lines provided below.