

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DUSTIN BYRON THOMPSON, )<br>)<br>Defendant. )<br>) | Criminal Action No. 21-161-1 (RBW) |

## ORDER

Upon consideration of the coalition of press organizations' ("Press Coalition") Application for Access to Trial Exhibits at 1, ECF No. 90, and the Government's Notice Related to Public Release of Trial Exhibits, ECF No. 92, it is hereby

**ORDERED** that the Press Coalition's Application for Access to Trial Exhibits, ECF No. 90, is **GRANTED**. It is further

**ORDERED** that, on or before April 27, 2022, the government shall release to the Press Coalition redacted versions of exhibits that contain personal identifying information, including Exhibits 30 and 100. It is further

**ORDERED** that, on or before April 27, 2022, the government shall release the exhibits that do not contain personal identifying information to the Press Coalition via the "drop box" technical solution discussed in Standing Order 21-18 (May 14, 2021), In re: Media Access to Video Exhibits in Pretrial Hearings During the COVID-19 Pandemic. It is further

**ORDERED** that the government shall provide the Press Coalition with the necessary access credentials to access the "drop box." It is further

**ORDERED** that the Press Coalition is permitted to record, copy, download, retransmit, and otherwise further publish the exhibits that are released to them by the government.

**SO ORDERED** this 22nd day of April, 2022.

REGGIE B. WALTON
United States District Court Judge