≋AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____                District of                Columbia _____

|  |  |
|---|---|
| United States<br>　　　　　Plaintiff (s),<br>V.<br>Dustin Thompson<br>　　　　　Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER:  1:21-cr-00161-RBW |

Notice is hereby given that, subject to approval by the court, __Dustin Thompson__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__Andrew M. Stewart__ , State Bar No. __490984__ as counsel of record in
　(Name of New Attorney)

place of __Samuel H. Shamansky and Donald Lee Regensburger__ .
　　　　　　　(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name:　　　Dennis Stewart & Krischer pllc
　Address:　　　　2007 15th Street North, Suite 201 Arlington, Virginia 22201
　Telephone:　　　(703) 248-0626　　　　　　　　Facsimile  (703) 248-8971
　E-Mail (Optional):　andrew.m.stewart.esq@gmail.com

I consent to the above substitution.
Date: 　5/4/22
　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　5/12/22
　　　　　　　　　　Samuel Shamansky – with Authorization
　　　　　　　　　　Donald Regensburger – with Authorization
　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　5/12/22
　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]