# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No: 1:21-CR-161-RBW-1** |
| : | |
| **DUSTIN BYRON THOMPSON** : | |
| : | |
| **Defendant.** : | |

## CONSENT MOTION TO CONTINUE SENTENCING HEARING

Comes Now the defendant, Dustin Byron Thompson, by and through undersigned counsel, and respectfully submits this Consent Motion to Continue the Sentencing Hearing in the above-captioned matter from July 20, 2022, until September 23, 2022, at 9:00 a.m.

1. Undersigned counsel entered his appearance on May 13, 2022, following a trial and subsequent guilty verdicts.

2. Undersigned counsel requested the trial transcripts and anticipates that they will be ready in the coming weeks.

3. Counsel requires additional time to receive and review the transcripts then prepare Mr. Thompson's position on sentencing.

4. The government does not oppose this request.

Wherefore, for the foregoing reasons, the defendant, Dustin Byron Thompson, respectfully requests that the Court continue the sentencing hearing in this matter until September 23, 2022.

Filed: July 7, 2022                                             Respectfully submitted,

                                                                Dustin Byron Thompson


                                                                By: /s/ *Andrew M. Stewart*          .

ANDREW M. STEWART, ESQ.
D.C. Bar No. 490984
Attorney for the Defendant
2007 15th Street North, Suite 201
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of July, 2022, I electronically filed the foregoing motion with the clerk of the court using the CM/ECF system, which will send an electronic copy to the following:

William Dreher
Assistant United States Attorney
U.S. Attorney's Office, Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101

Jennifer M. Rozzoni
Assistant United States Attorney
U.S. Attorney's Office, District of New Mexico
201 3rd Street NW - Suite 900
P.O. Box 607
Albuquerque, NM 87102

By:  /s/ *Andrew M. Stewart*           .
ANDREW M. STEWART, ESQ.
D.C. Bar No. 490984
Attorney for the Defendant
2007 15th Street North, Suite 201
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com