

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DUSTIN BYRON THOMPSON, )<br>)<br>Defendant. )<br>) | Criminal Action No. 21-161-1 (RBW) |

## ORDER

Upon consideration of the defendant's Consent Motion to Continue Sentencing Hearing, and for good cause shown, it is hereby

**ORDERED** that the defendant's Consent Motion to Continue Sentencing Hearing, ECF No. 100, is **GRANTED**. It is further

**ORDERED** that the sentencing currently scheduled for July 20, 2022, is **CONTINUED** to September 23, 2022, at 9:00 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor of the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 8th day of July, 2022.

_____
REGGIE B. WALTON
United States District Court Judge