1          **IN THE UNITED STATES DISTRICT COURT**

2             **FOR THE DISTRICT OF COLUMBIA**

3    UNITED STATES OF AMERICA,        .
                                      .
4                   Plaintiff,        .   Docket No.  CR 21-161-RBW
                                      .
5           vs.                       .
                                      .
6    DUSTIN THOMPSON,                 .   Washington, D.C.
                                      .   Wednesday, April 13, 2022
7                   Defendant.        .
     . . . . . . . . . . . . . . . . .x   9:06 a.m.
8

9          TRANSCRIPT OF JURY TRIAL - VOLUME 3 of 4

10     BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

11               UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Government:    **Jennifer M. Rozzoni, AUSA**
                            U.S. ATTORNEY'S OFFICE
14                          203 3rd Street, Suite 900
                            Albuquerque, New Mexico 87102
15                          (505) 350-6818
                            jennifer.m.rozzoni@usdoj.gov
16
                            **William Dreher, AUSA**
17                          U.S. ATTORNEY'S OFFICE
                            700 Stewart Street, Suite 5230
18                          Seattle, WA 98101
                            (206) 553-4579
19                          william.dreher@usdoj.gov

20

21   For the Defendant:     **Samuel H. Shamansky, Esquire**
                            **Donald L. Regensburger, Esquire**
22                          523 S 3rd Street
                            Columbus, Ohio 43215
23                          (614) 242-3939
                            shamanskyco@gmail.com

24

25

1    APPEARANCES (Cont'd):

2    Court Reporter:    Cathryn J. Jones, RPR
                        Official Court Reporter
3                       Room 6521, U.S. District Court
                        333 Constitution Avenue, N.W.
4                       Washington, D.C. 20001

5

6

7    Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TABLE OF CONTENTS**

**WITNESSES**

**On behalf of the Government:**

|  | Direct | Cross | Redirect |
|---|---|---|---|
| Special Agent Jaclyn O'Neill (Resumed) | | | |
| (By Mr. Dreher) | 314 | | |
| (By Mr. Shamansky) | | 375 | |
| (By Mr. Dreher) | | | 387 |
| | | | |
| Officer Ronald Lucarino | | | |
| (By Mr. Dreher) | 388 | | |
| (By Mr. Shamansky) | | 406 | |
| (By Mr. Dreher) | | | 409 |
| | | | |
| Technician Craig Atkinson | | | |
| (By Ms. Rozzoni) | 411 | | |
| | | | |
| Officer Marcus Reyes | | | |
| (By Ms. Rozzoni) | 427 | | |
| | | | |
| Special Agent Brian Thomas | | | |
| (By Ms. Rozzoni) | 445 | | |

**On behalf of the Defendant:**

| | Direct | Cross | Redirect |
|---|---|---|---|
| Sarah Marie Thompson | | | |
| (By Mr. Regensburger) | 474 | | |
| (By Ms. Rozzoni) | | 483 | |
| | | | |
| Dustin Thompson | | | |
| (By Mr. Shamansky) | 488 | | |
| (By Mr. Dreher) | | 561 | |

1                    **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  Matter before the Court,

3    Criminal Case Number 21-161-01, United States of America

4    versus Dustin Thompson.  Counsel, please state your names

5    for the record starting with the government.

6              MR. DREHER:  Good morning, Your Honor, William

7    Dreher for the United States and with me is Jennifer Rozzoni

8    for the United States.

9              THE COURT:  Good morning.

10             MR. SHAMANSKY:  Good morning, Judge.  Sam

11   Shamansky, Donald Regensburger on behalf of the defendant,

12   Dustin Thompson.

13             THE COURT:  Good morning.

14             Okay.  Anything before we bring the jury in?

15             MR. SHAMANSKY:  No, sir.

16             MR. DREHER:  Your Honor, just one thing briefly.

17   Unless the defense feels otherwise, I think that the parties

18   are in agreement with this.  We would be okay if the Court

19   did not, just given the volume of stipulations in this case,

20   that if the Court did not feel the need to read the, an

21   instruction each time, I think the parties will be fine with

22   that at this point.

23             THE COURT:  Okay.

24             MR. SHAMANSKY:  That is true, sir.

25             THE COURT:  Okay.  You can bring the jury in.

1          I think the public line is open again.  I hope we

2    don't have a problem today.  We were told that it's thought

3    that it's conceivable people trying to tape the proceedings

4    is causing that to occur, so if there's anybody on the

5    public line don't try to tape the proceedings.  Otherwise,

6    I'll have to turn it off.

7          [Thereupon, Jury enters courtroom at

8    9:11 a.m.]

9          THE COURT:  You may be seated.  Good morning.

10         JURORS IN UNISON:  Good morning.

11         THE COURT:  As you see, one of your fellow jurors

12   because of an illness had to drop out so everybody has got

13   to stay healthy.

14         Okay.  Government counsel -- was it defense

15   counsel or government counsel questioning the witness?

16         MR. DREHER:  Government counsel.

17         THE COURT:  You may proceed.

18              DIRECT EXAMINATION (Cont'd)

19   BY MR. DREHER:

20   Q    Special Agent O'Neill, I'm going to bring you back to

21   Exhibit 20, which has already been admitted in this case.

22   And we're going to pick up from the 8 minute 31 second mark

23   of this video.  What time on January 6th is the next video

24   that the jury will see?

25   A    Approximately 2:38 p.m.

1    Q    Okay.

2           MR. DREHER:  And is it published to the jury?

3           THE DEPUTY CLERK:  Yes.

4           [Video played.]

5    BY MR. DREHER:

6    Q    Can you explain what's going on here?

7    A    So the rioters have pushed officers out of the way and

8    they're pushing open an exterior door that leads out onto

9    the east front of the Capitol.

10           [Video played.]

11    BY MR. DREHER:

12    Q    All right.  Now at the 9:10 mark, where's this next

13    video?

14    A    So this is outside of the Senate gallery, so it's an

15    area where the public is, outside of the pandemic, they're

16    allowed to go and view Senate processes, but there's

17    additional screening measures for that, which you can

18    actually see on the right-hand side of the screen.

19    Q    Let me just ask you, I've paused it at the 9 minute 20

20    second mark, when you say the "the Senate gallery," where is

21    that in relation to the chamber of the Senate of the United

22    States?

23    A    So it's one floor above.

24    Q    From the gallery, are you able to see the floor of the

25    Senate?

1    A    Yes.

2    Q    So what's happening here at the 9:27 mark?

3    A    So individuals are trying to lock up the doors that

4    lead to the Senate gallery so that no one's allowed in that

5    area, and rioters are forcing them out of the way.

6         MR. DREHER:  At this time, Your Honor, I'm going

7    to read Exhibit 30, Stipulation 21.

8         THE COURT:  Very well.

9         MR. DREHER:  "At around 2:47 p.m., rioters broke

10   into the Senate chamber."

11   BY MR. DREHER:

12   Q    What about this next video at the 9:53 mark?

13   A    So this door here is considered the Senate fire door.

14   This is the second time that this door is being breached.

15   Officers are trying to stop rioters from opening the door,

16   but they break the window and are able to pull the door open

17   from the outside reaching in.  The parliamentarian's office

18   can be seen the door across the screen, and that's the room

19   where viewing the footage after January 6th, I saw the

20   defendant entering the parliamentarian's office.

21   Q    Okay.

22        THE COURT:  Can you touch that door indicating?

23        THE WITNESS:  [Witness compiles.]

24        THE COURT:  Thank you.

25

1          MR. DREHER:  So let the record reflect that the

2     witness has placed a green dot on the brown doors in the

3     middle of the video at the 10:14 mark.

4          THE COURT:  Very well.

5          [Video played.]

6     BY MR. DREHER:

7     Q    Let me just pause it here at the 10:32 mark.  Sometimes

8     the video goes to a view like this.  What is the jury seeing

9     when it goes to this kind of view?

10    A    So this is going to be showing the lower West Terrace

11    tunnel, so it's a view from the door that's facing outside,

12    but it's in like a tunnel area.  So it's kind of enclosed so

13    you can't necessarily see whether it's inside or out, but it

14    is an exterior camera that's looking outside from the

15    building.

16    Q    Okay.  That's the video that the jury is about to see?

17    A    Yes.

18    Q    And then what about what they're looking at right now?

19    This sort of white diagram on the screen, what's that?

20    A    So this would be the map of the basement of the Capitol

21    Building.

22    Q    And what time is this next video?

23    A    Approximately 3:00 p.m.

24          [Video played.]

25

1    BY MR. DREHER:

2    Q    What's going on in this video?

3    A    So rioters have pushed officers all the way back to the

4    building.  And at this point they've also breached the door

5    of the lower West Terrace and officers are in a battle.

6    This actually at that location officers were in a battle for

7    over two hours trying to maintain that door and not let

8    rioters through.

9          MR. DREHER:  At this time, Your Honor, I'm going

10    to read Exhibit 30, Stipulation 22.

11          "At around 2:48 p.m., Washington, D.C. Mayor,

12    Muriel Bowser, announced a citywide curfew beginning at 6:00

13    p.m."

14    BY MR. DREHER:

15    Q    And again, just to be clear, this is the exterior

16    facing camera that you were referring to that faces the

17    outside?

18    A    Yes.

19          THE COURT:  Just to remind you, whenever he's

20    reading a stipulation, that is considered undisputed

21    evidence the parties have agreed to, so I won't repeat that

22    over and over again.

23    BY MR. DREHER:

24    Q    So let me pause it here at the 11:06 mark.  So what

25    time is this next video that the jury is going to see?

```
 1   A     Approximately 3:01 p.m.

 2   Q     And about how long after the very first breach of the

 3   building did -- would this be then?

 4   A     Approximately 15, sorry, approximately 45 minutes.

 5   Q     And what's the location of that video?

 6   A     So this is right outside the Senate floor.  This would

 7   be a point where people would actually have to go through if

 8   they wanted -- it's one of the areas they would have to go

 9   through to get onto the Senate floor.

10   Q     Is the Senate floor visible on the floor map that the

11   jury can see right now?

12   A     Yes.

13   Q     Can you circle it using your finger on the screen?

14   A     [Witness complies.]

15         MR. DREHER:  Let the record reflect that the

16   witness has circled a box with the word "Senate" in it on

17   the right side of the screen.

18         THE COURT:  Very well.

19         [Video played.]

20   BY MR. DREHER:

21   Q     Let me ask you while this video is playing, Special

22   Agent O'Neill, when Vice President Pence left the Senate,

23   how did he get away initially?

24   A     So the doors that the one of the rioters was banging on

25   just now to the right of the screen, he was actually
```

```
1    escorted out of that door and down these steps.

2    Q    All right.  Now, at the 11:46 mark, what video is this

3    again or what camera, I should say?

4    A    So this is for the lower West Terrace tunnel again.

5    Q    Okay.  And let me pause it at the 11:57 mark.  What are

6    those sort of clear things in the crowd?

7    A    Those are police shields that have been taken from

8    officers that were trying to use them to keep the rioters

9    back.

10   Q    And what time is this?

11   A    Approximately 3:13 p.m.

12              [Video played.]

13   BY MR. DREHER:

14   Q    And what about now, what do you see on the screen at

15   the 12:16 mark?

16   A    So officers have been able to start pushing the rioters

17   away from the doors of the building, and they still end up

18   battling out for a while after that.

19   Q    Let me just ask you to go back to the 12:25 mark.  What

20   time is this?

21   A    Approximately 3:19 p.m.

22   Q    Do you know approximately what time the officers --

23   were the officers ever able to actually leave, go outside

24   this tunnel that day?

25   A    It was approximately, it was just after five o'clock
```

1    p.m. that they were able to clear the rioters back from that

2    tunnel.

3    Q    Okay.  So between 3:19 and approximately 5:00 p.m., the

4    officers were inside that tunnel?

5    A    Yes, and they had already been, even prior to this,

6    they had already been fighting with rioters.

7    Q    Okay.

8            MR. DREHER:  At this time I'm going to read

9    Exhibit 30, Stipulation 24.

10           "At about 3:25 p.m., law enforcement officers

11   cleared the Senate floor of all members of the public."

12   BY MR. DREHER:

13   Q    Now, what time is this next video that the jury is

14   going to see?

15   A    Approximately 3:39 p.m.

16   Q    So about 15 minutes after officers were able to clear

17   the Senate floor?

18   A    Approximately.

19   Q    And where is this?

20   A    So this is the initial location where rioters had been

21   able to breach the building, the Senate wing door.

22   Q    And approximately what time is this video?

23   A    Approximately 3:39 p.m.

24           [Video played.]

25

1    BY MR. DREHER:

2    Q    Let me pause it at the 13 minute mark.  Just ask you

3    where is this on Capitol grounds, this video?

4    A    So this is on the West Terrace.  To the right is the

5    West Terrace, and then going to the left would be on the

6    north side of the building.

7    Q    Okay.  And around what time is this on January 6th?

8    A    Approximately 4:31 p.m.

9    Q    And what are these officers here doing?

10   A    They're working on clearing out the whole terrace, the

11   upper terrace area of the rioters.

12   Q    What are those flashes that you see in the background

13   during that video?  Sorry, I can show it again.  It's

14   playing from the 13:02 mark.  Do you see any flashes or

15   smoke?

16   A    Yes, so officers were using a variety of different

17   things that day to try to help clear out the crowd.  I

18   wouldn't be able to say exactly what those were, but they

19   were using a variety of different tools.

20          MR. DREHER:  At this time, Your Honor, I'll read

21   Exhibit 30, Stipulations 25 through 27.

22          "By around 6:30 p.m., law enforcement had cleared

23   the Capitol Building and the Capitol grounds of all or

24   nearly all rioters.

25          "The rioters injured approximately 140 law

1    enforcement officers, including U.S. Capitol police officers

2    and supporting law enforcement officers on January 6, 2021.

3    Some officers were hospitalized because of their injuries.

4    The supporting law enforcement officers on duty and present

5    at the U.S. Capitol that day, like those working for the

6    Metropolitan Police Department or Metro Transit Police

7    Department were lawfully acting under color of law to

8    protect the Capitol Building at the request of the U.S.

9    Capitol Police.

10           "Based on these events, all proceedings of the

11   United States Congress, including the joint session, were

12   effectively suspended until shortly after 8:00 p.m., on

13   January 6, 2021.  Congressional proceedings could not resume

14   until after every unauthorized rioter had left the Capitol

15   Building, and the building had been confirmed secured.  The

16   proceedings resumed at approximately 8:00 p.m. after the

17   building had been secured.

18           "Vice President Pence remained in the U.S. Capitol

19   from the time he was evacuated from the Senate Chamber until

20   the session resumed."

21   BY MR. DREHER:

22   Q    Special Agent O'Neill, I'd like now to talk a little

23   bit about what was going on with Congress during that same

24   period of time.

25           Let me pull up Exhibit 22, which has already been

1    admitted.  Let me start by asking you, have you seen this

2    video?

3    A    Yes.

4    Q    What is it?

5    A    So it's a compilation of videos just basically showing

6    the process of what Congress was going, was -- the work that

7    they were trying to do that day.

8    Q    Okay.

9            MR. DREHER:  I'll read now Stipulation 6 through 7

10   of Exhibit 30.

11           "On January 6th of 2021, a joint session of the

12   United States Congress convened at the Capitol Building.

13   During that joint session, elected members of the U.S. House

14   of Representatives and the U.S. Senate were meeting in

15   separate chambers of the Capitol Building to certify the

16   vote count of the electoral college of the 2020 presidential

17   election which took place on November 3rd, 2020.

18           "The certification was an official proceeding

19   under Section 1512(c)(2) of Title 18 of the United States

20   Code.

21           "The joint session began at approximately 1:00

22   p.m.  At approximately 1:30 p.m., the House of

23   Representatives and Senate adjourned to separate chambers to

24   resolve a particular objection.  Vice President Michael

25   Pence had arrived at the Capitol Building under the

1    protection of the U.S. Secret Service at approximately

2    12:36 p.m.  Vice President Pence presided first in the joint

3    session and then in the Senate chamber."

4               Okay.  We'll play the video now for the jury.

5               [Video played.]

6    BY MR. DREHER:

7    Q    Special Agent O'Neill, what time is this?

8    A    It's approximately 1:00 or 12:59, 1:00 p.m.

9    Q    And is that before or after the rioters had first

10   breached the building?

11   A    It's prior to it.

12              [Video played.]

13   BY MR. DREHER:

14   Q    Let me pause that at the 2:01 mark.  Who is that

15   individual on the screen right now?

16   A    Then Vice President Pence.

17   Q    And what time was this?

18   A    Approximately 1:05 p.m.

19              [Video played.]

20              MR. DREHER:  I'm going to pause it at the 2:16

21   mark and read Stipulation 16 from Exhibit 30.

22              "At approximately 2:13 p.m., President Pro Tempore

23   and presiding officer, Senator Grassley, recessed the

24   Senate."

25

1    BY MR. DREHER:

2    Q    Let me pause this at the 2:39 mark.  Is this before or

3    is this after the rioters have entered the building?

4    A    This is just after the rioters had breached the

5    building.

6              [Video played.]

7              MR. DREHER:  Let me pause it at the 2:51 mark and

8    read Stipulation 18 of Exhibit 30.

9              "At approximately 2:29 p.m., U.S. Representative

10   Jim McGovern, who was presiding over the House of

11   Representatives, recessed the House."

12   BY MR. DREHER:

13   Q    Now, let me ask you, Special Agent O'Neill, the last

14   video that we watched, where did that occur with Speaker

15   Grassley, I'm sorry, with Senator Grassley?

16   A    So that was on the Senate floor.

17   Q    Do the Senate and the House, do they have different

18   chambers, or do they work together in the same chamber?

19   A    So they'll occasionally work together in the same

20   chamber, but normally they work separately on opposite ends

21   of the building.

22   Q    And so where is this next video that the jury is going

23   to take a look at?

24   A    On the House floor.

25              [Video played.]

 1          MR. DREHER:  I'll pause it at the 3:21 mark and

 2   read Exhibit 30, Stipulation 28, the first sentence, which

 3   says:

 4          "Beginning around 8:06 p.m., the Senate resumed

 5   work on the certification."

 6          [Video played.]

 7          MR. DREHER:  At the three minute and 32 mark, I'll

 8   read the second sentence of Stipulation 28.

 9          "Beginning around 9:02 p.m., the House resumed

10   work on the certification."

11   BY MR. DREHER:

12   Q    Special Agent O'Neill, who was that who just spoke at

13   the three minute and 42nd mark?

14   A    That was the Speaker of the House, Nancy Pelosi.

15          MR. DREHER:  I'll now read Stipulation 29 from

16   Exhibit 30.  I paused at the four minute and one second

17   mark.

18          "Both chambers of Congress met and worked on the

19   certification within the Capitol Building until

20   approximately 3:44 a.m. on January 7th, 2021."

21          [Video played.]

22          MR. DREHER:  I'm all done with that exhibit.

23   BY MR. DREHER:

24   Q    Special Agent O'Neill, let's turn now to this case.  Do

25   you recognize the defendant, Dustin Thompson?

1    A    Yes.

2    Q    Do you see him in the courtroom today?

3    A    Yes.

4    Q    How do you recognize him?

5    A    He's sitting with -- he's wearing glasses with the

6    black face mask.

7            MR. SHAMANSKY:  We stipulate she's identified our

8    client, Mr. Thompson, the defendant in this matter, Your

9    Honor.

10           THE COURT:  You accept that stipulation?

11           MR. DREHER:  We do, Your Honor.

12           THE COURT:  Very well.  There's been an agreement

13   that she has identified Mr. Thompson as the defendant in

14   this case.

15   BY MR. DREHER:

16   Q    And Ms. O'Neill, how is it that you're able to identify

17   Mr. Thompson, how do you know who he is?

18   A    So I interacted with him the night of January 6th.

19   Q    What time was that?

20   A    Approximately 6:00 p.m.

21   Q    Where were you?

22   A    So we were right next to the Rayburn House office

23   building which is within a block or so of the Capitol

24   Building.

25   Q    What were you doing?

1   A    So my partner and I, Special Agent Bank, were actually

2   trying to respond back to United States Capitol police

3   headquarters building for our next assignment when we saw

4   two individuals that were sitting, sitting on the sidewalk

5   next to the Rayburn area.  That's inside a secured

6   perimeter.  We don't know normally see people out sitting

7   there, number one.

8        Number two, all staff and members were still locked

9   down inside the buildings, so we really weren't encountering

10  anybody outside unless they were law enforcement or part of

11  protest and riots.

12  Q    So what happened then?

13  A    So myself and Special Agent Bank approached them.  I

14  was trying to ensure that they were basically leaving that

15  secure perimeter.  So we approached them and tried to find

16  out if they needed anything or what they were doing there.

17       They advised they were trying to get an Uber, so we

18  informed them that an Uber would not be able to get to them

19  there.  We provided additional directions for them on where

20  they could actually meet up with the Uber.  Because again,

21  since it was a secure perimeter, vehicles that are not

22  authorized are not able to get into that area.

23  Q    Okay.  And just to clarify was Mr. Thompson one of the

24  two individuals that you saw at that location?

25  A    Yes.

1    Q    Okay.  Who was the other individual?

2    A    It was his friend, Mr. Lyon.

3    Q    Robert Lyon?

4    A    Yes.

5    Q    What did you do next after having that brief

6    conversation?

7    A    So after we gave them directions they started to leave

8    that area.  However, Mr. Thompson reached for a coatrack

9    that was right next to him.  And recognizing it as something

10   that would actually belong inside the Capitol Building, we

11   told him to leave it.  He complied.  They began walking

12   away.  My partner and I conferred and decided to actually

13   conduct a stop of both Mr. Thompson and Mr. Lyon at that

14   point.

15       So we both started to proceed -- Special Agent Bank was

16   able to approach Mr. Thompson.  Mr. Lyon was a little bit

17   further down the road, so I started catching up to him.  And

18   I had called out to him to get his attention to stop.  He

19   did.  He turned around.

20       About that time, Mr. Thompson began running past me.

21   So I actually -- as soon as I realized that it was Mr.

22   Thompson was running away, I started running after him.

23       Shortly after we had turned the first corner there was

24   actually a member of D.C. Fire Department who had actually

25   also tried to assist me in chasing after Mr. Thompson.  A

 1   little bit further after that we were heading down

 2   Washington Avenue when I lost him heading towards the

 3   Fairchild Building.

 4   Q    Okay.  Let me back up just one step from what you were

 5   just describing.  What were you and your partner wearing as

 6   you approached Mr. Thompson and Mr. Lyon on January 6th?

 7   A    So we were both wearing our bulletproof vests.  I had,

 8   we both also had on our United States Capitol Police ray

 9   jackets that do say "police" on them.  And then my partner

10   also had an external vest carrier that says "police"

11   directly on the front of it.  And then on the front of the

12   jackets it actually has a decal that identifies us as

13   Capitol Police, special agents.

14   Q    Okay.  How far did you and the D.C. Fire department

15   employee chase Mr. Thompson before you lost him?

16   A    So I chased after him for a couple of blocks.  The

17   member from D.C. Fire, I'm not fully sure where he

18   originally came from.  All of a sudden I just saw him

19   passing me trying to assist, so he probably was only there

20   for maybe a block or two.

21   Q    Okay.

22        MR. DREHER:  At this time, I'm going to read

23   Stipulations 49 through 51 of Exhibit 30.

24        "At approximately 6:00 p.m. on January 6, 2021,

25   two U.S. Capitol Police special agents approached Thompson

1    and Lyon while the two men were sitting on the sidewalk at

2    the northwest corner of South Capitol Street and C Street,

3    Southwest, in Washington, D.C.  Thompson still had the

4    coatrack he had stolen from the Senate parliamentarian's

5    office in the Capitol Building.

6              "Thompson and Lyon told the special agents they

7    were waiting for an Uber.  The special agents directed them

8    to leave the area.  When Thompson and Lyon began to leave,

9    Thompson picked up the coatrack.  At that point the special

10   agents instructed Thompson to drop the coatrack.  Thompson

11   did so, but then ran away on foot.  Special agents chased

12   Thompson, but were unable to locate him that day."

13   BY MR. DREHER:

14   Q    Special Agent O'Neill, let's take a look at Exhibit

15   270, which has been admitted.  Do you recognize that

16   photograph?

17   A    Yes.

18   Q    What is it?

19   A    So this is a picture of Mr. Lyon that I took while he

20   was speaking with my partner, Special Agent Bank.

21   Q    Around what time was that picture taken?

22   A    Sometime after 6:00 p.m.

23   Q    Is there anything that Mr. Lyon was wearing that you

24   later used to identify him?

25   A    Yes.

1    Q    What?

2    A    So he has on an orange beanie as well as a bright green

3    hoodie.

4    Q    Okay.  Now, let's take a look at Exhibit 124, which has

5    also been admitted.  Who's that?

6    A    That's Mr. Thompson.

7    Q    And is that the way that Mr. Thompson appeared when you

8    approached him on the night of January 6, 2021?

9    A    Yes.

10   Q    Can you tell where this photograph was taken?

11   A    So this appears to be the north side of the Capitol

12   Building.

13   Q    Do you see anything that Mr. Thompson was wearing that

14   you later found notable during your investigation?

15   A    Yes, so on his jacket he has a symbol of a green hand

16   as well as the Trump beanie, and then he also does have on a

17   bulletproof vest in that photo as well.

18   Q    Okay.  So I'm going to zoom in on some of those items

19   just to make sure that we're clear.

20        First, on the upper left of Mr. Thompson's chest, is

21   that the green hand image that you were referring to?

22   A    Yes.

23   Q    Second, I think you mentioned a Trump beanie, is that

24   what you were referring to that he was wearing on his head?

25   A    Yes.

1   Q    Okay.  And you also mentioned a bulletproof vest.  Is

2   it, is that the item underneath his black sweatshirt in this

3   image?

4   A    Yes.

5   Q    Was he wearing that when you encountered him on the

6   night of January 6th?

7   A    Yes, he was.

8   Q    What's that next to him?

9   A    It appears that it is a coatrack.

10  Q    Okay.  And let me ask you, what is this item clipped

11  to -- do you know what this item is that's clipped to his

12  pocket?

13  A    Yes, so this is an announcer pager that belongs to the

14  Senate Sergeant-at-Arms.

15  Q    And how are you able to identify it as that?

16  A    So based off of the clip, as well as there's two knobs

17  at the top of the pager, and there's also a sticker that if

18  you were able to see in clearly actually would say Senate

19  Sergeant-at-Arms.  It's very distinct.  It has red on the

20  right, white on the left with a bar code.

21  Q    Is other property within the U.S. Capitol Building,

22  does it also receive that sticker?

23  A    Yes.

24  Q    Did you recover any physical evidence from the stop of

25  Mr. Lyon on the night of January 6th, 2021?

```
 1   A    Yes.  So inside of his bag he had an open bottle of

 2   alcohol that we had actually taken, and I believe he had

 3   other items that we took for contraband.

 4   Q    That bottle of alcohol, at the time had you seen any of

 5   the footage of these individuals at the Capitol Building?

 6   A    No.

 7   Q    Okay.  So what happened to that bottle of alcohol that

 8   you found?

 9   A    So we had taken it, and then it was actually destroyed

10   because we wanted to ensure that it did not get broken since

11   it was a large glass bottle.

12   Q    Okay.  Was there any other physical evidence recovered

13   around the area where you encountered Mr. Thompson?

14   A    Yes, so near the Fairchild Building we recovered a

15   bulletproof vest and a Trump beanie within a few days of

16   January 6th.

17   Q    And how far from where you lost Mr. Thompson were those

18   items recovered?

19   A    Approximately 20 to 30 feet away.

20        MR. DREHER:  Permission to approach the witness,

21   Your Honor?

22        THE COURT:  Yes.

23   BY MR. DREHER:

24   Q    Special Agent O'Neill, I've just handed you Exhibit

25   402, do you recognize it?
```

1   A     Yes.

2   Q     And what is it?

3   A     So it's a bulletproof vest.

4   Q     Okay.  I think there are multiple pieces to it, can you

5   describe what those are?

6   A     So these two top portions would actually go inside of

7   this carrier, and that's how it would be worn altogether as

8   one piece.

9   Q     Okay.  So the two top portions are sort of the plates

10  that go in the vest?

11  A     Yes, like inserts.

12          MR. DREHER:  Permission to approach again, Your

13  Honor?

14          THE COURT:  Yes.

15  BY MR. DREHER:

16  Q     Special Agent O'Neill, I just handed you Government's

17  Exhibit 403, what is that item?

18  A     So this is a Trump beanie.

19  Q     And where was that recovered?

20  A     At the same location as the bulletproof vest.  Again

21  about, approximately 20 to 30 feet after I had lost sight of

22  Mr. Thompson.

23  Q     And lastly, Special Agent O'Neill -- well, first let me

24  just correct for the record.  I believe I handed the witness

25  first Exhibit 401, and then this exhibit now was 402.  I

```
 1   think I erroneously referred to them as 402 and 403.
 2        Special Agent O'Neill, did you recover the coatrack
 3   that was left by Mr. Thompson on Capitol grounds when he ran
 4   away?
 5   A    Yes.
 6   Q    Do you see it in the courtroom today?
 7   A    Yes.
 8             MR. DREHER:  Permission to approach, Your Honor?
 9             THE COURT:  Yes.
10             MR. SHAMANSKY:  I'll stipulate the coatrack in Mr.
11   Dreher's hand is in fact the coatrack that was removed from
12   the Senate parliamentarian's office by Mr. Thompson and
13   later recovered by this agent.
14             THE COURT:  You accept that stipulation?
15             MR. DREHER:  We do, Your Honor.
16             THE COURT:  Very well.  What defense counsel has
17   indicated in reference to the coat rack is an agreement
18   between the parties, so you can consider that as undisputed
19   evidence.
20   BY MR. DREHER:
21   Q    Special Agent O'Neill, are there any stickers on this
22   coatrack?
23   A    Yes.
24             MR. DREHER:  Permission for the witness to step
25   down to identify the stickers?
```

```
 1            THE COURT:  You can.

 2            [Witness withdrew from the witness

 3       stand.]

 4   BY MR. DREHER:

 5   Q    Agent, you can set it down and then describe where the

 6   stickers are?

 7   A    Okay.  So there's two separate stickers.  One, it's,

 8   it's an older style sticker, but then further down on the

 9   base of the coatrack is one of those Senate sergeant-at-arms

10   property stickers that has the red on the one side and white

11   on the other.

12   Q    Okay.  As part of your investigation after January 6th,

13   did you review CCTV footage to determine whether the

14   defendant was present at the United States Capitol that day?

15   A    Yes.

16            [Witness resumed the witness stand.]

17   BY MR. DREHER:

18   Q    Let's take a look at Exhibit 230, which has been

19   admitted.  Let me also ask, in addition to CCTV footage, did

20   you also review any open source videos from that day?

21   A    Yes.

22            [Video played.]

23   BY MR. DREHER:

24   Q    Let me pause it at the six second mark.  Is the

25   defendant in this video?
```

1    A    Yes.

2    Q    Where is he?

3    A    So he's at the right of the screen.

4         MR. DREHER:  Let the record reflect that the

5    witness has placed a green dot on Mr. Thompson at the six

6    second mark of this video.

7         THE COURT:  Very well.

8    BY MR. DREHER:

9    Q    And is Mr. Lyon in this video?

10   A    Yes.

11   Q    And where is he?

12   A    He is shortly behind him.

13        [Video played.]

14   BY MR. DREHER:

15   Q    Let me stop it at the 14 second mark.  Can you tell

16   where this video was taken?

17   A    Yes, it was taken at Peace Circle.

18   Q    Is that the same location where they -- where rioters

19   first pushed back police lines?

20   A    Yes.

21   Q    Okay.  Is that the Capitol in the background?

22   A    Yes, it is.

23        MR. DREHER:  At this time I'll read Stipulation 9

24   from Exhibit 31.

25        "When Thompson entered the restricted area, he

```
 1   knew U.S. Capitol Police had closed to the public and that
 2   in general it can be unlawful to enter such closed areas
 3   without permission."
 4             All right.  Finish up the video.
 5             [Video played.]
 6   BY MR. DREHER:
 7   Q    Now, let's take a look at Exhibit 231A, which has been
 8   admitted.
 9             [Video played.]
10             MR. DREHER:  Let me pause and just make sure that
11   the courtroom deputy -- is it listed as admitted on your
12   list?
13             THE DEPUTY CLERK:  No.
14             MR. DREHER:  So I think 231 is not admitted, 231A
15   is the one that -- great, perfect.  That's the one we're
16   showing now, yes.
17   BY MR. DREHER:
18   Q    So I've paused 231A at the one second mark, Special
19   Agent O'Neill.  What can you see on the screen here?
20   A    So behind the group of rioters further up in the center
21   of the video you can see the Senate fire exit door.
22   Q    Is that the door that you, based on your later review
23   of CCTV footage, that leads to the Senate parliamentarian's
24   office?
25   A    Yes.
```

 1                    [Video played.]

 2    BY MR. DREHER:

 3    Q    Let me pause it here at the nine second mark.  Do you

 4    see either Mr. Thompson or Mr. Lyon in this video?

 5    A    I can see Mr. Lyon in the video.

 6    Q    Can you place a green dot on where Mr. Lyon is?

 7    A    [Witness complies.]

 8    Q    So the individual on the far right side of the screen,

 9    is that right?

10    A    Yes.

11              MR. DREHER:  Let the record reflect that the

12    witness has placed a green dot on the individual with the

13    green sweatshirt and orange cap.

14              THE COURT:  Very well.  The record will so

15    reflect.

16                    [Video played.]

17    BY MR. DREHER:

18    Q    All right.  Let's take a look now at Exhibit 5, which

19    has been admitted.  The first page of Exhibit 5, what is

20    this?

21    A    So this is the map of the Capitol Building, the

22    interior.

23    Q    Which floor?

24    A    This would be the first floor.

25    Q    Okay.  Where on this map, if I turn now to page 2,

1   where on this map was that video that the jury just saw?

2   A    Number two.

3   Q    By the number two location on the map?

4   A    Yes.

5   Q    Okay.  Let's now take a look at Exhibit 248, which has

6   also been admitted.

7              [Video played.]

8   BY MR. DREHER:

9   Q    Do you see either the defendant or Mr. Lyon in this

10  video?

11  A    Possibly.  Can you play it a little bit more?

12  Q    Sure.

13             [Video played.]

14  BY MR. DREHER:

15  Q    Let me pause it there at the 30 second mark.

16  A    Yes, I can see Mr. Thompson.

17  Q    Can you circle him on the screen?

18  A    [Witness complies.]

19  Q    Thank you.

20             [Video played.]

21  BY MR. DREHER:

22  Q    Pause it at the 57 second mark, what was that loud

23  ringing noise?

24  A    So that's an alarm that's on all of the doors.  When

25  the doors get open without a key, the alarm goes off and

1    it's very loud, and it would definitely -- you would hear it

2    as you can tell in the video.

3    Q    And about approximately how long after this video does

4    Mr. Thompson enter through those doors, if you know?

5    A    I'm not sure exactly what time this video was taken.

6    Q    Let's take a look at Exhibit 200A, which has been

7    admitted.  Where's this video?  Or what does this depict I

8    should say?

9    A    There is a camera view from the door that looks into

10    the building from the Senate fire door.

11    Q    And where's the Senate parliamentarian's office?

12    A    Over to the right of the screen.

13    Q    Can you see the defendant in this video?

14    A    Yes.

15    Q    Where is he, can you circle him?

16    A    He's in the center of the screen.

17    Q    How do you know that that's him?

18    A    Between the Trump beanie as well as the green hand icon

19    that's on the sweatshirt.

20    Q    Keep playing this video.  What time is this, Special

21    Agent O'Neill?

22    A    Approximately 2:48 p.m.

23    Q    And where did Mr. Thompson just go at the 32 second

24    mark?

25    A    Into the Senate parliamentarian's office.

1   Q    Okay.

2           MR. DREHER:  I'm going to read Stipulations 34 and

3   35 from Exhibit 30.

4           "At 2:48 p.m., Thompson knowingly entered the

5   Capitol Building through the northwest side door.  Thompson

6   was not authorized by the U.S. Capitol Police or any other

7   law enforcement officers or security staff to enter or

8   remain in the restricted area of the Capitol grounds or to

9   enter the Capitol Building.

10          "At this time, Thompson was wearing a blue and

11  white knit hat with the word "Trump" written on it with

12  white lettering, a black sweatshirt with a graphic design of

13  a green hand on the back, a neck gaiter and sunglasses.

14  Thompson is the individual circled in red in Government's

15  Exhibit 220," which is not here on the screen at this point.

16  BY MR. DREHER:

17  Q    Okay.  Based on your review of the CCTV footage, did

18  any of the people visible on the screen right now go through

19  an authorized Capitol Police entrance?

20  A    No.

21  Q    What's at the bottom of the screen, sort of off screen?

22  A    The door.

23  Q    The door to the outside?

24  A    Yes, the door to the outside is right off screen.

25  Q    All right.

1          MR. DREHER:  I'll now read Stipulations 36 and 37

2     from Exhibit 30.

3          "Upon entering the Capitol Building, Thompson

4     walked a short distance down a hallway and turned into the

5     first office on his right, S-132, also at 2:48 p.m.

6          S-132 was the Senate parliamentarian's office on

7     January 6th, 2021.  The Senate parliamentarian assisted the

8     Senate during the certification when the proceeding was

9     underway.  S-132 is the first door on the right of the

10     hallway shown in Government's Exhibit 220."

11     BY MR. DREHER:

12     Q    Special Agent O'Neill, I'm going to skip ahead to the

13     330 mark of the video.  Do you see any law enforcement

14     officers on the screen at this point?

15     A    Yes.

16     Q    Can you just describe where they are?

17     A    So two are standing to the left of the screen by the

18     door on the left-hand side, and then the third officer is

19     standing in the center of the screen.

20     Q    Okay.  And based on your review of this video in

21     between the time when Mr. Thompson entered that room at the

22     roughly 31 second mark and around this time, where was

23     Mr. Thompson?

24     A    Inside the Senate parliamentarian's office.

25     Q    Do you see Mr. Thompson on the screen here again?

1    A    Yes.

2    Q    Where is he?

3    A    On the upper right-hand side.

4    Q    Okay.  Can you circle him?

5    A    [Witness complies.]

6    Q    Let me pause it there at the three minute 39 mark.

7    What's that in the defendant's hand?

8    A    Looks, appears to be a bottle of alcohol.

9    Q    Where did it come from?

10   A    The Senate parliamentarian's office.

11          MR. DREHER:  I'll read Stipulation 40 at this

12   time, Your Honor, from Exhibit 30.

13          "While inside the Senate parliamentarian's office

14   Thompson stole two bottles of liquor and left the Capitol

15   Building at 2:52 p.m. through the Northwest Wing Doors.

16   Thompson is the individual circled in red in Government's

17   Exhibit 221."

18          I'm going to play the rest of this video for the

19   jury.

20          [Video played.]

21   BY MR. DREHER:

22   Q    I'll pause it there at 4:30 mark.  Where's Mr. Thompson

23   at this point?

24   A    I believe at this point he's -- I'm not seeing him on

25   the screen.

1    Q    Okay.

2            THE COURT:  What did you say, I didn't hear you.

3            THE WITNESS:  Sorry.  I'm not seeing him on the

4    screen at this point.

5    BY MR. DREHER:

6    Q    Okay.  Did you see where he went?

7    A    Out the door to the exterior of the building.

8    Q    Let's take a look at Government's Exhibit 200B, which

9    has also been admitted.  Is this the same camera angle,

10   Special Agent O'Neill?

11   A    Yes.

12   Q    And what time is this?

13   A    Approximately 2:56 p.m.

14   Q    So about eight minutes after the first time that you

15   saw Mr. Thompson in this location?

16   A    Approximately.

17   Q    Do you see the defendant in this video?

18   A    Yes.

19   Q    Do you see Mr. Lyon in this video?

20   A    Yes.

21   Q    Where are they?

22   A    They're at the bottom of the screen.

23           MR. DREHER:  At this time, I'll read stipulation

24   41 from Exhibit 30.

25           "At 2:56 p.m., Thompson reentered the Capitol

```
 1    Building with his co-defendant Lyon through the Northwest
 2    Wing doors.  Thompson and Lyon both entered S-132, the
 3    Senate parliamentarian's office.  Lyon was wearing
 4    light-colored pants, a blue backpack, a green hooded
 5    sweatshirt, and an orange hat, and was carrying an American
 6    flag.
 7            "Thompson is circled in red, and Lyon is circled
 8    in green in Government's Exhibit 222," which just for the
 9    record is not this video exhibit that the jury is seeing.
10    BY MR. DREHER:
11    Q    Where do these two go in this video?
12    A    They go into the Senate parliamentarian's office.
13    Q    Now, let me just ask you:  Do you know, based on your
14    review of the CCTV footage, where those officers that we had
15    seen in the last video, where they ended going in the
16    interim between that video and this video?
17    A    Yes.
18    Q    Where do they go?
19    A    So they ended up having to leave the area.  They were
20    having to either try to secure other points had gotten
21    overrun.  They had basically left this location.
22    Q    Okay.  Is Mr. Thompson inside the Senate
23    parliamentarian's office for a few minutes in this video?
24    A    I believe so.
25    Q    Okay.  Well, let me skip ahead to the four minute mark.
```

1    I'm sorry, this is the three minute, 52 second mark.

2        Do you know, based on your review of the footage,

3    whether Mr. Thompson and/or Mr. Lyon had come out of the

4    Senate parliamentarian's office between the portion of the

5    video that we had previously watched and right now?

6    A    They did not.

7    Q    So they were inside that office during that time?

8    A    Correct.

9    Q    Okay.  Do you see any officers, law enforcement

10   officers on the screen at this point?

11   A    I don't believe so.

12   Q    Okay.  Let me play it from the 352 mark.

13            [Video played.]

14   BY MR. DREHER:

15   Q    All right.  At this point, at the four minute 15 mark,

16   can you see Mr. Thompson and Mr. Lyon?

17   A    Yes.

18   Q    Where are they?

19   A    They're exiting the Senate parliamentarian's office.

20   Q    Does Mr. Thompson have the coatrack at this point?

21   A    Yes, he does.

22   Q    Now, do you see law enforcement officers on the screen

23   at the four minute, 37 mark?

24   A    Yes.

25   Q    Where are they?

1    A    They're at the top of the screen.  They're working on

2    pushing the rioters out of the building.

3              MR. DREHER:  I'll read Stipulations 42 through 44

4    of Exhibit 30.

5              "While inside the Senate parliamentarian's office,

6    Thompson stole a coatrack.  This coatrack was the property

7    and thing of value of the United States, and had been

8    assigned to the Senate parliamentarian.  Thompson knew that

9    the coatrack was the property of the United States and

10   deprived the owner of the coatrack of its use.  The coatrack

11   is valued at between $400 and $500.

12             "Thompson and Lyon then left the Capitol building

13   through the Northwest Wing doors at 3:01 p.m., with Thompson

14   carrying the stolen coatrack.  Thompson is circled in red,

15   and Lyon is circled in green, in Government's Exhibit 223."

16   BY MR. DREHER:

17   Q    And I should have asked, but let me rewind Government's

18   Exhibit 200B to the very end of that clip.  Can you tell me

19   what time is on the screen when Mr. Thompson is exiting?

20   A    Approximately 3:01 p.m.

21   Q    Okay.  Now let's take a look at Government's Exhibit

22   232A, which also has been preadmitted.

23             [Video played.]

24   BY MR. DREHER:

25   Q    Let me pause it right there at the four second mark.

1    What door is that?

2    A    So that's the exterior of the Senate fire door.

3    Q    All right.  From an outside perspective of the same,

4    that same door that the jury was just looking at videos, is

5    that from the inside?

6    A    That's correct.

7    Q    Did you hear what someone in the crowd said at the

8    beginning of the video?

9    A    Yes.  So one individual had yelled, "Traitors get the

10    rope."

11    Q    Can you see the defendant at this point?

12    A    No.

13    Q    Okay.  I'll play a few more seconds here.

14          [Video played.]

15    BY MR. DREHER:

16    Q    Let me ask it a different way, do you see someone on

17    the steps with a coatrack?

18    A    Yes.

19    Q    Okay.

20          [Video played.]

21    BY MR. DREHER:

22    Q    And let me pause it there at the nine second mark.  At

23    this point are you able to identify who the individual

24    carrying that coatrack was?

25    A    Yes.

1    Q    How are you able to identify them?

2    A    So again the Trump beanie as well as the jacket that

3    had the green hand on the back.

4    Q    Okay.  And just to be clear for the jury, this is on

5    far left of the screen at the nine second mark?

6    A    Yes.

7    Q    Okay.

8              [Video played.]

9    BY MR. DREHER:

10   Q    All right.  Looking back at Exhibit 5, page 2, that

11   sequence that the jury just saw, first of all, inside the

12   video, the CCTV footage inside the Capitol Building, where

13   is that located on, on this map?

14   A    That would be where the number three is.

15   Q    Okay.  And where's the Senate parliamentarian's office?

16   A    Number four on the screen.

17   Q    And then that video that the jury just saw from the

18   outside, where approximately would that be on this map?

19   A    Approximately where number two is.

20   Q    Let's take a look at Government's Exhibit 273, which

21   has been admitted.  Have you seen that photograph prior to

22   today?

23   A    Yes.

24   Q    What does it show?

25   A    So it shows the inside of the Senate parliamentarian's

```
 1   office which had basically been ransacked.
 2   Q    So is this before or after rioters had entered that
 3   office?
 4   A    It was after January 6th.
 5   Q    And what's that on the ground?
 6   A    A variety of papers.
 7   Q    Let's take a look at Government's Exhibit 274, what
 8   does that show?
 9   A    So another angle of the Senate parliamentarian's
10   office.
11   Q    What about Government's Exhibit 277?
12   A    That's a window that leads to the outside from the
13   Senate parliamentarian's office.  The ramp that you can see
14   outside of the building is the ramp that leads up to the
15   Senate Wing door.
16   Q    What's notable about the Senate Wing door?
17   A    That was the door that was first breached on the day of
18   January 6th.
19   Q    Okay.  What about Government's Exhibit 279, what does
20   that show?
21   A    So that's another photo showing the broken window of
22   the parliamentarian's office.  And you can see more of the
23   ramp leading up to the Senate Wing door.
24   Q    Is that normally how windows look at the U.S. Capitol?
25   A    No.
```

1    Q    All right.  After Mr. Thompson and Mr. Lyon left this

2    part of the building at around 3:01 p.m., were you able to

3    locate them on other CCTV cameras throughout the day?

4    A    Yes, I was.

5    Q    Where did they -- well, first let me read, I'll read

6    Stipulation 45 from Exhibit 30.

7              THE COURT:  Very well.

8              MR. DREHER:  "After Thompson and Lyon left the

9    Capitol Building, they walked along the Northwest Terrace to

10   the North Terrace of the building.  Thompson left Lyon near

11   Delaware Avenue, as depicted in Government's Exhibit 203,

12   around 3:30 p.m.  Lyon waited there until around 3:52 p.m.,

13   at which time he walked to the north lawn next to the

14   Capitol Building."

15   BY MR. DREHER:

16   Q    So let me pull up Government's Exhibit 5 again.  If you

17   could just explain to the jury where Mr. Thompson and

18   Mr. Lyon went after they exited the building?

19   A    So when they exited, they went from the area of number

20   two headed down and around the building towards five and

21   towards seven, which is the area of the North Door of the

22   Capitol.

23   Q    Let's take a look at Government's Exhibit 204A, I'll

24   pause the video.  So what time is this video?

25   A    Approximately 3:29 p.m.

1  Q    So about how long after they left the building is this

2  video?

3  A    I would have to doublecheck.

4  Q    Okay.  But this one is at 3:29?

5  A    Correct.

6  Q    And what does this video show?

7  A    So it shows Mr. Thompson heading towards the area of

8  the North door of the Capitol.

9  Q    And is Mr. Thompson visible on the screen?

10  A    Yes.

11  Q    Where is he on the screen?

12  A    He's on the right-hand side.

13  Q    Okay.  Where you've placed the green dot?

14  A    Yes.

15  Q    And where does he go in this video?

16  A    He's walking up towards the side of the building, and

17  then he gets lost by -- by the pillars of the building on

18  the side of the Capitol.

19  Q    Let's take a look now at Government's Exhibit 205,

20  while that was going on at 3:30, 3:29 I should say, where

21  was Mr. Lyon, based on your review of the CCTV footage?

22  A    So he was in an area on the east side of the Capitol,

23  basically where like the east side and the north kind of

24  meet up.

25  Q    Okay.  Is that area visible in Exhibit 205?

1    A    It's kind of like below, under like the tree area here.

2    Q    Where those trees are in the video?

3    A    Yes.

4    Q    Okay.  What does this video depict?

5    A    So it shows Mr. Lyon as he's walking down the path.

6    Q    And let me pause it at six second mark, if you can just

7    circle him on the screen for the jury's benefit.

8    A    [Witness complies.]

9         MR. DREHER:  Let the record reflect that the

10    witness identified Robert Lyon in the lower left corner of

11    the screen.

12         THE COURT:  Very well.

13    BY MR. DREHER:

14    Q    Where does Mr. Lyon go?

15    A    So he continues down the path and then he makes a left

16    towards the north side of the Capitol.

17    Q    Anything he appears to be carrying at this point?

18    A    In addition to a couple of flags, it appears that he's

19    carrying a coatrack.

20    Q    Where does he end up walking?

21    A    So he walks over the ledge.  He heads on the grass on

22    the north side of the building, and after he walks down a

23    ways our cameras lose sight of him.

24    Q    Okay.  Now I'm pulling up Government's Exhibit 206A,

25    which has been admitted.  What is that?

1    A    So this is a picture of the rioters along that same

2    path we just saw in the video where you can see Mr. Lyon

3    carrying what appears to be a coatrack.

4    Q    And where is Mr. Lyon, if you can just circle him on

5    the screen?

6    A    [Witness complies.]

7    Q    All right.  And what time is this that Mr. Lyon is

8    walking this way?

9    A    Approximately 3:52 p.m.

10           MR. DREHER:  At this time, Your Honor, I'll read

11    Stipulation 46 from Exhibit 30.

12           "Between approximately 3:30 p.m. and 4:15 p.m.,

13    Thompson was present at or near the North Doors of the

14    Capitol Building.  Government's Exhibit 118 shows the North

15    Doors at around 4:06 p.m., when Thompson was present and is

16    a photograph taken by Thompson.

17           "Government's Exhibits 234 through 237 all show

18    the scene at or near the North Doors at times when Thompson

19    was present."

20    BY MR. DREHER:

21    Q    All right.  Special Agent O'Neill, let's take a look at

22    Government's Exhibit 235.

23           [Video played.]

24    BY MR. DREHER:

25    Q    Have you seen this video before?

1    A    Yes.

2    Q    What does it show?

3    A    So these are rioters that are fighting with officers at

4    the North Door of the Capitol.

5    Q    Okay.  And based on your view of this video, does Mr.

6    Thompson appear in the video?

7    A    Yes.

8            [Video played.]

9    BY MR. DREHER:

10   Q    Let me pause it there at the one minute 52 second mark.

11   Do you see the defendant now?

12   A    Yes.

13   Q    Can you circle him on the screen?

14   A    [Witness complies.]

15           MR. DREHER:  Let the record reflect that the

16   witness has identified the defendant on the far left of the

17   screen wearing the Trump beanie hat.

18           THE COURT:  Very well.

19   BY MR. DREHER:

20   Q    Special Agent O'Neill, now pausing at the 156 mark,

21   what is that metal object?  Do you recognize what it is?

22   A    Yes, it's a bike rack.

23   Q    Is that of the type used by the Capitol Police to

24   create barriers and barricades around the Capitol grounds?

25   A    Yes, it is.

1    Q    And are these Capitol Police officers who are using

2    this bike rack at this point?

3    A    No, it's not.

4                [Video played.]

5    BY MR. DREHER:

6    Q    Just to be clear, now at the two minute 29 second mark,

7    do the individuals in this video still have that bike rack?

8    I don't know if you were able to see that.

9    A    I believe they just smashed the door.

10               [Video played.]

11   BY MR. DREHER:

12   Q    Now at the 254 mark, I just want to make sure the jury

13   understands.  At this set of doors, what would be behind

14   sort of in this first entrance?

15   A    So there's actually another set of doors that's

16   directly past this first step or this first set of doors.

17   The first set is where the locks are on the doors, so that's

18   why since that door was accessed without a key you can hear

19   the alarm going off.  But there is another set of doors that

20   officers are kind of using as a barrier, and then

21   occasionally you'll see like smoke coming out from where the

22   officers are located.

23               [Video played.]

24   BY MR. DREHER:

25   Q    All right.  Special Agent O'Neill, let's take a look at

1    Government's Exhibit 236, which has been admitted.  Actually

2    before I do that, I'll go back to Exhibit 5 here.

3         Can you just identify here where are the North doors of

4    the Capitol Building where that video just occurred?

5    A    So where the number 7 is on the map.

6    Q    Okay.  Now taking a look at Government's Exhibit 236,

7    do you recognize where this photograph was taken?

8    A    Yes.

9    Q    What does it show?

10   A    So it's rioters, you can see a couple of officers

11   behind them outside of the North Door of the Capitol

12   Building.

13   Q    All right.  So is this close to where that video that

14   the jury was just watching, is this close to where that

15   occurred?

16   A    Yes.

17   Q    And where are the police officers that you mentioned in

18   this photograph?

19   A    So they're at the very top of -- these are an area of

20   stairs.  They're at the very top trying to push the crowd

21   back.

22   Q    Are they the individuals in the helmets?

23   A    Yes.

24   Q    What is that -- do you know what that is that one of

25   those officers appears to be spraying?

1   A    Some type of pepper spray.

2   Q    And is the defendant in this picture?

3   A    Yes.

4   Q    How do you know?

5   A    The green hand on the back of his jacket along with the

6   Trump beanie.

7   Q    Let's take a look at Government's Exhibit 237, which

8   has been admitted.  Where is this image?

9   A    This same area.

10  Q    The same area?

11  A    Yes.

12  Q    And you still see officers at the top of the stairs?

13  A    Yes.

14  Q    Now, do you see anybody else spraying something at this

15  point in this photograph?

16  A    Yes.

17  Q    Is that individual a police officer?

18  A    No.

19  Q    Where did Mr. Thompson go after he left the North Doors

20  area?

21  A    He went down a pathway down towards the north lawn of

22  the Capitol Building to met up with Mr. Lyon.

23  Q    Okay.  Now, if I pull up Government's Exhibit 5 again,

24  this is page 2 of Government's Exhibit 5.  You remember that

25  walkway where we -- you saw Mr. Lyon walking on the walkway

```
 1   with what appeared to be acoat rack, can you see that

 2   walkway on page 2 of Government's Exhibit 5?

 3   A    Yes.

 4   Q    Just relative to position six on that map, where is

 5   that walkway?

 6   A    So it's the walkway just to the left of number six.

 7   Q    Okay.  So when you referenced the north lawn, where's

 8   that?

 9   A    So that would be this whole area to the left of like

10   six, seven and five, a little bit above eight.

11   Q    Thank you.  Let's take a look at Government's Exhibit

12   208, which has been admitted.  Let me pause it there at the

13   ten second mark.  First, what time is this video?

14   A    Approximately 4:15 p.m.

15   Q    So about 25 minutes or so after Mr. Lyon walked down

16   that walkway?

17   A    Approximately.

18   Q    Can you see the defendant in this video?

19   A    Yes.

20   Q    Can you circle him on the screen for the jury?

21   A    [Witness complies.]

22        MR. DREHER:  Let the record reflect that the

23   witness has identified the defendant in the lower left of

24   the screen at the ten second mark.

25        THE COURT:  Yes.
```

```
 1  BY MR. DREHER:

 2  Q    And where does Mr. Thompson go at 4:15?

 3  A    So he goes in the same direction as Mr. Lyon did

 4  earlier.  He goes down and makes a left and then starts

 5  walking along the north side of the Capitol Building.

 6  Q    Let's take a look at Government's Exhibit 211, which

 7  has been admitted.

 8          MR. DREHER:  Not listed?  We'll minimize it.

 9  That's all right, we can skip straight to Government's

10  Exhibit 212A, I apologize.

11  BY MR. DREHER:

12  Q    Where is this -- what does this camera angle show?

13  A    So this is the like north lawn of, like next to the

14  Capitol Building.

15  Q    Okay.  Can you see that walkway that was in those prior

16  videos that Mr. Lyon and Mr. Thompson had walked down?

17  A    Yes.

18  Q    Where is the walkway, can you circle it for the jury?

19  A    [Witness complies.]

20          MR. DREHER:  Let the record reflect that the

21  witness has circled a walkway on the top center of the

22  screen.

23          THE COURT:  Yes.

24  BY MR. DREHER:

25  Q    And what about Mr. Thompson and Mr. Lyon, are they
```

```
 1  visible at this point?

 2  A    Yes.

 3  Q    Where are they?

 4  A    On the upper right-hand side of the screen.

 5  Q    Okay.

 6         MR. DREHER:  Again, let the record reflect that

 7  the witness has the identified the defendant and Mr. Lyon in

 8  the upper right of the screen at the six second mark.

 9         THE COURT:  Very well.

10  BY MR. DREHER:

11  Q    All right.  What time is this, Special Agent O'Neill?

12  A    Approximately 4:23 p.m.

13  Q    And where is Mr. Thompson headed at this point?

14  A    So he's heading back towards the walkway.

15  Q    Let's take a look finally at Government's Exhibit 213,

16  which should be admitted.

17         THE COURT:  You said it should be or it is

18  admitted?

19         MR. DREHER:  I believe it is.  I apologize.

20         THE COURT:  Very well.

21  BY MR. DREHER:

22  Q    Do you see the defendant in this video?

23  A    Yes.

24  Q    And what's he doing at this point?

25  A    He's walking towards the east front of the Capitol
```

```
1    towards that walkway.

2    Q     Is this also on the north lawn?

3    A     Yes.

4    Q     And what time is this?

5    A     Approximately 4:24 p.m.

6    Q     After that point did you see Mr. Lyon and Mr. Thompson

7    again on CCTV?

8    A     On CCTV, no.

9    Q     Have you seen any video of them anywhere else on

10   Capitol grounds later that day?

11   A     Yes.

12   Q     Where?

13   A     On the exterior of that lower West Terrace tunnel area.

14   Q     Okay.

15           MR. DREHER:  At this point I'll read Stipulation

16   46, Your Honor.

17           "At around 4:30 p.m., Thompson and Lyon walked

18   down the north lawn of the Capitol grounds and to the West

19   Plaza, where they watched law enforcement officers' attempts

20   to remove rioters from the area.  They later left the

21   Capitol grounds before 6:00 p.m."

22   BY MR. DREHER:

23   Q     Let's start with Government's Exhibit 240A, which has

24   been -- let me just make sure that it has been admitted.

25   Has been admitted.
```

 1                    THE COURT:  Very well.

 2                    [Video played.]

 3    BY MR. DREHER:

 4    Q    Have you seen this video prior to today Special Agent

 5    O'Neill?

 6    A    Yes.

 7    Q    All right.  Just to help the jury understand where this

 8    is, what's being depicted in this video?

 9    A    So currently this is actually showing the, some of the

10    staging that was set up for the inauguration, and it is on

11    the west front of the Capitol.

12    Q    So going back to Government's Exhibit 5, page 2, can

13    you identify where on, on Capitol grounds roughly this video

14    would have been taken?

15    A    Around number nine.

16    Q    Number nine, okay.  And where is that in relation to

17    the lower west tunnel that the jury saw the video of prior

18    to today?

19    A    So the lower west tunnel is right where number nine is.

20    Q    Okay.  Let me pause it there at the four second mark.

21    Can you see the lower west tunnel at this point on the

22    screen?

23    A    Yes.

24    Q    Can you circle it for the jury?

25    A    [Witness complies.]

1          MR. DREHER:  Let the record reflect that the

2    witness has identified, circled the lower west tunnel on the

3    left side of the screen.

4          THE COURT:  Yes.

5    BY MR. DREHER:

6    Q    Can you see Mr. Thompson on the screen?

7    A    Yes.

8    Q    Where is he?

9    A    He's on the right side.

10   Q    About how far away from the tunnel is he at that point?

11   A    Approximately 30 feet or so.

12   Q    Based on your review of CCTV footage, do you know

13   approximately what time the events in this video occurred?

14   A    Starting after about 4:50 in the afternoon.

15   Q    Okay.

16              [Video played.]

17   BY MR. DREHER:

18   Q    I apologize.  I'll stop it at the 11 second mark.  Are

19   there still law enforcement officers inside that tunnel at

20   this point?

21   A    Yes.

22   Q    What about out on the terrace out here, are there --

23   have law enforcement made it out there yet?

24   A    No.

25              [Video played.]

```
 1   BY MR. DREHER:

 2   Q    Let me just pause that.  Can you see an individual

 3   right at the tunnel entrance on the left side of the tunnel

 4   entrance?

 5   A    Yes.

 6   Q    What does that individual appear to be holding?

 7   A    It appears to be a baseball bat.

 8              [Video played.]

 9   BY MR. DREHER:

10   Q    Let me pause it.  Just a second too late there.

11        Do you see an individual with some kind of red clothing

12   on his arm right at the entrance to the tunnel?

13   A    Yes.

14   Q    And what does he appear to be holding in his hand?

15   A    A police helmet.

16              THE COURT:  A what?

17              THE WITNESS:  Police helmet.

18   BY MR. DREHER:

19   Q    At the 1:02 mark, can you see the defendant again on

20   the screen?

21   A    Yes.

22   Q    Can you circle him for the jury?

23   A    [Witness complies.]

24              MR. DREHER:  Let the record reflect that the

25   witness has identified the defendant on the lower right of
```

1    the video at the 1:02 mark.

2              THE COURT:  Yes.

3              [Video played.]

4    BY MR. DREHER:

5    Q    The 1:15 mark, did you hear what that individual was

6    saying in the video?

7    A    Yes, she was yelling "traitor."

8              [Video played.]

9    BY MR. DREHER:

10   Q    Let's look at Government's Exhibit 242A, which has been

11   admitted.  What does this video depict, Special Agent

12   O'Neill, what area, I should say?

13   A    So again, it's the exterior of the lower west tunnel.

14   This is just a little bit later.

15   Q    Okay.  About how much later than the prior video do you

16   think?

17   A    A few minutes.

18   Q    And that's based on your review of the CCTV of this

19   area?

20   A    Yes.

21   Q    Does the defendant appear in -- in the longer version,

22   I should say, of this open source video?

23   A    Yes.

24   Q    Okay.  And if we look at now Exhibit 242B, which was

25   also admitted, how many pages are in this exhibit?

1    A    Two.

2    Q    All right.  And are these screen shots from the longer

3    video from which Exhibit 242A was taken?

4    A    Yes.

5    Q    Where's the defendant on the first page of Exhibit

6    242B?

7    A    On the right-hand of the screen.

8    Q    Okay.  With the green hand on the back of his

9    sweatshirt?

10   A    Yes.

11   Q    What about on the second page of Exhibit 242B?

12   A    Again, he's on the right-hand side of the screen.

13   Q    During your review of these videos in this area, do you

14   see the defendant standing anywhere other than that general

15   area up until the point where he leaves the area?

16   A    Based on the open source videos he's pretty much

17   remains in that area.

18   Q    Okay.  Let's go back then to 242A, and I'll play that

19   for the jury.

20              [Video played.]

21   BY MR. DREHER:

22   Q    Let me pause it there at the 52nd mark.  What about

23   that entrance or window that is depicted at the fifty second

24   mark of the video?

25   A    So that's a room off to the side of the lower West

1    Terrace door.

2    Q    Is the public allowed to access that room from that

3    entrance?

4    A    No.

5              [Video played.]

6    BY MR. DREHER:

7    Q    Let me just pause it there again.  Again, did you

8    see -- what are these individuals using in their

9    interactions with law enforcement officers here?

10   A    A lot of it's anything that they could find, grab,

11   brought with them, baseball bats.  They'll use the police

12   shields against officers as well as other random items.

13             [Video played.]

14   BY MR. DREHER:

15   Q    Pausing at the one minute 32 second mark.  Do you see

16   the individual holding up some kind -- I don't know exactly

17   know what it is, some kind of light producing object?

18   A    Yes.

19   Q    And where he's pointing at?

20   A    At officers' eyes.

21             [Video played.]

22   BY MR. DREHER:

23   Q    Now, let's take a look at Government's Exhibit 246A.

24             [Video played.]

25

1   BY MR. DREHER:

2   Q    I'll pause it there at the three second mark.  What

3   does that show at the three second mark?

4   A    So additional law enforcement had arrived.  This is the

5   outside area of the lower West Terrace, so it's the same

6   area just a different angle.

7   Q    Okay.  So the entrance that is on the screen right now

8   at the three second mark, what entrance is that?

9   A    The lower West Terrace entrance.

10          THE COURT:  You didn't indicate if this was in

11  evidence.  I assume it is?

12          MR. DREHER:  It is, Your Honor.

13          THE COURT:  Very well.

14          [Video played.]

15  BY MR. DREHER:

16  Q    Let me stop it at the 25 second mark.  What's all that

17  smoke from?

18  A    So that was additional things that Virginia State

19  Police had brought with them for additional munitions to

20  basically try to assist with clearing out the crowd.

21          THE COURT:  What state police did you say?

22          THE WITNESS:  Virginia State Police.

23  BY MR. DREHER:

24  Q    And approximately what time is this occurring?

25  A    A few minutes after 5:00 p.m.

1                    [Video played.]

2    BY MR. DREHER:

3    Q    I'll pause it there at the 55 second mark.  Do you see

4    the defendant on the screen at this point?

5    A    Yes.

6    Q    Can you circle him for the jury?

7    A    [Witness complies.]

8    Q    How did you identify that as the defendant?

9    A    So based on watching the footage of this video you can

10   see the green hand.  You can also see the Trump beanie that

11   he's wearing.

12           MR. DREHER:  Let the record reflect that the

13   witness has identified the defendant in the lower central

14   portion of the video.

15           THE COURT:  Yes.

16           [Video played.]

17           THE COURT:  Let me give the court reporter a ten

18   minute break.

19           MR. DREHER:  Yes, Your Honor.

20           [Thereupon, recess taken at 10:45 a.m.,

21      resuming at 10:58 a.m.]

22           [Thereupon, Jury enters the courtroom at

23      11:01 a.m.]

24           THE COURT:  Okay.  You may be seated.  You may

25   proceed.

1              **DIRECT EXAMINATION** (Cont'd)

2    BY MR. DREHER:

3    Q    Special Agent O'Neill, after that video that the jury

4    just saw of the lower West Terrace area, at what time or how

5    long thereafter did it take for officers to regain control

6    of that area?

7    A    So they were able to regain control pretty quickly.

8    Clearing everything off from that portion of the lower West

9    Terrace further down the stairs and get everybody pushed

10   back from that area.

11           MR. DREHER:  At this time, Your Honor, I'll read

12   Stipulation 48.

13           THE COURT:  Very well.

14           MR. DREHER:  "Thompson's conduct as described in

15   paragraph 32 to 34, 36, 38 to 42, and 44 to 46 of the

16   stipulations was disorderly and disruptive.  When Thompson

17   engaged in that disorderly and disruptive conduct he

18   intended to and did impede, disrupt, and obstruct the

19   certification, a joint session of Congress, and the

20   orderly -- and the orderly conduct of government business

21   and official functions.  Thompson's conduct also helped and

22   encouraged other rioters in obstructing and impeding the

23   certification."

24           I don't have any further questions for this

25   witness.

1                 THE COURT:  Cross-examination.

2                 MR. SHAMANSKY:  Thank you, Your Honor.

3                          **CROSS-EXAMINATION**

4      BY MR. SHAMANSKY:

5      Q     Agent O'Neill, good morning.

6      A     Good morning.

7      Q     You've done a thorough job, obviously, in preparing

8      this matter today, correct?

9      A     Yes.

10     Q     And remind me again how long you've been an agent with

11     the Capitol Police?

12     A     So I've been a special agent for approximately two

13     years.

14     Q     Two years?

15     A     Yes, sir.

16     Q     And prior to that?

17     A     Prior to that I was an officer with the United States

18     Capitol Police for approximately four years.

19     Q     Okay.  So, so you started during which administration?

20     A     So I began in January of 2016, so it was just before --

21     so it would have been during President Obama's

22     administration.

23     Q     Okay.  So you were already, you were on board prior to

24     the inauguration of January 20th, correct?

25     A     Yes, sir.

```
1    Q    And do you recall President Obama staging any rallies

2    or large get-togethers prior to inauguration?

3    A    I do not.

4    Q    Okay.  And that would have been prior to Trump's

5    inauguration, correct?

6    A    [No verbal response.)

7    Q    So you were there in January of '16, right?

8    A    Yes, sir.

9    Q    And Trump was about to be inaugurated, correct?

10   A    So his inauguration would have been the beginning of

11   2017.

12   Q    Okay.  Correct, January 2017.  You were there for the

13   whole year prior.  And so my question is:  During that --

14   during that -- your initial term of service, do you recall

15   Obama or anybody else acting on our president's behalf

16   staging any rallies with the purpose of impeding or

17   obstructing a transition of power?  Do you recall that at

18   all?

19   A    I do not recall any.

20   Q    And that's because it didn't happen right?

21             MR. DREHER:  Objection.

22   BY MR. SHAMANSKY:

23   Q    Correct?

24   A    My understanding is that no, it did not.

25   Q    That's all I'm asking you about is your understanding.
```

1   You've been around, you were there, correct?

2   A    Yes, sir.

3   Q    You were a member of the law enforcement organization

4   charged with safeguarding the Capitol, correct?

5   A    Yes, sir.

6   Q    So we fast forward to 2020, you're familiar with that

7   year, correct?

8   A    Yes, sir.

9   Q    And it was in fact a presidential election, correct?

10  A    Yes, sir.

11  Q    And remind me, who was elected president?

12  A    In 2020, the election was for President Biden.

13  Q    Correct.  And you're also aware during that period of

14  time after the election results started to trickle in and

15  prior to this Save America rally that there was a great deal

16  of rhetoric from President Trump that you've studied in

17  anticipation of today questioning the legitimacy of the

18  election, correct?

19  A    Can you repeat the question?

20  Q    I sure can.  You're aware that after the election was

21  held and for the weeks following early November there was a

22  great deal of rhetoric uttered by President Trump calling

23  into question the legitimacy of the election, correct or

24  incorrect?

25           MR. DREHER:  Objection, Your Honor, relevance.

1            [Bench conference.]

2            THE COURT:  Yes.  I guess the question is how is

3      what she heard, how is that relevant to what the state of

4      mind of your client was.

5            MR. SHAMANSKY:  I'm just setting up the fact that

6      the Save the America rally started this chain of events

7      which has been so intimately discussed with the jury.  So I

8      believe that in terms of the context it's important to know

9      how this group of people got there, and how they moved from

10     the sight of the rally to the Capitol.  I mean, I can hurry

11     it up.  I'm not going to go into much, but I do think it's

12     important from a context standpoint.

13           THE COURT:  Well, but you were asking her about,

14     and I don't know if she would have firsthand -- I don't know

15     if she would have firsthand knowledge in any event.  But you

16     were asking her about the Save America rally.  And I assume

17     these are events that were taking place, and we know they

18     were, long before January 6th.  And I just don't know how

19     her testimony about that is relevant to your client's state

20     of mind.

21           MR. SHAMANSKY:  Well, because, Your Honor, of

22     course she was monitoring those events prior to the 6th, but

23     I'm strictly focusing on -- and I'm getting right to the

24     6th.  I was just leading up to it.  I mean, I can jump

25     directly up to the 6th if that's preferable for everybody.

1          THE COURT:  I mean, I mean, if you're going to ask

2     her if she has firsthand knowledge about what took place

3     over by the Washington monument when the speech was given by

4     Trump and Giuliani, I don't know if she has firsthand

5     knowledge of that.

6          MR. SHAMANSKY:  Well, that's what I'm going to

7     find out.  I mean, she certainly reviewed the events in the

8     video, I'm assuming.

9          THE COURT:  Is there an objection to her

10    testifying about what she knows about what occurred that day

11    as far as the rally that took place before the events that

12    took place at the Capitol?  Is the government objecting to

13    that?

14          MR. DREHER:  Well, Your Honor, I think that some

15    of those events, like the timing of the rally or things like

16    that, are undisputed between the parties.  But if it got

17    into the specifics of what was said I think per the Court's

18    pretrial ruling it's really only relevant if the defendant

19    has established that he heard those statements.

20          THE COURT:  I would agree with that.  So if this

21    is only seeking to establish that there was these events

22    that took place, I guess it was over by the Washington

23    Monument before the group of people marched to the Capitol.

24    I guess the government's saying they don't object to that.

25          MR. SHAMANSKY:  Yes, sir.  That's all I'm getting

 1   towards just the -- I'll stay away from the specifics.

 2           THE COURT:  Very well.  Because the question

 3   wasn't to that effect, but if you're going to limit it to

 4   that since there's no objection, that's fine.

 5           MR. SHAMANSKY:  Very well.  Thank you, Your Honor.

 6           [Open court.]

 7   BY MR. SHAMANSKY:

 8   Q    Agent O'Neill, to be specific, you knew there that was

 9   this Save America rally occurring on the same day that the

10   Capitol was breached, correct?

11   A    Yes.

12   Q    And you were also aware that the group of eventual

13   rioters were previously, at least many of them were

14   previously assembled over near the Washington Monument where

15   speeches were going on or speeches were given by Trump and

16   Giuliani and other members of that team as it were, correct

17   or incorrect?

18   A    After January 6th, I was -- I was -- I found about

19   that.

20   Q    Say that again, ma'am, I'm sorry.

21   A    So, on January 6th, I was not aware of the speeches

22   that were occurring, but following --

23   Q    Okay.  So you were not aware -- as a law enforcement

24   official, you had no advance notice that this rally was

25   taking place?  That was not known to you as a law

1    enforcement official?

2    A    Myself personally, I did not.

3    Q    Are you aware that this group of people then moved

4    down, I believe Pennsylvania Avenue towards the Capitol

5    Building, you know that, correct?

6    A    Yes.

7    Q    And it seems to me from all this footage that these

8    folks all had at least one thing in common, right, and that

9    was the support of President Trump, correct?  Then President

10   Trump, right?

11   A    It appeared so.

12   Q    So they had attire, flags.  From your review of the

13   video they were screaming and chanting about, you know, stop

14   the steal and information such as that, you're aware,

15   correct?

16   A    Yes.

17   Q    And you know that because you've poured over all the

18   footage inside the building, outside of the building, not

19   only from your own agency, but also from, as Mr. Dreher

20   refers to it, as open source video, right?

21   A    Yes.

22   Q    So these folks are all attempting in unison to do their

23   level best to disrupt the vote certification, right?

24            MR. DREHER:  Objection, your Honor.

25            THE COURT:  I don't know what her basis of

```
 1   knowledge would be in reference to that.  I guess she can
 2   say what she heard.  I'll sustain the objection.
 3   BY MR. SHAMANSKY:
 4   Q    Let me rephrase.  You viewed footage, correct?
 5   A    Yes.
 6   Q    Hours and hours and hours of footage of these rioters,
 7   correct?
 8   A    Yes.
 9   Q    And many of them are behaving violently, correct?
10   A    Correct.
11   Q    They're assaulting police officers, correct?
12   A    Yes.
13   Q    They've breached a building where they have no business
14   being, correct?
15   A    Yes.
16   Q    They vandalized, correct?
17   A    Yes.
18   Q    They disrupted and caused a commotion, correct?
19   A    Yes.
20   Q    And I believe you testified that as a result of this
21   behavior elected officials were whisked away from the
22   chambers to safety, correct?
23   A    Yes.
24   Q    And their function or governmental function was, in
25   fact, interrupted as a result of this group behavior?
```

1    You've learned that from your review of the tapes, correct?

2    A    Yes, they were evacuated from the floors.

3    Q    Right.  And again, these are the folks that moved from

4    the monument down Pennsylvania Avenue because you watched

5    the footage into the Capitol, right?

6    A    Yes.

7    Q    Now, you, at Mr. Dreher's request, went through quite a

8    bit of video footage here this morning, correct?

9    A    Yes.

10    Q    And some of these Trump supporters were wielding

11    baseball bats, tire irons, all kinds of weaponry, right?

12    A    Yes.

13    Q    And, in fact, you know from your review of this matter

14    that some of them were even armed with firearms, right?

15    A    Yes.

16    Q    And it created an extremely dangerous situation, right?

17    A    Yes.

18    Q    And you specifically reviewed these videos in detail,

19    correct?

20    A    Yes.

21    Q    And it would be fair to say that nowhere, or at least

22    based on your extensive review of the videos, do you see

23    Dustin Thompson with any weapons, correct?

24    A    Based off the video footage that we were able to

25    locate, I did not see him with any weapons.

1    Q    Right, and we're talking extensive video footage,

2    correct?

3    A    Yes.

4    Q    I mean, it's inside, it's outside, right?

5    A    Yes.  There were still areas we were not able to locate

6    him based off different problems with the footage in certain

7    areas.

8    Q    Okay.  But based on what you've seen, which you would

9    acknowledge, is a pretty extensive review of his conduct and

10    behavior, nowhere does it appear he is armed with a weapon

11    of any kind, does it?

12    A    Not from what I was able to see.

13    Q    And I'm only asking about what you were able to see.  I

14    think we've established that you've done a very thorough

15    review of all the available footage from inside of the

16    Capitol and outside, correct?

17    A    Yes, but there was a portion on the West Terrace stairs

18    that I was not able to locate.  The West Terrace was a big

19    area where a lot of these assaults occurred, where I was not

20    able to locate him coming up the stairs, coming past the

21    West Terrace, past those officers.

22    Q    And you were not able to locate him even though he was

23    wearing that distinctive jacket, correct?

24    A    Correct, due to the cameras in the area.

25    Q    Right.  So again, what we know for sure is based on

```
 1   your extensive review, he doesn't have a weapon, right?

 2   A    Not from what I was able to see.

 3   Q    Right.  And when you encountered him outside with the

 4   coatrack after all the hullabaloo had occurred, he's sitting

 5   there trying to get an Uber ride, correct?

 6   A    Yes.

 7   Q    And at that point you didn't notice any firearms,

 8   batons, baseball bats, bear spray, light devices, none of

 9   those weapons that were being utilized by other members of

10   this mob, correct?

11   A    No.

12   Q    And nowhere in the footage do you see him destroying or

13   breaking property, do you?

14   A    No.

15   Q    And nowhere in the footage do you see him assaulting or

16   threatening any member of law enforcement, do you?

17   A    No.

18   Q    And, in fact, when you came upon him, even though he

19   ran and tried to evade, and frankly disobeyed your orders,

20   he was never aggressive towards you, was he?

21   A    No.

22   Q    Now, as a result of your efforts and your review,

23   Mr. Thompson made, obviously I think it's fair to say, no

24   effort to disguise himself, did he?

25   A    I'm sorry, how do you mean?
```

1    Q    He was wearing a very distinctive jacket with that

2    green hand, that neon green hand on it, correct?

3    A    Yes.

4    Q    And that made it very easy for you to identify him,

5    correct?

6    A    That is correct.

7    Q    And bottom line is based on all the extensive work that

8    you've done in this case and as a member of the Capitol

9    Police Force, it'd be fair to say that these folks were

10   fighting, they were disruptive, they were doing everything

11   within their power to make sure that this vote certification

12   didn't take place, is that correct, in your opinion?

13   A    In my opinion, it was to disrupt what was occurring

14   inside.

15   Q    You heard my question, correct?

16   A    Yes.

17   Q    So let me ask it again so I'm sure I have -- understand

18   your answer.  This unruly mob, collectively, was doing

19   everything within its power to disrupt the vote

20   certification for the presidency of the United States?

21   Correct or incorrect?

22   A    In my opinion, yes.

23   Q    In your opinion it's correct?

24   A    Yes.

25            MR. SHAMANSKY:  Thank you.  Nothing further.

1          THE COURT:  Redirect?

2                   **REDIRECT EXAMINATION**

3   BY MR. DREHER:

4   Q    Special Agent O'Neill, you were asked some questions

5   about weapons just now.  Based on your review of the

6   footage, did the defendant submit to a pat-down search when

7   he entered the Capitol Building?

8   A    No, he did not.

9   Q    Was he frisked by law enforcement officers in any of

10  those videos that you watched?

11  A    No, he was not.

12  Q    What about when you encountered him at night, at 6:00

13  p.m., that night did you frisk him then?

14  A    No.

15  Q    Why weren't you able to frisk him?

16  A    Because he ran.

17  Q    Okay.  Do you know whether he had any weapons on his

18  person?

19  A    No.

20  Q    You had testified earlier about something called an

21  enunciator.  Did you notice that enunciator on the

22  defendant's person when you saw him at 6:00 p.m. that night?

23  A    No, I did not.

24  Q    So it was only later when you saw the image of him that

25  you saw that on his belt?

1  A    That is correct.

2  Q    During the time that he was at the Capitol Building, do

3  you know whether Mr. Thompson was aware that he was being

4  filmed by CCTV footage?

5  A    I'm -- I don't know if he was aware.

6          MR. DREHER:  No further questions.

7          THE COURT:  Any questions from the jury?

8          [No response.]

9          THE COURT:  Thank you, Miss.

10          THE WITNESS:  Thank you, Your Honor.

11          [Witness excused.]

12          THE COURT:  Next witness.

13          MR. DREHER:  The government calls United States

14  Capitol Police Officer Ronald Lucarino.

15          Thereupon,

16              OFFICER RONALD LUCARINO,

17  having been called as a witness for and on behalf of the

18  Government, and having been first duly sworn by the Deputy

19  Clerk, was examined and testified, as follows:

20          THE WITNESS:  I do.

21                  **DIRECT EXAMINATION**

22  BY MR. DREHER:

23  Q    Good morning.

24  A    Good morning.

25  Q    Please introduce yourself to the jury.

```
 1   A     Sure.  I'm Officer Ronald Lucarino with the United

 2   States Capitol Police.

 3             THE COURT:  Spell your last name, please?

 4             THE WITNESS:  Sure.  L-U-C-A-R-I-N-O.

 5             THE COURT:  Thank you.

 6   BY MR. DREHER:

 7   Q     And Officer Lucarino, if are vaccinated you can remove

 8   your mask during your testimony.  Thank you.

 9         How long have you worked with the Capitol Police?

10   A     I'm in my 16th year.

11   Q     What kind of roles have you had during that 16 year

12   career?

13   A     You know, just the standard roles.  A Capitol police

14   officer has many hats actually, you know, we're police

15   officer, but we also protect the federal buildings so we do

16   a lot of security screening and, you know, just protect

17   members of Congress.

18   Q     Where were you on January 6th, 2021?

19   A     I was originally scheduled for a outside, it's

20   classified as a soft squad CDU.  So it's just a squad of

21   officers that are assigned to, without gear, that respond to

22   civil disturbance, and I was assigned to New Jersey and

23   Constitution Avenue in the Northwest.

24   Q     When did you get into work?

25   A     0630.
```

1   Q    And for those of us who aren't familiar, as

2   familiar with --

3   A    6:30 a.m.,sorry.

4   Q    6:30 a.m.?

5   A    6:30 a.m.

6   Q    What time was shift suppose to end?

7   A    Normally it ends around 2:30 p.m.

8   Q    Did you go home at 2:30 p.m.?

9   A    I did not.

10  Q    I'd like to show you Government's Exhibit 2, which has

11  been admitted.  You mentioned an intersection, I think it

12  was New Jersey and Constitution?

13  A    Yes.

14  Q    Where is that on Government's Exhibit 2?  You can

15  actually use your finger, and either circle it or put a dot.

16  A    It's on the west side, trying to get accustomed to this

17  map because it's backwards.  So it'd actually be right

18  around this intersection about right about there

19  [Indicating].

20  Q    Okay.  What was going on towards the end of your shift

21  on January 6th, 2021?

22  A    Towards the end the shift, it was actually mid-morning.

23  It was probably around, I didn't get home until around

24  2:00 a.m. that morning, so, you know, it was about an 18, 20

25  hour day for me.  Just de-conning [sic] myself.

1    Q    Sorry, you said, "de-conning yourself"?

2    A    De-conning myself, yes.

3    Q    What does that mean?

4    A    I guess sprayed with a little of chemical sprays that

5    day.  Trying to get my gear off, you know, get in the shower

6    and get ready for the next day, which I start at 6:30 a.m.

7    Q    So de-con is short -- what is that short for?

8    A    Decontamination.

9    Q    Decontamination.  When did you first notice the crowd

10   that day?

11   A    It was actually early in the morning.  It was well

12   before the speeches really started.  You know, we noticed a

13   lot of just odd things.  You know, normally the full

14   congressional hill is staff only parking so you normally

15   see, you know, staff stickers on vehicles.  So the first

16   thing I noticed was when I went to that post that day was

17   just a lot of odd vehicles.

18        You know, a lot of pickup trucks with flags on them.  A

19   lot of, you know, Trump stickers.  Just stuff you don't see

20   every day parked on one of our avenues.  That was completely

21   lined from where I was standing until the eye could see that

22   that was an actual available parking spot.

23   Q    Okay.  And at any point did you notice a crowd forming

24   in the area?

25   A    Yes.  So I mean they -- the crowd started coming

 1    towards us.  It was earlier in the morning, if I had to

 2    guess it was probably more around like 9:00 a.m., 10:00 a.m.

 3    where we started seeing more and more influx of, of the

 4    people coming from the west side.  And again, it wasn't

 5    normal, typical people.  It was a lot of people dressed in

 6    army fatigues and full tactical, you know, military gear,

 7    you know, military helmets, military vests, things of that

 8    nature.

 9    Q    Any bulletproof vests?

10    A    Yes, that's what a tactical vest is, so it's like level

11    three armor.  So it will stop like rifle rounds that we

12    don't even carry as police officers.

13    Q    What happened a little bit later in the day?

14    A    So after the first interaction I had when the speech

15    was going on, we had a few people dressed in that specific

16    gear.  You know, one of them approached me and said, "What

17    are you going to do when we come back with weapons?"  And my

18    response to that was, you know, "I'm here for a reason, to

19    protect this building and protect members of the staff in

20    it, whatever I have to do."

21         Right around that time is when more and more of the

22    crowd started coming towards us.  And then we heard the

23    radio just start blaring that our line of defense, which was

24    actually on Third Street, which is looking at this picture

25    on the left-hand side, we had a fence line all the way down

1    to Third Street.  And if you want me to point to it I can.

2    Q    Well, maybe if you could just identify it.  Describe it

3    on the map.

4    A    Yeah, so I mean the left side is the west side of the

5    Capitol, so right where you see the, almost like a triangle

6    shape, right at the end of that triangle is Third Street,

7    Northwest.  That's kind of where our fence line moved down

8    to that day, and that's the first line of defense that

9    actually got breached that day.

10   Q    All right.  What did you do then?

11   A    So, you know, listened to the radio.  Again, I was

12   assigned with the soft squad so I was there with about four

13   other squads.  One of the squads went to the West Terrace,

14   which is the, again looking at the map where you see the

15   triangle shape right where you see behind the Capitol

16   Building, there's the west side of the Capitol, that's --

17   Q    I apologize.  Would you mean just circling the West

18   Terrace?

19   A    Sure.  So, the West Terrace is actually right here.

20   [Indicating.]

21           MR. DREHER:  Let the record reflect that the

22   witness has circled the West Terrace on Exhibit 2.

23           THE COURT:  Very well.

24           MR. DREHER:  Go ahead.

25           THE WITNESS:  So once that call went out, we sent

1    a squad over there, you know, because our officers got

2    overrun.  That was kind of our last line of defense to get

3    in the building was the lower West Terrace there.  So once

4    that got, you know, taken over, I don't want to say taken

5    over, but once it got breached, the fence line got breached,

6    and the officers actually went there, they were getting in

7    physical altercations.  You could hear the 1033 calls, which

8    is officer down, multiple times that day.  And then you

9    started hearing the loud, just bangs of ammunition and flash

10   bangs and smoke all throughout that area.

11           So I actually responded to the north side of the

12   Capitol by the airshafts to kind of stop people from coming

13   from the west side of the Capitol to the east side of the

14   Capitol.  But as I was doing that, I was dealing with a lot

15   of medical issues.  A lot of people were hit by the

16   ammunition that was being used.  You know, I dealt with a

17   person that had very bad bleeding from his mouth.  Sprained

18   ankles, trying to get people out of that area.  That were

19   the ones actually coming towards us, that I was trying to

20   help them out first.

21   BY MR. DREHER:

22   Q    When you say "ammunition" is that lethal or nonlethal?

23   A    Nonlethal, it was all nonlethal used at this point,

24   yep.

25   Q    What did you do next after you were at that area?

1    A    So once I got done with dealing with the medical,

2    that's when I heard the east side of the Capitol actually

3    got breached.  So I went to go towards the east side of the

4    Capitol, looked at the stairs and it was actually overrun

5    with people so I was by myself.  I had no gear on, so I said

6    the best plan of action for me is to go through the Senate

7    side buildings which actually have tunnels attached to go

8    into the Capitol.

9    Q    Okay.

10          THE COURT:  And when you say you were providing

11    medical attention to some people, are you talking about

12    police officers or protesters?

13          THE WITNESS:  No, sir, it was protesters.

14          THE COURT:  Okay.

15    BY MR. DREHER:

16    Q    Officer, on Exhibit 2, can you see the, at least

17    portion of the Senate side buildings that you're describing?

18    A    Yes, sir.

19    Q    Where are they located on Exhibit 2?

20    A    So they're pretty much, you're going to have three.

21    You're going to have this one here, this one here and one

22    you can't see off the map.

23          MR. DREHER:  Okay.  Let the record reflect that

24    the witness has identified two of the Senate side office

25    buildings in the upper right of the image on Exhibit 2.

1                THE COURT:  Yes.

2    BY MR. DREHER:

3    Q    So what happened then as you went into those buildings?

4    A    So as I was going through the tunnels over to the

5    Capitol building, I was going up the staircase once I made

6    it into the Capitol building, and as I was going up the

7    staircase the senators were actually coming down the

8    staircase because they were being evacuated from the

9    building, from the Senate chamber.

10   Q    United States senators?

11   A    Correct.

12   Q    Where did you go then?

13   A    Wherever the radio brought me.  So the first call that

14   went out was a breach over on the House side of the Capitol

15   over by Congressman McCarthy's office.  That's the first

16   call I went to, and it was just, it was chaos.

17   Q    What do you mean it was chaos?

18   A    So when I respond over there, the windows were smashed,

19   the doors were smashed.  There was people actually crawling

20   in through broken windows into the office buildings.

21   There's a screening site over there where the doors were

22   actually broken off the hinges.  And there was very few

23   officers that were in that building that day, so we were

24   kind of outnumbered probably about a hundred to one that day

25   inside the building.

```
 1    Q    What do you do when you encounter a door that's been

 2    taken off its hinges?

 3    A    I mean, you can't close it.  The best thing is try to

 4    provide, you know, the best possible way to do is try to get

 5    the people out the way they came in and wait for backup to

 6    help.

 7    Q    All right.  At some point did you end up in the hallway

 8    near the Senate parliamentarian's office?

 9    A    I did, yes.

10    Q    All right.  Let's look at 200A.

11              THE COURT:  And that's in evidence, right?

12              MR. DREHER:  That is in evidence, Your Honor, yes.

13    BY MR. DREHER:

14    Q    Officer Lucarino, have you -- I'm just going to pause

15    it here and let you look at the three second mark.  Have you

16    seen this video prior to testimony today?

17    A    I have, yes.

18    Q    Do you recognize where this is?

19    A    Yes.

20    Q    Where is it?

21    A    That is outside the Senate parliamentarian's office on

22    the right-hand side.

23    Q    Okay.  Do you know if you're in this video?

24    A    I don't see myself yet, but I know I eventually do show

25    up in this video.
```

1    Q    Okay.

2              THE COURT:  Can you clear his markings?

3              MR. DREHER:  I apologize, yes, Your Honor.

4    BY MR. DREHER:

5    Q    I'm going to skip forward here to the 252 mark.  So

6    that's actually the 249 mark.  What is that on the ground,

7    if you know, underneath this individual's feet, just sort of

8    just to the left of the Senate parliamentarian's door?

9    A    The broken glass.

10   Q    And do you know where that came from?

11   A    There was some kind of, as you can see looking at the

12   bottom of the screen, you can see it a little bit better on

13   your left-hand side.  There's glass that used to be there

14   that was just either just kicked or hit and just smashed.

15   And I believe it protected something beyond there either a

16   picture or something that was in the Capitol Building, I'm

17   not sure what the --

18   Q    Okay.  Do you see any Capitol police officers on the

19   screen at this point?

20   A    Yes, I see two on the left-hand side.

21   Q    Do you know any of those officers?

22   A    I know one of them.  I don't know who the second one

23   is, though.

24   Q    Let me know when you see yourself on the screen if that

25   happens at any point.

1  A    Sure.  That's me coming out the door on the left-hand

2  side.

3  Q    Okay.  Can you just circle yourself so the members of

4  the jury know where you are?

5  A    [Witness complies.]

6          MR. DREHER:  Let the record reflect that the

7  witness has identified himself on the left side of the image

8  at the 319 mark.

9          THE COURT:  Yes.

10 BY MR. DREHER:

11 Q    So what are you and the other officers doing at this

12 point?

13 A    So we, again we got the call for this specific side.  I

14 don't know how I ended up in that office because I was with

15 another officer who knew the Capitol Building much better

16 than I did.  So I believe that was probably a shortcut to

17 get to that hallway.  I don't know whose office it is, but,

18 so we came out, and as you can see the officer straight

19 ahead.  We were trying to formulate a plan on how to get

20 those people that were in that hallway back out that door

21 that they just breached and came in.

22 Q    All right.  You just mentioned that you weren't sure

23 whose office it was.  Are you referring, when you say that,

24 are you referring to the office on the right side of the

25 screen or the office --

1   A    Yes, the office on the left-hand side that I came out

2   of.

3   Q    Okay.  You also mentioned that you actually didn't know

4   one of the two officers that's on the screen.

5   A    Correct.

6   Q    Why were you with officers that you didn't know on

7   January 6th?

8   A    Again, it was just whoever, whoever wasn't dealing with

9   the issues that we had outside the building and were inside

10  the building, we're just formulating squads themselves.  I

11  was in a squad of ten.  The only one that is with me from my

12  squad is the officer straight ahead with the winter cap on.

13  Q    Now, at this point did you know whether or not any of

14  these individuals had gone through an ordinary security

15  screening process?

16  A    I can guarantee they did not because where they came in

17  is not a normal screening entrance.  It's actually a fire

18  door at the Capitol Building.

19  Q    What, if any, impact did that have on what you

20  therefore did that day?

21  A    Well, every single one of those people in that hallway

22  were not screened to be in that building, which is always a

23  hundred percent of the time is done at that building.  The

24  Capitol Building is probably one of the most secure

25  buildings in the country.  Every entrance you go in in that

1    building, including the Senate and House office buildings

2    has some sort of screening to detect weapons or bombs or

3    anything of that nature.

4    Q    So at this point did you know whether any of those

5    individuals had any of those items with them?

6    A    Did not, no.

7    Q    All right.  During the day, did you -- do you know

8    whether or did you encounter any individuals with those

9    types of items?

10    A    I did.  I don't know who's in this specific hallway.

11    But this was many of the doors I responded to.  And, you

12    know, when you're in a crowd of people and you're being

13    pushed or pushing back, you know, you're always brushing up

14    against people.  And I did feel a few butts of guns that day

15    on people's waistbands.

16        So yes, there were guns, and I know after the fact that

17    there were handguns recovered inside the Capitol building by

18    other officers.

19    Q    At some point after -- well, let me ask you this:  Was

20    this initial effort by you and these other officers

21    successful at completely clearing this hallway?

22    A    No.

23    Q    So what did you do?

24    A    I'm sure there's other officers behind us there that

25    were, again, the calls were on the radio which doors we had

1   to respond to, so we were just waiting for reinforcements,

2   that's all we were doing.

3       I mean, you see three officers in the scene and

4   probably a hundred people, you know, we have to go against.

5   So right now we're just trying to stop who's in the, who's

6   now coming in the building, not to go any further.  And as

7   you see the people behind us already behind us.  So I'm not

8   sure who's on the other side, but my guess, just by looking

9   at it and by no one moving is there's another line of

10  officers most likely behind them.

11  Q    Behind the individuals at the top of the screen?

12  A    Correct, yes.

13  Q    Okay.  Where did you go after you were standing here?

14  A    So once we -- are you talking about like once we

15  cleared this hallway or --

16  Q    Let me make my question a little bit more specific.

17  Here you are, it appears you're close to the exterior door?

18  A    Yes.

19  Q    At any point did you leave this location, this

20  immediate location, but remain in this hallway?

21  A    Yes, I believe we waited, again, we waited for the

22  reinforcements to show up, join that line so we had more

23  officers pushing with their equipment.  And I believe we

24  waited for some of the more geared up officers to respond

25  with the hard gear because, you know, and then yes, I formed

1    a line and joined up with them.

2    Q    All right.  Let's take a look at Exhibit 200B now,

3    which is also in evidence.  And I'm going to skip ahead to

4    the four minute mark.  Actually I'm going to skip ahead to

5    the three minute mark of the video.

6         Okay.  Do you see a timestamp in the upper corner of

7    the CCTV footage?

8    A    Yes, I do.

9    Q    What time was this?

10   A    Looks like 2:59, yeah, 2:59.

11   Q    Okay.  What's going on here if you're aware?

12   A    So that looks like again what I just mentioned where we

13   formed a line a little bit farther back with more officers

14   just so we could get a little bit more reinforcements to

15   actually make a bigger push on this crowd to get them back

16   out that door they were actually coming in from.

17   Q    Okay.  I'll play it from that point.  And where were

18   you and the other officers at this point?

19   A    I believe we are out of screen, most likely on the top

20   in the -- which you'll probably see in the next couple, you

21   know, seconds or minutes with all the officers there

22   starting with that push.

23   Q    Do you see those little puffs of smoke around?

24   A    Yes.

25   Q    What's that?

```
 1   A    Well, that was one of two things.  It was either less
 2   than lethal ammunition that was either being shot at us or
 3   being shot at them or some kind of OC spray.
 4   Q    This video has no sound, was it this quiet in the
 5   hallway when you were there?
 6   A    No, no, it was very loud.  Not only the amount of
 7   people loud, but that door alarm that was on that fire door
 8   was just buzzing.  And inside the Capitol Building it's very
 9   deafening because it's -- it kind of echos almost everything
10   because of the way it's built.  So it was just almost three
11   times like what you would imagine.
12   Q    Let me pause it at the four minute 32 second mark.  Now
13   do you see any officers on the screen?
14   A    Yes.
15   Q    Where are they?
16   A    They're all pretty much in that little almost V shape
17   form at the top of the screen pushing that crowd back.
18   Q    Do you know whether those were all Capitol police
19   officers?
20   A    They were not, no.
21   Q    Who else, what other types of officers were there?
22   A    We had Metropolitan in that crowd, and we had Metro
23   Transit Police in that crowd also.
24   Q    And when you say "Metropolitan," just to be clear, what
25   are you referring to?
```

1   A    Metropolitan Police Department.

2   Q    At this point in this hallway, do you recall whether

3   you could smell any of the OC spray or the gas that you were

4   referring to?

5   A    Yeah, I mean, I smelt it all day.  I got sprayed

6   multiple times.  But in this specific hallway, I don't know,

7   because I changed my mask about three times that day, so I

8   don't remember if I got something in this hallway, but I

9   know throughout the building I did multiple times.

10  Q    Were you, you and the other officers eventually able to

11  push this crowd out?

12  A    At this specific entrance, yes.

13  Q    Were you able to resecure the doors?

14  A    Those are fire door, so the only way to resecure them

15  are with a key, which we don't carry.

16  Q    Okay.  So what did you all do?

17  A    I believe we just had officers stand there to reinforce

18  the door.  I mean, that's about all we could do.

19  Q    Have you ever seen a crowd like that one during your

20  time with the Capitol Police?

21  A    Not inside the building, no.

22  Q    Would you have allowed members of Congress or their

23  staff to return to work in this area while any of these

24  individuals were inside the building?

25  A    Absolutely not.

1          MR. DREHER:  I have no further questions, Your

2     Honor.

3          THE COURT:  Cross-examination.

4          MR. SHAMANSKY:  Thank you, your Honor.

5                     **CROSS-EXAMINATION**

6     BY MR. SHAMANSKY:

7     Q    Good morning, Officer Lucarino.

8     A    Good morning.

9     Q    Sir, Mr. Dreher just asked you if you'd ever seen an

10    unruly display such as this inside the Capitol.  And the

11    answer is no, correct?

12    A    Correct.

13    Q    How long have you been at this job?

14    A    There is my 16th year.

15    Q    So you've been through Obama's administration, correct?

16    A    Correct.

17    Q    At no time did he ever organize a group and send them

18    down to the Capitol when you were working, did he?

19    A    Inside the Capitol, no.

20    Q    And you indicated when you were first questioned by Mr.

21    Dreher that as you got to work that day you noticed all

22    these Trumpers with their pickup trucks and their visual

23    displays, at that point you knew something was up, right?

24    A    Correct.

25    Q    And you knew, of course, that there was this rally

1   planned, right?

2   A    Yes, this was about the third rally that we've seen.

3   Q    Right.  And you knew, of course, as an experienced law

4   enforcement official that this was not the normal sort of

5   group of folk that you observed on the day that our

6   government is supposed to certify the election results,

7   correct?

8   A    That specific day, no, it's not a crowd I've ever seen.

9   Q    Right.  And were you watching them move from the rally,

10  the Trump rally to the Capitol?  Were you there in real

11  time?

12  A    Yes.  So again, they more -- the crowd more came before

13  and during the speech.  So there's a couple different waves

14  of crowds that came.  And like I said, most of them were

15  coming from the west side, but there was also crowds coming

16  from the north side from Union Station, and there was also

17  crowds coming from the east side of the Capitol Building

18  too.

19  Q    So not only did you have this mob that came from where

20  Trump was speaking, but there were also, there were also

21  like-minded people coming from other areas as well?

22  A    Correct, yes.

23  Q    And this behavior that they displayed, if you had to

24  put a phrase to it, would "fight like hell" make sense?  Is

25  that what they were doing?

```
 1   A    Absolutely.

 2   Q    And they had no regard for you or your safety, correct?

 3   A    Correct.

 4   Q    Zero regard for the sanctity of the election proceeding

 5   that was going on by senators and House members, correct?

 6   A    Correct.

 7   Q    In fact, they had an utter disregard for the Capitol

 8   property itself, right?

 9   A    Absolutely.

10   Q    Now, you were asked about firearms which are, of

11   course, you know, you're a law enforcement official's worst

12   nightmare, right?

13   A    Yes.

14   Q    And regrettably you were in this position of wondering

15   whether you were even going to go home that night, right?

16   A    Yes.

17   Q    You're working in this horrible environment, you can

18   hardly catch your breath because of the spray, right?

19   A    Yes.

20   Q    Total utter chaos, right?  No other way to describe it,

21   right?

22   A    Correct.

23   Q    Certainly nothing like you've ever seen in this Capitol

24   Building?

25   A    Absolutely.
```

```
 1   Q    And just to be clear, and I'm sure I have an idea of
 2   the answer.  You don't know Mr. Thompson, correct?
 3   A    I do not.
 4   Q    You didn't interact with him?
 5   A    No.
 6   Q    You don't know if he was armed with a weapon or
 7   breaking things?
 8   A    I do not.
 9   Q    And, in fact, you, of course, observed varying degrees
10   of misbehavior amongst this mob, right?
11   A    Yes.
12   Q    But all acting with one concerted purpose and that was
13   to defile and disrupt the proceedings that were taking
14   place, correct?
15   A    That's what I would assume, yes.
16        MR. SHAMANSKY:  That's all I have.  Thank you,
17   sir.
18        THE COURT:  Redirect?
19                    REDIRECT EXAMINATION
20   BY MR. DREHER:
21   Q    Officer Lucarino, during your time on the force, have
22   there ever been other rallies on the National Mall?
23   A    Yes, plenty.  More than I can count.
24   Q    Have there been speakers at those rallies?
25   A    Yes.
```

1    Q    Speeches given?

2    A    Yes.

3    Q    Are they ever passionate?

4    A    Yes.

5    Q    And after those rallies did individuals come and

6    unlawfully breach the United States Capitol Building?

7    A    No.

8            MR. DREHER:  Nothing further.

9            THE COURT:  Any questions from the jury?

10           [No response.]

11           THE COURT:  Thank you, sir.

12           [Witness excused.]

13           THE COURT:  Next witness.

14           MS. ROZZONI:  Your Honor, United States calls

15   Capitol Police Officer Craig Atkinson.

16           Thereupon,

17                 OFFICER CRAIG ATKINSON,

18   having been called as a witness for and on behalf of the

19   Government, and having been first duly sworn by the Deputy

20   Clerk, was examined and testified, as follows:

21           THE WITNESS:  I do.

22           MS. ROZZONI:  May I proceed?

23           THE COURT:  Yes.

24

25

1                          **DIRECT EXAMINATION**

2   BY MS. ROZZONI:

3   Q    Good morning.

4   A    Good morning.

5   Q    Could you introduce yourself to the jury, please?

6   A    My name is Technician Craig Atkinson.  I'm a K-9

7   handler with the United States Capitol Police.

8   Q    And how long have you been working for the Capitol

9   Police?

10  A    I was hired October 1st of 2009, so from that point

11  forward, 12 and a half years.

12  Q    And what did you do when you first were hired for the

13  Capitol Police, what was your role?

14  A    My first role was within the Capitol Division, the

15  First Responders Unit.  For about eight years I was directly

16  outside the Capitol.  We were the officers, if you walk

17  around the Capitol you would always see those officers

18  outside, that's what I did for about eight years.

19  Q    Okay.  And you said that's called the First Responders

20  Division?

21  A    Correct, First Responders Unit.

22  Q    Unit.  And at some point did that change?

23  A    In August of 2018 is when I was able to transition over

24  to K-9 Division.

25  Q    And what is the K-9 Division?

```
 1   A    So ours is, we're all explosive K-9 handlers.  So all
 2   our dogs are single purpose, and we look and detect for
 3   explosives each day.
 4   Q    All right.  So you transferred over -- did you have
 5   some training that was involved with that?
 6   A    Approximately 14 weeks.
 7   Q    So is that what you do now today for the Capitol
 8   Police?
 9   A    Yes, ma'am.
10   Q    And is that what you were doing back on January 6th of
11   2021?
12   A    Yes.
13   Q    All right.  Well, let's move to January 6th of 2021.
14   Were you working that day?
15   A    Yes, I was.  I was supposed to be doing training that
16   day.
17   Q    Oh, I just realized, are you fully vaccinated?
18   A    I am.
19   Q    You can remove your mask.  I'm sorry for not telling
20   you that before.  I'm sorry, repeat that again.
21   A    Yes.  I was working that day.  I was assigned to K-9
22   training for that day.
23   Q    Okay.  What time did your shift begin?
24   A    0500, so 5:00 a.m.
25   Q    All right.  And what were your plans that day?
```

1    A    We were supposed to do from about five to seven was

2    either take care of any kennel dogs out there.  And then we

3    do an hour class, I believe it was on hyperthermia and the

4    effects on our canines.  And then we were supposed to travel

5    to FLETC, Federal Law Enforcement Training Center in

6    Cheltenham, Maryland to do probably about three or four

7    hours of training there.

8    Q    So were you that morning with other K-9 handlers?

9    A    I believe there were four of us there.

10   Q    All right.  And you said you were supposed to go to

11   FLETC.  Did something happen that caused that not to happen?

12   A    Correct.  Right around 7:30, one of the, I believe it

13   was the -- our supervisor came in and told us we're being

14   recalled back to the Hill, to kennel our dogs and respond up

15   to our headquarters to get our assignments for what we were

16   going to be doing that day.

17   Q    And when you say 7:30, that was 7:30 that morning,

18   correct?

19   A    Yeah, seven-thirty a.m.

20   Q    Okay.  And so did you follow that direction?

21   A    I did.

22   Q    All right.  And did you receive some assignment?

23   A    Oh, yes.  Right around 8:15 in the morning we met with

24   one of our sergeants who gave each of us a traffic post to

25   hold.

1   Q     And where was your traffic post?

2   A     So my would have been First and Constitution in the

3   Northwest.

4   Q     I'm showing you what's been marked and admitted as

5   Exhibit 2, do you recognize that photograph?

6   A     Yes.

7   Q     What is it?

8   A     That's an aerial photo of the Capitol complex.

9   Q     All right.  And just so that the jury can be oriented

10  can you tell the jury where north, south, east and west is?

11  A     Sure.  As we're looking at the picture north would be

12  the top of the screen, south is the bottom.  East is to the

13  right, and west is would be to the west, or to the left,

14  sorry.

15  Q     That's okay.  And you mentioned that you were posted at

16  a traffic post.  Is that position in this diagram?

17  A     Yes, it is.

18  Q     Can you mark, you can touch your screen, mark where

19  that position is?

20  A     Sure.  [Witness complies.]  Right here.

21  Q     And so you've marked the upper left-hand corner of that

22  red boundary, is that correct?

23  A     Correct.

24  Q     What is that red boundary?

25  A     It would be our immediate Capitol square we call it.

1    So it's the boundaries of Constitution Avenue, Independence

2    Avenue and First Street, and the right-hand boundary is

3    called the Capitol Plaza.

4    Q    I probably wasn't clear in my question.  That red

5    boundary, does that represent a restricted area of the

6    Capitol?

7    A    It wasn't that day.  If it was said to be restricted,

8    yes, it was restricted.

9    Q    So about what time did you end up at that traffic post?

10   A    Right around 8:30, 8:45 in the morning.

11   Q    And just describe that morning how did that go

12   beginning around 8:30, 8:45?

13   A    Around 8:30, 8:45, since we are K-9 handlers we have

14   vehicles.  They use us oftentimes to do vehicle, to block

15   access to vehicles.  So we were, as I pointed out, stationed

16   at First and Constitution, Northwest.  And we were directed

17   just to prevent any southbound traffic onto First Street.

18   So probably for -- from about 8:45 till ten o'clock, we

19   were, two of us were there just using our vehicles to block

20   vehicles.  Keep any traffic, any vehicle traffic from

21   traveling that way.

22        You had a steady flow of pedestrians, but they were

23   more than welcome and able to walk around, and they weren't

24   impeded by us at all.

25   Q    Just to be clear for the jury, you used your vehicles

1   to block the road so that actual vehicles can't go on the

2   road but pedestrians still can, is that correct?

3   A    Correct.

4   Q    Okay.  And you said that was until about 10:00 a.m.?

5   A    I believe it was about 10:00 a.m., yes.

6   Q    Okay.  Did anything change that morning or later that

7   morning?

8   A    For me personally, as I stated, the flow of pedestrian

9   traffic, and I believe around 10:00, 10:15 in the morning

10  where, for myself I can only describe, it was like a

11  physical change in the air.  There was -- you had the flow

12  of people, but all of a sudden there was just a rush of

13  people who were traveling eastbound on Pennsylvania Avenue

14  approaching First Street, not running, not walking, just a

15  very quick pace.  Again, just for me, you can just feel in

16  the air just the change.

17  Q    And so when you say "change," what did it change to?

18  A    I mean, I would describe prior to that, peaceful, just

19  people walking around, greeting us, saying hello, thanks for

20  being here.  And then it just, that stopped.  A group showed

21  up, and if you want to call it almost acted as a typical

22  spear and approached -- there's a fence line there at the

23  bottom of Pennsylvania Avenue walkway, approached that fence

24  line.  And within, in my estimation, 20 seconds or so

25  breached it and were flowing towards the Capitol.

1    Q    Can you put -- just touch on the screen where you were

2    just describing?

3    A    Sure.  It would have been right there [Indicating.]

4    Q    And that's called P Circle?

5    A    Sure.  The traffic circle you can see there, that's P

6    Circle, so that's where Pennsylvania Avenue and First Street

7    to the northwest are.  And then where, as I indicated,

8    Pennsylvania walkway, so it's a walkway that leads up to the

9    Capitol.

10   Q    Okay.  Was there a point where you left your traffic

11   post?

12   A    Yes, there was.

13   Q    And why did you leave it?

14   A    As the morning was going on after that fence line was

15   breached and the crowd just kept flowing through that area

16   up towards the Capitol, a call went out over the radio for

17   just any available assets to respond to the West Front of

18   the Capitol.

19   Q    Do all of the officers carry radios?

20   A    Yes.

21   Q    And so where did you go when you left that traffic

22   post?

23   A    From there we got into our vehicles and we traveled

24   east on Constitution Avenue, so in this picture it would be

25   the very, the top red line there towards north barricade.

1    Q    And you can make a line where you went.

2    A    So we traveled east on Constitution and right where I

3    stopped it's called the north barricade.  It's a vehicle

4    access point to the east front of the Capitol.

5    Q    And then from there where did you go?

6    A    From there we went through north barricade and we

7    traveled down west.  We call it Northwest Drive.  So it's

8    parking area for staffers.

9    Q    Okay.  So on Exhibit 2, you made a line that went from

10   the left to the right along the top red line, is that

11   correct?

12   A    Yes.

13   Q    And then on that top right corner you all were driving

14   your vehicles, is that right?

15   A    Yes.

16   Q    Okay.  You came in and then headed back west along, I

17   presume a road within the Capitol grounds?

18   A    Yes.

19   Q    Did you park there?

20   A    We did.

21   Q    Okay.  What did you do next?

22   A    Secured our vehicles, exited, and as you can see.  I

23   can draw if you like.  There's a walkway that passes the

24   grotto leading towards the lower West Terrace.  So myself

25   and a couple of other officers started walking along that

1    pathway towards the lower West Terrace, the north side of

2    it.

3    Q    Go ahead and trace where you went?

4    A    After parking, pass the grotto and surveying on that

5    walkway.  And I found myself pretty much right there on the

6    north side of the Senate steps of the lower West Terrace.

7    Q    And what did you observe at that point?

8    A    By the time I had reached that location the lower West

9    Terrace was covered with people up to that point.  There was

10   a construction site basically, but there were people

11   everywhere.  Right around where I had stopped drawing there

12   was a group of officers and a few members of the public.

13   They were performing CPR on an individual who was having

14   cardiac arrest at that spot.

15   Q    Was that an individual an officer or a protester?

16   A    No, it was not an officer.

17   Q    So it was a civilian?

18   A    Yes.

19        THE COURT:  You said it was a construction site.

20   What kind of construction was taking place?

21        THE WITNESS:  Since it was an inauguration year,

22   or election year with the inauguration right around the

23   beginning of October, that entire west side of the Capitol

24   gets shut down to public access and they begin to build the

25   inauguration stage.

1    BY MS. ROZZONI:

2    Q    Officer Atkinson, can you kind of circle where the

3    inauguration stage was being built?

4    A    [Witness complies.]  Where the inaugural platform is.

5    Q    So you've placed the circle just to the west of the

6    Capitol Building would that be a correct description?

7    A    Yes.

8    Q    Okay.  After you see officers working on this

9    individual doing CPR, what do you do next?

10    A    We were trying to keep -- the line I had drawn there

11    it's a pathway.  And it's large enough to fit a vehicle.  We

12    were just trying to keep the public off of that waiting for

13    D.C. Fire and Ambulance that was dispatched and en route to

14    show up and continue the efforts on the individual.

15    Q    Is there a point where you enter the Capitol Building?

16    A    Yes, there is.

17    Q    Okay.  I'm showing you what's been marked and admitted

18    as Exhibit 5.  Can you describe this for the jury, please?

19    A    It's a floor plan of the U.S. Capitol.

20    Q    And when you entered the Capitol, about what -- excuse

21    me, where did you enter?

22    A    I entered through the Senate carriage door.

23    Q    Can you mark for the jury where the Senate carriage

24    door is?

25    A    [Witness complies.]

1    Q    What side of the building is that on?

2    A    It's on the east side of the building, the northeast

3    corner of the building.

4    Q    And so to orient once again the jury, where is north in

5    this particular diagram?

6    A    So as we're looking at the diagram, north would be to

7    our left.

8    Q    Okay.  And you entered the Senate carriage doors, what

9    do you do next?

10    A    As we're looking at the diagram, there's a long central

11    hallway there that has two intersections.  There's a couple

12    of officers at the door that were just keeping it secured,

13    keeping people from entering.  And I found myself, I can

14    draw if you like.

15    Q    Yes, please do.

16    A    I traveled down the hallways to this second

17    intersection.  And if you look towards number seven there,

18    that's called the north door of the Capitol.  I turned

19    towards that door and then continued on up this hallway.

20    Q    So if I were to describe this directionally, you went

21    west down that hallway.  You took a right and headed north,

22    and then you took a left and again headed west, does that

23    sound correct?

24    A    Yes.

25    Q    Okay.  All right.  Once you get to that point, what do

1   you do?

2   A    At this point where I had stopped drawing there was an

3   officer who was placing an individual into handcuffs.  So I

4   help him place the individual into handcuffs.  He stood him

5   up and started getting him out of the building.  As I

6   continued walking west to this next corner here is when I

7   came upon just a group of Metro Transit officers.  I'm not

8   sure how many 15 to 20 of them.  And there was a crowd on

9   the south side of them and just -- I began helping them just

10  giving orders to clear the building, out of the building.

11  We were just at that point moving people towards what would

12  be right there the area of number three right there which is

13  a door leading, an exit door out of the building.

14  Q    Okay.  And is that the Senate fire door, the

15  parliamentarian door there at number three?

16  A    Yes.

17  Q    Okay.  And when you say "a crowd" what was that crowd,

18  were they officers?

19  A    They were not officers, no.  They were protesters and

20  demonstrators that were -- began on the West Front of the

21  Capitol and at some point had breached the building and were

22  within the Capitol.

23  Q    Okay.  And can you describe that crowd, were they

24  saying anything, were they silent?  What were they doing?

25  A    I do not know any -- I can't recall any specific chants

1    or sayings that were going on, but nobody was quiet between

2    the officers giving orders to exit, leave the building, out

3    the door.  I'm sure there were other remarks coming from the

4    other side as well.

5    Q    Okay.  Officer Atkinson, I'm going to ask you to look

6    at what has been previously marked and exhibit -- excuse me,

7    marked and admitted as Exhibit 200C.  Do you recognize this

8    video?

9    A    Yes.

10   Q    Okay.  Where is this video taken from?

11   A    It's right outside the Senate parliamentarian's office

12   which is on the right-hand side of the screen.

13   Q    And is it on the inside of the parliamentarian's doors

14   that we were just discussing?

15   A    Yes.

16             THE COURT:  You want to clear the screen?

17             MS. ROZZONI:  Oh, thank you, Your Honor.

18   BY MS. ROZZONI:

19   Q    I'm going to just play this and let you look at it.

20   And if you could tell the jury when you begin to see

21   yourself, if at all.

22             [Video played.]

23             THE WITNESS:  Just came in the top of the screen

24   there.

25

1    BY MS. ROZZONI:

2    Q    Can you circle where you are?

3    A    [Witness complies.]  That's me right there.

4    Q    So you're in the top, top, a little bit to the right

5    one of the officers in the, in a baseball hat, is that

6    correct?

7    A    Yes.

8    Q    Continue playing.  I stopped that at about 40 seconds

9    for the record.

10                [Video played.]

11   BY MS. ROZZONI:

12   Q    Stopping at about, excuse me, at second 47.  Where did

13   you just go?

14   A    I just stepped into the Senate parliamentarian's

15   office.

16   Q    And when you went into the Senate parliamentarian's

17   office, what did you see?

18   A    Within the office you had, hate to say it, but it look

19   like a bomb had gone off where papers strewn about

20   everywhere.  I recall office furniture was pulled over,

21   pushed around.  Didn't look like a normal day-to-day office.

22   Q    Could the parliamentarian had done any work in that

23   office given the state that you found it in?

24   A    No.

25   Q    I'm going to show you what's been marked and admitted

1    as Exhibit 273.  Is that a fair depiction of what the office

2    looked like when you went into the parliamentarian's office?

3    A    Yes.

4    Q    I'm going to show you what's been marked and admitted

5    as Exhibit 274.  Is that another photograph of the

6    parliamentarian's office as you recall it?

7    A    Yes.

8    Q    One moment.  Going back to Exhibit 200C.  I'll move it

9    forward to about where we were.  Starting at second 40,

10   that's about where you walked into the office, is that

11   correct?

12   A    That's correct.

13   Q    We'll continue watching.

14            [Video played.]

15   BY MS. ROZZONI:

16   Q    Do you walk out right about there?

17   A    Yes.

18   Q    What are you doing here, we're about a minute 07?

19   A    I was just trying to usher out or get the remaining

20   people out of that corridor outside the building and just

21   making sure the door remains secure at that point.

22   Q    And there right at the end of that video you walk off

23   to the left side of the screen, where were you going?

24   A    If I recall correctly, I pretty much, once the

25   individuals were outside of that door, I was just going back

1    to find more work to do.  There were still people throughout

2    the building.  I ended up, I believe, going up to the second

3    floor at that point.

4    Q    And you had mentioned that you arrived at work that

5    morning at 5:00 a.m.  What time would you normally have

6    gotten off of work?

7    A    Three p.m.

8    Q    Okay.  Do you recall what time you left work that day?

9    A    I believe it was either ten or eleven o'clock at night.

10   Q    And you said back in January of 2021, you had been

11   working for Capitol Police for about 12 and a half years?

12   A    Yes.

13   Q    So now we've got another year on that, is that right?

14   A    Yes.

15   Q    In that entire 13 and a half years that you've been

16   working for the Capitol Police have you ever seen anything

17   like what happened on January 6th?

18   A    No.

19          MS. ROZZONI:  I have no further questions, Your

20   Honor.

21          THE COURT:  Cross-examination.

22          MR. SHAMANSKY:  No questions, thank you.

23          THE COURT:  Any questions from the jury?

24          [No response.]

25          THE COURT:  Thank you, sir.

```
1              THE WITNESS:  Thank you.

2              [Witness excused.]

3              THE COURT:  Next witness.

4              MS. ROZZONI:  Your Honor, the government calls

5    Capitol Police Officer Marcus Reyes.

6              Thereupon,

7                    OFFICER MARCUS REYES,

8    having been called as a witness for and on behalf of the

9    Government, and having been first duly sworn by the Deputy

10   Clerk, was examined and testified, as follows:

11             THE WITNESS:  Yes, ma'am.

12                    DIRECT EXAMINATION

13   BY MS. ROZZONI:

14   Q    Good afternoon.

15   A    Good afternoon.

16   Q    Thank you for taking off your mask.  Could you

17   introduce yourself to the jury, please?

18   A    Yes.  My name is Officer Marcus Blake Reyes.  I work

19   for the United States Capitol police.

20             THE COURT:  Spell your last name, please.

21             THE WITNESS:  R-E-Y-E-S.

22   BY MS. ROZZONI:

23   Q    Officer Reyes, you are a fast talker.

24   A    Yes, ma'am.

25   Q    And so in order to keep our court reporter happy, I'm
```

1    going to slow down and hopefully you can as well.

2    A    Yes, ma'am.

3    Q    Okay.  Could you describe what you do for the Capitol

4    police?

5    A    So I'm part of the First Responders Unit.  I work the

6    midnight shift, so we basically protect the outside of the

7    building and all the staffers inside the building when

8    they're inside and in session.

9         We also do traffic outside of the area.  We have an

10   extended jurisdiction zone where we help out MPD and all the

11   other agencies that are in our area with basic police work.

12   Q    And how long have you been doing that for Capitol

13   Police?

14   A    For ten years.

15   Q    Did you have any law enforcement experience before that

16   time?

17   A    No, ma'am.

18   Q    Back on January 6th of 2021, what was your normal

19   shift?

20   A    So I worked the night before into the 6th, so the 5th

21   into the 6th from 11:00 p.m. to 7:00 a.m., 7:00 a.m. I was

22   relieved, and then I ended up going home that morning.

23   Q    Okay.  And so is that -- is that the shift that you

24   always work, was that the 11:00 p.m. to 7:00 a.m.?

25   A    Yes, ma'am.

1    Q    All right.  And so on January 6th, just to be clear you

2    went home at 7:00 a.m. in the morning?

3    A    Yes, ma'am.

4    Q    Where do you live?

5    A    I live in Waldorf, Maryland.  It's about 27 miles out.

6    Q    And given that you work that night shift, do you

7    typically go to sleep during the day?

8    A    Yes, as soon as I get home.

9    Q    And did you do that here?

10   A    Yes.

11   Q    Or excuse me, that day.  Was there a point at which you

12   ended up waking up?

13   A    Yeah, I woke up about twelve, maybe one o'clock.  I

14   can't remember exactly, but I woke up to a text message,

15   multiple text messages.

16   Q    All right.  And who was that text message or multiple

17   text messages from?

18   A    I got text messages from family asking if I was okay,

19   and then I got a text message from a former co-worker saying

20   that things were breaking bad at the Capitol.

21   Q    When you say "breaking bad," what does that mean?

22   A    She had a friend from Metropolitan that was on their

23   way to the Capitol because things were out of hand and they

24   needed help, so they were coming to assist us.

25   Q    Okay.  So you get this text saying that things are not

1   going well at the Capitol and that people need assistance,

2   what do you do from there?

3   A    So I run downstairs to my living room and I turn on the

4   TV and saw that the stage was full of people that weren't

5   suppose to be there.

6   Q    Okay.  Did you do anything else?

7   A    And then I grabbed my handheld radio -- so I live

8   27 miles out, but I'm close to one of our training centers.

9   So I can hear my handheld radio for work, works all the way

10  out by my house, so I was able to hear all the radio calls

11  that day.

12  Q    Okay.  And in hearing all of those radio calls, did you

13  decide to do anything?

14  A    So I started getting myself together, just to get

15  myself together in the event that we were called back in to

16  work.

17  Q    Did you decide eventually to go back to the Capitol?

18  A    Yes, ma'am.

19  Q    What made you decide to go back to the Capitol?

20  A    When I heard over the radio that there was a shots

21  fired call.

22  Q    Do you remember about what time that was?

23  A    About 2:40ish.

24  Q    So you decide to go back to the Capitol, how do you get

25  there?

1    A    In my private vehicle.

2    Q    Okay.  And how long does it normally take you to get to

3    work?

4    A    About 40 minutes.

5    Q    How long did it take you to get to the Capitol that

6    day?

7    A    So I ended up leaving my house about 2:48 p.m., like

8    right after the shots fired call.  I got to South Cap and I

9    Street, not too from the RNC DNC, about 3:10.

10    Q    Okay.  So about 22 minutes?

11    A    Yeah.

12    Q    I'm showing you what has been previously marked and

13    admitted as Exhibit 4, do you recognize that?

14    A    Yes, ma'am.

15    Q    Can you describe it for the jury, please?

16    A    So this is the west side of the Capitol.  So that area

17    that you see to the right is all the stages built up right

18    before the inauguration.

19    Q    And so this is a rendering that has the inauguration

20    stage on it, is that correct?

21    A    Yes, ma'am.

22    Q    And is this how it looked on January 6th?

23    A    Yes, ma'am.

24    Q    Or approximately how it looked.

25        Now, just so you know, you can touch that screen and

1    show the jury where you're pointing to.  And so my question

2    for you is:  When you came to the Capitol that day, from

3    what direction did you enter the Capitol?

4    A    So right over here by the -- this is the Longworth

5    Building, to the left of that green line.  When I got to

6    South Cap and I, the street was blocked off because they had

7    found the two pipe bombs, so we end up -- I end up having to

8    drive the wrong way of traffic, pull into one of our parking

9    lots from one of the buildings called the Fairchild, parked

10   at that lot, and then I had ran to the Longworth Building.

11       From the Longworth Building there's a tunnel that leads

12   into the Capitol, so I ran -- it basically goes under the

13   street, which is Independence Avenue, into the Capitol, and

14   it leads me on this south side of the building.

15   Q    Okay.  So you've marked the upper right-hand corner for

16   the Longworth Building, and then you've marked what would be

17   the south side or the upper right corner of the building as

18   where you ran to, is that correct?

19   A    Yes, ma'am.

20   Q    Okay.  And when you say "run," you actually mean you

21   physically ran, is that right?

22   A    Yes, ma'am.

23   Q    Okay.  Why did you go to the south side?

24   A    The initial call was that there was a breach at the

25   south side, at the south door of the Capitol.

 1  Q     And when you make it inside the building, what do you,
 2  what do you do when you get to that south side of the
 3  building?
 4  A     So when I got to the south side of the building I
 5  realized there was nothing going on at that point.  And then
 6  there ended up being a call for the north side of the
 7  building.  The north door was being breached.
 8  Q     Okay.  When you say "nothing going on," there were
 9  still rioters outside, is that right?
10  A     Yes, ma'am.
11  Q     Okay.  So they just didn't need immediate help there at
12  the south side?
13  A     Yes.  There was no immediate threat at that point in
14  time.
15  Q     All right.  I'm showing you what has been previously
16  marked and admitted as Exhibit 5.  Can you describe this for
17  the jury?
18  A     Yes, ma'am.  So this is the map of the entire first
19  floor of the Capitol.
20  Q     Okay.  And when you say you came in on the south side,
21  can you mark for the jury where you came in and where you
22  ended up?
23  A     So there's a set of elevators right here.  I came out
24  of these elevators, ran to the Hall of Columns, came to the
25  south door that was right here.  Realized that there was

1   nothing going on at that point in time.  Then they called

2   for a breach of the north door, which is completely opposite

3   of where I ended up, so we end up running all the way across

4   to the north door.

5   Q    All right.  So on Exhibit 5, page 1, you put a green

6   dot on the building on the right most side on the bottom.

7   You found your way going up.  You went to the right, and

8   then you went literally all the way across the building, is

9   that correct?

10  A    Yes, ma'am.

11  Q    With that green line as well.  Okay.  When you get to

12  that side of the building what, is that a doorway?

13  A    Yes, ma'am.

14  Q    What is that door called?

15  A    It's called the north door of the Capitol.

16  Q    Okay.  And very briefly, is that a door that the public

17  usually uses?

18  A    Only if they have appointments.  So they're screened at

19  the north shack.  They're screened by our officers to make

20  sure that they don't have any prohibited items to come into

21  the building.  And then they're stopped at an appointments

22  desk, and then they go to whatever respective appointments

23  they have for that day.

24  Q    And where is that screening, if you could mark that on

25  that exhibit?

1    A     [Witness complies.] It would be in this corner right

2    here.

3    Q    So outside of the building on the very left top portion

4    of the building, that's where you just marked, is that

5    correct?

6    A    Yes, ma'am.

7    Q    Okay.  So you get to the north doors, what do you see?

8    A    So as soon as I get to the north door I realize that

9    there's two officers standing in complete crowd dispersion

10   gear, which is protective gear.  And there's a lot of people

11   on the outside of the doors trying to make their way into

12   the building.  At that point in time I realized that nobody

13   really knows what to do because this is the first time that

14   a lot of people have ever experienced something like this.

15        So I get on the radio and I'm asking if we have any

16   less than lethal help which is basically anything less than

17   using our weapons to deter, trying to get them away from

18   being in that area.  When I went over radio and I asked for

19   that they came back over the radio and said that we don't

20   have any more, less than lethal stuff, we're out.  So I

21   improvised and I grabbed the fire extinguisher.

22   Q    Okay.  I'm going to stop you there.  I'm putting on the

23   screen what has been marked and admitted as Exhibit 118.

24   Can you describe this for the jury?

25   A     Yes, ma'am.  That's the north door, so that, that's the

1    outside of the north door.  And then there's another set of,

2    there's another set of double doors on the inside, and it's

3    a big wooden vestibule, but it's broken up between two

4    doors.

5    Q    I'm going to be putting on the screen what has been

6    marked and admitted as Exhibit 247.  Can you describe this

7    for the jury?

8    A    Yes, that's the inside of the north door.

9    Q    Do you know who took that photograph?

10   A    I took that photograph.

11   Q    You took it?

12   A    Yes, ma'am.

13   Q    And why did you take it?

14   A    To remember what was going on that day.

15   Q    All right.  So you, your fellow officers have no more

16   non-lethal devices, so you grab a fire extinguisher, is that

17   correct?

18   A    Yes, ma'am.

19   Q    And what do you do with that fire extinguisher?

20   A    So there was something in the doorway that wasn't

21   allowing us to open the door fully.  So I was able to plug

22   the hose of the fire extinguisher out the door and start

23   spraying into the crowd, which ultimately got the crowd away

24   from that doorway.  And then while doing that, I end up

25   spraying myself because they sprayed something into the

1    doorway and I saw it come in, so I went to go brace myself

2    for the spray and end up spraying myself with the fire

3    extinguisher.  So I end up going to de-con myself, which is

4    clean myself off, and one of the other officers took over

5    that fire extinguisher and continued using it to disburse

6    the crowd or try to disburse the crowd.

7    Q    And I just put back up Exhibit 118.  You said there was

8    something in the door?

9    A    Yes, ma'am.

10   Q    Is that in this photograph?

11   A    Yes, ma'am.

12   Q    Okay.  Can you circle that for the jury, please?

13   A    [Witness complies.]

14   Q    Okay.  You've circled the handles of the inner door in

15   Exhibit 118, is that correct?

16   A    Yes, ma'am.

17   Q    There appears to be something there that -- and that

18   did not allow you to open the door?

19   A    No.

20   Q    Officer Reyes, I'm going to back this up just for a

21   moment.  I'm putting up on the screen what has been marked

22   and admitted as Exhibit 235.  We're going to watch a little

23   bit of it, and then I'll stop it and ask you some questions.

24           [Video played.]

25

1    BY MS. ROZZONI:

2    Q    Do you recognize this video, Officer?

3    A    Yes, ma'am.

4    Q    Okay.  I've stopped it at eight seconds.  How would you

5    describe what's happening in this frame at eight seconds?

6    A    So there's obviously fire extinguisher propellent

7    coming out of the doorway, us using it to try to disburse

8    the crowd.

9    Q    Okay.

10                [Video played.]

11   BY MS. ROZZONI:

12   Q    Officer Reyes, what is that sound?

13   A    That's our alarm system for that doorway.

14   Q    And why is it going off?

15   A    So if you can see right above that, whenever the

16   buildings -- whenever there's an attempted breach or

17   whenever there's anything attempted outside, we go into a

18   lock-down mode where an officer outside has a button.

19   They'll hit that button and it will lock down that portion

20   of the building.  So the House side has one.  The Senate

21   side of the Capitol has one.

22        When all of this started happening, the entire building

23   was locked down, so House side and Senate side of the

24   Capitol were locked down.  These doors were propped opened

25   and broke that magnet and that's where the alarms are coming

1   in is that magnet.

2   Q    I'll continue playing at second 55.

3            [Video played.]

4   BY MS. ROZZONI:

5   Q    Officer Reyes, do you recognize from that day anyone in

6   this video?

7   A    Yeah, the guy with the tattoos.

8   Q    Can you say that a little bit louder into the

9   microphone?

10  A    Yeah, I recognize the guy with the tattoos.

11  Q    Is he someone who is memorable to you as you were

12  standing there?

13  A    Yes, ma'am.

14  Q    Okay.

15           [Video played.]

16  BY MS. ROZZONI:

17  Q    Officer Reyes, what did the rioters just try to throw

18  into the doors?

19  A    One of our bike racks.

20  Q    And we're at a minute and second 202 in this exhibit.

21  So you were there while that bike rack was thrown towards

22  the doors?

23  A    Yes, ma'am.

24  Q    Continuing on.

25           [Video played.]

1    BY MS. ROZZONI:

2    Q    Finished playing Exhibit 235.

3        Officer Reyes, I just have a couple more exhibits to

4    show you and --

5        THE COURT:  Okay.  It's 12:30, we'll take our

6    lunch break and we'll come back at 1:30.

7        Please continue to comply with all of the

8    instructions I've given about avoiding everybody associated

9    with the case.  And if anybody does have contact with you

10   letting me know about that, but don't tell your fellow

11   jurors what occurred.  Also don't have any discussions about

12   the case.  Have a nice lunch, and we'll see you at 1:30.

13       MS. ROZZONI:  Thank you.

14       [Thereupon, Jury exits courtroom at

15   12:30 p.m.]

16       [Thereupon, luncheon recess taken at

17   12:30 p.m., resuming at 1:30 p.m.]

18                   **AFTERNOON SESSION**

19       THE COURT:  Anything before we bring the jury in?

20       MS. ROZZONI:  No, Your Honor.

21       [Thereupon, Jury enters courtroom at

22   1:33 p.m.]

23       THE COURT:  We can get started.

24                   **DIRECT EXAMINATION** (Cont'd)

25

1    BY MS. ROZZONI:

2    Q    Officer Reyes, when we broke before lunch we were

3    talking about the north doors of the Capitol where you had

4    been on January 6th, 2021.  Do you recall that?

5    A    Yes, ma'am.

6    Q    We had looked at a video of that time.  I'm going to

7    put before you what's been marked and admitted as Exhibit

8    236.  Do you recognize that area of the Capitol?

9    A    Yes, ma'am.

10   Q    What area is that?

11   A    Still the exterior of the north door.

12   Q    And is that -- are you familiar with the crowd and what

13   you're seeing in that photograph?

14   A    Yes, ma'am.

15   Q    Can you describe what's going on in this photo?

16   A    So at that point it's, it appears that's MPD,

17   Metropolitan Police Department.  They're on their way to

18   assist us, so they were assisting us getting people away

19   from that door.

20   Q    And it appears that there's a spray sort in the upper

21   middle portion of that photograph.  Do you see that?

22   A    Yes, ma'am.

23   Q    If you know, what is that?

24   A    It's looks like, like an OC or a saber red kind of less

25   than lethal spray.  Be an aerial scent for whoever you're

1    trying to spray so that it stops them from doing what

2    they're doing.

3    Q    And in that photograph do you know who is spraying it,

4    whether it's police or rioters?

5    A    To my knowledge it looks like police.  Only because I

6    can see a little bit of the florescent yellow.  And it looks

7    like one of their arms, but I'm not too sure.

8    Q    And then similarly I'm putting up what has been marked

9    and admitted as Exhibit 237, is this a photograph of that

10   same area that we were just looking at in Exhibit 236?

11   A    Yes, ma'am.

12   Q    Okay.  And can you describe in this photograph what's

13   going on?

14   A    So it also looks like MPD is still there trying to get

15   people away from the doorway and now they're being sprayed

16   with what looks to be bear spray.

17   Q    Okay.  And again, the officers in this photograph are

18   being sprayed by rioters, is that correct?

19   A    Yes, ma'am.

20   Q    About how long did you spend on January 6, 2021 at the

21   north doors?

22   A    About 20 to 40 minutes.

23   Q    Okay.  And where did you go after you left the north

24   door area?

25   A    So after the north door there was a call for a breach

1    at the Rotunda, so I end up running up the Senate side steps

2    up to the second floor and then through the hallway just

3    like I did from the south side to the north, opposite from

4    the north to the middle of the Rotunda and fighting with

5    them on the east side doors of the Rotunda.

6    Q    Okay.  And just generally speaking, where is the

7    Rotunda located within the building?

8    A    It's directly in the middle between the House and the

9    Senate side of the Capitol.

10   Q    Now, you had come in, if I recall correctly, you had

11   come in after you had gotten off shift that morning, that

12   afternoon, in fact, so you were not working when you came

13   back to the Capitol, is that correct?

14   A    No, I was not.

15   Q    When did you finally go home?

16   A    Seven a.m. the very next morning.  So being the 7th, we

17   end up going home at 7:00 a.m. and then having to, we

18   started our 12 hour shifts so I had to return back that same

19   day at 1900 or 7:00 p.m. the next day on the 7th as well.

20   Q    So you went in early after hearing the radio calls, is

21   that correct?

22   A    Yes, ma'am.

23   Q    Then you started your normal shift that night at

24   11:00 p.m.?

25   A    Yes, ma'am.

```
1   Q    And then you stayed through 7:00 a.m. the following

2   morning?

3   A    Yes, ma'am.

4   Q    Officer Reyes, in the ten years that you've been with

5   the Capitol Police, have you ever experienced anything like

6   you experienced on January 6th?

7   A    No, ma'am.

8             MS. ROZZONI:  That's all I have, Your Honor.

9             THE COURT:  Cross-examination?

10            MR. SHAMANSKY:  No questions, thank you.

11            THE COURT:  Any questions from the jury?

12            [No response.]

13            THE COURT:  Thank you, sir.

14            THE WITNESS:  Thank you, sir.

15            [Witness excused.]

16            THE COURT:  Next witness.

17            MS. ROZZONI:  Government calls Officer Brian

18   Thomas.

19            Thereupon,

20               SPECIAL AGENT BRIAN THOMAS,

21   having been called as a witness for and on behalf of the

22   Government, and having been first duly sworn by the Deputy

23   Clerk, was examined and testified, as follows:

24            THE WITNESS:  Yes.

25                      DIRECT EXAMINATION
```

1    BY MS. ROZZONI:

2    Q    Good afternoon.

3    A    Good afternoon.

4    Q    Could you introduce yourself to the jury, please?

5    A    Sure.  My name is Special Agent Brian Thomas with the

6    FBI.

7    Q    And Agent Thomas, how long have you worked for the FBI?

8    A    Sure.  I've worked for the FBI since 2010, and I became

9    a FBI special agent in September 2017.

10   Q    So you worked for the FBI for seven years not being a

11   special agent?

12   A    That's correct.  I was an intelligence analyst for the

13   first seven years of my career.

14   Q    What does an intelligence analyst do?

15   A    Sure.  I would write products, analyzing various

16   threats, specifically back then I worked terrorism matters

17   related to the Horn of Africa.

18   Q    But then in 2017, you became a special agent?

19   A    Correct.

20   Q    What does an FBI special agent do?

21   A    Sure.  Ell, I'm trained in law enforcement

22   investigations, so I work specific cases.  And as part of my

23   specific assignment I've worked various threats.  I worked

24   cyber cases to start out, but then I switched and for the

25   last two and a half years I've investigated white collar

1  crimes.

2  Q    And where are you based?

3  A    I'm based in the Washington Field Office, and I sit out

4  at the Manassas Residence Agency.

5  Q    You mentioned that you investigate white collar crimes.

6  Did you end up investigating some January 6th matters?

7  A    That's correct.  When the events occurred on January

8  6th, everyone, pretty much every special agent in the

9  Washington Field Office was assigned to investigate leads

10  and tips that came in related to January 6th.

11  Q    And as one of those agents assigned to investigate

12  leads and tips, did you end up investigating the defendant,

13  Dustin Thompson?

14  A    That's correct.

15        MS. ROZZONI:  Your Honor, I'm just going to read

16  from Exhibit 30 that has already been admitted, Stipulations

17  30, 31 and 32.

18        THE COURT:  Very well.

19        MS. ROZZONI:  "Thirty:  On January 5th, 2021,

20  Thompson and his co-defendant, Robert Lyon, drove from

21  Columbus, Ohio to Silver Spring, Maryland in Lyon's car.

22  Thompson was then 36 years and Lyon was 27.  Lyon parked the

23  car at the Hampton Inn in downtown Silver Spring.

24        "Thirty-one:  On the morning of January 6th, 2021,

25  Thompson and Lyon took an Uber to downtown Washington, D.C.

1          "Thirty-two:  At some point after President
2     Trump's speech, Thompson and Lyon entered the portion of the
3     Capitol grounds that was, quote, 'a restricted building or
4     grounds,' unquote, as that term is defined in Section 1752
5     of Title 18 of the United States Code.  They entered while
6     the Senate was in session attempting to certify the
7     electoral college vote, and remained in that restricted area
8     for several hours.
9          "In doing so, Thompson entered and remained in a
10    restricted building or grounds as that term is used in
11    Section 1752 of Title 18 of the United States Code."
12    BY MS. ROZZONI:
13    Q    Agent Thomas, does that sound accurate to you, those
14    three stipulations?
15    A    Yes.
16    Q    Based on your investigation of the defendant?
17    A    Correct.
18    Q    Agent Thomas, I am going to refer you to Exhibit 100,
19    which has already been marked and admitted.  Do you
20    recognize that exhibit?
21    A    Yes, I do.
22    Q    What is it?
23    A    Yes, this is a Cellebrite report which is basically a
24    cellphone extraction of text messages.  These specific text
25    messages come from Robert Lyon's phone.

1    Q    So can you, when you say a "cellphone extraction," can

2    you describe that for the jury, what that is?

3    A    Sure, so on extraction.  Mr. Lyon agreed via consent to

4    let agents basically take his phone and download the text

5    messages off of it, so like the text messages that would be

6    on your device that you could scroll through, this is just a

7    report of those text messages.

8              MS. ROZZONI:  And at this time I am going to read

9    from Exhibit 30, which has already been marked and admitted,

10   Stipulations 52 through 55.

11             "Fifty-two:  Thompson's cellphone number was

12   (614)424-9685, and his email address was False Flag 420 at

13   gmail dot com from January 1st, 2020 through at least

14   January 11th, 2021.  Lyon's cellphone number was

15   (614)483-9922 from January 1st 2020 through at least

16   January 11th, 2021.

17             "The cellphone number of Thompson's wife, Sarah

18   Thompson, was (740)272-2828 from January 1st 2020 through at

19   least January 11th, 2021.

20             "Fifty-three:  Government's Exhibit 100 contains

21   true and accurate copies of SMS and MMS text messages sent

22   by or to Thompson between July 29th, 2020 and January 6th,

23   2021.

24             "Fifty-four:  In Government's Exhibit 100,

25   messages sent by Thompson are identified as incoming

1    messages from a user named Dustin.  Messages sent by

2    Thompson's wife, Sarah Thompson, to Dustin Thompson are

3    identified as incoming messages from a user named Sarah.

4    And messages sent by Lyon to Dustin Thompson are identified

5    as outgoing messages.

6           "Fifty-five:  Government's Exhibits 101 through

7    124 are true and accurate copies of images or videos that

8    were embedded in SMS or MMS messages included in

9    Government's Exhibit 100 and sent by or to Thompson between

10   July 29th, 2020 and January 6th, 2021.  Each message in

11   Government's Exhibit 100 that included an image or video

12   includes a thumbnail version of that image or video.  Each

13   image or video that is a thumbnail to a message sent by a

14   user named Dustin was sent by Thompson.  Each image or video

15   that is a thumbnail attached to a message sent by a user

16   named Sarah or to a message identified as an outgoing

17   message was sent by Thompson -- excuse me, was sent to

18   Thompson."

19   BY MS. ROZZONI:

20   Q    So Agent Thomas, we're going to walk through some of

21   those messages, not all the messages in Exhibit 100, but

22   some of them.

23        So to orient the jury, we're going to begin with text

24   message one.  Can you describe how this works and where the

25   text messages, message is, who it's from, that kind of thing

1    for the jury?

2    A    Sure, absolutely.  So what you're going to do here

3    since this is from Mr. Robert Lyon's phone, you'll look here

4    starting on the left.  The from side is going to be who

5    sends the text message.  The two side is who is going to

6    receive the message.  And for this example here the from is

7    blank because this is Mr. Robert Lyon sending it from his

8    own device, and this is to an individual named Mitchell

9    Brewer and another individual, Dustin Thompson, as

10   stipulated.

11       The timestamp is UTC-5, which means it's been converted

12   already to Eastern Standard Time so this message was sent on

13   January 3rd, 2021 at approximately 11:38.  And that

14   timestamp is specifically when Mr. Lyon sent that message

15   from his phone.

16       And then if you look at the content section, the

17   section labeled "body," that's going to be the actual

18   message itself.  So this is Robert Lyon texting Mitchell

19   Brewer and Dustin Thompson with, "So the big rally is this

20   Wednesday."

21   Q    Okay.  And just to be clear on that timestamp, is that

22   Eastern time?

23   A    That's correct.

24   Q    So moving on to text number two, can you describe this

25   for the jury?

1    A    Yes.  So this is Dustin Thompson sending a message to

2    Mr. Lyon on January 4th, at 1:08 a.m., and he, Mr. Thompson

3    says to Lyon, will out.

4    Q    Looking at text number three, can you describe this

5    text message, please?

6    A    Yes.  This is again Mr. Thompson messaging Mr. Lyon on

7    January 5th, 2021 at 12:08 a.m.  And he tells Mr. Lyon,

8    "Leaving for D.C. in the morning.  This is your notice,

9    soldier."

10   Q    And last one on this page, number four, if you can

11   describe this for the jury?

12   A    Sure.  And this is Mr. Lyon responding to Mr. Thompson

13   on January 5th at 12:09 a.m.  He says, "LMAO," and LMAO is

14   commonly known as laughing my ass off.

15   Q    Moving on to text number seven.  Can you describe this

16   for the jury?

17   A    Yes.  This is Mr. Thompson messaging Mr. Lyon on

18   January 5th at 3:36 a.m. Eastern Standard Time, and he's

19   sending him a screen shot.

20   Q    We're going to move to that screen shot.  Is this a

21   copy of that screen shot?

22   A    Yes, that's correct.  It's a screen shot that says,

23   "January 6th, Stop The Steal Rally will break one million

24   attendees.  Flights into D.C. from major cities, including

25   Orlando, Jacksonville and Chicago are all sold out

1    indicating record high turnout for January 6th Stop the

2    Steal Rally."

3    Q    And for purposes of the record this is Government's

4    Exhibit 113, is that correct?

5    A    Yes.

6         MS. ROZZONI:  And this has already been admitted,

7    Your Honor.  All of the exhibits that I'm going to be going

8    through have been admitted.

9         THE COURT:  Very well.

10   BY MS. ROZZONI:

11   Q    Moving on to text number 12, can you describe this for

12   the jury, please?

13   A    Yes.  This is Mr. Thompson messaging Mr. Lyon on

14   January 5th at 7:35 p.m.  And he says, "I always find a

15   way," and it's another screen shot.

16   Q    And looking at Exhibit 116, can you describe Exhibit

17   116 for the jury?

18   A    Sure.  This is the screen shot that was attached and it

19   says, "Breaking directions to D.C. in advance of massive

20   Trump Stop the Steal Rally are suddenly not available on

21   Apple maps."

22   Q    Looking to text number 13, please describe this for the

23   jury?

24   A    This is Robert Lyon messaging Dustin Thompson on

25   January 6th at 3:49 p.m.  And he says, "The FRU come back."

1  Q    So this text is from January 6th, 2021, is that right?

2  A    Correct.

3  Q    Okay.  And so where are Mr. Thompson and Mr. Lyon at

4  this point at 3:49 on January 6th?

5  A    They are at the Capitol Building and they are separated

6  at this point.

7  Q    Moving on to text number 17, can you describe this

8  text?

9  A    Yes.  This is Robert Lyon messaging Mr. Thompson on

10 January 6th at 4:02 p.m. saying, "You fucking abandoned me."

11        THE COURT:  Let me just ask, has this entire

12 document been admitted into evidence, but you're just

13 choosing to only show some?

14        MS. ROZZONI:  That is correct, Your Honor.

15        THE COURT:  Okay.

16 BY MS. ROZZONI:

17 Q    At 4:02 p.m., where is the defendant at that point on

18 the Capitol grounds?

19 A    The defendant is near the north doors of the Capitol

20 Building.

21 Q    I'm going to hopefully shorten this up a little bit.

22 I'm going to show you two texts here.  Can you describe them

23 for the jury, please?

24 A    Sure.  These are both from Mr. Thompson to Mr. Lyon on

25 January 6th, both happening pretty much back to back at

1    4:02 p.m.  And Mr. Thompson says, "And I came back, LMAO,

2    sorry for letting you rest."

3    Q    And again, is Mr. Thompson still at the north doors at

4    this point?

5    A    Yes.

6    Q    Here I'm putting up text 20 through 24, can you

7    describe the conversation that's going on here?

8    A    Sure, yes.  We have -- it starts with Mr. Lyon

9    messaging Mr. Thompson at 4:02, "We need to get the fuck out

10   with this trophy."

11   Q    I'll stop you there for a moment.  Based on your

12   investigation, do you know what this trophy he's referring

13   to?

14   A    Yes, the trophy refers to the coatrack.

15   Q    Go ahead.

16   A    Okay.  Thompson responds to Lyon at 4:02, and says,

17   "Follow the tear gas and I'll find me," I'm assuming I'll

18   means you'll.  After that we have Mr. Lyon messaging Mr.

19   Thompson at 4:03 saying, "I'm fighting people off," to which

20   Mr. Thompson then responds also at 4:03, "Leave it by the

21   tree.  Let's go."  And then Mr. Lyon says to Mr. Thompson

22   also at 4:03, "I'm 'bout to get shot or arrested for this

23   BS, people want it."

24   Q    Moving on to text 25 and 26, can you describe this,

25   please?

1    A    Yes.  This is Mr. Thompson messaging Mr. Lyon at 4:03

2    saying, "Going inside."  And then again Mr. Thompson a few

3    seconds later at 4:03 saying, "Sell it, $500."

4    Q    And when Mr. Thompson is saying, "sell it," do you,

5    based on your investigation, know what he's referring to?

6    A    Yes, he is referring to the coatrack.

7    Q    I'm going to have you describe text message number 27

8    for the jury, please?

9    A    This is Mr. Lyon messaging Mr. Thompson at 4:04 saying,

10   "Some girl died already."

11   Q    And do you know what Mr. Lyon was referring to when he

12   said that to Mr. Thompson?

13   A    Yes.  I believe he's referencing the shooting of Mrs.

14   Babbitt earlier in the Capitol Building.

15         MS. ROZZONI:  And at this time I'm going to be

16   reading from Exhibit 30, which has been admitted already,

17   Stipulation number 23.

18         "At around 4:45 p.m., one rioter was shot and

19   killed while attempting to break into the Speaker's lobby

20   directly adjacent to the House of Representatives' chamber."

21   BY MS. ROZZONI:

22   Q    So in response to Mr. Lyon's text about some girl dying

23   already, I'm going to have you look at texts 29 and 30.

24   A    In response to that text message, Mr. Thompson says to

25   Mr. Lyon at 4:05, "Was it Pelosi?"  Mr. Thompson then sends

1    another text message to Mr. Lyon at 4:06, which is another

2    screen shot of himself at the north door.

3    Q    And we're going to put up Exhibit 118, which has been

4    previously marked and admitted.  What is Exhibit 118?

5    A    Sure.  This is a picture Mr. Thompson sends to Mr.

6    Lyon, and this is the north doors of the Capitol.

7    Q    Going back to Exhibit 100, I'm showing you text number

8    36, can you describe this for the jury?

9    A    Sure.  As previously stipulated, this is from Sarah

10   Thompson, Mr. Thompson's wife, and this is sent to Mr. Lyon

11   on January 6th at 4:24 and it is another screen shot.

12   Q    And I'm going to move to that screen shot as Exhibit

13   120.  Is this exhibit --

14          THE COURT:  One moment.  We need to take a short

15   break.  One of the jurors forgot his mask.

16          MS. ROZZONI:  Absolutely.

17          THE COURT:  Five minute break.

18          [Thereupon, Jury exits the courtroom at

19      1:59 p.m.]

20          [Thereupon, recess taken at 1:59 p.m.,

21      resuming at 2:03 p.m.]

22          [Thereupon, Jury enters courtroom at

23      2:05 p.m.]

24          [Special Agent Brian Thomas resumed the

25      witness stand.]

```
 1                  DIRECT EXAMINATION (Cont'd)

 2    BY MS. ROZZONI:

 3    Q    Agent, before we broke we were looking at Exhibit 120.

 4    Do you recall that that was the attachment that was sent by

 5    Sarah or Mr. Thompson's wife in text number 36?

 6    A    That's correct.

 7    Q    Okay.  And with regard to who that text went to, you

 8    had mentioned Mr. Lyon, is that right?

 9    A    Yes, it went to Mr. Lyon and it was also, the same text

10    string had Mr. Thompson on it as well.

11    Q    And that's a stipulation in the record, is that

12    correct?

13    A    Yes.

14    Q    All right.  So can you describe this attachment that

15    came from Sarah and went to Mr. Lyon and Mr. Thompson?

16    A    Sure.  This is a screen shot she sends that says,

17    "Trump addresses rioters.  He unleashed, it's time to go

18    home."

19    Q    Just returning briefly to that text, just to see what

20    time, I'm going to ask you what time that text came in.

21    Could you tell the jury?

22    A    This text message was received at 4:24 p.m.

23    Q    And do you know about where Mr. Thompson was at this

24    point?

25    A    He had arrived at the north doors a few minutes prior
```

1    to this time.

2    Q    All right.  Looking at text 37 and 38, can you look at

3    these texts and describe them for the jury?

4    A    Sure.  Both of these messages are from Sarah Thompson

5    to Mr. Thompson and Mr. Lyon at 4:36 p.m.  Sarah says, "If

6    you want to take the Metro you'll need to get on the Red

7    Line from Union Station toward Glenmont and get off at

8    Silver Springs six stops away."

9        And then she sends a second message two minutes later

10   at 4:38 p.m.  "Union Station is just over a mile from

11   Capitol Hill.  There are buses to the station if you don't

12   want to walk as far."

13   Q    Looking at text message number 40, can you describe

14   this for the jury, please?

15   A    This message is from Mr. Lyon to Mr. Thompson at

16   4:48 p.m.  Mr. Lyon says, "I'm down near ground right under

17   the random construction tower that is directly in front of

18   building."

19   Q    And then looking at text number 41, what is this?

20   A    This is again from Mr. Lyon to Mr. Thompson at

21   4:51 p.m. and he sends a screen shot.

22   Q    And that screen shot is then seen as what -- at what's

23   been marked and admitted as Exhibit 121, which I'm putting

24   on the screen for you now.

25       Is that a screen shot -- or, excuse me, is that the

```
 1   photo that Mr. Lyon sent?
 2              THE COURT:  One moment, she's -- 121 is not
 3   admitted?
 4              MS. ROZZONI:  Your Honor, actually we can move on
 5   from that.
 6              THE COURT:  Yeah, I don't have that admitted
 7   either.
 8              MS. ROZZONI:  Okay.  Thank you.
 9   BY MS. ROZZONI:
10   Q    Going back to Exhibit 100 --
11              THE COURT:  So you're not moving the admission of
12   this?
13              MS. ROZZONI:  Not at this time, Your Honor.
14              THE COURT:  Very well.  That exhibit should not
15   have been shown to you so don't consider that in your
16   deliberations.
17              MS. ROZZONI:  Thank you, Your Honor.  I apologize.
18   I believe everything else is admitted.  Thank you.
19   BY MS. ROZZONI:
20   Q    So moving on to text number 42, can you describe this
21   for the jury, please?
22   A    This is from Mr. Thompson to Mr. Lyon on January 6th at
23   4:56 p.m.  And Mr. Thompson says, "I'm taking our country
24   back."
25   Q    Looking at text numbers 45 and 46, can you describe
```

1   these for the jury, please?

2   A    These are both -- this starts with Sarah Thompson

3   messaging Mr. Thompson and Mr. Lyon at 6:16 p.m. asking,

4   "Everything okay?"  And then Mr. Thompson responds about an

5   hour and a half later to Sarah Thompson and Mr. Lyon with

6   "Yep."

7   Q    And just briefly at the time 6:16, when Ms. Thompson is

8   texting the friends, what's going on based on your

9   investigation?

10  A    Sure.  Based on my investigation slightly after

11  6:00 p.m., is when Special Agent O'Neill and Special Agent

12  Bank confronted Mr. Thompson and Mr. Lyon on the lawn, which

13  led to them having that conversation about how they were

14  waiting for an Uber.  And from there they noticed the

15  coatrack which led to Mr. Thompson running away from the two

16  special agents.

17  Q    Moving on to text number 48, can you describe this for

18  the jury, please?

19  A    This is from Mr. Thompson to Mr. Lyon on January 6th at

20  approximately 8:04 p.m., and it is an attached video.

21          MS. ROZZONI:  And I'm just going to confirm with

22  the Court that Exhibit 123 has been admitted.  If we could

23  publish that then.

24  BY MS. ROZZONI:

25  Q    All right.  Agent Thomas, are you familiar with what

1    123 is?

2    A    Yes.

3    Q    What is it?

4    A    This is a video Mr. Thompson sends to Mr. Lyon of

5    himself inside the parliamentarian's office.

6    Q    And this is what he attached to what you just talked

7    about in text number 48?

8    A    Correct.

9            [Video played.]

10           MS. ROZZONI:  At this time I'm going to read from

11   Exhibit 30 that has already been admitted Stipulations 56

12   and 57.

13           "Fifty-six:  Government's Exhibit 123 is a copy of

14   a video Thompson recorded of himself while inside the Senate

15   parliamentarian's office.  Government's Exhibit 123 is an

16   authentic copy of this video and fairly and accurately shows

17   Thompson and the inside of the Senate parliamentarian's

18   office as each appeared between 2:48 p.m. and 2:52 p.m. on

19   January 6th, 2021.

20           "Fifty-seven:  The following statements captured

21   in Government's Exhibit 123, are the statements of Thompson.

22   A Woo; B, This Wiener's laptop?  Find the laptop; C, Oh

23   shit, they got water, beer, holy shit."

24           [Brief pause.]

25

```
 1           MS. ROZZONI:  We are nearly done here, but --

 2   okay.  Could you republish it, please.  I'm putting back up

 3   on the screen Exhibit 100.  We're going to go to text

 4   message 49.  It won't be quite as fancy with our program,

 5   but that's okay.

 6   BY MS. ROZZONI:

 7   Q    Looking at text message 49, can you describe this for

 8   the jury, please?

 9   A    Yes, this is Sarah Thompson texting Mr. Lyon and Mr.

10   Thompson about 20 minutes after that video is sent in

11   response to it and saying, "I will not post bail."

12   Q    And then looking at text message 50, can you describe

13   this text?

14   A    This is Mr. Lyon responding to Mr. Thompson and Mrs.

15   Thompson at 8:26 p.m., "Maybe don't send incriminating shit

16   to my phone.  Might get warranted or something, LOL."

17   Q    And that was, I'm sorry, 8:26?

18   A    Yes.

19   Q    Okay.  And then looking to text number 51?

20   A    And in response to this, Mr. Thompson replies to Mr.

21   Lyon and Mrs. Thompson at 8:27 p.m. with a photo.

22   Q    Okay.  And looking to Exhibit 124, which has been

23   previously admitted, what is this?

24   A    And this is a photo of Mr. Thompson on Capitol grounds

25   next to the coatrack and -- yeah.
```

```
1   Q    And is this the photo that Mr. Thompson sent in that

2   text?

3   A    Yes.

4   Q    All right.  Just a couple more questions, Agent Thomas.

5   Have you in your investigation been able to figure out the

6   timing of former President Trump's speech on January 6th,

7   2021?

8   A    Yes.

9   Q    From about what time did it start to about what time

10  did it end?

11  A    It started at approximately 11:58 a.m. Eastern Standard

12  Time and finished around 1:15 p.m.

13  Q    And do you know approximately where it took place?

14  A    He was on -- the speech was over by the White House in

15  the monument area.

16       THE COURT:  When you say the "monument," you mean

17  the Washington Monument?

18       THE WITNESS:  Correct.

19  BY MS. ROZZONI:

20  Q    And we're not publishing this to the jury, but I've put

21  in front of you Exhibit 330, are you familiar with Exhibit

22  330?

23  A    Yes.

24  Q    Can you tell the jury what it is?

25  A    This is the speech from Mr. Donald Trump on that day.
```

```
1    Q    Is this a transcription of it?

2    A    It's a transcription of it, yes.

3    Q    Okay.

4         MS. ROZZONI:  Your Honor, that's all I have for

5    this witness.

6         THE COURT:  Very well.  Cross-examination.

7         MR. SHAMANSKY:  No questions.  Thank you.

8         THE COURT:  Any questions from the jury?  One

9    question.  One moment.

10        [Bench conference.]

11        THE COURT:  The question is:  "What time was it

12   when Mr. Thompson responded to his wife on taking my country

13   back?"  And I guess, "Where was he when he sent that text

14   when she told him to leave?"

15        Any objection to the question being asked?

16        MR. SHAMANSKY:  No, Your Honor, not on behalf of

17   Mr. Thompson.

18        MS. ROZZONI:  And no, Your Honor I'm happy to ask

19   those questions.

20        THE COURT:  Very well.

21        [Open court.]

22        MS. ROZZONI:  Give me a moment, Your Honor.  I

23   just want to find -- if you can publish, please.

24   BY MS. ROZZONI:

25   Q    Agent Thomas, I'm going to point you in the direction
```

1    of text number 42.  Can you describe again for the jury what

2    that text is?

3    A    Sure.  It is Mr. Thompson sending a message to Mr. Lyon

4    on January 6th at 4:56 p.m., and he says, "I'm taking our

5    country back."

6    Q    And based on your investigation, do you know about

7    where Mr. Thompson was when he received this text, or excuse

8    me, he sent this text?

9    A    I believe this is in between some time, but he's

10   probably by the West Terrace at this point.

11   Q    Is that the tunnel area?

12   A    The tunnel area, correct.

13         MS. ROZZONI:  One moment.

14   BY MS. ROZZONI:

15   Q    Okay.  Agent Thomas, just a couple more questions.  I'm

16   pointing you in the direction of text number 36, can you

17   describe this for the jury, please?

18   A    Yes, this is Mrs. Thompson messaging Mr. Lyon and Mr.

19   Thompson at 4:24 p.m., and he sends a screen shot.  And this

20   screen shot is Donald Trump saying something along the lines

21   of it's time to go home.

22   Q    Okay.  And so at this point, 4:24, this is before the

23   other text that where Mr. Thompson is saying he's taking his

24   country back, is that correct?

25   A    Correct, it's about 30 minutes prior.

```
1    Q    And at this point at 4:24 p.m., do you know from your
2    investigation about where he might have been at this point?
3    A    He was around the north doors of the Capitol at this
4    time.
5              MS. ROZZONI:  I think we're done, Your Honor.
6              THE COURT:  Thank you.  Any further questions from
7    counsel?
8              MR. SHAMANSKY:  No, Your Honor.  Thank you.
9              THE COURT:  Anything else from the jury?
10             [No response.]
11             THE COURT:  Thank you, sir.
12             [Witness excused.]
13             THE COURT:  Next witness.
14             MS. ROZZONI:  Your Honor, I think our witnesses
15   are complete, but I do have to read the remaining
16   stipulations into the record.
17             THE COURT:  Very well.
18             MS. ROZZONI:  So I'll be skipping around in
19   Exhibit 30, Your Honor, as Mr. Dreher and I have both read a
20   number of these stipulations.
21             But from Exhibit 30, which has previously been
22   admitted, "The United States of America by and through
23   William Dreher, Assistant United States Attorney, and
24   Jennifer Rozzoni, Assistant United States Attorney, and the
25   defendant, Dustin Thompson, and his attorney, Samuel
```

 1   Shamansky, agree and stipulate as follows:

 2           "One:  Background stipulations.  First, the

 3   parties agree and stipulate to the following facts relating

 4   to the U.S. Capitol Building and the events of January 6th,

 5   2021.

 6           "The jury may accept the following facts as if

 7   they had been proven beyond a reasonable doubt at trial.

 8   Neither party shall be prohibited from calling witnesses to

 9   testify about or introducing evidence to establish any of

10   the facts listed in these stipulations.

11           "One, the U.S. Capitol Building is located at 1

12   First Street, Northwest, Washington, D.C. 20510, and is the

13   meeting place of both Houses of the United States Congress

14   and the seat of the legislative branch of the United States

15   government.

16           "Three, the U.S. Capitol is secured 24 hours a day

17   by the U.S. Capitol Police.  Only authorized people with

18   appropriate identification are allowed access inside the

19   Capitol Building.

20           "Four, on January 6th, 2021, the Capitol Building

21   and portions of the Capitol grounds were closed to members

22   of the public.  The area that was closed to members of the

23   public is defined by the area within the red border,

24   including the Capitol Building on the map labeled as

25   Government's Exhibit 2.  On the western side of the area

1  shown in Government's Exhibit 2, there were additional

2  temporary barriers, including green snow fencing and signs

3  stating, quote, 'Area closed by order of the United States

4  Capitol Police Board' end quote.

5          "Sixteen:  At approximately 2:13 p.m., President

6  Pro Tempore and presiding officer Senator Grassley recessed

7  the Senate.

8          Roman numeral III, Stipulations relating to

9  communication and exhibits.

10          "Third:  The parties stipulate the following facts

11  relating to communications involving the defendant, Dustin

12  Thompson.  The jury may accept the following facts as if

13  they had been proved beyond a reasonable doubt at trial.

14  Neither party shall be prohibited from calling witnesses to

15  testify about or introducing evidence to establish any of

16  the facts listed in these stipulations."  And those are the

17  paragraphs that have already been read, 52 through 57.

18          Roman numeral IV.  Stipulations relating to

19  exhibits.

20          "Fourth, the parties stipulate to the following

21  facts regarding exhibits.  The jury may accept the following

22  facts as if they had been proved beyond a reasonable doubt

23  at trial.  Neither party shall be prohibited from calling

24  witnesses to testify about, or introducing evidence to

25  establish, any of the facts listed in these stipulations.

1          "Fifty-eight: Government's Exhibit 230 shows the

2    scene near the Peace Monument outside Capitol grounds

3    including Thompson and Lyon around two p.m. on January 6th,

4    2021.

5          "Fifty-nine:  Government's Exhibits 200 and 201

6    show the scene directly inside the northwest side door of

7    the Capitol Building, including the conduct of Thompson and

8    Lyon and other rioters and law enforcement officers.

9          "Sixty:  Government's Exhibits 220 through 223 are

10   screen shots from Government's Exhibit 200.

11         "Sixty-one:  Government's Exhibits 202 through 214

12   show Thompson, Lyon, or both, outside of the Capitol

13   Building while on Capitol grounds.  Thompson appears in

14   Government's Exhibits 202, 203, 204, 208 through 214.  Lyon

15   appears in Government's Exhibits 202, 203, 205 through 207,

16   212 and 214.

17         "Sixty-two:  Government's Exhibit 231 shows the

18   outside of the Capitol Building just outside the northwest

19   wing doors at around 2:47 p.m. on January 6th, 2021.

20         "Sixty-four:  Government's Exhibit 233 shows

21   Thompson and Lyon leaving the Capitol Building through the

22   northwest wing doors at 3:01 p.m. on January 6th, 2021.

23         "Sixty-five:  Government's Exhibits 234 through

24   237 show Thompson and the scene at the north doors to the

25   Capitol Building around 4:00 p.m. on January 6th, 2021.

1          "Sixty-six:  Government's Exhibit 260 through 263

2   were taken by Lyon on January 6th, 2021, and show Lyon's

3   surroundings as they appeared at the time he took these

4   photographs and videos on January 6th, 2021.  Thompson is

5   visible at the 1:07 mark of Government's Exhibit 262.

6          "Sixty-seven:  Government's Exhibit 270 shows Lyon

7   as he appeared on the evening of January 6th, 2021.

8          "Sixty-eight:  Government's Exhibits 271 through

9   285 were taken by a U.S. Capitol Police crime scene

10  technician and show the Senate parliamentarian's office as

11  it appeared on January 14th, 2021.

12         "Sixty-nine:  Government's Exhibit 286 shows the

13  Senate parliamentarian's office as it appeared on the

14  afternoon of January 6th, 2021, after rioters had entered

15  the office.

16         "Seventy:  Government's Exhibit 287 shows the

17  Senate parliamentarian's office as it appeared on the

18  evening of January 6th, 2021, after the room was secured

19  from rioters.

20         "Seventy-one:  Government's Exhibits 270 through

21  286 are authentic copies of the photographs that fairly and

22  accurately represent what they depict as of the time they

23  were taken.

24         "Seventy-two:  Government's Exhibits 200 through

25  214 are authentic copies of closed-circuit television

1    footage from the U.S. Capitol Building.  The timestamps and

2    dates in the upper left corner of these exhibits are

3    accurate.  Each of these exhibits fairly and accurately

4    represents what they depict as of the timestamps and dates

5    in the upper left corner of the exhibit."

6         Finally, "Seventy-three:  Government's Exhibits

7    230 through 235, 238, 261 through 263, and 287 are authentic

8    copies of videos that fairly and accurately represent what

9    they depict as of the time they were taken."

10        And reading from Exhibit 31, which is a second set

11   of stipulations that have already been admitted.  Beginning

12   at Roman numeral II, Stipulations relating to Exhibits.

13        "Four:  Government's Exhibit 239 shows Thompson

14   and the scene at the north doors to the Capitol Building

15   around 4 p.m. on January 6th, 2021.  This exhibit is an

16   authentic copy of a video that fairly and accurately

17   represents what it depicts as of the time it was taken.

18        "Five:  Government's Exhibits 240 through 246 show

19   the scene outside the lower west tunnel on the west side of

20   the U.S. Capitol, including the conduct of Thompson and

21   other rioters and law enforcement officers between around

22   4:45 and 5:10 p.m. on January 6th, 2021.  These exhibits are

23   authentic copies of videos that fairly and accurately

24   represent what they depict as of the time they were taken.

25        "Six:  Government's Exhibits 301 to 308 are

1    authentic copies of business records from Verizon wireless.

2    The records include information about Thompson's phone

3    number.  These records were automatically made at or near

4    the time of the activity on Thompson's cellphone and were

5    made and kept in the course of Verizon wireless's regularly

6    conducted business activities.

7              "Seven:  Government's Exhibit 310 is an authentic

8    copy of business records from Google, LLC.  The records

9    include information about Thompson's Google account, False

10   Flag 420 at gmail dot com.  These records were automatically

11   made at or near the time of the activity on Thompson's

12   Google account and were made and kept in the course of

13   Google's regularly conducted business activity.

14             "Eight:  Government's Exhibit 400 is the

15   bulletproof vest that the U.S. Capitol Police recovered

16   after January 6th, 2021, near the railroad tracks behind a

17   building located at 499 South Capitol Street, Southwest,

18   Washington, D.C. 20003.  Government's Exhibit 401 is the cap

19   that the U.S. Capitol Police recovered from the same

20   location.  Government's Exhibit 402 is the coatrack that

21   Dustin Thompson dropped when he ran away from two U.S.

22   Capitol Police special agents at approximately 6:00 p.m. on

23   January 6th, 2021."

24             THE COURT:  That's it?

25             MS. ROZZONI:  That's it, your Honor.

 1          THE COURT:  Very well.  Again, everything that was

 2   just read to you by the prosecutor is considered undisputed

 3   evidence since the parties have agreed to it.

 4          MS. ROZZONI:  And with that, Your Honor, the

 5   government rests.

 6          THE COURT:  Very well.  The government has

 7   completed the presentation of its case.  We'll take a recess

 8   and we'll get back to you as soon as we can.

 9          [Thereupon, Jury exits the courtroom at

10      2:35 p.m.]

11          THE COURT:  You may be seated.  Anything before we

12   proceed further?

13          MR. SHAMANSKY:  Your Honor, I'll make the

14   obligatory Rule 29 motion.  I don't have any argument.

15          THE COURT:  Very well.  I think the evidence,

16   viewing it most favorable to the government as I have to, is

17   sufficient to avoid that motion, so I'll deny the motion.

18          Okay.  We'll take a ten minute break now and then

19   we'll proceed.

20          [Thereupon, recess taken at 2:36 p.m.,

21      resuming at 2:48 p.m.]

22          THE COURT:  Anything before we bring in the jury?

23   Okay.

24          [Thereupon, Jury enters courtroom at

25      2:55 p.m.]

1          THE COURT:  You may be seated.

2          The defense may call its first witness.

3          MR. REGENSBURGER:  Thank you, Your Honor.  The

4   defense calls Sarah Thompson.

5          Good afternoon, ma'am.

6          THE COURT:  One moment.

7          Thereupon,

8                    SARAH MARIE THOMPSON,

9   having been called as a witness for and on behalf of the

10  Defendant, and having been first duly sworn by the Deputy

11  Clerk, was examined and testified, as follows:

12          THE WITNESS:  I swear.

**DIRECT EXAMINATION**

14  BY MR. REGENSBURGER:

15  Q    Are you vaccinated?

16  A    Yes, I am.

17  Q    Okay, you can take that mask off.

18       Could you please state your name for the Court,

19  spelling your last name.

20  A    My name is Sarah Marie Thompson, T-H-O-M-P-S-O-N.

21  Q    And you're married to Dustin Thompson?

22  A    Yes.

23  Q    Could you please explain to us where you grew up?

24  A    I grew up in Delaware, Ohio.

25  Q    Where is that located?

1    A    It's a little bit north of Columbus, probably about 35

2    minutes north.

3    Q    And what sort of community?

4    A    It's fairly small.  I grew up in the country.  I went

5    to a country school, but there is a small city nearby as

6    well.

7    Q    And what was your family situation growing up?

8    A    Both my parents are still married.  I have one sister.

9    Q    Older or younger?

10    A    Older.

11    Q    And where did you go to school?

12    A    I went to Buckeye Valley.

13    Q    And what kind of school is that?

14    A    It's, it's just a public school.

15    Q    Okay.  After you went to public, I'm sorry, after you

16    went to Buckeye Valley, where did you go after that?

17    A    I went to Muskingum College for one year, and then I

18    transferred to the Ohio State University where I graduated.

19    Q    And what did you study?

20    A    I studied fashion merchandising.

21    Q    And after that, did you obtain employment?

22    A    I worked in retail for several years.  I was a manager

23    at quite a few retail stores.  After that I worked as a

24    phone salesperson for Safelite for a year.  And now I'm a

25    senior procurement buyer.  I buy construction materials to

```
 1   build stores worldwide.

 2   Q    And where is that that you currently work?

 3   A    Victoria Secret.

 4   Q    And where is that located?

 5   A    The home office is located in Columbus, Ohio.  It's a

 6   full frontal store now.

 7   Q    So, safe to say, you've kept yourself busy your entire

 8   adult life?

 9   A    Definitely.

10   Q    How did you meet Dustin?

11   A    Dustin and I went to college together.  We had some

12   mutual friends and we were friends throughout college.

13   Q    Okay.  And did you start dating immediately?  Was it

14   something that developed over time?

15   A    We were friends for several years before we started

16   dating.  I had graduated college, and he was in his last

17   quarter when we started dating.

18   Q    And do you remember what year that was?

19   A    2008.

20            THE COURT:  So you went to two different colleges,

21   is that right?

22            THE WITNESS:  Yes, I did.

23            THE COURT:  So you met him at which college?

24            THE WITNESS:  At Ohio State.

25
```

1   BY MR. REGENSBURGER:

2   Q    And in 2008, you began dating, correct?

3   A    Yes.

4   Q    How long did you date?

5   A    Eleven years up until we got married.  And the very,

6   very beginning of 2020.  We were engaged the end of 2018.

7   Q    Okay.  So you date approximately ten years.  And then

8   end of '18 you become engaged, and then when did you marry?

9   A    We got married January 1st, 2020.  We had a New Year's

10  Eve wedding.

11  Q    Okay.  And were you living together during all that

12  time?  Did you move in together sometime during that dating

13  process?

14  A    I moved in.  We had been dating quite some time before

15  we moved in.  I moved in probably, maybe 2017.  I don't

16  remember off the top of my head.

17  Q    So you've lived together essentially for five years?

18  A    Yeah, at least, maybe six.

19  Q    Okay.  And did you and Mr. Thompson share similar

20  political beliefs?

21  A    No, we did not.  I'm a democrat.  I voted for Biden.  I

22  voted for Obama.  I voted for Hillary.  You know, up until

23  Trump was in office I thought that Dustin had more kind of

24  moderate libertarian views, and things started to shift

25  around 2015, 2016.

1    Q    So I guess that plays a part in my next question.    In

2    terms of your political differences, how much of a part did

3    that play in your relationship, if any?

4    A    I mean, it's something that we bickered about a little

5    bit, politics, but generally tried to not talk about it too

6    much.    It wasn't something that I wanted to make a divide in

7    our relationship.    I'm not a super political person, so

8    different views wasn't really that important with me, to me,

9    it was you know something that I could deal having

10   differences in.

11   Q    And you had indicated that up until former President

12   Trump was elected into office you thought he was more on the

13   libertarian end, and then that somewhat shifted?

14   A    Yeah, he -- around during Trump's first term, Dustin

15   was very pro Trump, into Trump.    And leading into the

16   election was very, very pro Trump.    Became a very strong

17   right wing views.

18   Q    And he expressed those views to you?

19   A    Yes, he did.

20   Q    Okay.    I'm going to bring us forward to 2020.    You get

21   married early that year, correct?

22   A    Correct.

23   Q    And that's the year of the pandemic?

24   A    Correct.

25   Q    How were things shaking down in the Thompson household

1    that year?

2    A    Well, you know, it was a rough year for us as it was

3    for many Americans.  Dustin lost his job in March, and, you

4    know, we spent most of the year in isolation.  We didn't go

5    out much, mostly stayed home.

6    Q    So he lost his job in March, what was he doing before

7    being let go in March?

8    A    He was an exterminator.

9    Q    And was -- do you know how long he was working that

10   job?

11   A    He'd worked that job for a year, maybe a year and a

12   half.  And he'd worked for another extermination company

13   prior as well.

14   Q    So we previously discussed how you've been working ever

15   since your graduation, was Dustin the same way?

16   A    Yes.  Dustin worked, before he did the extermination he

17   worked for a pawn shop for a long time, six, seven years.

18   He spent a lot of time there as well.

19   Q    Okay.  So he loses his job in March.  Did he ever

20   obtain new employment that year?

21   A    No, he did not.

22   Q    Okay.  So you're working, what's he doing?

23   A    Dustin spent a lot of time on the Internet, a lot of

24   time watching You Tube, a lot of time on Twitter, reading

25   articles on his phone.

1    Q    And do you have any -- did he ever show to you or tell

2    you or indicate to you what sort of information he was

3    consuming from the Internet and from these articles on his

4    phone?

5    A    From my perspective, you know, it was a lot of

6    conspiracy theory type videos that he was watching.

7    Q    Okay.  Were they just any type of conspiracy theories?

8    Are we talking moon landing type of conspiracy theories, or

9    was it more political or was it a mix?

10   A    Both.

11   Q    Both, okay.  And did he ever talk to you about his

12   belief and the reasons for his belief in any of those

13   conspiracies?

14           MS. ROZZONI:  Objection, Your Honor.

15           [Bench conference.]

16           MS. ROZZONI:  Your Honor -- this witness is going

17   to tell the jury what Mr. Thompson said to her, I would ask

18   that that be limited.  That should be excluded because that

19   obviously is hearsay.  IF he's just going to ask generally

20   questions, that's probably okay.

21           MR. REGENSBURGER:  That's fine.  I haven't gotten

22   into the specifics of what he said, only whether or not he

23   spoke to her about those issues.

24           THE COURT:  If that's all you're going to do,

25   that's fine.

```
 1              MR. REGENSBURGER:  That's all, Your Honor.  Thank
 2    you.
 3              [Open court.]
 4    BY MR. REGENSBURGER:
 5    Q    So did he ever speak to you about those sort of
 6    theories and the reasons he believed in them?
 7    A    He would sometimes send me links to videos and try to
 8    encourage me to watch them, but they weren't anything I was
 9    interested in or wanted to take the time to watch or listen
10    to, so I usually didn't.  I mean, as far as why he believed
11    things, I mean really to me just seemed to be in his --
12              MS. ROZZONI:  Objection.
13              THE COURT:  Sustained.
14    BY MR. REGENSBURGER:
15    Q    Did he have any sort of reaction to the election
16    results following the 2020 presidential election?
17    A    He was very angry about the election results.  He
18    believed that the election had been stolen and believed the
19    words that, you know, that it wasn't fair, that it had been
20    rigged, and that Biden wasn't the true president elect.
21    Q    And when did he first express to you interest in going
22    to the January 6th rally?
23    A    Just one to two days before.  It was not very far in
24    advance.
25    Q    And I would assume that's not something you were
```

1    interested in participating in?

2    A    Definitely not.

3    Q    Do you recall sending any communications that day in

4    terms of trying to direct him and Mr. Lyon away from the

5    rally?

6    A    I didn't really know what was going on that day.  I

7    didn't have the news on.  I had been working.  I was just

8    kind of enjoying the house being quiet alone by myself that

9    day.  So it wasn't until later in the day I had any idea

10   what was going on, and at that point both of their phones

11   were shut off.

12   Q    Based on your observations, did his belief or the

13   intensity of his belief, specifically in the fraudulent

14   nature of the election, become strengthened while he was at

15   home, unemployed, during the 2020 pandemic between March and

16   the end of November?

17   A    Absolutely.

18          MR. REGENSBURGER:  Nothing further.  Thank you.

19          THE COURT:  Cross-examination.

20          MS. ROZZONI:  Thank you, Your Honor.  May I

21   proceed?

22          THE COURT:  Yes.

23                    **CROSS-EXAMINATION**

24   BY MS. ROZZONI:

25   Q    Good afternoon.

```
 1   A    Hello.

 2   Q    My name is Jennifer Rozzoni.  I'm one of the

 3   prosecutors in this case.

 4        So as I understand it, you met Mr. Thompson in college?

 5   A    Yes, ma'am.

 6   Q    And what did Mr. Thompson get a degree in?

 7   A    He has a history and a psychology degree.

 8             THE COURT:  In the what?

 9             THE WITNESS:  Psychology.

10   BY MS. ROZZONI:

11   Q    And when did he receive that degree?

12   A    He graduated, I believe in December 2008.

13   Q    And then you said he's held a number of jobs?

14   A    Yes.

15   Q    What jobs has he held?

16   A    He worked at a pawn shop for several years.  I believe

17   like six or seven years he worked for Love's pawn shop.  And

18   he worked as an exterminator for two different companies.

19   The last one was EPM.  He also did some contract work for

20   the state throughout our relationship where he inspected

21   ABA's.

22   Q    Is it fair to say he's a pretty smart guy?

23   A    He's definitely very smart.

24   Q    Now, you mentioned that you only heard about his going

25   to the rally about one to two days ahead of time, is that
```

1    right?

2    A    Yes, ma'am.

3    Q    Okay.  And you knew what the rally was about?

4    A    I knew it was a Stop the Steal rally, and I told him

5    that though I did not agree with it, I respected his right

6    to go to a protest that the president was calling on.

7    Q    Well, you didn't believe the election was stolen, did

8    you?

9    A    I did not.

10   Q    Now, you helped him get there, correct?

11   A    I booked the hotel for him, and I packed a book bag

12   with just some clothes for him, and a little cooler of some

13   sandwiches and snacks.

14   Q    Okay.  So you supported his going to Washington, D.C.?

15   A    I supported his right to go to a protest, yes.

16   Q    But you didn't believe that the election was stolen?

17   A    No, absolutely not.  And I made that very clear to him

18   before he left that I did not agree with the purpose of the

19   protest.

20   Q    Okay.  In fact, you gave them -- you gave -- well, let

21   me just ask, do you know Mr. Lyon?

22   A    Yes, I do.

23   Q    How do you know him?

24   A    He's been friends with Dustin for quite some time, and

25   he would come over to our house fairly often.  He used to

1    sleep on our couch probably about once a week.

2    Q    And you're also friends with him, is that right?

3    A    Yes.

4    Q    Did he go to college with you?

5    A    No.

6    Q    How did you meet him?

7    A    Robert is just -- he's a friend of a friend of

8    Dustin's.

9    Q    On January 6th, you were texting both Mr. Lyon and Mr.

10   Thompson, is that correct?

11   A    Yes.

12   Q    And, in fact, you texted them a screen shot of

13   President Trump telling all of the rioters to go home,

14   correct?

15   A    I don't recall what I sent that day specifically, but

16   if that happened, I'm sure I probably did that.

17   Q    Okay.  Why did you do that?

18   A    Well, I wanted them to go home.  I was worried about

19   their safety.  I was worried about trouble.

20   Q    Why?

21   A    Because I did not agree with the beliefs, and I want my

22   loved ones to stay out of trouble and not put themselves in

23   dangerous situations.

24   Q    That's understandable.  So you texted them directions

25   to get to the Metro, correct?

```
 1   A     To get where, I'm sorry?

 2   Q     To the Metro station.

 3   A     Yes, I did, I do remember doing that.

 4   Q     And you told them how far away it was?

 5   A     Yes, I do remember looking up directions and trying to

 6   tell them how to leave.

 7   Q     Now, you mentioned that you did help, help your husband

 8   get to D.C., correct?  You made the hotel reservation?

 9   A     I made a hotel reservation for him, yes.

10   Q     And you certainly want -- he's your husband, right?

11   A     Yes.

12   Q     You've been with him for 11, 12 years, is that correct?

13   A     Yes.

14   Q     You wanted to help him on January 6th or at least get

15   to D.C. so he could protest, is that right?

16   A     I supported his right to go to a protest, and I didn't

17   see the harm in booking a hotel for him.

18   Q     Understandable.  And you certainly want to help him

19   today, right?

20   A     I want to tell the truth today.

21   Q     That's understandable, but you're here testifying in

22   his case, correct?

23   A     I am here to tell the truth of what happened, and --

24   and explain why he did the things he did from my

25   perspective.
```

```
 1  Q    I understand.
 2           MS. ROZZONI:  Thank you, Your Honor.  I have no
 3  more questions.
 4           THE COURT:  Redirect?
 5           MR. REGENSBURGER:  No thank you, Your Honor.
 6           THE COURT:  Any questions from the jury?
 7           [No response.]
 8           THE COURT:  Thank you, Miss.
 9           THE WITNESS:  Thank you, Your Honor.
10           [Witness excused.]
11           THE COURT:  Next witness.
12           MR. SHAMANSKY:  The accused, Dustin Thompson, Your
13  Honor.
14       Thereupon,
15                     DUSTIN THOMPSON,
16  the Defendant, having been called as a witness, and having
17  been first duly sworn by the Deputy Clerk, was examined and
18  testified, as follows:
19           THE WITNESS:  I do.
20           MR. SHAMANSKY:  May I proceed?
21           THE COURT:  Yes.
22                     DIRECT EXAMINATION
23  BY MR. SHAMANSKY:
24  Q    Good afternoon.
25  A    Good afternoon.
```

1    Q    You're vaccinated, correct?

2    A    Yes.

3    Q    Take off your mask, please.

4    A    (Witness complies.)

5    Q    You're Dustin Thompson?

6    A    I am.

7    Q    How old are you?

8    A    Thirty-eight.

9    Q    And you grew up in central Ohio?

10   A    Yeah, I was born in Chillicothe, but I moved to

11   Columbus fairly shortly after.

12   Q    Okay.  Keep your voice up so everybody can hear you,

13   all right?

14   A    Yep.

15   Q    And your parents separated early?

16   A    Correct.

17   Q    And your mom ultimately married your current stepdad,

18   who is -- what does he do for a living?

19   A    He's an orthopedic surgeon.

20   Q    All right.  So growing up, where did you go to high

21   school?

22   A    I went to Upper Arlington High School.

23   Q    I want you to keep your voice up, please, so everybody

24   can hear you.

25   A    Upper Arlington High School.

```
 1   Q    Suburban, nice high school with good educational
 2   opportunities?
 3   A    Correct.
 4   Q    Like most of your classmates, did you then go to
 5   college?
 6   A    I did.
 7   Q    And where did you study?
 8   A    At the Ohio State University.
 9   Q    And what did you study?
10   A    History and psychology.
11   Q    Okay.  We've already established that you met Sarah
12   while you were there, correct?
13   A    Correct.
14   Q    Dated for years and married in 2020, right?
15   A    Yep.
16   Q    Tell the ladies and gentlemen of the jury what you did
17   employment-wise between graduation in '08 and losing your
18   job in 2020?
19   A    So I was inspecting honey bees for the Ohio Department
20   of Agriculture.  I started doing that --
21   Q    Keep your voice up, Dustin.
22   A    I started doing that in like 2015, and I did that
23   through graduation in 2008.  Yes, so yes, so after I
24   graduated in 2008 I was inspecting honey bees for the state
25   as a seasonal job, and I also worked at a pawnshop during
```

1    that time.

2    Q    Then at some point you got in the extermination

3    business?

4    A    Yeah, I was doing honey bee removals in the beginning

5    so I was kind of -- the honey bees kind of led me to that

6    job.

7    Q    So you segued into pest control, right?

8    A    Yep.

9    Q    And then as I understand it, you were living with

10   Sarah, and then you decided to get engaged around 2020,

11   right?

12   A    Yeah, the year before.

13   Q    Year before.  And then the pandemic hit and that's when

14   you got laid off because you --

15   A    Correct, March 17th I was laid off of 2020.

16   Q    And so at that point, where were you and Sarah living?

17   A    At the house we live at now.

18   Q    Okay.  Which is in Columbus?

19   A    Correct.

20   Q    And where was Sarah working?

21   A    She was working for L Brands.

22   Q    Okay.  And L Brands is a parent company limited, they

23   sell underwear and all kinds of clothing, articles of

24   clothing, right?

25   A    Yeah.

1    Q    So, you get laid off.  Tell these folks what that was

2    like and what you did and where your head was?

3    A    I mean, it was hard at first, like, I mean, I've always

4    had a job.  And then with like the pandemic and everything,

5    it just -- I couldn't go anywhere, couldn't do anything, no

6    one was hiring, so just kind of stuck at home.  And I kind

7    of got involved in conspiracy theories and going down the

8    rabbit hole on the internet.

9    Q    Let's slow down there.  So your normal existence comes

10    to a halt, right?

11    A    Correct.

12    Q    You're at home, and you've got, what, plenty of time on

13    your hands, I'm assuming?

14    A    Yes.

15    Q    And no job opportunities, correct?

16    A    Correct.

17    Q    And so at this point you're still, your marriage plans

18    are still in play, right?

19    A    Yeah.

20    Q    And so what's a day look like for you, you get up, and

21    what do you do, you start --

22    A    I was looking into like stocks and day trading for a

23    little bit, like some Robin Hood stuff.  I was on

24    unemployment so I played with trying to make the most of

25    that money.  So I would -- and that would give me like

```
 1   almost a reason to get up at 9:00 a.m. to look at stocks and
 2   stuff.
 3   Q    Keep your voice up.  So you started to trade some
 4   stocks, and then how did you start to get into this rabbit
 5   hole that you just described, this internet mentality, what
 6   drew you to all that information or misinformation, however
 7   you want to characterize it?
 8   A    It was just like the, I mean, I would just have to say
 9   the President, at that time Trump, he was saying a lot of
10   things that were, looking back on it now I would say like
11   outlandish, but at the time were intriguing.
12   Q    Well, how in the world did you get interested in this
13   stuff?  I mean, what about it was making sense to you back
14   then?
15   A    Just like, it just seemed like everyone was against him
16   and that he needed someone to stand up for him, and I was
17   trying to be that, like --
18   Q    Say that again?
19   A    Like it just seemed like everyone was against Trump,
20   and I didn't see why.
21   Q    Well, you -- so you began to gravitate towards him
22   because you saw him as sort of an underdog?
23   A    Yeah, yeah, and -- yeah.
24   Q    And so when you get on the internet as 2020 started to
25   move along, what kind of information were you consuming
```

1  vis-a-vis Trump and politics and, you know, the state of

2  affairs?

3  A    I mean, like I'd watch like the rallies and stuff he

4  would do, and he would say like if he has all this support

5  and people would turn out to his rallies, and he would say

6  things like if the election, if I don't win, it's rigged

7  and, you know.

8  Q    Whatever gave you the idea that that was something

9  worthy of belief?  I mean, your wife didn't share those

10 beliefs, right?

11 A    Correct.

12 Q    Your family didn't share them, right?

13 A    Correct.

14 Q    So how in the world did you get into that mindset that

15 the elections were all of a sudden going to be rigged?

16 A    I mean, it's, I mean, it's been like a topic, it seems

17 like, for a couple of years, and just the way he was saying

18 it was believable to me.

19 Q    And when you would get on the internet, to what sources

20 would you be gravitating?

21 A    Just different, like news sites, like Drudge Report or

22 ZeroHedge, like Twitter, stuff like that.

23 Q    And you'll forgive me, these are sites that were

24 echoing the same messages that you were hearing from your

25 president?

```
 1   A     Correct.

 2   Q     And so what effect do you think that had on your

 3   outlook and your mentality?

 4   A     I mean, I believed him.  And when he said, you know,

 5   I'm popular, and I'm not going to lose, I thought that was

 6   accurate.

 7   Q     So prior to the election, did you start to develop a

 8   concern or a fear that maybe things were corrupt or that the

 9   democrats and other operatives were out to steal the

10   integrity of the election process?

11   A     Yeah, I did.  I felt like if he didn't win, it was

12   going to be stolen.

13   Q     And so on election day, November, what were you

14   learning, assuming you're still at home at this point?

15   A     Correct.

16   Q     Unemployed?

17   A     Yep.

18   Q     All right.  And what are you figuring out, what do you

19   learn?  What's the message that you keep receiving?

20   A     On election night or --

21   Q     Yeah, I mean, what are you learning?  Are you on the

22   "New York Times" website?

23   A     Yeah, like I mean, he was leading up until a point, and

24   that was, it was like at 3:00 a.m. they said were going to

25   stop counting and to go to bed, that's what I did.
```

1  Q    So you went to bed.  You wake up the next day, and then

2  what?

3  A    Biden won.

4  Q    And what did you -- what did you think about the notion

5  that the electorate had voted for Biden?  Did you think it

6  was possible or did you think --

7  A    I didn't think it was possible.

8  Q    And how did you arrive at that conclusion?

9  A    Just based on what Trump had been saying that if he

10  didn't win, it was going to be stolen, and it looked like

11  that is what happened.

12  Q    Okay.  And so in the ensuing weeks, did you continue to

13  consume the same information on your internet sources?

14  A    I did.

15  Q    Did you become more convinced or less convinced that

16  some great wrong was about to happen to the American people?

17  A    More convinced.

18  Q    Had you ever been to a protest or political rally prior

19  to the January 6th "Save America" event?

20  A    No.

21  Q    Okay.  And so you're still at home, you're still

22  consuming this information, and -- and how do you learn that

23  there's going to be this "Save America" rally?

24  A    I don't remember exactly.  I think it was just a couple

25  of days before that, that at that time President Trump said

1    that there was going to be a rally.  I think that's how I

2    heard about it.

3    Q    And so you became interested in attending that in

4    person?

5    A    I did.

6    Q    And so you haven't worked for almost a year, right?

7    A    Nine, ten months, yeah.

8    Q    And you're relying on your wife's income?

9    A    Uh-huh.

10   Q    I'm sorry?

11   A    Yes.

12   Q    And you're newly married, right?

13   A    Correct.

14   Q    How did that make you feel as a husband, a man, a

15   provider?

16   A    Not good.  I don't really have any strong male figures

17   in my life, and I felt like I was continuing a legacy of not

18   being able to be a supportive husband, and it's depressing,

19   frankly.

20   Q    And so you had this idea along with your friend that to

21   head up to Washington and support your president?

22             MR. DREHER:  Objection, Your Honor, at this point.

23             THE COURT:  It is leading, rephrase.

24   BY MR. SHAMANSKY:

25   Q    Sir, did you conclude or decide that you wanted to

1   attend the "Save the America" rally?

2   A    Absolutely.

3   Q    And what did do you to further that travel plan?

4   A    I talked to Robert and another friend and started

5   making plans to go.

6   Q    Okay.  And you heard AUSA clearly ask your wife about a

7   hotel reservation?

8   A    Correct.

9   Q    And did, in fact, Sarah help you with that reservation?

10  A    She did.

11  Q    So tell these folks about the days prior to your trip.

12  What did you do in preparation for the rally?

13  A    I mean, not a whole lot, just tried to figure out times

14  when we could leave and the drive there, like the route, and

15  just getting a few supplies together.

16  Q    Okay.  Let's talk about the supplies for a minute.  So

17  the government has entered into evidence, of course, without

18  objection, these items, one of which appears to be a jacket

19  that's been called a bulletproof vest.  Was this an item you

20  purchased in Columbus?

21  A    No.

22  Q    Was it an item that was purchased for you by Sarah?

23  A    No.

24  Q    Was this an item that you took from your home to

25  Washington, D.C.?

```
 1   A    No.
 2   Q    Okay.  And these inserts, have you ever seen these
 3   before?
 4   A    I have not.
 5   Q    Okay.  So you're putting together some supplies to take
 6   with you.  What did those supplies, those supplies consist?
 7   A    Just basically like a change of clothes, some food,
 8   music, a portable speaker.
 9   Q    What kind of weapons did you take with you?
10   A    None.
11   Q    I'm sorry?
12   A    None.
13   Q    So you took the normal sort of items that you might
14   take on any outing, right?
15   A    Correct.
16   Q    Okay.  And so when you left, you went with Mr. Lyon,
17   right?
18   A    Yes.
19   Q    And drove to Maryland, correct?
20   A    Yes.
21   Q    And what day was that?
22   A    That was the 5th.
23   Q    I'm sorry, sir?
24   A    January 5th.
25   Q    Okay.  So you get there the night before.  And at this
```

```
 1   point, do you know that there's going to be an insurrection
 2   and an engagement of the Capitol building?
 3   A    I do not.
 4   Q    Had you been still following the online chatter about,
 5   about the event?
 6   A    I just thought it was going to be a rally for -- Trump
 7   was going to talk and a bunch of people were going to attend
 8   and show support for him.
 9   Q    Okay.  So you and Robert stay the night in Maryland,
10   the 5th, correct?
11   A    Yes.
12   Q    You get up early on the 6th, right?
13   A    Yeah.
14   Q    And then what do you do?
15   A    We got an Uber to the Washington monument because we
16   didn't know exactly where to go, we just --
17   Q    I'm sorry?
18   A    We just got an Uber to the Washington monument, it's
19   where we told him to take us.
20   Q    You got an Uber to the monument?
21   A    Yes.
22   Q    I'm having a hard time hearing, keep your voice up.
23   A    Sorry.  Yes, we got an Uber to the Washington monument.
24   Q    Okay.  And what time do you figure that you arrived at
25   the rally?
```

1    A    Ten a.m.

2    Q    Okay.  And so there were multiple speakers at this

3    rally, correct, it went on for hours?

4    A    Yes, it did.

5    Q    All right.  And you attended it in its entirety?

6    A    Yes.

7    Q    So, did you hear Rudy Giuliani?

8    A    I did.

9    Q    Did he make mention of, among other things, we have

10   to -- it's going to be trial by combat?

11   A    I did hear that.

12   Q    And what did that mean to you as you stood there

13   listening -- first of all, did you know who Rudy Giuliani

14   was?

15   A    New York governor.

16   Q    You thought he was the governor?

17   A    Or not, yeah, I just knew he was a New York guy.

18   Q    Okay.  And you knew he was the president's lawyer or

19   did you?

20   A    No.

21   Q    Okay.  So you were not aware of that?

22   A    Correct.

23   Q    And then at some point does Trump himself take the

24   stage?

25   A    Yes, he does.  It was, I think after Rudy Giuliani,

1    because the sons talked and then Trump talked.

2    Q    Okay.  So as you looked around you, the crowd consisted

3    of thousands of people, right?

4    A    Oh, yeah.

5    Q    And some of them were dressed up and made up and

6    swinging flags around as depicted in the videos?

7    A    Yeah.

8    Q    Now, you know, rather than play the entire video, I

9    want to ask you a few questions about what you might have

10   heard.

11   A    Okay.

12   Q    And I'm going to refer to Government's Exhibit 330.  Do

13   you remember if Trump talked about giving up or never

14   conceding?

15   A    Yeah, he said he would never concede, the election was

16   stolen.

17   Q    He said he would never concede, the election was

18   stolen?

19   A    That democracy, the way that this country runs is a

20   threat and at risk of being destroyed.

21   Q    And at this point you still believed the notion that

22   was -- that you had gleaned from Trump and from internet

23   sources that the election was fraudulent?

24   A    Correct.

25           MR. DREHER:  Objection again, Your Honor.

```
1              THE COURT:  It is leading, sustained.

2              MR. SHAMANSKY:  I'll rephrase.

3    BY MR. SHAMANSKY:

4    Q    What did you glean from the sources that you had

5    followed?

6    A    That the election was rigged to put Biden in office.

7    Q    How in the world did you come to that -- why did you

8    believe --

9    A    Because I was hearing it for months leading up to that

10   event that if he loses, it's not because he didn't have

11   enough votes, it was because it was stolen from him.

12   Q    And as you were standing there with Trump, did he

13   suggest to you that he had won the second election, the one

14   that was the subject of this rally?

15   A    Yes.

16   Q    Did he talk about -- did he make comparisons between

17   America and countries he called third world countries, do

18   you recall?

19   A    That they have better elections than we do, there's

20   more integrity in an election.

21   Q    Did he use terms such as "disgraceful"?

22   A    That the -- in the United States election, yes.

23   Q    How did that make you feel?

24   A    Angry.  You know, it was like stuff said that -- and I

25   thought it was true.
```

1    Q    And were there a collective sort of vibes he was

2    speaking, was the crowd responding to him?

3    A    It was a very positive atmosphere at the rally.

4    Q    And did he get into some discussion, as you recall,

5    about monuments coming down and getting rid of the

6    Washington monument?

7    A    Yes, because they were going to take down the George

8    Washington monument, and you can't cancel culture.

9    Q    And did you believe that these were notions that -- did

10   it make any sense to you?

11   A    Yeah, like I thought they were just going to try and

12   like erase history and rewrite it.

13   Q    And at points during this diatribe, this speech, did

14   you feel drawn in or empowered or did you feel --

15   A    Yeah, no, I was -- I felt like I was with like-minded

16   people, and it was -- you just have to have a positive

17   attitude.

18   Q    With Trump talking, you're stronger, you're smarter,

19   you got more going than anybody, how did that make you feel?

20   A    Good.

21   Q    Had anybody told you that during the last year?

22   A    No.

23   Q    And did you get the feeling as the -- as the speech

24   went on that there was going to be a task to carry out, that

25   there was a more, more -- more expected of you than just sit

```
 1   and listen?
 2   A     When he said that we're going to march on the Capitol
 3   and --
 4   Q     Let's stop right there.
 5   A     Okay.
 6   Q     He said we're going to march on the Capitol, is that
 7   what you heard?
 8   A     Correct, yeah.
 9   Q     Who is the "we"?
10   A     Him, Pence.
11   Q     Who's "him"?
12   A     President Trump.
13   Q     So you're standing there with these other like-minded
14   folks with flags waving and there are just positive vibes,
15   is that how you describe it?
16   A     Yeah.
17   Q     And he said "we" --
18   A     Uh-huh.
19   Q     -- are going to march on the Capitol?
20   A     Yes.
21   Q     And so did you believe that?
22   A     I did.  I, yeah, I was like, I did not know at the time
23   that we were going to go to the Capitol, but when he said
24   that, I did, like I realized that that was what was going to
25   happen.
```

1    Q    And at this point, and you knew he was the president of

2    the United States, right?

3    A    Yes.

4    Q    Does that lend him any sense of credibility in your

5    mind or any sense of knowledge or wisdom or how did that

6    make you feel?

7    A    I mean, if the president's giving you like almost an

8    order to do something, I felt obligated to, to do that.

9    Q    As you stood there, were you the only -- I mean, could

10   you tell that, that -- were there others responding

11   positively to this message?

12   A    The crowd was very positive.

13   Q    Did the president indicate, while you were standing

14   there, anything about the state of the news media in this

15   country?

16   A    Yeah, the fake news.

17   Q    What does that mean, the fake news, well, what did it

18   mean to you then?

19   A    That they lie about him, and just say things that

20   aren't true because they don't like him.

21   Q    And you believed that, didn't you?

22   A    I did.

23   Q    Well, why did you believe it?

24   A    It just seemed believable.  He's the president.

25   Q    And so when you hear this message -- and let me just

```
 1   back up quickly.  Peppered throughout this speech, do you
 2   recall references to states wanting to re-vote and all kinds
 3   of shenanigans about ballot boxes and this and that?
 4   A    Just that he said he wasn't going to concede the
 5   election until they like audited certain states' votes.
 6   Q    And that sounded credible to you?
 7   A    Yes.
 8   Q    And as the speech wore on and got down to the -- near
 9   the end, do you recall the president imploring you to stand
10   up for the Constitution and for the good of the country?
11   A    Yes.
12   Q    And then do you recall him saying if you do not, he's
13   going to be very disappointed in you?
14   A    Yes.
15   Q    How did that make you feel?
16   A    Like I had to do something to gain his respect or like
17   his approval.
18   Q    Didn't you feel like you'd been the subject of a hoax,
19   I mean, it felt real to you at that point?
20   A    It did.
21   Q    And so as it got down to about the hour and nine minute
22   mark, when you heard the words, "Fight, we fight like hell,"
23   and if you don't fight like hell, you're not going to have a
24   country anymore?
25   A    Correct.
```

```
 1              MR. DREHER:  Objection, Your Honor, lack of
 2    foundation.
 3    BY MR. SHAMANSKY:
 4    Q    Did you hear those words?
 5    A    I did.
 6              THE COURT:  Overruled.
 7              THE WITNESS:  Like, we're going to lose our
 8    country today if we don't make -- if we don't put a stop to
 9    this election results.
10    BY MR. DREHER:
11    Q    Do you call words about we're going to walk down
12    Pennsylvania Avenue, I love Pennsylvania Avenue, and we're
13    going to the Capitol?
14    A    Yes.
15    Q    Is that what you did?
16    A    Yeah.
17    Q    So you're all jazzed up with your commander-in-chief,
18    and you want to receive respect, and does he make you feel
19    like you're part of his --
20    A    Yeah, it was us versus them mentality for sure.
21    Q    And was that reinforced by the crowd or not?
22    A    Yes.
23    Q    And so tell these folks what you did?
24    A    Like after the speech?
25    Q    Yeah.
```

1   A    I was asking people, like are we going to the Capitol,

2   and they said yes, and we just -- I just kind of followed

3   people all the way to the Capitol.

4   Q    Where was this vest?

5   A    It was at the rally, Robert actually spotted it, it was

6   on top of a trash can, and we like kind circled back after

7   the rally to see if it was still there and it was.

8   Q    So you grabbed, you donned that vest before you walked

9   down Pennsylvania Avenue?

10  A    Correct.

11  Q    All right.  And I've asked you this before, but did you

12  have any -- you had no firearms?

13  A    No.

14  Q    No batons?

15  A    No.

16  Q    No bear spray?

17  A    No.

18  Q    No zip ties?

19  A    Correct.

20  Q    No weapons of any kind?

21  A    Correct.

22  Q    And so you watched the disgusting videos of your

23  behavior and everything else, right?

24  A    I did.

25  Q    And what was the reason, what in the world compelled

1    you to behave in that fashion?

2    A    I mean, besides being ordered by the president to go to

3    the Capitol, I don't know.  I was just caught up in the

4    situation and it just was way out of hand.

5    Q    When he told you that you had to fight like hell,

6    apparently some of these people, it didn't appear to me, I

7    should ask it this way:  Did it appear to you that people

8    were following that directive?

9    A    Yes.

10   Q    Now, we've watched a lot of closed-circuit video and

11   other video that describes, I don't know, free ware, or

12   something, open source.  You know, of course, this was the

13   worse possible behavior, right?

14   A    Absolutely, deeply ashamed.

15   Q    As you watched these videos of yourself prancing around

16   the parliamentarian's office, how do you -- looking back on

17   it, what in the world is going through your head?

18   A    I mean, honestly I don't even know.  I wasn't thinking,

19   like, clearly.

20   Q    You were thinking clear enough to snatch the coat rack,

21   right?

22   A    Yeah.  I mean, it was by the door, actually I took it

23   because I felt like someone else was going it use it as a

24   weapon.

25   Q    Say that again, I didn't hear.

```
 1   A     It was by the door, and I just grabbed it on the way

 2   out because I felt like someone else was going it use it as

 3   a weapon.  When I was in there, the things that I saw just

 4   horrified me.

 5   Q     Well, you weren't so horrified that you didn't take a

 6   picture now woohoo, right?

 7   A     Yes.

 8   Q     What did you do that for?

 9   A     I was thinking that somehow I was making a difference.

10   Q     You thought you were -- you felt like you were fighting

11   like hell?

12           MR. DREHER:  Objection, Your Honor.

13           THE COURT:  I'll sustain the objection.

14   BY MR. SHAMANSKY:

15   Q     Did you feel -- how did you feel?

16   A     I mean, I'm not a violent person, I never have been,

17   but I guess it was my way of fighting.

18   Q     And you ripped off a bottle of booze?

19   A     Yes, sir.

20   Q     That alcohol wasn't yours, was it?

21   A     No.

22   Q     And you took it anyway, right?

23   A     I did.

24   Q     Was it your intention to follow the president's order

25   to fight like hell and disrupt?
```

1    A    Yes, I was definitely going to -- I wanted to be more

2    of an observer, but I just kind of got sucked into the whole

3    thing.

4    Q    You hung around for hours, right?

5    A    I did.

6    Q    And did you attempt to conceal your identity?

7    A    No.

8    Q    Where did you get that outfit with the green hand on

9    it?

10    A    It's from a concert.

11    Q    It's a rock band or something?

12    A    Yeah.

13    Q    And so you did nothing to conceal your identity, right?

14    A    No.

15    Q    You knew there were cameras everywhere, correct?

16    A    Yes.

17            MR. DREHER:  Objection, Your Honor.

18            THE COURT:  Sustained, I'll sustain the objection.

19    BY MR. SHAMANSKY:

20    Q    Did you know there were cameras everywhere?

21    A    Of course, I did.

22    Q    Was it a secret?

23    A    No.

24    Q    And so after you, you snatched the coat rack, the

25    bottle of booze and that little beeper, you went outside?

1    A    Yes.

2    Q    And how did you feel, sitting here today, having

3    listened to law enforcement personnel trying to maintain law

4    and order protecting you?

5    A    Just I felt I was just disgraceful, I was beside

6    myself, it's --

7    Q    Say that again?

8    A    Disgraceful, like I can't believe the things that I

9    did.  I extremely regret them.

10   Q    And so, as I understand from the government's

11   testimony, were you outside with this rack with your cohort

12   when the cops came up?

13   A    No, when I -- no, like at 6:00 p.m., is that what

14   you're talking about?  Yeah, we were trying to -- there was

15   the 6:00 p.m. curfew, we were trying to figure out how to

16   leave, both of our phones were dead, we didn't know where to

17   go.  The last message I sent out was for -- the location we

18   were at.

19   Q    And you're depicted in these videos, you're clearly

20   inside the parliamentarian's office, correct?

21   A    Yes.

22   Q    You were in other areas of the Capitol, right?

23              MR. DREHER:  Objection again, Your Honor.

24              THE COURT:  It is sustained.

25

```
 1   BY MR. SHAMANSKY:

 2   Q    Were you in other areas?

 3   A    Inside the Capitol?  No.

 4   Q    Inside the building?

 5   A    No.

 6   Q    In the hallways or doorways?

 7   A    Just the -- it's the one doorway, one hallway, the one

 8   office, it's two feet inside the door.

 9   Q    And you heard Officer Reyes's testimony, correct?

10   A    I did.

11   Q    And were you depicted in that video, were you present

12   when that extinguisher was pointed out the door or do you

13   recall?

14   A    I mean, I saw a lot of things that day.  It sounds

15   possible.

16   Q    Okay.  And so moving again forward to the attempt to

17   contact Uber, you came into contact with Officer O'Neill?

18   A    Yes.

19   Q    And were you ordered to stay put?

20   A    No.

21   Q    Okay.  At some point did you run away and try to evade

22   law enforcement?

23   A    I did.  I had been trying to ask law enforcement for

24   directions or anything like that, and they wouldn't even

25   talk to me.  And then at this point when they wanted me to
```

1    stay and talk, I just didn't feel right, so I ran.

2    Q    Okay.  Did you feel like you were about to be

3    apprehended for wrongdoing in that building?

4    A    Possibly.

5    Q    All right.  So after you fled the area, where did you

6    go?

7    A    To a hotel.

8    Q    Okay.  And then did you at some point return back to

9    your home?

10   A    Yes.

11   Q    Had you received instructions from your wife or

12   information from your wife?

13   A    Not at that point because my phone was dead.

14   Q    Okay.  And so after you returned home, did you get wind

15   that you might be the subject of this criminal

16   investigation?

17   A    Yes.

18   Q    And what did you do at that point?

19   A    Robert said he was contacted by the FBI.  And I had the

20   business card that he got from them, and I tried calling the

21   number.  It just rang and rang, no one ever answered.

22   Q    Okay.  And then what?

23   A    I contacted you.

24   Q    Okay.  And what steps did you take after you met with

25   me on Saturday?

```
 1              MR. DREHER:  Objection, Your Honor, relevance.

 2              MR. SHAMANSKY:  I'll withdraw the question, Your

 3    Honor.

 4              THE COURT:  Very well.

 5    BY MR. SHAMANSKY:

 6    Q    Did you ultimately present yourself and start this --

 7    A    Yes, I surrendered myself.

 8    Q    All right.  Now, as you look back on these events,

 9    shameful events, do you have an understanding of what

10    perfect storm of events took place that may have

11    precipitated this behavior?

12    A    Yes.

13    Q    What did you learn?

14    A    Like mob mentality and group think is very real.

15    Q    And what?

16    A    And very dangerous.

17    Q    And why do you think you were susceptible to this?

18    A    It was a, just an awful year.  You know, being

19    unemployed, newly married, quarantine, COVID, just, I don't

20    know where my head was at.  It was -- it's not good to be

21    isolated like I was and unemployed.  Like I had always

22    worked.  It just -- I didn't know what to do with myself

23    really.

24    Q    What did you learn?

25    A    I mean, obviously I know like not to take things.  I
```

```
 1  don't know why I did that.  I learned that I got to be
 2  responsible for my own actions, and I can't let other people
 3  tell me what to do even if they're the president.
 4            MR. SHAMANSKY:  That's all I have, Your Honor.
 5            THE COURT:  Cross-examination.
 6            MR. DREHER:  Just a moment, Your Honor.  Court's
 7  indulgence.
 8            [Brief pause.]
 9                    CROSS-EXAMINATION
10  BY MR. DREHER:
11  Q    Good afternoon, sir.
12  A    Thanks.
13  Q    You're 38 years old?
14  A    I am.
15  Q    So you were 37 years old on January 6th of 2021?
16  A    I was 36, I believe.
17  Q    You were 36?
18  A    Uh-huh.
19  Q    Okay.  You were married at the time?
20  A    I was.
21  Q    An adult?
22  A    Yes.
23  Q    You had a college degree?
24  A    Yes.
25  Q    You've held numerous jobs?
```

```
 1   A    I have.

 2   Q    You're not a child, right?

 3   A    Correct.

 4   Q    On the morning of January 5th, 2021, you got yourself

 5   dressed?

 6   A    I did.

 7   Q    Nobody told you how to do that, right?

 8   A    No.

 9   Q    You made that choice for myself?

10   A    I normally wear clothes.

11   Q    You got yourself to court today?

12   A    I did.

13   Q    All by yourself?

14   A    Yup.

15   Q    Nobody told you to go do it?

16   A    No.

17   Q    You're aware of the concept of stealing, right?

18   A    I am.

19   Q    You'd agree with me that stealing is wrong?

20   A    Correct.

21   Q    It's illegal?

22   A    Correct.

23   Q    It's illegal in Ohio, right?

24   A    Correct.

25   Q    It's illegal in Washington, D.C.?
```

1    A    Correct.

2    Q    And you knew that in 2020, right before January 6th,

3    you knew that?

4    A    I did.

5    Q    You didn't just go around stealing other people's

6    stuff, right?

7    A    No, I did not.

8    Q    You didn't steal anybody's stuff prior to January 6th,

9    2021?

10   A    No.

11   Q    Because you knew it was wrong?

12   A    Correct.

13   Q    You knew it was illegal?  And since January 6th, you

14   haven't stolen anybody else's stuff, right?

15   A    Correct.

16   Q    And as of January 7th, you knew it was wrong?

17   A    Correct.

18   Q    You knew it was illegal?

19   A    Correct.

20   Q    Now, you mentioned that you had, before January 6th,

21   listened to previous rallies of the president's, right?

22   A    I have.

23   Q    The former president, I should say?

24   A    Yes.

25   Q    Former President Trump.  You said you were deep into

```
 1   that stuff, right?

 2   A    I was.

 3   Q    After you listened to those other Trump rallies, did

 4   you go commit any crimes?

 5   A    I wasn't attending any of those, but no.

 6   Q    Okay.  So the answer is no, you didn't go commit any

 7   other crimes?

 8   A    Correct.

 9   Q    Okay.  Notwithstanding that former President Trump was

10   very passionate during those speeches, right?

11   A    Yes.

12   Q    He said a lot about how the election was being stolen

13   during those speeches, didn't he?

14   A    He did.

15   Q    But you didn't do anything about it?

16   A    It was before the election was stolen.  But he was

17   saying then that if I don't win, then it's going to be

18   stolen.

19   Q    So are you saying you didn't pay attention at all to

20   what happened between -- any of President Trump's words

21   between the election in November and January 6th, 2021?

22   A    No, I did.

23   Q    And again, when the president, the former president

24   referred to the election as stolen during that time, you

25   didn't go do anything about it, right?
```

```
 1   A    I wasn't asked to.  He didn't make any suggestions at
 2   that time on what to do about the situation, just that he
 3   wasn't going to concede, and that he was going to fight it.
 4   Q    Okay.  So you had heard all those things before
 5   January 6th, 2021, right?
 6   A    Correct.
 7   Q    When you heard it on January 6th, none of that was new?
 8   A    None of what was new?
 9   Q    That the -- that he wasn't going to concede, you had
10   already heard that before that day, right?
11   A    Yes.
12   Q    And you'd already heard that the election, you know,
13   that he had said the election was going to be stolen or had
14   been stolen, I apologize?
15   A    Yeah, this is the last ditch effort, this is the way I
16   looked at it.
17   Q    So the answer is yes, you had heard that before January
18   6th?
19   A    Yes.
20   Q    None of that was new to you on the morning of January
21   6th?
22   A    No, I was aware of it.
23   Q    All right.  Now, you testified that you then went on
24   January 6th to this particular rally, right?
25   A    Correct.
```

1    Q    So you got there around 10:00 a.m.?

2    A    Yeah.

3    Q    Right?  You, while you were there at the rally, you

4    heard some statements from someone named Rudolph Giuliani,

5    Rudy Giuliani?

6    A    Correct.

7    Q    Okay.

8            MR. DREHER:  At this time, Your Honor, the

9    government moves to admit Exhibit 317.

10            MR. SHAMANSKY:  No objection.

11            THE COURT:  Very well.

12            [Thereupon, Government's Exhibit No. 317

13        admitted into evidence.]

14            THE COURT:  Is that a defense or government?

15            MR. DREHER:  It's a government, Your Honor.

16            THE COURT:  Government's Exhibit 317?

17            MR. DREHER:  317, Your Honor.

18    BY MR. DREHER:

19    Q    All right.  So you were down at the rally?

20    A    I was.

21    Q    And when Mr. Giuliani made those comments, I think you

22    said it was, "Let's have trial by combat," is that right?

23    A    Yes.

24    Q    Okay.  So could you see him from where you were

25    standing?

 1   A    No, it was on a screen.

 2   Q    Okay.  And was it hard to hear him because of all the

 3   noise from the crowd?

 4   A    No, we had speakers and it was on the radio.

 5   Q    Okay.  So you actually -- you can remember that you

 6   were able to hear it, notwithstanding the crowd around you?

 7   A    Yes.

 8   Q    All right.  Then after the speech by President Trump,

 9   you testified that you walked to the Capitol building,

10   right?

11   A    Yes.

12   Q    It took a long time, didn't it?

13   A    It did.

14   Q    It took about an hour or so, maybe longer?

15   A    Yeah.

16   Q    Could have taken a cab home?

17   A    I don't think I could've figured out to get out of

18   there at that point.

19   Q    You don't think you could have figured out how to take

20   a cab home at that point?

21   A    I mean, I wasn't ready to leave.  I wanted -- I was

22   going with the crowd.

23   Q    Mr. Thompson, you heard when your wife called you a

24   very intelligent person, right?

25   A    I did.

1   Q    And you agree to that, you are a very intelligent

2   person?

3   A    Sometimes.

4   Q    You've got college degrees?

5   A    I do.

6   Q    You were 36 and married at the time?

7   A    Yes.

8   Q    You were able to get yourself home from that rally if

9   you had decided not to go to the Capitol building, right?

10  A    Yes.

11  Q    Could have gotten on a bus?

12  A    I didn't see any buses.

13  Q    Could have gotten on the subway?

14  A    I don't know where the subway is, I've never been to

15  D.C. before January 6th.

16  Q    Do you think it's possible you could have used your

17  phone to figure out where public transportation was that

18  day?

19  A    Yes.

20  Q    Okay.  You could have just stopped for lunch in

21  Washington, D.C., right?

22  A    I didn't see anywhere to -- we got a hotdog from a

23  street cart.

24  Q    Sorry, Mr. Thompson.  All the way from the White House

25  down to the Capitol building, did you just say you didn't

1    see anywhere where you thought you could stop for lunch on

2    January 6th?

3    A    Correct.

4    Q    Okay.  You didn't stop for lunch, right?

5    A    No.

6    Q    You kept going?

7    A    I did.

8    Q    And President Trump wasn't there standing right next to

9    you, was he?

10   A    No, he wasn't.

11   Q    No.  You didn't see him anywhere around, right?

12   A    I saw some black cars I was told that he was in that

13   were headed towards the Capitol.

14   Q    Okay.  Was President Trump with you the entire time

15   that you were walking down to the Capitol building?

16   A    No.

17   Q    Okay.  So President Trump wouldn't have known if you

18   hadn't gone to the Capitol, right?

19   A    Right.

20   Q    He didn't know whether or not you were going to go or

21   any of the other individual rioters?

22   A    I think he anticipated it.

23   Q    Okay.  He didn't force you to go.  He didn't force you

24   to walk every step of the way to the Capitol building, did

25   he?

1  A    No.

2  Q    You chose to do that?

3  A    I was following presidential orders, but yes.

4  Q    That's a yes, you did choose to do that yourself,

5  right?

6  A    I did.

7  Q    All right.  I was a little confused about your

8  testimony about this bulletproof vest.  Did you testify on

9  direct examination that you found a bulletproof vest near

10 the Washington monument?

11 A    I did.

12 Q    And it wasn't yours?

13 A    Correct.

14 Q    And you took it?

15 A    Yeah.

16 Q    I thought you told me that stealing was wrong, Mr.

17 Thompson?

18 A    I mean, it was by a trash can, and we had stayed after

19 the rally to see if anyone took it, no one did.  So we just

20 thought someone didn't want it, didn't want to carry it or

21 something so we just -- I -- we took it.

22 Q    Mr. Thompson, you testified that no one had made you

23 feel as loved as President Trump had at that speech in the

24 last year, something like that, right?

25 A    It was very moving, yeah.

```
 1   Q    And was it because of that emotional vulnerability that
 2   you felt the need to put on a bulletproof vest before
 3   walking to the Capitol?
 4   A    Well, I, once -- once I had it, I wasn't going to carry
 5   it, I was going to wear it.
 6   Q    Oh.  So it was just more convenient to wear the
 7   bulletproof vest that you had stolen at that point?
 8   A    It's better to be safe than sorry.
 9   Q    Right.  Because the bulletproof vest protects you
10   against bullets, right?
11   A    Yep.
12   Q    Or other kinds of violence, stab wounds, right?
13   A    Yeah.
14   Q    And you wore it on the way to the Capitol because you
15   anticipated there might be that kind of violence, right?
16   A    I thought there might be.
17   Q    But you went anyways?
18   A    I did.
19   Q    All right.  So let's talk about what happened when you
20   got to the Capitol building.  You got on the Capitol
21   grounds, right?
22   A    Yes.
23   Q    At that point you knew that the Capitol had been closed
24   by the U.S. Capitol Police?
25   A    Yes.
```

1    Q    And when you went into the Capitol building the first

2    time, you heard a, like a loud alarm ringing at the door,

3    right?

4    A    Yes.

5    Q    Couldn't miss it?

6    A    Yeah.

7    Q    Did that seem normal to you, to walk into a building

8    with the alarm going off like that?

9    A    Nothing, 'cause what I saw at the Capitol when I got

10   there seemed normal.

11   Q    Okay.  So nothing seemed normal, but you chose to go

12   inside anyways, right?

13   A    Yes.

14   Q    And President Trump wasn't standing next to you at the

15   doors to the Capitol building forcing you to go inside, was

16   he?

17   A    No.

18   Q    You, Dustin Thompson, are the one who chose to do that?

19   A    I did.

20   Q    When you got inside, there was broken glass on the

21   ground, right?

22   A    I didn't see it.

23   Q    You didn't see any of the broken glass on the ground?

24   A    No.

25   Q    All right.  Let's take a look at Government's Exhibit

1   225.  You see this photograph, right?

2   A    I do.

3   Q    And you see the broken glass on the ground, right?

4   A    I do.

5   Q    Now looking at page 2 of Government's Exhibit 225, you

6   see yourself in this picture?

7   A    Yes.

8   Q    You're about to walk into the Senate parliamentarian's

9   office?

10  A    Yes.

11  Q    And you are walking directly over that broken glass on

12  the ground, is that right?

13  A    I can't see my feet in that picture either.

14  Q    Okay.  So you're not sure when you walked in that area

15  whether you were walking over that broken glass, is that

16  your testimony?

17  A    Yes.

18  Q    All right.  So you had no idea that day that -- that

19  there had been property destruction inside the Capitol, is

20  that what you're saying?

21  A    No, I wasn't aware of that.

22  Q    Did you see the broken windows in the Senate

23  parliamentarian's office?

24  A    Yes.

25  Q    And when you went into the parliamentarian's office,

1    there were at least a dozen other people in there, right?

2    A    Yes.

3    Q    They had knocked over furniture?

4    A    Yes.

5    Q    They had scattered papers all over the floor?

6    A    Yes.

7    Q    These people didn't work at the Capitol building, did

8    they?

9    A    No.

10    Q    Okay.  It was a riot, right?

11    A    Yes.

12    Q    And you were a part of it?

13    A    I was just trying to observe it, I guess.

14    Q    So you were just trying to observe the riot?

15    A    Yes.

16    Q    Sir, the first time that you went inside the

17    parliamentarian's office, you walked out with a bottle of

18    bourbon, right?

19    A    Yes.

20    Q    That bottle of bourbon was not yours, was it?

21    A    No.

22    Q    You stole it from the Senate parliamentarian's office?

23    A    Yes.

24    Q    You looted the Senate parliamentarian's office, is that

25    right?

```
 1   A    Yes.

 2   Q    Okay.  So wouldn't you agree with me that you

 3   participated in the riot going on inside the Senate

 4   parliamentarian's office?

 5   A    Yes.

 6   Q    You saw yourself on video earlier today, right, the

 7   video you took inside the parliamentarian's office?

 8   A    Yes.

 9   Q    You're walking around, you're shouting?

10   A    Yes.

11   Q    You're yelling?

12   A    Yes.

13   Q    You picked up a cellphone, you remember that part?  You

14   picked up a cellphone from a desk?

15   A    I did.

16   Q    That's not your cellphone, is it?

17   A    No.

18   Q    No.  Why did you feel entitled to pick up someone

19   else's cellphone off the desk in the Senate

20   parliamentarian's office?

21   A    I couldn't tell you.

22   Q    Did you hear, when you heard that, when that video was

23   played, the video you took, did you hear at the end of the

24   video when the guy was talking about beating on the cops?

25   A    No.
```

```
 1    Q    You don't recall that?

 2    A    I heard it in the video, I don't recall it at the time.

 3    Q    Okay.  But he said that close enough to you that it was

 4    picked up on the video that you recorded, right?

 5    A    Yes.

 6    Q    All right.  When you left the first time after having

 7    stolen a bottle of liquor, you saw police officers in the

 8    hallway, right?

 9    A    I did.

10    Q    I'm sorry, you said you did, right?

11    A    Yes.

12    Q    Yes.  And they were pointing like this at the door,

13    right?

14    A    Yeah.

15    Q    They were directing everybody out of the building?

16    A    Yes.

17    Q    You knew that those officers wanted you to leave the

18    building?

19    A    Yeah.

20    Q    Other times during the day you had been pepper sprayed

21    by law enforcement, right?

22    A    Not directly, but indirectly, yes.

23    Q    You could smell the pepper spray?

24    A    Yes.

25    Q    You had seen law enforcement officers using pepper
```

1    spray against other members of the crowd there that day?

2    A    Yes.

3    Q    You got tear gassed by the cops that day, right?

4    A    Yes.

5    Q    And you knew that the cops, the police officers there

6    were doing that to get you to disburse, is that right?

7    A    Correct.

8    Q    To get you to leave?

9    A    Yes.

10   Q    Because you knew that they didn't want you to be there

11   anymore?

12   A    Right.

13   Q    Right?  Because you knew it wasn't lawful to be there

14   anymore?

15   A    Right.

16   Q    All right.  Five minutes after you left the

17   parliamentarian's office with the bottle of bourbon, you

18   walked back in, right?

19   A    Yes.

20   Q    Even though the officers had just pointed you out the

21   door, right?

22   A    Yeah.

23   Q    And when you walked back in this time, you stole this

24   coat rack, right?

25   A    Yes.

1    Q    And you also took that little radio from inside that

2    office, right?

3    A    Yes.

4    Q    Now, you said something on direct examination, I just

5    want to make sure I understand.  You testified on direct

6    examination under oath that you took this coat rack from the

7    Senate parliamentarian's office because you were afraid that

8    someone else was going it use it as a weapon, is that right?

9    A    I guess "not afraid" wouldn't have been the right word.

10    I assume somebody would either break it or use it against

11    the police.

12    Q    Oh, I see, so you were the hero of that situation, is

13    that correct?

14    A    No.

15    Q    You were actually protecting the officers by going in

16    and removing coat racks on the off chance that someone else

17    was going to use it as a weapon against law enforcement

18    officers, is that your testimony?

19    A    No.

20    Q    I'm sorry, no, that's not what you were doing?

21    A    No, I was just, I was just moving it out to a safer

22    place.

23    Q    I see.  So you were just moving it out of the way?

24    A    Yes.

25    Q    Right?  You just wanted to get it out of the hands of

1   those particular rioters in that office, right?

2   A    Yeah.

3   Q    And that's why you still had it with you at six o'clock

4   p.m. that night, three and a half hours later, off Capitol

5   grounds?

6   A    Yeah.

7   Q    Just to make sure that no one used it as a weapon

8   against the police, right?

9   A    Yeah.

10  Q    All right.  I'd like to just ask you, you talked a lot

11  about some of the things that President Trump said, former

12  President Trump said during his speech, right?

13  A    Yes.

14  Q    It was a pretty long speech?

15  A    Yeah.

16  Q    It was over an hour long, he talked a lot, right?

17  A    He does.

18  Q    Said a lot of things during that speech?

19  A    Yep.

20  Q    He talked about immigration reform, right?

21  A    (No response.)

22  Q    Let me put it another way, he talked about the wall,

23  right?

24  A    Yeah.

25  Q    He talked about the Supreme Court?

1    A    Yeah.

2    Q    Yeah, he talked about a lot of stuff, right?

3    A    Yep.

4    Q    You'd agree with me that not once during that hour long

5    speech did President Trump say it is now legal to steal from

6    the United States Capitol building?

7    A    Correct.

8    Q    All right.  Let's take a look at Government's Exhibit

9    235B.  I apologize, it's actually the second page, first

10   page of 235A.  You're in this picture, right, Mr. Thompson?

11   A    Yes.

12   Q    That's you on the left?

13   A    Yes.

14   Q    Right next to this crowd?

15   A    Next to the what?

16   Q    This crowd?

17   A    Yes.

18   Q    And at this point you still wanted to get inside the

19   building, right?

20   A    No.  I had already been inside, I had no interest in

21   going back in.

22   Q    Okay.  I just want to understand.  You're testifying

23   that when you were at the north doors about four o'clock

24   p.m., you did not want to get inside the building at that

25   point?

```
 1   A    Correct.
 2   Q    Okay.  You were just standing by the doors, I guess to
 3   make sure that nobody else hurt the cops, is that right?
 4   A    No, I was just observing.
 5   Q    You were just being a peaceful observer, is that what
 6   I'm hearing?
 7   A    At that point, yes.
 8   Q    Okay.  Right after this happens, right, you remember
 9   when these individuals here on the second page of this
10   exhibit pick up a police bike rack and ram it like a
11   medieval battering ram against the doors of the United
12   States Capitol building, you remember that?
13   A    Yes.
14   Q    And you just wanted to be nearby as a peaceful
15   observer?
16   A    I actually walked away right after this because I just
17   couldn't believe it was actually happening, but yes.
18   Q    I'm sorry, this was the moment where you decided you
19   couldn't believe what was happening?
20   A    Yeah.
21   Q    Okay.
22   A    I felt I was too close to the situation, I guess, at
23   that point.
24   Q    I see.  You didn't go home, though, did you?
25   A    No.
```

1    Q    You didn't walk off Capitol grounds?

2    A    No.

3    Q    No one stopped you from walking off Capitol grounds?

4    A    Correct.

5    Q    I don't see President Trump in any of those two

6    photographs, do you?

7    A    No.

8    Q    So he wasn't forcing you to stay there while those

9    gentlemen were ramming that bike rack against those doors,

10   right?

11   A    No.

12   Q    You chose to do that?

13   A    Yes.

14   Q    Thirty-six-year-old Dustin Thompson, married man, chose

15   to do that, is that right?

16   A    Yes.

17   Q    Let's talk about what did you after that.  You went

18   to -- we're going to look now at page 1 of Exhibit 242B.

19   This is after you were at the north doors, right?

20   A    Yes.

21   Q    You just testified that when you were at the north

22   doors and you saw those guys with the bike rack, you thought

23   that was too much so you had to walk away, right?

24   A    Yes.

25   Q    Then you came down here, right, that's you in this

1     photo?

2     A     Yep.

3     Q     And you're 20 feet away from this tunnel entrance,

4     right?

5     A     I would say it's a little further, but yeah.

6     Q     Twenty-five feet?

7     A     Forty.

8     Q     You were 40 feet away from that tunnel entrance?

9     A     (No verbal response.)

10    Q     Okay.  You could see what was going on in the tunnel?

11    A     Yes.

12    Q     And you stood there watching this for about 15 minutes,

13    right?

14    A     I believe it was longer, but yeah.

15    Q     Oh, even longer than 15 minutes, right?

16    A     Yep.

17    Q     All right.  Let's take a look at a clip from Exhibit

18    242A, from the beginning.

19                 [Video played.]

20    BY MR. DREHER:

21    Q     You saw those guys throw those heavy things on those

22    law enforcement officers, right?

23    A     Yes.

24    Q     Those cops didn't do anything wrong that day, did they?

25    A     No.

```
 1   Q    Did they deserve to be treated like that?

 2   A    No.

 3   Q    When they were doing that at the lower west tunnel, you

 4   knew that that was wrong?

 5   A    Correct.

 6   Q    You knew it was illegal?

 7   A    Yeah.

 8   Q    Now I want you to look at Exhibit 240.

 9             [Video played.]

10   BY MR. DREHER:

11   Q    And while you're watching this video I'm going to

12   direct your attention to the tunnel, I want you to focus on

13   the tunnel and the gentleman with the baseball bat, okay?

14   A    Yeah.

15             [Video played.]

16   BY MR. DREHER:

17   Q    Mr. Thompson, while that individual was beating the

18   police officers with a baseball bat, you knew that what he

19   was doing was wrong, right?

20   A    Yeah.

21   Q    You knew that what he was doing was illegal?

22   A    Yes.

23   Q    On that day?

24   A    Yep.

25   Q    All right.  Even though President Trump had said, "Go
```

1    fight like hell at the Capitol," right?

2    A    Yep.

3    Q    Now, I understand that you testified a few other things

4    about what happened later that night at around six o'clock,

5    so I just want to make sure that I understand them

6    correctly, okay?

7        Did you say that you tried to contact law enforcement

8    prior to 6:00 p.m. that day?

9    A    No.

10    Q    Okay.  So when law enforcement walked up to you --

11    A    I'm sorry, the Capitol Police, yes, I did, I tried to

12    get directions on where to go because of the curfew and how

13    to leave.

14    Q    So after you left Capitol grounds.

15    A    Yes.

16    Q    You've still got this stolen coat rack by your side,

17    right?

18    A    Yes.

19    Q    And at this point it's later on in the evening, right?

20    A    It's dark, yes.

21    Q    Yeah.  President Trump, he's not there with you, right?

22    A    No, he's not.

23    Q    No.  So you are the one who chose to keep carrying this

24    stolen coat rack off Capitol grounds?

25    A    I don't think I got off Capitol grounds with it.

1    Q    Okay.  You're the one who chose to carry it away from

2    the United States Capitol building, right?

3    A    Yes.

4    Q    And are you testifying that with that stolen property

5    in your possession you attempted to contact the United

6    States Capitol Police for directions?

7    A    I did, yes.

8    Q    Okay.  And you used your phone to try to contact them?

9    A    No, in person.

10   Q    In person?

11   A    Yes, to get directions.

12   Q    Okay.  And when the two Capitol Police special agents,

13   one of whom you saw testify today, right?

14   A    Right.

15   Q    When they approached you at six o'clock p.m. and told

16   you where to go, you tried to walk away with the coat rack,

17   right?

18   A    No.

19   Q    You're testifying that you did not attempt to pick up

20   the coat rack and walk away with it?

21   A    No.

22   Q    Sorry, sir, you're going to have to clarify.  What are

23   you testifying --

24   A    It was there, I just got up and walked away from it

25   when they said this is where you have to go, you can't get

1   an Uber here, and so I just started walking in that

2   direction.

3   Q    Well, you heard Special Agent O'Neill testify earlier,

4   right?

5   A    Yes.

6   Q    And you heard her say that they told you to leave, and

7   then you picked up the coat rack and started walking away

8   with it?

9   A    No.

10  Q    So you're testifying that's not true?

11  A    Correct.

12  Q    Okay.  You did, though, run away?

13  A    After they told me where to go, and then they wanted to

14  talk to me again, I ran away, yes.

15  Q    Yeah.  Robert Lyon didn't run away, right?

16  A    No, he didn't.

17  Q    Only you?

18  A    Yes.

19  Q    And you testified on direct examination it's because

20  you thought maybe you were going to be arrested for what you

21  had done that day, right?

22  A    Yes.

23  Q    How did you call the Uber at that point?

24  A    I got to a hotel and I borrowed someone's phone.

25  Q    Borrowed someone's phone.  Okay.  So you didn't have,

1    when you told the agents that you were waiting for an Uber

2    at the previous location --

3    A    I had sent the, like an order out for it, but then my

4    phone died.

5    Q    So your phone, I see, so your phone was working at the

6    time you sent out --

7    A    I kept turning it on and off because I had like five

8    percent battery, like the last four hours I was there.

9    Q    Okay.  Now, I assume when the agents approached you and

10   you had the coat rack, and they told you where to go, you --

11   and I assume you informed them that actually you had the

12   authorization of the President of the United States to take

13   the coat rack from the United States Capitol building?

14   A    No, I did not.

15   Q    Okay.

16           MR. DREHER:  I don't have any further questions,

17   Your Honor.

18           THE COURT:  Redirect?

19           MR. SHAMANSKY:  One second, Your Honor, please.

20           [Brief pause.]

21           MR. SHAMANSKY:  No further questions.  Thank you,

22   Your Honor.

23           THE COURT:  The jurors have a couple questions.

24           [Bench conference.]

25           THE COURT:  Okay.  One question is, "What was the

1    reason for job loss?  Were you fired?  If so, what for?"  I

2    don't know, I mean, I don't know what the circumstances were

3    regarding his job loss, was it just because business was

4    slow or what.

5         MR. SHAMANSKY:  Yeah, I think it was the COVID,

6    Your Honor.

7         THE COURT:  But he wasn't fired?

8         MR. SHAMANSKY:  No.

9         THE COURT:  Okay.  And any objection to that being

10   asked?

11        MR. SHAMANSKY:  I don't have an objection.

12        MR. DREHER:  I don't think the government sees the

13   relevance of it, Your Honor, but if it's going to be brief,

14   then I don't have an objection.

15        THE COURT:  All right.  And then, "Did you know

16   Trump personally?"

17        MR. SHAMANSKY:  I have no -- I mean I have no

18   objection to him answering that.

19        MR. DREHER:  No objection.

20        THE COURT:  And then, I don't think this is an

21   appropriate question, it's, "Would you testify against

22   former President Trump?"  I don't think that's an

23   appropriate -- unless counsel wants it, I don't know.

24        MR. SHAMANSKY:  We agree with the Court.

25        THE COURT:  Very well.  I won't ask that.

1          And then I guess they're asking whether he had

2     ever purchased a, it says, I guess it's a tactical vest or

3     worn one prior to January 6th rally.

4          MR. SHAMANSKY:  I have no objection to that being

5     asked.

6          THE COURT:  And then it asked, "If so, was it soft

7     armor or non-plate coat?"  I guess Kevlar.  I assume he'll

8     say he never wore it.

9          MR. SHAMANSKY:  That's my assumption, Your Honor.

10          THE COURT:  Very well.  I won't ask the second one

11     unless he says yes, he did.

12          "Regarding supplies, who brought the flags that we

13     saw the defendant with, how were they obtained?"  I don't

14     know if he actually had a flag.  I guess the question would

15     be did he -- he was by a flag, but I don't know if he

16     actually had a flag.

17          MR. SHAMANSKY:  He didn't have one to my

18     knowledge.

19          THE COURT:  He was by a flag, and I guess it could

20     be construed, and I guess that's what they're thinking that

21     he, in fact, had a flag, I guess we can clear that up.

22          MR. SHAMANSKY:  That's fine with me.

23          THE COURT:  Very well.  "To whom did you turn

24     yourself in, the Ohio police or the FBI?"

25          MR. SHAMANSKY:  I'm fine with that question being

1   asked.

2          THE COURT:  I don't think this is appropriate.  It

3   says, "Why turn yourself in, but declare yourself not

4   guilty?"

5          MR. SHAMANSKY:  Would you -- could you ask that --

6   tell me that again?

7          THE COURT:  "Why turn yourself in, but declare

8   yourself not guilty?"

9          MR. DREHER:  We agree with the Court that it's not

10  appropriate.

11         MR. SHAMANSKY:  Yeah, I don't understand the

12  question.

13         THE COURT:  Well, I guess they're saying if you're

14  not guilty, then why would you turn yourself in, I guess

15  that's the question.

16         MR. SHAMANSKY:  If you're not guilty.

17         THE COURT:  Since he's going to trial and taking

18  the position that he's not guilty, I guess they're saying,

19  well, why would you turn yourself in.

20         MR. SHAMANSKY:  Yeah, well, once they get your

21  instructions, they'll understand.

22         THE COURT:  Okay, I won't give that, I won't ask

23  that question.

24         "How has the" -- I'm sorry.  "How was the coat

25  rack obtained by the FBI, did the defendant bring it home

1    with him and bring it with him when he turned himself in?"

2              I don't think it ever left the Capitol grounds

3    area.

4              MR. DREHER:  No, I don't think this witness would

5    necessarily know that.

6              THE COURT:  I guess I could ask him, you know,

7    whether he took the coat rack with him.

8              MR. SHAMANSKY:  Yes, sir, that would be fine with

9    us.

10             THE COURT:  Okay.  And then, "At what point did

11   Mr. Thompson, at what point did you realize that you had

12   been misled?"  I assume misled by Trump.  Any objection?

13             MR. SHAMANSKY:  Not from me, Your Honor.

14             MR. DREHER:  No objection.

15             THE COURT:  And then, "Do you still support Donald

16   Trump?"

17             MR. SHAMANSKY:  I think what's good for the goose

18   is good for the gander, he might as well answer.

19             MR. DREHER:  The government doesn't really see the

20   relevance of that particular question.

21             MR. SHAMANSKY:  I agree, but --

22             THE COURT:  I guess it's what his attitude was

23   about Donald Trump on the day in question.  What his

24   attitudes were thereafter may be relevant if he's convicted

25   on the question of sentencing.  But I don't see how it's

1    relevant on the question of whether he's guilty of the

2    events he's accused of doing on that day, so I won't ask

3    that.

4             And, "Have you been to any rally since the riot?"

5    I don't think that's relevant.

6             MR. DREHER:  We agree.

7             MR. SHAMANSKY:  Agree.

8             THE COURT:  Very well.

9             [Open court.]

10            THE COURT:  I will not, as I indicated, if I

11   decide not to ask a question it's because I've concluded as

12   a matter of law that the question is not appropriate or not

13   relevant to these proceedings.  So if I don't ask a

14   question, the person who submitted the question has to

15   disregard the fact that they asked it and not speculate or

16   guess as to what the answer would have been.

17            You indicated that you lost your job, is that

18   right?

19            THE WITNESS:  Correct.

20   BY THE COURT:

21   Q    And that was in March of 2020?

22   A    March 17th, yes.

23   Q    And that was the pesticide or one of the pesticide

24   positions that you had?

25   A    Pest control, yes.

1    Q    Why did you lose that job?

2    A    I was laid off because of the pandemic and they were

3    cutting people.

4    Q    So not enough business?

5    A    Correct.

6    Q    Very well.  Did you know former President Trump

7    personally?

8    A    No.

9    Q    Had you ever in the past purchased a tactical vest or

10   worn a tactical vest prior to the January 6th rally?

11   A    No.

12   Q    At some point there were depictions of you standing by

13   a flag, is that right?

14   A    Yes.

15   Q    Did you actually have any flags with you?

16   A    No.

17   Q    Did you ever actually hold a flag?

18   A    I did for the picture with the coat rack.

19   Q    You did hold a flag?

20   A    Yes.

21   Q    Did you bring that flag to the Capitol?

22   A    No.

23   Q    What were the circumstances --

24   A    Robert was carrying it.

25   Q    Robert was carrying it, that's Mr. Lyon?

```
1   A     Yes.
2   Q     And so what happened in reference to you holding it?
3   A     He took the picture and said to hold the flag, and I
4   did.
5   Q     Did Mr. Lyon bring that flag from Ohio to D.C.?
6   A     Yes.
7   Q     He did?
8   A     Yes.
9   Q     Okay.  When -- you said you turned yourself in after
10  you found out that you were being investigated?
11  A     Correct.
12  Q     And you turned yourself in to whom?
13  A     The FBI.
14  Q     Okay.  Now, in reference to the coat rack, do you know
15  what happened to the coat rack after you were approached by
16  the two agents?
17  A     No.
18  Q     Did you take the coat rack with you?
19  A     No, I left it there.
20  Q     You left it there?
21  A     Yes.
22  Q     Okay.
23              THE COURT:  Pick up for a minute.
24              [Bench conference.]
25
```

1    THE COURT:  "At what point did you realize that

2    you had been misled?"  Did counsel say you wanted that

3    asked?

4         MR. SHAMANSKY:  That's fine with me, Your Honor.

5         THE COURT:  Government?

6         MR. DREHER:  I don't think we have a specific

7    objection to it, Your Honor.

8         THE COURT:  Okay.

9         [Open court.]

10   BY THE COURT:

11   Q    Did there come a point you felt you had been mislead as

12   to what you were hearing?

13   A    Not on that day.

14   Q    Not on that day?

15   A    Correct.

16   Q    Okay.  Did there come a point that you felt you had

17   been misled?

18   A    Yes.

19   Q    When was that?

20   A    I would say within like the weeks following.

21        THE COURT:  Okay.  Any further questions from the

22   jury?  Any follow-up questions from counsel?

23        MR. SHAMANSKY:  No, thank you, Your Honor.

24        MR. DREHER:  Just a few, Your Honor.

25        THE COURT:  Very well.  If they relate to those

1    questions, that's fine.

2                    CROSS-EXAMINATION (Cont'd)

3    BY MR. DREHER:

4    Q    Mr. Thompson, did I hear you correctly that it was

5    actually just within a few weeks of January 6th that you

6    realized you had been misled on January 6th?

7    A    If not sooner, yeah.

8    Q    And am I right that that was after you were aware that

9    you were being investigate by the FBI?

10   A    I think it was before.

11   Q    You think it was before or you know it was before?

12   A    It was before.

13   Q    Okay.  It was after you ran away from those two U.S.

14   Capitol Police special agents, right?

15   A    Yes.

16   Q    Because you thought you might be arrested?

17   A    Yes.

18                    MR. DREHER:  No further questions.

19                    THE COURT:  Okay.  If nothing else, thank you, you

20   can step down.

21                    [Witness excused.]

22                    THE COURT:  Any further witnesses from the

23   defense?

24                    MR. SHAMANSKY:  Not at this time, Your Honor.  In

25   fact, the answer is no, but we'll have a proffer at the

1    appropriate time.  Thank you.

2              THE COURT:  That would be?

3              MR. SHAMANSKY:  Yes, sir.

4              [Bench conference.]

5              THE COURT:  Okay.  What is that?

6              MR. SHAMANSKY:  The notion that it was a ripoff

7    and that, that they would ultimately be cajoled and utilized

8    in this horrendous fashion.  And that's why we wanted to

9    call them because we believe they were also responsible for

10   sending out the messages over social media and the internet

11   in order to whip these very vulnerable folks into a frenzy.

12   And, of course, we've already been through this.  We

13   understand the Court's ruling.  I just wanted to make sure

14   the record was as clear as possible.

15             But other than that, that proffer, Your Honor, we

16   have nothing further and would rest.  Although, it's my

17   understanding that we're going to condense one of our, one

18   of the government's exhibits into just the portion of the

19   Trump speech for the jury's consideration if they so chose

20   to watch it once they deliberate.

21             THE COURT:  Well, it seems to me if that's going

22   to be evidence, then it seems to me it should be played in

23   the courtroom for the jury.

24             MR. SHAMANSKY:  Well, we were trying, Your Honor,

25   to avoid that by agreement.  It is a 70 minute tape.  And

1    our notion was, sir, that both sides were able to discuss it

2    from the transcript, which the jury will also have if the

3    Court will so permit, thereby obviating the need for them to

4    sit and listen to it for an hour, but if it's the Court's

5    preference, of course, we're fine.  But we just thought it

6    was a more expeditious use of time.

7            THE COURT:  Well, I mean, what they've heard thus

8    far are only excerpts from the transcript of what was said,

9    I guess I don't have a problem in light of the way it's come

10   out to have those particular excerpts that were read to the

11   jury as part of the record, but it seems to me that if the

12   actual verbal comments that were made are going to be

13   evidence, then I think that has to be and should be played

14   to the jury.  Because what they have now are just the

15   excerpts.

16           MR. SHAMANSKY:  Yes, sir.  And I understand the

17   notion to have a complete -- I guess it's not a whole lot

18   different than the government or in our agreement the

19   government and defense are playing only certain videos from

20   the closed-caption TVs.  I certainly appreciate the Court's

21   position and will abide by whatever you wish.  If that's a

22   prerequisite, then --

23           THE COURT:  Well, the only difference is the

24   entire document is in evidence.

25           MR. SHAMANSKY:  Yes, sir.

1            THE COURT:  And I think that's different.  I mean,

2    you know, plus, I mean, we are talking about a different

3    type of evidence.  And if it seems to me again that if the

4    actual, and I'll leave it up to you.  I mean, if you

5    actually want to play any portion of the speeches or all of

6    them, that's fine with me.  But I think if that's going to

7    be the evidence that you want the jury to consider, I think

8    that should be played in the courtroom for the jury.

9            MR. SHAMANSKY:  Okay.  Then we can have it ready.

10   It is 70 minutes, Your Honor.

11           THE COURT:  Right.

12           MR. SHAMANSKY:  I guess timing-wise, the

13   government, and we could have it ready to roll first thing

14   in the morning for their consideration.  Or we could break

15   it up into two parts and play 25 minutes of it tonight and

16   then the rest tomorrow morning.

17           THE COURT:  I'd rather, not to lose any time, I'd

18   rather go ahead and play what we can play now.  And it's

19   just, I guess not Giuliani, but Trump?

20           MR. SHAMANSKY:  Yeah, the Giuliani tweet is, it's

21   about a five second clip.

22           THE COURT:  Okay.  Then we can -- so we can get as

23   much done as we can today.  We have about a half hour left,

24   we can go ahead and play what we can play now and play the

25   rest of it tomorrow.

1              [Open court.]

2         MR. SHAMANSKY:  With the Court's permission and

3    the government's help, we will publish for the jury and

4    actually play for the jury the entire content of President

5    Trump's speech during the rally.

6         THE COURT:  Very well.  So we will play part of

7    that today, and then we'll have to play the rest of it

8    tomorrow so we only have a half hour left, about 25 minutes.

9    We'll pick up tomorrow at nine.

10         MR. DREHER:  We just need to find the correct spot

11   first with the Court's indulgence, if that's okay.

12         THE COURT:  We can take a short break, five minute

13   break.

14              [Thereupon, Jury exits the courtroom at

15        4:34 p.m.]

16         THE COURT:  So I know you probably want to get

17   back to your home base and not have to come back to D.C. if

18   we don't complete this by the end of the day tomorrow.  As I

19   indicated, I won't be here, we can't sit on Friday or Monday

20   because the court is closed.  But, you know, I don't know

21   what your position is.

22         But I guess one of the concerns I have, which I

23   always have when I was actually a litigator is, you know,

24   only having part of a case submitted and have a long break,

25   but it's really all up to you how you want to proceed.

 1            MR. SHAMANSKY:  Your Honor, our preference would

 2   be to start as early tomorrow as possible.  We'll finish

 3   with the tape.  And then with your permission have succinct

 4   closing arguments and get it to the jury first thing.

 5            THE COURT:  That's fine.  I think it's quite

 6   possible that, depending upon how long it takes to play the

 7   tape, and depending upon how long your closing arguments

 8   are, I assume my instructions will be about an hour.  So I

 9   think it is possible.  I was thinking before the issue of

10   the tape came up that we probably could get it to the jury

11   by one o'clock.

12            I guess if counsel is happy with the

13   circumstances, that's fine, but the concern I always have is

14   whether the jury is going to feel rushed because jurors

15   don't like to have to come back.  And I've seen situations

16   where I felt maybe they were precipitously rendering a

17   decision because they wouldn't have to come back.

18            So if we finish at one and then they go to lunch,

19   it will be two o'clock before they start deliberating at the

20   earliest probably, which would only give them about three

21   hours.  And I wouldn't want them to rush through a verdict

22   knowing that they would have to come back on Tuesday, but

23   it's up to you all.

24            MR. SHAMANSKY:  Can you give us one second,

25   please?

1          THE COURT:  Yes.

2          [Brief pause.]

3          MR. SHAMANSKY:  Your Honor, in the interest of

4    time, if the Court would permit, we've shifted our joint

5    position relative to the video.  If we withdrew the video

6    from the government exhibit and just let the jury, you know,

7    they've heard, you know, Trump statements, that will save us

8    some time.  And then maybe the government can get right into

9    its rebuttal case and keep this moving today, and then we

10   could --

11         THE COURT:  That's fine.  It's you alls

12   prerogative as to how you want to deal with the statements

13   of Trump and Giuliani.

14         MR. SHAMANSKY:  You know what, Judge, I'm sorry.

15   I'm going to go with your gut.  I think you're right.  I'm

16   not afraid to say when I think you're right.  I'm going to

17   push play whenever the jury comes back.  Half hour is not

18   going it make a difference one way or the other.

19         THE COURT:  Okay.  But in reference to trying to

20   get the case to the jury and having them start their

21   deliberations, you want to do that tomorrow?

22         MR. SHAMANSKY:  Yes, sir.

23         THE COURT:  Okay.  We'll do the best we can.

24         MR. DREHER:  I think I, just as a, predictions are

25   always perhaps mistaken, but I don't think our combined

```
 1    closings from our joint discussions will be longer than an

 2    hour, including rebuttal, an hour of jury instructions and

 3    our rebuttal case would be 20 minutes.

 4              THE COURT:  Okay.  And in reference to the

 5    limiting instruction regarding the statements of Giuliani

 6    and Trump, you just want me to give that in my final

 7    instructions or do you want a cautionary instruction now?

 8              MR. DREHER:  I think a cautionary instruction just

 9    prior to the statements being played.

10              THE COURT:  Very well.  We can bring in the jury.

11              [Thereupon, Jury enters courtroom at

12         4:40 p.m.]

13              THE COURT:  Okay.  Counsel can be seated.

14              Ladies and gentlemen, you have heard about

15    statements that former President Donald Trump and also Rudy

16    Giuliani made on January 6th, 2021, and now you're going to

17    actually hear those and see those actual statements on a

18    recording.

19              This evidence has been admitted for the limited

20    purpose, and that is, the potential impact on the intent

21    required to establish the defendant's guilt on the offenses

22    he is charged with committing in this case if you conclude

23    that he heard those statements.  You are not to consider

24    that evidence for any other purpose.  Neither former

25    President Donald Trump nor Rudolph Giuliani actually had the
```

1    power to authorize or make legal the alleged crimes charged

2    in this case.

3              Again, the evidence regarding their statements may

4    be only used in your assessment as to whether the defendant

5    had the required intent to commit the crimes for which he

6    has been charged in this case.

7              Okay.

8              MR. SHAMANSKY:  May I proceed, Your Honor?

9              THE COURT:  Yes.

10             [Trump video played.]

11             [Trump video stopped.]

12             THE COURT:  We'll pick up with it tomorrow.  I do

13   have some matters I need to discuss with counsel first thing

14   in the morning.  We can't do it now because it's five

15   o'clock and we have to break.  So I'll have you come in at

16   9:15.  I'll meet with counsel at nine o'clock.  I have a

17   couple of things I have to resolve with them regarding the

18   instructions I'll give you for your final instructions.  And

19   then we'll start tomorrow, do what we have to do, if there's

20   going to be any additional evidence presented.  And then

21   we'll proceed with the closing arguments and my jury

22   instructions.

23             Please continue to comply with all the

24   instructions I have given you about how you should conduct

25   yourself when you are in recess.  Have a nice evening, and

1  we'll see you at 9:15 tomorrow.

2          [Thereupon, Jury exits the courtroom at

3      5:00 p.m.]

4          THE COURT:  There are a couple of things we'll

5  need to go over tomorrow regarding the instructions, just

6  some minor things, but we need to do that.  We can do that

7  at nine as I said, and the jury hopefully will be on time

8  and we'll start at 9:15.

9          Thank you have a good evening.

10         MR. SHAMANSKY:  I have one question, just

11 curiosity-wise.  I know we lost a juror.

12         THE COURT:  Yes.  So Juror Number 4 will replace

13 that juror, Juror Number 8, assuming everybody else remains

14 available, will be excused.

15         MR. SHAMANSKY:  Do we know what happened to our

16 juror?

17         THE COURT:  I guess because, you remember she had

18 a problem with needing some water.  I guess it was some type

19 of problem that she had regarding, I guess, an allergy or

20 something she said, and that's why she dropped.  She said

21 she couldn't be here because of that.

22         MR. SHAMANSKY:  Thank you.

23         [Thereupon, the proceedings adjourned at

24     5:01 p.m.]

25                      - o -

BY MR. DREHER: [96] 314/18 315/4
315/10 316/10 317/5 317/24 318/13
318/22 319/19 320/12 321/11 321/24
323/20 325/5 325/12 325/24 326/11
327/10 327/22 328/14 332/12 335/22
336/14 337/19 338/3 338/16 338/22
339/7 339/13 340/5 340/16 341/1
341/16 342/7 342/13 342/20 344/15
345/10 346/20 347/4 348/9 349/13
350/15 350/23 351/14 351/20 352/8
354/14 356/12 357/19 357/23 358/8
358/18 359/4 359/10 359/23 362/25
363/10 363/23 364/9 364/20 365/21
366/2 367/4 367/16 367/25 368/8
368/17 369/3 369/8 370/20 371/5
371/13 371/21 371/24 372/14 372/22
373/1 374/1 387/2 388/21 389/5
394/20 395/14 396/1 397/12 398/3
399/9 409/19 507/9 516/9 521/17
538/19 539/9 539/15 552/2
BY MR. REGENSBURGER: [4]
474/13 476/24 481/3 481/13
BY MR. SHAMANSKY: [13] 375/3
376/21 380/6 382/2 406/5 487/22
496/23 502/2 507/2 510/13 511/18
512/24 515/4
BY MS. ROZZONI: [30] 411/1 419/25
423/17 423/24 424/10 425/14 427/12
427/21 437/24 438/10 439/3 439/15
439/25 440/24 444/25 447/11 449/18
452/9 453/15 455/20 457/1 459/8
459/18 460/23 462/5 463/18 464/23
465/13 482/23 483/9
BY THE COURT: [2] 548/19 551/9
JURORS IN UNISON: [1] 314/9
MR. DREHER: [91] 313/5 313/15
314/15 315/1 316/5 316/8 316/24
318/8 319/14 321/7 322/19 324/8
325/19 326/6 326/25 327/6 327/14
327/21 328/10 331/21 335/19 336/11
337/7 337/14 337/23 339/3 339/22
340/9 340/13 341/10 344/1 344/25
346/10 347/22 350/2 354/7 356/8
357/9 358/14 362/21 363/7 363/19
364/5 364/18 365/14 366/25 368/23
372/11 373/11 373/18 374/10 374/13
376/20 377/24 379/13 381/23 388/5
388/12 393/20 393/23 395/22 397/11
398/2 399/5 405/25 410/7 496/21
501/24 506/25 510/11 511/16 512/22
514/25 516/5 521/7 521/14 521/16
543/15 544/11 544/18 546/8 547/3
547/13 547/18 546/3 547/5 551/23
552/17 556/9 558/23 559/7
MR. REGENSBURGER: [5] 474/2
480/20 480/25 482/17 487/4
MR. SHAMANSKY: [68] 313/9 313/14
313/23 328/6 337/9 375/1 378/4
378/20 379/5 379/24 380/4 386/24
406/3 409/15 426/21 444/9 464/6
464/15 466/7 473/12 487/11 487/19
502/1 515/1 516/3 521/9 543/18
543/20 544/4 544/7 544/10 544/16
544/23 545/3 545/8 545/16 545/21
545/24 546/4 546/10 546/15 546/19
547/7 547/12 547/16 547/20 548/6

551/3 551/22 552/23 552/2 552/5
553/23 554/15 554/24 555/8 555/11
555/19 556/1 556/25 557/23 558/2
558/13 558/21 560/7 561/9 561/14
561/21
MS. ROZZONI: [37] 410/13 410/21
423/16 426/18 427/3 440/12 440/19
444/7 444/16 446/14 446/18 448/7
452/5 453/13 455/14 456/15 459/3
459/7 459/12 459/19 460/20 461/9
461/24 464/3 464/17 464/21 465/12
466/4 466/13 466/17 472/24 473/3
480/13 480/15 481/11 482/19 487/1
THE COURT: [191] 313/8 313/12
313/22 313/24 314/8 314/10 314/16
316/7 316/21 316/23 317/3 318/18
319/17 328/9 328/11 335/21 336/13
337/8 337/13 337/15 337/25 339/6
341/13 347/1 354/6 356/11 358/17
362/24 363/22 364/8 364/16 364/19
365/25 367/3 368/15 369/1 372/9
372/12 372/20 373/14 373/16 373/23
374/12 374/25 378/1 378/12 378/25
379/8 379/19 380/1 381/24 386/25
388/6 388/8 388/11 389/2 389/4
393/22 395/9 395/13 395/25 397/10
398/1 399/8 406/2 409/17 410/8
410/10 410/12 410/22 419/18 423/15
426/20 426/22 426/24 427/2 427/19
440/4 440/18 440/22 444/8 444/10
444/12 444/15 446/17 452/8 453/10
453/14 456/13 456/16 459/1 459/5
459/10 459/13 463/15 464/5 464/7
464/10 464/19 466/5 466/8 466/10
466/12 466/16 472/23 472/25 473/5
473/10 473/14 473/21 473/25 474/5
476/19 476/22 480/23 481/12 482/18
482/21 483/7 487/3 487/5 487/7
487/10 487/20 496/22 501/25 507/5
510/12 511/17 512/23 515/3 516/4
521/10 521/13 521/15 543/17 543/22
543/24 544/6 544/8 544/14 544/19
544/24 545/5 545/9 545/18 545/22
546/1 546/6 546/12 546/16 546/21
547/5 547/9 547/14 547/21 548/7
548/9 550/22 550/24 551/4 551/7
551/20 551/24 552/18 552/21 553/1
553/4 553/20 554/6 554/22 554/25
555/10 555/16 555/21 556/5 556/11
556/15 557/4 557/25 558/10 558/18
558/22 559/3 559/9 559/12 560/8
560/11 561/3 561/11 561/16
THE DEPUTY CLERK: [3] 313/1
315/2 340/12
THE WITNESS: [26] 316/22 347/2
368/16 372/21 388/9 388/19 389/3
393/24 395/12 410/20 419/20 423/22
426/25 427/10 427/20 444/13 444/23
463/17 474/11 476/21 476/23 483/8
487/8 487/18 507/6 548/18

$
$400 [1] 350/11
$500 [2] 350/11 455/3

'
'08 [1] 489/17

'16 [1] 376/7
'18 [1] 497/8
'a [1] 447/3
'Area [1] 468/3
'bout [1] 454/22
'cause [1] 527/9

.
.x [1] 310/7

0
01 [1] 313/3
0500 [1] 412/24
0630 [1] 389/25
07 [1] 425/18

1
100 [9] 447/18 448/20 448/24 449/9
449/11 449/21 456/7 459/10 462/3
101 [1] 449/6
1033 [1] 394/7
10:00 [3] 416/4 416/5 416/9
10:00 a.m [2] 392/2 521/1
10:14 [1] 317/3
10:15 [1] 416/9
10:32 [1] 317/7
10:45 [1] 373/20
10:58 [1] 373/21
11 [2] 367/18 486/12
113 [1] 452/4
116 [2] 452/16 452/17
118 [6] 357/14 435/23 437/7 437/15
456/3 456/4
11:00 p.m [3] 428/21 428/24 443/24
11:01 [1] 373/23
11:06 [1] 318/24
11:38 [1] 450/13
11:46 [1] 320/2
11:57 [1] 320/5
11:58 a.m [1] 463/11
11th [3] 448/14 448/16 448/19
12 [5] 411/11 426/11 443/18 452/11
486/12
120 [2] 456/13 457/3
121 [2] 458/23 459/2
123 [5] 460/22 461/1 461/13 461/15
461/21
124 [3] 333/4 449/7 462/22
12:08 a.m [1] 451/7
12:09 a.m [1] 451/13
12:16 [1] 320/15
12:25 [1] 320/19
12:30 [3] 440/5 440/15 440/17
12:36 p.m [1] 325/2
12:59 [1] 325/8
13 [4] 310/6 322/2 426/15 452/22
132 [4] 345/5 345/6 345/9 348/2
13:02 [1] 322/14
14 [2] 339/15 412/6
140 [1] 322/25
14th [1] 470/11
15 [6] 319/4 321/16 349/15 422/8
538/12 538/15
1512 [1] 324/19
156 [1] 358/20
16 [2] 325/21 389/11
16th [2] 389/10 406/14

**1**

**17** [1] 453/7
**1752** [2] 447/4 447/11
**17th** [2] 490/15 548/22
**18** [5] 324/19 326/8 390/24 447/5 447/11
**1900** [1] 443/19
**1:00** [3] 324/21 325/8 325/8
**1:02** [2] 368/19 369/1
**1:05 p.m** [1] 325/18
**1:07** [1] 470/5
**1:08 a.m** [1] 451/2
**1:15** [1] 369/5
**1:15 p.m** [1] 463/12
**1:30** [3] 440/6 440/12 440/17
**1:30 p.m** [1] 324/22
**1:33** [1] 440/22
**1:59** [2] 456/19 456/20
**1st** [5] 411/10 448/13 448/15 448/18 477/9

**2**

**20** [11] 314/21 315/19 335/19 336/21 390/24 416/24 422/8 442/22 454/6 462/10 559/3
**20 feet** [1] 538/3
**200** [3] 469/5 469/10 470/24
**20001** [1] 311/4
**20003** [1] 472/18
**2008** [5] 476/19 477/2 483/12 489/23 489/24
**2009** [1] 411/10
**200A** [2] 343/6 397/10
**200B** [3] 347/8 350/18 403/2
**200C** [2] 423/7 425/8
**201** [1] 469/5
**2010** [1] 445/8
**2015** [2] 477/25 489/22
**2016** [2] 375/20 477/25
**2017** [5] 376/11 376/12 445/9 445/18 477/15
**2018** [2] 411/23 477/6
**202** [4] 439/20 469/11 469/14 469/15
**2020** [21] 324/16 324/17 377/6 377/12 448/13 448/15 448/18 448/22 449/10 477/6 477/9 478/20 481/16 482/15 489/14 489/18 490/10 490/15 492/24 518/2 548/21
**2021** [50] 323/2 323/13 324/11 327/20 331/24 333/8 334/25 345/7 389/18 390/21 412/11 412/13 426/10 428/18 441/4 442/20 446/19 446/24 448/14 448/16 448/19 448/23 449/10 450/13 451/7 453/1 461/19 463/7 467/5 467/20 469/4 469/19 469/22 469/25 470/2 470/4 470/7 470/11 470/14 470/18 471/15 471/22 472/16 472/23 516/15 517/4 518/9 519/21 520/5 559/16
**2022** [1] 310/6
**203** [4] 310/14 354/11 469/14 469/15
**204** [1] 469/14
**204A** [1] 354/23
**205** [3] 355/19 355/25 469/15
**20510** [1] 467/12
**206** [1] 310/18
**206A** [1] 356/24

**207** [1] 469/15
**208** [2] 362/12 469/14
**20th** [1] 375/24
**21** [1] 316/7
**21-161-01** [1] 313/3
**21-161-RBW** [1] 310/4
**211** [1] 363/6
**212** [1] 469/16
**212A** [1] 363/10
**213** [1] 364/15
**214** [4] 469/11 469/14 469/16 470/25
**22** [3] 318/10 323/25 431/10
**220** [3] 344/15 345/10 469/9
**221** [1] 346/17
**222** [1] 348/8
**223** [2] 350/15 469/9
**225** [2] 528/1 528/5
**23** [1] 455/17
**230** [3] 338/18 469/1 471/7
**231** [2] 340/14 469/17
**231A** [3] 340/7 340/14 340/18
**232A** [1] 350/22
**233** [1] 469/20
**234** [2] 357/17 469/23
**235** [4] 357/22 437/22 440/2 471/7
**235A** [1] 535/10
**235B** [1] 535/9
**236** [4] 360/1 360/6 441/8 442/10
**237** [4] 357/17 361/7 442/9 469/24
**238** [1] 471/7
**239** [1] 471/13
**24** [3] 321/9 454/6 467/16
**240** [2] 471/18 539/8
**240A** [1] 365/23
**242-3939** [1] 310/23
**242A** [4] 369/10 370/3 370/18 538/18
**242B** [4] 369/24 370/6 370/11 537/18
**246** [1] 471/18
**246A** [1] 371/23
**247** [1] 436/6
**248** [1] 342/5
**249** [1] 398/6
**25** [6] 322/21 362/15 372/16 454/24 555/15 556/8
**252** [1] 398/5
**254** [1] 359/12
**26** [1] 454/24
**260** [1] 470/1
**261** [1] 471/7
**262** [1] 470/5
**263** [2] 470/1 471/7
**27** [3] 322/21 446/22 455/7
**27 miles** [2] 429/5 430/8
**270** [3] 332/15 470/6 470/20
**271** [1] 470/8
**272-2828** [1] 448/18
**273** [2] 352/20 425/1
**274** [2] 353/7 425/5
**277** [1] 353/11
**279** [1] 353/19
**28** [2] 327/2 327/8
**2828** [1] 448/18
**285** [1] 470/9
**286** [2] 470/12 470/21
**287** [2] 470/16 471/7
**29** [4] 327/15 359/6 455/23 473/14
**29th** [2] 448/22 449/10

**2:00 a.m** [1] 390/24
**2:01** [1] 325/14
**2:03** [1] 456/21
**2:05** [1] 456/23
**2:13 p.m** [2] 325/22 468/5
**2:16** [1] 325/20
**2:29 p.m** [1] 326/9
**2:30** [1] 390/7
**2:30 p.m** [1] 390/8
**2:35** [1] 473/20
**2:36** [1] 473/20
**2:38 p.m** [1] 314/25
**2:39** [1] 326/2
**2:40ish** [1] 430/23
**2:47 p.m** [2] 316/9 469/19
**2:48** [3] 318/11 431/7 473/21
**2:48 p.m** [4] 343/22 344/4 345/5 461/18
**2:51** [1] 326/7
**2:52** [2] 346/15 461/18
**2:55** [1] 473/25
**2:56 p.m** [2] 347/13 347/25
**2:59** [2] 403/10 403/10

**3**

**30** [27] 316/7 318/10 321/9 322/21 324/10 325/21 326/8 327/2 327/16 331/23 342/15 344/3 345/2 346/12 347/24 350/4 354/6 357/11 446/16 446/17 448/9 455/16 455/23 461/11 465/25 466/19 466/21
**30 feet** [3] 335/19 336/21 367/11
**301** [1] 471/25
**308** [1] 471/25
**31** [5] 314/22 339/24 345/22 446/17 471/10
**310** [1] 472/7
**314** [1] 312/5
**317** [4] 521/9 521/12 521/16 521/17
**319** [1] 399/8
**32** [6] 327/7 343/23 371/15 374/15 404/12 446/17
**330** [4] 345/13 463/21 463/22 501/12
**333** [1] 311/3
**34** [2] 344/2 374/15
**35** [2] 344/3 475/1
**350-6818** [1] 310/15
**352** [1] 349/12
**36** [9] 345/1 374/15 446/22 456/8 457/5 465/16 516/16 516/17 523/6
**37** [4] 345/1 349/23 458/2 516/15
**375** [1] 312/6
**38** [3] 374/15 458/2 516/13
**387** [1] 312/6
**388** [1] 312/8
**39** [1] 346/6
**3939** [1] 310/23
**3:00** [1] 494/24
**3:00 p.m** [1] 317/23
**3:01** [2] 350/13 354/2
**3:01 p.m** [3] 319/1 350/20 469/22
**3:10** [1] 431/9
**3:13 p.m** [1] 320/11
**3:19** [1] 321/3
**3:19 p.m** [1] 320/21
**3:21** [1] 327/1
**3:25 p.m** [1] 321/10

**3**

**3:29 [2]** 355/4 355/20
**3:29 p.m [1]** 354/25
**3:30 [1]** 355/20
**3:30 p.m [2]** 354/12 357/12
**3:36 a.m [1]** 451/18
**3:39 p.m [2]** 321/15 321/23
**3:44 a.m [1]** 327/20
**3:49 [1]** 453/4
**3:49 p.m [1]** 452/25
**3:52 p.m [2]** 354/12 357/9
**3rd [4]** 310/14 310/22 324/17 450/13

**4**

**4 p.m [1]** 471/15
**40 [6]** 346/11 424/8 425/9 431/4 442/22 458/13
**40 feet [1]** 538/8
**400 [1]** 472/14
**401 [2]** 336/25 472/18
**402 [4]** 335/25 336/25 337/1 472/20
**403 [2]** 336/17 337/1
**406 [1]** 312/9
**409 [1]** 312/9
**41 [2]** 347/24 458/19
**411 [1]** 312/11
**42 [4]** 350/3 374/15 459/20 465/1
**420 [2]** 448/12 472/10
**424-9685 [1]** 448/12
**427 [1]** 312/13
**42nd [1]** 327/13
**43215 [1]** 310/22
**44 [2]** 350/3 374/15
**445 [1]** 312/15
**45 [3]** 319/4 354/6 459/25
**4579 [1]** 310/18
**46 [4]** 357/11 365/16 374/15 459/25
**47 [1]** 424/12
**474 [1]** 312/18
**48 [3]** 374/12 460/17 461/7
**483 [1]** 312/19
**483-9922 [1]** 448/15
**488 [1]** 312/20
**49 [3]** 331/23 462/4 462/7
**499 [1]** 472/17
**4:00 p.m [1]** 469/25
**4:02 [3]** 453/17 454/9 454/16
**4:02 p.m [2]** 453/10 454/1
**4:03 [5]** 454/19 454/20 454/22 455/1 455/3
**4:04 [1]** 455/9
**4:05 [1]** 455/25
**4:06 [1]** 456/1
**4:06 p.m [1]** 357/15
**4:15 [1]** 363/2
**4:15 p.m [2]** 357/12 362/14
**4:23 p.m [1]** 364/12
**4:24 [2]** 456/11 465/22
**4:24 p.m [4]** 365/5 457/22 465/19 466/1
**4:30 [1]** 346/22
**4:30 p.m [1]** 365/17
**4:31 p.m [1]** 322/8
**4:34 [1]** 556/15
**4:36 p.m [1]** 458/5
**4:38 [1]** 458/10
**4:40 [1]** 559/12

**4:45 [1]** 471/22
**4:45 p.m [1]** 455/18
**4:48 p.m [1]** 458/16
**4:50 [1]** 367/14
**4:51 p.m [1]** 458/21
**4:56 p.m [2]** 459/23 465/4
**4th [1]** 451/2

**5**

**50 [1]** 462/12
**505 [1]** 310/15
**51 [2]** 331/23 462/19
**52 [4]** 349/1 358/10 448/10 468/17
**523 [1]** 310/22
**5230 [1]** 310/17
**52nd [1]** 370/22
**55 [3]** 373/3 439/2 448/10
**553-4579 [1]** 310/18
**56 [1]** 461/11
**561 [1]** 312/21
**57 [3]** 342/22 461/12 468/17
**5:00 [5]** 321/3 372/25 412/24 426/5 561/3
**5:01 [1]** 561/24
**5:10 p.m [1]** 471/22
**5th [10]** 428/20 446/19 451/7 451/13 451/18 452/14 498/22 498/24 499/10 517/4

**6**

**614 [3]** 310/23 448/12 448/15
**6521 [1]** 311/3
**6818 [1]** 310/15
**6:00 [7]** 318/12 328/20 331/24 332/22 365/21 387/12 387/22
**6:00 p.m [5]** 460/11 472/22 512/13 512/15 540/8
**6:16 [1]** 460/7
**6:16 p.m [1]** 460/3
**6:30 [1]** 390/4
**6:30 a.m [2]** 390/5 391/6
**6:30 a.m.,sorry [1]** 390/3
**6:30 p.m [1]** 322/22
**6th [89]** 314/23 316/19 322/7 324/11 328/18 331/6 334/6 334/25 335/16 338/12 345/7 353/4 353/18 378/18 378/22 378/24 378/25 380/18 380/21 389/18 390/21 400/7 412/10 412/13 426/17 428/18 428/20 428/21 429/1 431/22 441/4 444/6 446/6 446/8 446/10 446/24 448/22 449/10 451/23 452/1 452/25 453/1 453/4 453/10 453/25 456/11 459/22 460/19 461/19 463/6 465/4 467/4 467/20 469/3 469/19 469/22 469/25 470/2 470/4 470/7 470/14 470/18 471/15 471/22 472/16 472/23 481/22 485/9 486/14 495/19 499/12 516/15 518/2 518/8 518/13 518/20 519/21 520/5 520/7 520/18 520/21 520/24 523/15 524/2 545/3 549/10 552/5 552/6 559/16

**7**

**70 [2]** 553/25 555/10
**700 [1]** 310/17
**740 [1]** 448/18
**7:00 a.m [6]** 428/21 428/21 428/24

**429/2 443/17 444/1**
**7:00 p.m [1]** 443/19
**7:30 [3]** 413/12 413/17 413/17
**7:35 p.m [1]** 452/14
**7th [4]** 327/20 443/16 443/19 518/16

**8**

**87102 [1]** 310/14
**8:00 [2]** 323/12 323/16
**8:04 p.m [1]** 460/20
**8:06 p.m [1]** 327/4
**8:15 [1]** 413/23
**8:26 [2]** 462/15 462/17
**8:27 p.m [1]** 462/21
**8:30 [3]** 415/10 415/12 415/13
**8:45 [4]** 415/10 415/12 415/13 415/18

**9**

**900 [1]** 310/14
**9685 [1]** 448/12
**98101 [1]** 310/18
**9922 [1]** 448/15
**9:00 [1]** 392/2
**9:00 a.m [1]** 492/1
**9:02 p.m [1]** 327/9
**9:06 [1]** 310/7
**9:10 [1]** 315/12
**9:11 [1]** 314/8
**9:15 [3]** 560/16 561/1 561/8
**9:27 [1]** 316/2
**9:53 [1]** 316/12

**A**

**a.m [33]** 310/7 314/8 327/20 373/20 373/21 373/23 390/4 390/5 390/24 391/6 392/2 392/2 412/24 413/19 416/4 416/5 426/5 428/21 428/21 428/24 429/2 443/16 443/17 444/1 451/2 451/7 451/13 451/18 463/11 492/1 494/24 500/1 521/1
**a.m.,sorry [1]** 390/3
**ABA's [1]** 483/21
**abandoned [1]** 453/10
**abide [1]** 554/21
**able [39]** 315/24 316/16 320/16 320/23 321/1 321/16 321/21 322/18 328/16 329/18 329/22 330/16 334/15 334/18 351/23 352/1 354/2 359/8 374/7 383/24 384/5 384/12 384/13 384/18 384/20 384/22 385/2 387/15 405/10 405/13 411/23 415/23 430/10 436/21 463/5 496/18 522/6 523/8 554/1
**about [157]** 316/12 317/16 317/18 319/2 320/14 321/10 321/16 323/23 330/20 336/21 343/3 347/14 353/11 353/16 353/19 355/1 362/15 363/25 367/10 367/14 367/22 369/15 370/11 370/22 376/9 376/25 378/13 378/16 378/19 379/2 379/10 379/10 380/18 381/13 384/13 387/5 387/12 387/20 390/18 390/18 390/24 393/12 395/11 396/24 402/14 405/7 405/18 407/2 408/10 411/15 411/18 413/1 413/6 415/9 415/18 416/4 416/5 420/20 424/8 424/12 424/19 425/9 425/10 425/16 425/18 426/11 429/5 429/13 430/22 430/23 431/4 431/7 431/9

**about... [84]** 431/10 440/8 440/10 440/11 441/3 442/20 442/22 455/22 457/23 460/4 460/13 461/7 462/10 463/9 463/9 465/6 465/25 466/2 467/9 468/15 468/24 472/2 472/9 475/1 478/4 478/5 480/11 480/23 481/5 481/17 483/24 483/25 484/3 485/1 485/18 485/19 492/13 495/4 495/16 496/2 497/6 497/11 497/16 499/4 499/5 501/9 501/13 502/16 503/5 505/14 505/19 506/3 506/21 507/11 512/14 514/2 519/12 519/15 519/25 520/2 522/14 525/7 525/8 526/19 528/8 530/24 534/11 534/20 534/22 534/25 535/2 535/23 537/17 538/12 540/4 547/23 555/2 555/21 555/23 556/8 557/8 557/20 559/14 560/24

**above [3]** 315/23 362/10 438/15

**absolutely [10]** 405/25 408/1 408/9 408/25 450/2 456/16 482/17 484/17 497/2 509/14

**accept [5]** 328/10 337/14 467/6 468/12 468/21

**access [5]** 371/2 415/15 418/4 419/24 467/18

**accessed [1]** 359/18

**account [2]** 472/9 472/12

**accurate [5]** 447/13 448/21 449/7 471/3 494/6

**accurately [6]** 461/16 470/22 471/3 471/8 471/16 471/23

**accused [2]** 487/12 548/2

**accustomed [1]** 390/16

**acknowledge [1]** 384/9

**acoat [1]** 362/1

**across [3]** 316/18 434/3 434/8

**acted [1]** 416/21

**acting [3]** 323/7 376/15 409/12

**action [1]** 395/6

**actions [1]** 516/2

**activities [1]** 472/6

**activity [3]** 472/4 472/11 472/13

**actual [6]** 391/22 416/1 450/17 554/12 555/4 559/17

**actually [63]** 315/18 318/6 319/7 319/25 320/23 329/1 329/20 330/10 330/12 330/21 330/24 330/24 331/12 334/18 335/2 335/9 336/6 359/15 360/1 366/9 389/14 390/15 390/17 390/22 391/11 392/24 393/9 393/19 394/6 394/11 394/19 395/2 395/4 395/7 396/7 396/19 396/22 398/6 400/3 400/17 403/4 403/15 403/16 432/20 459/4 508/5 509/22 522/5 533/15 535/9 536/16 536/17 543/11 545/14 545/16 549/15 549/17 552/5 555/5 556/4 556/23 559/17 559/25

**addition [2]** 338/19 356/18

**additional [7]** 315/17 329/19 372/4 372/18 372/19 468/1 560/20

**address [1]** 448/12

**addresses [1]** 457/17

**adjacent [1]** 455/20

**adjourned [2]** 324/23 561/23

**administration [3]** 375/19 375/22 406/15

**admission [1]** 459/11

**admit [1]** 521/9

**admitted [56]** 314/21 324/1 332/15 333/5 338/19 340/8 340/11 340/14 341/19 342/6 343/7 347/9 352/21 356/25 360/1 361/8 362/12 363/7 364/16 364/18 365/24 365/25 369/11 369/25 390/11 414/4 420/17 423/7 424/25 425/4 431/13 433/16 435/23 436/6 437/22 441/7 442/9 446/16 447/19 448/9 452/6 452/8 453/12 455/16 456/4 458/23 459/3 459/6 459/18 460/22 461/11 462/23 466/22 471/11 521/13 559/19

**adult [2]** 476/8 516/21

**advance [3]** 380/24 452/19 481/24

**advised [1]** 329/17

**aerial [2]** 414/8 441/25

**affairs [1]** 493/2

**afraid [3]** 533/7 533/9 558/16

**Africa [1]** 445/17

**after [90]** 316/19 319/2 320/18 320/25 321/16 323/12 323/3 323/14 323/16 325/9 326/3 326/4 330/5 330/7 330/22 330/23 330/25 331/1 331/16 332/22 336/21 338/12 343/3 347/14 353/2 353/4 354/1 354/8 354/18 355/1 356/22 361/19 362/15 365/6 367/14 372/25 374/3 377/14 377/20 380/18 385/4 392/14 394/25 401/16 401/19 402/13 410/5 417/14 419/4 420/8 431/8 442/23 442/25 443/11 443/20 447/1 454/18 460/10 462/10 470/14 470/18 472/16 475/15 475/15 475/16 475/21 475/23 488/11 489/23 500/25 507/24 508/6 511/24 514/5 514/14 514/24 519/3 522/8 525/18 531/6 532/16 536/8 536/16 537/17 537/19 540/14 542/13 550/9 550/15 552/8 552/13

**afternoon [13]** 367/14 427/14 427/15 440/18 443/12 445/2 445/3 470/14 474/5 482/25 487/24 487/25 516/11

**again [56]** 314/1 318/15 318/22 320/3 320/4 322/13 329/20 336/12 336/20 345/25 352/2 354/16 361/23 364/6 365/7 368/19 369/13 370/12 371/7 371/7 375/10 380/20 383/3 384/25 386/17 392/4 393/11 393/14 399/13 400/8 401/25 402/21 403/12 407/12 412/20 416/15 421/4 421/22 442/17 451/6 454/3 455/2 458/20 465/1 473/1 492/18 501/25 509/25 512/7 512/23 513/16 519/23 542/14 546/6 555/3 560/3

**against [13]** 371/12 401/14 402/4 492/15 492/19 526/10 532/1 533/10 533/17 534/8 536/11 537/9 544/21

**agencies [1]** 428/11

**agency [2]** 381/19 446/4

**agent [57]** 312/5 312/15 314/20 319/22 323/22 325/7 326/13 327/12 327/24 329/1 329/13 330/15 332/14 332/20 335/24 336/16 336/23 337/2 337/13 337/21 338/5 340/19 343/21 345/12 347/10 357/21 358/20 359/25 364/11 366/4 369/11 374/3 375/5

**admission [1]** 459/11 *(continued in next column)*

**375/21 9 375/12 380/8 387/4 444/20 445/5 448/7 448/9 445/11 445/18 445/24 446/8 447/13 447/18 449/20 456/24 457/3 460/11 460/11 460/25 463/4 464/25 465/15 542/3**

**agents [15]** 331/13 331/25 332/6 332/7 332/10 332/11 446/11 448/4 460/16 472/22 541/12 543/1 543/9 550/16 552/14**

**aggressive [1]** 385/20

**agree [15]** 379/20 467/1 467/3 484/5 484/18 485/21 517/19 523/1 530/2 535/4 544/24 546/9 547/21 548/6 548/7

**agreed [3]** 318/21 448/3 473/3

**agreement [5]** 313/18 328/12 337/17 553/25 554/18

**Agriculture [1]** 489/20

**ahead [12]** 345/12 348/25 393/24 399/19 400/12 403/3 403/4 419/3 454/15 483/25 555/18 555/24

**aided [1]** 311/7

**air [2]** 416/11 416/16

**airshafts [1]** 394/12

**alarm [7]** 342/24 342/25 359/19 404/7 438/13 527/2 527/8

**alarms [1]** 438/25

**Albuquerque [1]** 310/14

**alcohol [5]** 335/2 335/4 335/7 346/8 510/20

**all [141]** 315/12 318/3 320/2 321/11 322/23 322/24 323/10 327/22 329/8 331/18 340/4 341/18 342/24 344/25 349/15 351/3 352/10 352/11 354/1 357/7 357/17 357/21 359/25 360/13 363/9 364/11 366/7 370/2 372/16 376/18 376/25 379/25 381/7 381/8 381/17 381/22 383/11 384/15 385/4 386/7 392/25 393/10 394/10 394/23 397/7 397/10 399/22 401/7 402/2 403/2 403/21 404/16 404/18 405/5 405/16 405/18 406/21 409/12 409/16 412/1 412/1 412/4 412/13 412/25 413/10 413/22 414/9 415/24 416/12 417/19 418/13 421/25 423/21 428/7 428/10 429/1 429/16 430/9 430/10 430/12 431/17 433/15 434/3 434/5 434/8 436/15 438/22 440/7 444/8 449/21 451/25 452/7 457/14 458/2 460/25 463/4 464/4 477/11 480/24 481/1 485/13 488/13 488/20 490/23 492/6 493/4 493/15 494/18 500/5 500/13 506/2 507/17 508/3 508/11 514/5 515/8 516/4 517/13 519/19 520/4 520/23 521/19 522/2 522/8 523/24 525/7 526/19 527/25 528/18 529/5 531/6 532/16 534/10 535/8 538/17 539/25 544/15 555/5 556/25 557/23 560/23

**alleged [1]** 560/1

**allergy [1]** 561/19

**allow [1]** 437/18

**allowed [5]** 315/16 316/4 371/2 405/22 467/18

**allowing [1]** 436/21

**alls [1]** 558/11

**almost [8]** 393/5 404/9 404/10 404/16

**almost... [4]** 416/21 492/1 496/6 505/7
**alone [1]** 482/8
**along [10]** 354/9 357/1 361/5 363/5 418/10 418/16 418/25 465/20 492/25 496/20
**already [22]** 314/21 321/5 321/6 323/25 375/23 402/7 446/16 447/19 448/9 450/12 452/6 455/10 455/16 455/23 461/11 468/17 471/11 489/11 520/10 520/12 535/20 553/12
**also [43]** 318/4 330/25 331/8 331/10 333/5 333/16 334/1 334/17 334/22 338/19 338/20 342/6 345/6 347/9 350/22 365/2 369/25 373/10 374/21 377/13 380/12 381/19 389/15 400/3 403/3 404/23 407/15 407/16 407/20 407/20 428/9 440/11 442/14 454/20 454/22 457/9 483/19 485/2 489/25 533/1 553/9 554/2 559/15
**altercations [1]** 394/7
**Although [1]** 553/16
**altogether [1]** 336/7
**always [10]** 400/22 401/13 411/17 428/24 452/14 491/3 515/21 556/23 557/13 558/25
**am [9]** 412/18 447/18 448/8 474/16 486/23 488/6 516/14 517/18 552/8
**Ambulance [1]** 420/13
**AMERICA [11]** 310/3 313/3 377/15 378/6 378/16 380/9 466/22 495/19 495/23 497/1 502/17
**American [2]** 348/5 495/16
**Americans [1]** 479/3
**ammunition [4]** 394/3 394/16 394/22 404/2
**among [1]** 500/9
**amongst [1]** 409/10
**amount [1]** 404/6
**analyst [2]** 445/12 445/14
**analyzing [1]** 445/15
**and/or [1]** 349/3
**angle [4]** 347/9 353/9 363/12 372/6
**angry [2]** 481/17 502/24
**ankles [1]** 394/18
**announced [1]** 318/12
**announcer [1]** 334/13
**another [18]** 353/9 353/21 359/15 359/19 399/15 402/9 425/5 426/13 436/1 436/2 450/9 452/15 456/1 456/1 456/11 479/12 497/4 534/22
**answer [8]** 386/18 406/11 409/2 519/6 520/17 547/18 548/16 552/25
**answered [1]** 514/21
**answering [1]** 544/18
**anticipated [2]** 524/22 526/15
**anticipation [1]** 377/17
**any [98]** 322/14 334/24 335/4 335/12 337/21 338/20 344/6 344/18 345/13 349/9 365/9 374/24 376/1 376/16 376/19 378/15 383/23 383/25 384/11 385/7 385/16 387/9 387/17 388/7 391/23 392/9 398/18 398/21 398/25 400/13 400/19 401/4 401/5 401/8 402/6 402/19 404/13 405/3 405/23 410/9 413/2 415/17 415/20 415/20 417/17 422/25 422/25 424/22 426/23

428/15 434/20 435/15 435/20 440/11 444/11 464/8 464/15 466/6 467/9 468/15 468/25 473/14 478/3 480/1 480/7 480/12 481/15 482/3 482/9 487/6 496/16 498/14 503/10 505/4 505/5 508/12 508/20 519/4 519/5 519/6 519/20 520/1 523/12 524/21 527/23 537/5 543/16 544/9 547/12 548/4 549/15 551/21 551/22 552/22 555/5 555/17 559/24 560/20
**anybody [8]** 314/4 329/10 361/14 376/15 440/9 503/19 503/21 518/14
**anybody's [1]** 518/8
**anymore [3]** 506/24 532/11 532/14
**anyone [2]** 439/5 525/19
**anything [26]** 313/14 329/16 332/23 333/13 356/17 371/10 401/3 416/6 422/24 426/16 430/6 430/13 435/16 438/17 440/19 444/5 466/9 473/11 473/22 481/8 491/5 505/14 513/24 519/15 519/25 538/24
**anyway [1]** 510/22
**anyways [2]** 526/17 527/12
**anywhere [6]** 365/9 370/14 491/5 523/22 524/1 524/1
**apologize [8]** 363/10 364/19 367/18 393/17 398/3 459/17 520/14 535/9
**apparently [1]** 509/6
**appear [7]** 358/6 368/6 368/14 369/21 384/10 509/6 509/7
**APPEARANCES [2]** 310/12 311/1
**appeared [9]** 333/7 362/1 381/11 461/18 470/3 470/7 470/11 470/13 470/17
**appears [15]** 333/11 334/9 346/8 356/17 356/18 357/3 360/25 368/7 402/17 437/17 441/16 441/20 469/13 469/15 497/18
**Apple [1]** 452/21
**appointments [3]** 434/18 434/21 434/22
**appreciate [1]** 554/20
**apprehended [1]** 514/3
**approach [4]** 330/16 335/20 336/12 337/8
**approached [11]** 329/13 329/15 331/6 331/25 333/8 392/16 416/22 416/23 541/15 543/9 550/15
**approaching [1]** 416/14
**appropriate [7]** 467/18 544/21 544/23 546/2 546/10 548/12 553/1
**approval [1]** 506/17
**approximately [57]** 314/25 317/23 319/1 319/4 319/4 320/11 320/21 320/22 320/25 321/3 321/15 321/18 321/22 321/23 322/8 322/25 323/16 324/21 324/22 325/1 325/8 325/18 325/22 326/9 327/20 328/20 331/24 335/19 336/21 343/3 343/22 347/13 347/16 350/20 352/18 352/19 354/25 357/9 357/12 362/14 362/17 364/12 365/5 367/11 367/13 372/24 375/12 375/18 412/6 424/10 450/13 460/20 463/11 463/13 468/5 472/22 477/7
**April [1]** 310/6
**are [138]** 313/18 315/24 316/3 316/5 316/15 316/16 318/5 320/5 320/7

322/9 322/12 329/22 329/22 334/15 336/4 336/5 336/9 337/21 338/6 345/16 345/17 347/21 349/18 349/25 351/23 352/1 356/2 358/3 358/3 359/1 359/1 359/17 359/20 359/22 360/3 360/17 360/19 360/22 363/25 364/3 367/18 367/22 369/25 370/2 371/8 378/17 379/16 381/3 381/22 382/9 383/3 389/7 389/21 392/17 395/11 395/19 399/4 399/11 399/23 399/24 402/14 402/17 403/19 404/15 404/25 405/14 405/15 408/10 410/3 412/2 412/17 415/13 417/7 424/2 425/18 427/23 428/11 429/25 438/25 441/12 442/17 446/2 448/25 449/2 449/4 449/7 451/25 452/20 453/3 453/5 453/5 453/24 458/4 458/11 460/2 460/25 461/21 462/1 463/21 466/15 467/18 468/16 469/9 470/21 470/25 471/2 471/7 471/22 471/25 474/15 475/8 480/8 488/7 491/18 493/23 494/18 494/21 494/21 504/14 504/19 508/1 519/19 523/1 527/18 528/11 540/23 541/4 541/22 554/8 554/12 554/14 554/19 555/2 557/8 558/24 559/23 560/25 561/4
**area [65]** 315/15 316/5 317/12 322/11 329/5 329/22 330/8 332/8 335/13 339/25 344/8 348/19 354/19 354/21 355/7 355/22 355/25 356/1 360/19 361/9 361/10 361/20 362/9 365/13 365/20 369/12 369/19 370/13 370/15 370/15 370/17 372/5 372/6 374/4 374/6 374/10 384/19 384/24 391/24 394/10 394/18 394/25 405/23 415/5 417/15 418/8 422/12 428/9 428/11 431/16 435/18 441/8 441/10 442/10 442/24 447/7 463/15 465/11 465/12 467/22 467/23 467/25 514/5 528/14 547/3
**areas [7]** 319/8 340/2 384/5 384/7 407/21 512/22 513/2
**aren't [2]** 390/1 505/20
**argument [1]** 473/14
**arguments [3]** 557/4 557/7 560/21
**Arlington [2]** 488/22 488/25
**arm [1]** 368/12
**armed [3]** 383/14 384/10 409/6
**armor [2]** 392/11 545/7
**arms [4]** 334/14 334/19 338/9 442/7
**army [1]** 392/6
**around [60]** 316/9 318/11 322/7 322/22 327/4 327/9 330/19 332/21 335/13 345/22 354/2 354/12 354/12 354/20 357/15 358/24 365/17 366/15 377/1 390/7 390/18 390/23 390/23 392/2 392/21 403/23 411/17 413/12 413/23 415/10 415/12 415/13 415/23 416/9 416/19 419/11 419/22 424/21 455/18 463/12 466/3 466/18 469/3 469/19 469/25 471/15 471/21 477/25 478/14 490/10 501/2 501/6 509/15 511/4 518/5 521/1 522/6 524/11 530/9 540/4
**arrest [1]** 419/14
**arrested [3]** 454/22 542/20 552/16
**arrive [1]** 495/8

**A**

**arrived [5]** 324/25 372/4 426/4 457/25 499/24

**articles [3]** 479/25 480/3 490/23

**as [197]** 314/11 328/13 330/9 330/21 330/21 331/5 331/12 333/2 333/2 333/16 333/16 333/17 334/15 334/16 334/16 336/7 336/20 337/1 337/18 338/12 340/11 343/2 343/18 343/18 352/2 352/2 354/11 356/5 359/20 363/3 371/12 371/12 373/8 374/14 379/11 379/11 380/16 380/23 380/25 381/14 381/19 381/20 382/20 382/25 385/22 386/8 388/17 388/19 389/20 390/1 392/12 394/14 396/3 396/4 396/6 398/11 399/18 402/6 406/10 406/21 407/3 407/21 410/18 410/20 414/4 414/11 415/15 416/8 416/21 417/7 417/14 418/22 420/18 421/6 421/10 422/5 423/4 423/7 425/1 425/5 425/6 427/8 427/10 428/1 429/8 429/8 431/13 432/17 433/16 434/11 435/8 435/8 435/23 436/6 437/22 439/11 441/7 442/9 443/19 444/21 444/23 445/22 446/11 447/4 447/10 448/25 449/3 449/5 449/16 450/9 451/14 456/9 456/12 457/10 458/12 458/22 458/23 461/18 462/4 466/19 467/1 467/6 467/24 468/12 468/22 470/3 470/7 470/10 470/13 470/17 470/22 471/4 471/9 471/17 471/24 473/8 473/8 473/16 474/9 474/11 475/5 475/23 479/2 479/13 479/18 481/10 481/10 483/4 483/18 487/16 487/18 489/25 490/9 492/22 492/24 496/14 500/12 501/2 501/6 502/12 502/21 503/4 503/23 503/23 505/9 506/8 506/21 509/15 509/23 510/2 512/10 515/8 518/16 519/24 525/23 525/23 533/8 533/17 534/7 536/14 547/18 548/10 548/11 548/16 551/11 553/14 553/14 554/11 555/22 555/23 556/18 557/2 557/2 558/12 558/24 560/4 561/7

**ashamed [1]** 509/14

**ask [33]** 315/19 319/21 320/19 322/2 326/13 334/10 338/19 348/13 351/16 379/1 386/17 401/19 423/5 437/23 453/11 457/20 464/18 480/17 480/19 484/21 497/6 501/9 509/7 513/23 534/10 544/25 545/10 546/5 546/22 547/6 548/2 548/11 548/13

**asked [14]** 350/17 387/4 406/9 408/10 435/18 464/15 508/11 520/1 544/10 545/5 545/6 546/1 548/15 551/3

**asking [10]** 324/1 376/25 378/13 378/16 384/13 429/18 435/15 460/3 508/1 545/1

**ass [1]** 451/14

**assaulting [2]** 382/11 385/15

**assaults [1]** 384/19

**assembled [1]** 380/14

**assessment [1]** 560/4

**assets [1]** 417/17

**assigned [7]** 350/8 389/21 389/22 393/12 412/21 446/9 446/11

**assignment [3]** 329/3 413/22 445/23

**assignments [1]** 413/15

**assist [5]** 330/23 331/19 372/20 429/24 441/18

**assistance [1]** 430/1

**Assistant [2]** 466/23 466/24

**assisted [1]** 345/7

**assisting [1]** 441/18

**associated [1]** 440/8

**assume [10]** 372/11 378/16 409/15 481/25 533/10 543/9 543/11 545/7 547/12 557/8

**assuming [5]** 379/8 454/17 491/13 494/14 561/13

**assumption [1]** 545/9

**Atkinson [6]** 312/11 410/15 410/17 411/6 420/2 423/5

**atmosphere [1]** 503/3

**attached [5]** 395/7 449/15 452/18 460/20 461/6

**attachment [2]** 457/4 457/14

**attempt [3]** 511/6 513/16 541/19

**attempted [3]** 438/16 438/17 541/5

**attempting [3]** 381/22 447/6 455/19

**attempts [1]** 365/19

**attend [2]** 497/1 499/7

**attended [1]** 500/5

**attendees [1]** 451/24

**attending [2]** 496/3 519/5

**attention [4]** 330/18 395/11 519/19 539/12

**attire [1]** 381/12

**attitude [2]** 503/17 547/22

**attitudes [1]** 547/24

**attorney [3]** 466/23 466/24 466/25

**ATTORNEY'S [2]** 310/13 310/17

**audited [1]** 506/5

**August [1]** 411/23

**AUSA [3]** 310/13 310/16 497/6

**authentic [8]** 461/16 470/21 470/25 471/7 471/16 471/23 472/1 472/7

**authorization [1]** 543/12

**authorize [1]** 560/1

**authorized [4]** 329/22 344/6 344/19 467/17

**automatically [2]** 472/3 472/10

**available [5]** 384/15 391/2 417/17 452/20 561/14

**Avenue [16]** 311/3 331/2 354/11 381/4 383/4 389/23 415/1 415/2 416/13 416/23 417/6 417/24 432/13 507/12 507/12 508/9

**avenues [1]** 391/20

**avoid [2]** 473/17 553/25

**avoiding [1]** 440/8

**aware [15]** 377/13 377/20 380/12 380/21 380/23 381/3 381/14 388/3 388/5 403/11 500/21 517/17 520/22 528/21 552/8

**away [33]** 319/23 320/17 330/12 330/22 332/11 335/19 337/4 367/10 380/1 382/21 435/17 436/23 441/18 442/15 458/8 460/15 472/21 482/4 486/4 513/21 536/16 537/23 538/2 538/8 541/1 541/16 541/20 541/24 542/7 542/12 542/14 542/15 552/13

**awful [1]** 515/18

**B**

**Babbitt [1]** 455/14

**back [71]** 314/20 318/3 320/9 320/19 321/1 329/2 331/4 339/19 344/13 352/3 352/10 360/2 360/21 361/5 364/14 366/12 370/8 370/18 374/10 392/17 399/20 401/13 403/13 403/15 404/17 412/10 413/14 418/16 425/8 425/25 426/10 428/18 430/15 430/17 430/19 430/24 435/19 437/7 437/20 440/6 443/13 443/18 445/16 452/25 453/25 453/25 454/1 456/7 459/10 459/24 462/2 464/13 465/5 465/24 473/8 492/10 492/13 506/1 508/6 509/16 514/8 515/8 532/18 532/23 535/21 556/17 556/17 557/15 557/17 557/22 558/17

**background [3]** 322/12 339/21 467/2

**backpack [1]** 348/4

**backup [1]** 397/5

**backwards [1]** 390/17

**bad [3]** 394/17 429/20 429/21

**bag [2]** 335/1 484/11

**bail [1]** 462/11

**ballot [1]** 506/3

**band [1]** 511/11

**banging [1]** 319/24

**bangs [2]** 394/9 394/10

**Bank [5]** 329/13 329/13 330/15 332/20 460/12

**bar [1]** 334/20

**barricade [3]** 417/25 418/3 418/6

**barricades [1]** 358/24

**barrier [1]** 359/20

**barriers [2]** 358/24 468/2

**base [2]** 338/9 556/17

**baseball [7]** 368/7 371/11 383/11 385/8 424/5 539/13 539/18

**based [30]** 323/10 334/16 340/22 344/17 345/20 348/13 349/2 355/21 358/5 367/12 369/18 370/16 373/9 383/22 383/24 384/6 384/8 384/25 386/7 387/5 446/2 446/3 447/16 454/11 455/5 460/8 460/10 465/6 482/12 495/9

**basement [1]** 317/20

**basic [1]** 428/11

**basically [13]** 324/5 329/14 348/21 353/1 355/23 372/20 419/10 428/6 432/12 435/16 447/23 448/4 498/7

**basis [1]** 381/25

**bat [3]** 368/7 539/13 539/18

**batons [2]** 385/8 508/14

**bats [3]** 371/11 383/11 385/8

**battering [1]** 536/11

**battery [1]** 543/8

**battle [2]** 318/5 318/6

**battling [1]** 320/18

**be [135]** 313/18 313/21 314/9 316/18 317/10 317/20 318/15 319/3 319/7 322/5 322/18 329/18 333/11 336/7 340/2 341/24 346/8 352/4 352/14 352/18 356/17 357/3 359/6 359/13 360/25 362/1 362/9 364/16 364/17 368/6 368/7 368/14 373/24 376/9 380/8 382/1 383/21 386/9 390/17 398/13 400/22 404/24 409/1 412/15

**be...** [91] 413/16 414/9 414/11 414/13 414/25 415/7 415/25 417/24 420/6 421/6 422/12 429/1 430/5 432/16 435/1 436/5 437/17 442/15 442/16 448/5 450/4 450/17 450/21 452/7 455/15 462/4 466/18 467/8 468/14 468/23 473/11 474/1 480/18 480/18 481/11 492/17 493/15 493/20 494/12 495/10 495/23 496/1 496/18 497/18 499/1 499/6 500/10 503/24 506/13 511/1 514/2 514/15 515/20 516/1 519/17 520/13 526/8 526/15 526/16 532/10 532/13 536/14 539/1 542/20 544/13 545/15 545/20 547/8 547/24 552/16 553/2 553/7 553/22 553/22 554/12 554/13 554/13 555/7 555/8 556/19 557/2 557/8 557/19 559/1 559/3 559/13 560/4 560/20 561/7 561/14 561/21

**beanie** [10] 333/2 333/16 333/23 335/15 336/18 343/18 352/2 358/17 361/6 373/10

**bear** [3] 385/8 442/16 508/16

**beating** [2] 530/24 539/17

**became** [4] 445/8 445/18 478/16 496/3

**because** [64] 314/12 323/3 329/20 335/10 376/20 378/21 380/2 381/17 383/4 387/16 390/17 394/1 396/8 399/14 400/16 402/25 404/9 404/10 405/7 408/18 429/23 432/6 435/13 436/25 442/5 450/7 480/18 485/21 490/14 492/22 499/15 501/1 502/9 502/10 502/11 503/7 505/20 509/23 510/2 514/13 518/11 522/2 526/1 526/9 526/14 532/10 532/13 533/7 536/16 540/12 542/19 543/7 544/3 548/11 549/2 552/16 553/9 554/14 556/20 557/14 557/17 560/14 561/17 561/21

**become** [3] 477/8 482/14 495/15

**bed** [2] 494/25 495/1

**bee** [1] 490/4

**been** [131] 314/21 320/7 320/16 321/5 321/6 321/20 323/15 323/17 323/25 328/12 332/15 333/5 338/18 340/7 341/19 342/6 343/6 347/9 350/7 350/22 352/21 353/1 356/25 360/1 361/8 362/12 363/7 365/24 365/24 365/25 366/14 369/10 375/10 375/12 375/21 376/4 376/10 377/1 378/7 388/17 388/18 390/11 397/1 406/13 406/15 409/22 409/24 410/18 410/19 411/8 414/2 414/4 417/3 420/17 423/6 424/25 425/4 426/10 426/15 427/8 427/9 428/12 431/12 433/15 435/23 436/5 437/21 441/4 441/7 442/8 444/4 444/21 444/22 446/16 447/19 448/9 450/11 452/6 452/8 453/12 455/16 456/3 458/23 459/15 460/22 461/11 462/22 463/5 466/2 466/21 467/7 468/13 468/17 468/22 471/11 474/9 474/10 477/14 479/14 481/18 481/19 482/7 484/24 486/12 487/16 487/17 493/16 495/9 495/18 497/19 499/4 506/18 510/16 513/23 520/14 523/14 526/23 528/19 531/20 533/9 535/20 547/12 548/4 548/16 551/2 551/1 551/17 552/8 553/12 559/19 560/6

**been the** [1] 506/18

**beeper** [1] 511/25

**beer** [1] 461/23

**bees** [3] 489/19 489/24 490/5

**before** [54] 310/10 313/2 313/14 325/9 326/2 331/15 353/2 357/25 360/2 365/21 375/20 378/18 379/11 379/23 391/12 407/12 412/20 428/15 428/20 431/18 440/19 441/2 441/7 457/3 465/22 473/11 473/22 476/15 477/14 479/6 479/16 481/23 484/18 490/12 490/13 495/25 498/3 498/25 508/8 508/11 518/2 518/20 519/16 520/4 520/10 520/17 523/15 526/2 552/10 552/11 552/11 552/12 557/9 557/19

**began** [9] 324/21 330/11 330/20 332/8 375/20 422/9 422/20 477/2 492/21

**begin** [4] 412/23 419/24 423/20 449/23

**beginning** [11] 318/12 327/4 327/9 351/8 376/10 415/12 419/23 471/11 477/6 490/4 538/18

**behalf** [10] 312/3 312/17 313/11 376/15 388/17 410/18 427/8 444/21 464/16 474/9

**behave** [1] 509/1

**behaving** [1] 382/9

**behavior** [7] 382/21 382/25 384/10 407/23 508/23 509/13 515/11

**behind** [11] 339/12 340/20 359/13 360/11 393/15 401/24 402/7 402/7 402/10 402/11 472/16

**being** [35] 316/14 366/8 382/14 385/9 388/3 394/16 396/8 401/12 404/2 404/3 413/13 416/20 420/3 433/6 433/7 435/18 442/15 442/18 443/16 445/10 464/15 479/7 482/8 496/18 501/20 509/2 515/18 519/12 536/5 544/9 545/4 545/25 550/10 552/9 559/9

**belief** [5] 480/12 480/12 482/12 482/13 493/9

**beliefs** [3] 477/20 485/21 493/10

**believable** [2] 493/18 505/24

**believe** [40] 335/2 336/24 346/24 348/24 349/11 359/9 364/19 378/8 381/4 382/20 398/15 399/16 402/21 402/23 403/19 405/17 413/3 413/9 413/12 416/5 416/9 426/2 426/9 455/13 459/18 465/9 483/12 483/16 484/7 484/16 502/8 503/9 504/21 505/23 512/8 516/16 536/17 536/19 538/14 553/9

**believed** [7] 481/6 481/10 481/18 481/18 494/4 501/21 505/21

**belong** [1] 330/10

**belongs** [1] 334/13

**below** [1] 356/1

**belt** [1] 387/25

**Bench** [6] 378/1 464/10 480/15 543/24 550/24 553/4

**benefit** [1] 356/7

**beside** [1] 512/5

**besides** [1] 509/2

**best** [5] 381/23 395/6 397/3 397/4 558/23

**better** [4] 396/12 399/15 502/19 526/8

**between** [22] 321/3 337/18 343/18 345/21 348/16 349/4 350/11 357/12 379/16 423/1 436/3 443/8 448/22 449/9 461/18 465/9 471/21 482/15 489/17 502/16 519/20 519/21

**beyond** [4] 398/15 467/7 468/13 468/22

**bickered** [1] 478/4

**Biden** [6] 377/12 477/21 481/20 495/3 495/5 502/6

**big** [3] 384/18 436/3 450/19

**bigger** [1] 403/15

**bike** [8] 358/22 359/2 359/7 439/19 439/21 536/10 537/9 537/22

**bit** [20] 323/23 330/16 331/1 342/11 362/10 369/14 383/8 392/13 398/12 402/16 403/13 403/14 424/4 437/23 439/8 442/6 453/21 475/1 478/5 491/23

**black** [4] 328/6 334/2 344/12 524/12

**Blake** [1] 427/18

**blank** [1] 450/7

**blaring** [1] 392/23

**bleeding** [1] 394/17

**block** [5] 328/23 331/20 415/14 415/19 416/1

**blocked** [1] 432/6

**blocks** [1] 331/16

**blue** [2] 344/10 348/4

**board** [1] 375/23

**Board'** [1] 468/4

**body** [1] 450/17

**bomb** [1] 424/19

**bombs** [2] 401/2 432/7

**book** [1] 484/11

**booked** [1] 484/11

**booking** [1] 486/17

**booze** [2] 510/18 511/25

**border** [1] 467/23

**born** [1] 488/10

**borrowed** [2] 542/24 542/25

**both** [20] 327/18 330/13 330/15 331/7 331/8 348/2 453/24 453/25 458/4 460/2 466/19 467/13 469/12 475/8 480/10 480/11 482/10 485/9 512/16 554/1

**bottle** [11] 335/1 335/4 335/7 335/11 346/8 510/18 511/25 529/17 529/20 531/7 532/17

**bottles** [1] 346/14

**bottom** [7] 344/21 347/22 388/7 398/12 414/12 416/23 434/6

**boundaries** [1] 415/1

**boundary** [4] 414/22 414/24 415/2 415/5

**bourbon** [3] 529/18 529/20 532/17

**Bowser** [1] 318/12

**box** [1] 319/16

**boxes** [1] 506/3

**brace** [1] 437/1

**branch** [1] 467/14

**Brands** [2] 490/21 490/22

**breach** [8] 319/2 321/21 396/14 410/6 432/24 434/2 438/16 442/25

**breached** [16] 316/14 318/4 325/10

**breached... [13]** 326/4 353/17 380/10 382/13 393/9 394/5 394/5 395/3 399/21 416/25 417/15 422/21 433/7
**break [14]** 316/16 373/18 440/6 451/23 455/19 456/15 456/17 473/18 533/10 555/14 556/12 556/13 556/24 560/15
**breaking [5]** 385/13 409/7 429/20 429/21 452/19
**breath [1]** 408/18
**Brewer [2]** 450/9 450/19
**Brian [5]** 312/15 444/17 444/20 445/5 456/24
**brief [6]** 330/5 461/24 516/8 543/20 544/13 558/2
**briefly [4]** 313/16 434/16 457/19 460/7
**bright [1]** 333/2
**bring [11]** 313/14 313/25 314/20 440/19 473/22 478/20 546/25 547/1 549/21 550/5 559/10
**broke [4]** 316/9 438/25 441/2 457/3
**broken [12]** 335/10 353/21 396/20 396/22 398/9 436/3 527/20 527/23 528/3 528/11 528/15 528/22
**brought [4]** 371/11 372/19 396/13 545/12
**brown [1]** 317/2
**brushing [1]** 401/13
**BS [1]** 454/23
**Buckeye [2]** 475/12 475/16
**build [2]** 419/24 476/1
**building [165]** 317/15 317/21 318/4 319/3 320/17 321/21 322/6 322/23 323/8 323/15 323/15 323/17 324/12 324/15 324/25 325/10 326/3 326/5 326/21 327/19 328/23 328/24 329/3 330/10 331/3 332/5 333/12 334/21 335/5 335/14 341/21 343/10 344/5 344/9 345/3 346/15 347/7 348/1 350/2 350/12 352/12 353/14 354/2 354/9 354/10 354/14 354/18 354/20 355/1 355/16 355/17 356/22 357/14 360/4 360/12 361/22 363/5 363/14 381/5 381/18 381/18 382/13 387/7 388/2 392/19 393/16 394/3 396/5 396/6 396/9 396/23 396/25 398/16 399/15 400/9 400/10 400/18 400/22 400/23 400/24 401/1 401/17 402/6 404/8 405/9 405/21 405/24 407/17 408/24 410/6 420/6 420/15 421/1 421/2 421/3 422/5 422/10 422/10 422/13 422/21 423/2 425/20 426/2 428/7 428/7 432/5 432/10 432/11 432/14 432/16 432/17 433/1 433/3 433/4 433/7 434/6 434/8 434/12 434/21 435/3 435/4 435/12 438/20 438/22 443/7 447/3 447/10 453/5 453/20 455/14 458/18 467/4 467/11 467/19 467/20 467/24 469/7 469/13 469/18 469/21 469/25 471/1 471/14 472/17 499/2 513/4 514/3 522/9 523/9 523/25 524/15 524/24 526/20 527/1 527/7 527/15 529/7 531/15 531/18 535/6 535/19 535/24 536/12 541/2 543/13
**buildings [11]** 329/9 389/15 395/7 395/17 395/25 396/3 396/20 400/25

**built [3]** 404/10 420/3 431/17
**bulletproof [14]** 331/7 333/17 334/1 335/15 336/3 336/20 392/9 472/15 497/19 525/8 525/9 526/2 526/7 526/9
**bullets [1]** 526/10
**bunch [1]** 499/7
**bus [1]** 523/11
**buses [2]** 458/11 523/12
**business [10]** 374/20 382/13 472/1 472/6 472/8 472/13 490/3 514/20 544/3 549/4
**busy [1]** 476/7
**button [2]** 438/18 438/19
**butts [1]** 401/14
**buy [1]** 475/25
**buyer [1]** 475/25
**buzzing [1]** 404/8

## C

**cab [2]** 522/16 522/20
**cajoled [1]** 553/7
**call [17]** 393/25 396/13 396/16 399/13 414/25 416/21 417/16 418/7 430/21 431/8 432/24 433/6 442/25 474/22 507/11 542/23 553/9
**called [21]** 330/18 387/20 388/17 410/18 411/19 415/3 417/4 418/3 421/18 427/8 430/15 432/9 434/1 434/14 434/15 444/21 474/9 487/16 497/19 502/17 522/23
**calling [6]** 377/22 467/8 468/14 468/23 484/6 514/20
**calls [10]** 388/13 394/7 401/25 410/14 427/4 430/10 430/12 443/20 444/17 474/4
**came [30]** 331/18 385/18 397/5 398/10 399/18 399/21 400/1 400/16 407/12 407/14 407/19 413/13 418/16 422/7 423/23 432/2 433/20 433/21 433/23 433/24 435/19 443/12 446/10 454/1 457/15 457/20 512/12 513/17 537/25 557/10
**camera [6]** 317/14 318/16 320/3 343/9 347/9 363/12
**cameras [5]** 354/3 356/23 384/24 511/15 511/20
**can [156]** 313/25 315/6 315/17 316/18 316/22 319/11 319/13 322/13 333/10 336/4 337/18 338/1 338/5 339/15 340/2 340/19 340/21 341/5 341/6 342/11 342/16 342/17 343/2 343/13 343/15 345/16 346/4 349/16 350/18 351/11 353/13 353/22 356/6 357/2 357/4 358/13 359/18 360/3 360/10 362/1 362/18 362/20 363/9 363/15 363/18 366/12 366/21 366/24 367/6 368/2 368/19 368/22 373/6 373/9 373/10 377/19 377/20 378/10 378/24 382/1 389/7 390/14 393/1 395/16 398/2 398/11 398/12 399/3 399/18 400/16 408/17 409/23 412/19 414/9 414/10 414/18 414/18 416/2 416/10 416/15 417/1 417/5 418/1 418/22 418/23 420/2 420/18 420/23 421/13 422/23 424/2 428/1 430/9 431/15 431/25 431/23 435/24 436/6

437/12 438/15 439/8 440/23 441/15 442/6 442/12 448/1 448/1 449/24 450/24 451/4 451/10 451/15 452/11 452/16 453/7 453/22 454/6 454/24 456/8 457/14 458/2 458/13 459/4 459/20 459/25 460/17 462/7 462/12 463/24 464/23 465/1 465/16 473/8 474/17 488/12 488/24 508/6 522/5 525/18 545/21 552/20 555/9 555/18 555/22 555/22 555/23 555/24 555/24 556/12 557/24 558/8 558/23 559/10 559/13 561/6
**can't [13]** 317/13 395/22 397/3 416/1 422/25 429/14 503/8 512/8 516/2 528/13 541/25 556/19 560/14
**cancel [1]** 503/8
**canines [1]** 413/4
**cap [5]** 341/13 400/12 431/8 432/6 472/18
**Capitol [244]** 315/9 317/20 322/3 322/23 322/23 323/1 323/5 323/8 323/9 323/14 323/18 324/12 324/15 324/25 327/19 328/23 329/2 330/10 331/8 331/13 331/25 332/2 332/5 333/11 334/21 335/5 337/3 338/14 339/21 340/1 341/21 344/5 344/6 344/8 344/9 344/19 345/3 346/14 347/25 350/12 352/12 353/24 354/9 354/14 354/22 355/8 355/18 355/22 356/16 357/14 358/4 358/24 359/1 360/4 360/11 361/22 363/5 363/14 364/25 365/10 365/18 365/21 366/11 366/13 375/11 375/18 377/4 378/10 379/12 379/23 380/10 381/4 383/5 384/16 386/8 387/7 388/2 388/14 389/2 389/9 389/13 393/5 393/15 393/16 394/12 394/13 394/14 395/2 395/4 395/8 396/5 396/6 396/14 398/16 398/18 399/15 400/18 400/24 401/17 404/8 404/18 405/20 406/10 406/18 406/19 407/10 407/17 408/7 408/23 410/6 410/15 411/7 411/8 411/13 411/14 411/16 411/17 412/7 414/8 414/25 415/3 415/6 416/25 417/9 417/16 417/18 418/4 418/17 419/23 420/6 420/15 420/19 420/20 421/18 422/21 422/22 426/11 426/16 427/5 427/19 428/3 428/12 429/20 429/23 430/1 430/17 430/19 430/24 431/5 431/16 432/2 432/3 432/12 432/13 432/25 433/19 434/15 438/21 438/24 441/3 441/8 443/9 443/13 444/5 447/3 453/5 453/18 453/19 455/14 456/6 458/11 462/24 466/3 467/4 467/11 467/16 467/17 467/19 467/20 467/21 467/24 468/4 469/2 469/7 469/12 469/13 469/18 469/21 469/25 470/9 471/1 471/14 471/20 472/15 472/17 472/19 472/22 499/2 504/2 504/6 504/19 504/23 507/13 508/1 508/3 509/3 512/22 513/3 522/9 523/9 523/25 524/13 524/15 524/18 524/24 526/3 526/14 526/20 526/20 526/23 526/24 527/1 527/9 527/15 528/19 529/7 534/4 535/6 536/12 537/1 537/3 540/1 540/11 540/14 540/24 540/25 541/2 541/6 541/12

**Capitol... [4]** 543/13 547/2 549/21 552/14
**caption [1]** 554/20
**captured [1]** 461/20
**car [2]** 446/21 446/23
**card [1]** 514/20
**cardiac [1]** 419/14
**care [1]** 413/2
**career [2]** 389/12 445/13
**carriage [3]** 420/22 420/23 421/8
**carrier [2]** 331/10 336/7
**carry [7]** 392/12 405/15 417/19 503/24 525/20 526/4 541/1
**carrying [9]** 348/5 350/14 351/24 356/17 356/19 357/3 540/23 549/24 549/25
**cars [1]** 524/12
**cart [1]** 523/23
**case [18]** 313/3 313/19 314/21 327/24 328/14 386/8 440/9 440/12 473/7 483/3 486/22 556/24 558/9 558/20 559/3 559/22 560/2 560/6
**cases [2]** 445/22 445/24
**catch [1]** 408/18
**catching [1]** 330/17
**Cathryn [1]** 311/2
**caught [1]** 509/3
**caused [2]** 382/18 413/11
**causing [1]** 314/4
**cautionary [2]** 559/7 559/8
**CCTV [14]** 338/13 338/19 340/23 344/17 348/14 352/12 354/3 355/21 365/7 365/8 367/12 369/18 388/4 403/7
**CDU [1]** 389/20
**Cellebrite [1]** 447/23
**cellphone [10]** 447/24 448/1 448/11 448/14 448/17 472/4 530/13 530/14 530/16 530/19
**center [5]** 340/20 343/16 345/19 363/21 413/5
**centers [1]** 430/8
**central [3]** 373/13 421/10 488/9
**certain [3]** 384/6 506/5 554/19
**certainly [5]** 379/7 408/23 486/10 486/18 554/20
**certification [10]** 324/18 327/5 327/10 327/19 345/8 374/19 374/23 381/23 386/11 386/20
**certify [3]** 324/15 407/6 447/6
**chain [1]** 378/6
**chamber [8]** 315/21 316/10 323/19 325/3 326/18 326/20 396/9 455/20
**chambers [5]** 324/15 324/23 326/18 327/18 382/22
**chance [1]** 533/16
**change [7]** 411/22 416/6 416/11 416/16 416/17 416/17 498/7
**changed [1]** 405/7
**chanting [1]** 381/13
**chants [1]** 422/25
**chaos [3]** 396/16 396/17 408/20
**characterize [1]** 492/7
**charged [4]** 377/4 559/22 560/1 560/6
**chase [1]** 331/15
**chased [1]** 331/16 332/11

**chasing [1]** 330/25
**chatter [1]** 499/4
**Cheltenham [1]** 413/6
**chemical [1]** 391/4
**chest [1]** 333/20
**Chicago [1]** 451/25
**chief [1]** 507/17
**child [1]** 517/2
**Chillicothe [1]** 488/10
**choice [1]** 517/9
**choose [1]** 525/4
**choosing [1]** 453/13
**chose [8]** 525/2 527/11 527/18 537/12 537/14 540/23 541/1 553/19
**circle [22]** 319/13 339/17 342/17 343/15 346/4 356/7 357/4 358/13 362/20 363/18 366/24 368/22 373/6 390/15 399/3 417/4 417/5 417/6 420/2 420/5 424/2 437/12
**circled [12]** 319/16 344/14 346/16 348/7 348/7 350/14 350/15 363/21 367/2 393/22 437/14 508/6
**circling [1]** 393/17
**circuit [2]** 470/25 509/10
**circumstances [3]** 544/2 549/23 557/13
**cities [1]** 451/24
**city [1]** 475/5
**citywide [1]** 318/12
**civil [1]** 389/22
**civilian [1]** 419/17
**clarify [2]** 329/23 541/22
**class [1]** 413/3
**classified [1]** 389/20
**classmates [1]** 489/4
**clean [1]** 437/4
**clear [21]** 318/15 320/6 321/1 321/16 322/17 333/19 352/4 359/6 398/2 404/24 409/1 415/4 415/25 422/10 423/16 429/1 450/21 484/17 509/20 545/21 553/14
**cleared [3]** 321/11 322/22 402/15
**clearing [4]** 322/10 372/20 374/8 401/21
**clearly [4]** 334/18 497/6 509/19 512/19
**Clerk [6]** 388/19 410/20 427/10 444/23 474/11 487/17
**client [2]** 328/8 378/4
**client's [1]** 378/19
**clip [4]** 334/16 350/18 538/17 555/21
**clipped [2]** 334/10 334/11
**close [7]** 360/13 360/14 397/3 402/17 430/8 531/3 536/22
**closed [10]** 340/1 340/2 467/21 467/22 468/3 470/25 509/10 526/23 554/20 556/20
**closed-caption [1]** 554/20
**closed-circuit [2]** 470/25 509/10
**closing [3]** 557/4 557/7 560/21
**closings [1]** 559/1
**clothes [1]** 484/12 498/7 517/10
**clothing [3]** 368/11 490/23 490/24
**co [2]** 348/1 429/19 446/20
**co-defendant [2]** 348/1 446/20
**co-worker [1]** 429/19
**coat [20]** 337/17 509/20 511/24 532/24 533/6 533/16 540/16 540/24 541/16

541/20 542/7 543/10 543/13 545/7 546/24 547/7 549/18 550/14 550/15 550/18
**coatrack [27]** 330/8 332/4 332/9 332/10 334/9 337/2 337/10 337/11 337/22 338/9 349/20 350/6 350/6 350/9 350/10 350/10 350/14 351/17 351/24 356/19 357/3 385/4 454/14 455/6 460/15 462/25 472/20
**code [4]** 324/20 334/20 447/5 447/11
**cohort [1]** 512/11
**collar [2]** 445/25 446/5
**collective [1]** 503/1
**collectively [1]** 386/18
**college [12]** 324/16 447/7 475/17 476/11 476/12 476/16 476/23 483/4 485/4 489/5 516/23 523/4
**colleges [1]** 476/20
**color [1]** 323/7
**colored [1]** 348/4
**COLUMBIA [1]** 310/2
**Columbus [7]** 310/22 446/21 475/1 476/5 488/11 490/18 497/20
**Columns [1]** 433/24
**com [2]** 448/13 472/10
**combat [2]** 500/10 521/22
**combined [1]** 558/25
**come [21]** 346/9 349/3 392/17 410/5 434/20 437/1 440/6 443/10 443/11 447/25 452/25 484/25 502/7 551/11 551/16 554/9 556/17 557/15 557/17 557/22 560/15
**comes [2]** 491/9 558/17
**coming [21]** 359/21 384/20 384/20 391/25 392/4 392/22 394/12 394/19 396/7 399/1 402/6 403/16 407/15 407/15 407/17 407/21 423/3 429/24 438/7 438/25 503/5
**commander [1]** 507/17
**commander-in-chief [1]** 507/17
**comments [2]** 521/21 554/12
**commit [3]** 519/4 519/6 560/5
**committing [1]** 559/22
**common [1]** 381/8
**commonly [1]** 451/14
**commotion [1]** 382/18
**communication [1]** 468/9
**communications [2]** 468/11 482/3
**community [1]** 475/3
**companies [1]** 483/18
**company [2]** 479/12 490/22
**comparisons [1]** 502/16
**compelled [1]** 508/25
**compilation [1]** 324/5
**compiles [1]** 316/23
**complete [4]** 435/9 466/15 554/17 556/18
**completed [1]** 473/7
**completely [3]** 391/20 401/21 434/2
**complex [1]** 414/8
**complied [1]** 330/11
**complies [20]** 319/14 341/7 342/18 346/5 356/8 357/6 358/14 362/21 363/19 366/25 368/23 373/7 399/5 414/20 420/4 420/25 424/3 435/1 437/13 488/4
**comply [2]** 440/7 560/23

**computer** [1] 311/7
**computer-aided** [1] 311/7
**con** [2] 391/7 437/3
**conceal** [2] 511/6 511/13
**concede** [5] 501/15 501/17 506/4
520/3 520/9
**conceding** [1] 501/14
**conceivable** [1] 314/3
**concept** [1] 517/17
**concern** [2] 494/8 557/13
**concerns** [1] 556/22
**concert** [1] 511/10
**concerted** [1] 409/12
**conclude** [2] 496/25 559/22
**concluded** [1] 548/11
**conclusion** [1] 495/8
**condense** [1] 553/17
**conduct** [9] 330/13 374/14 374/17
374/20 374/21 384/9 469/7 471/20
560/24
**conducted** [2] 472/6 472/13
**conference** [6] 378/1 464/10 480/15
543/24 550/24 553/4
**conferred** [1] 330/12
**confirm** [1] 460/21
**confirmed** [1] 323/15
**confronted** [1] 460/12
**confused** [1] 525/7
**Congress** [9] 323/11 323/23 324/6
324/12 327/18 374/19 389/17 405/22
467/13
**congressional** [2] 323/13 391/14
**Congressman** [1] 396/15
**conning** [3] 390/25 391/1 391/2
**consent** [1] 448/3
**consider** [4] 337/18 459/15 555/7
559/23
**consideration** [2] 553/19 555/14
**considered** [3] 316/13 318/20 473/2
**consist** [1] 498/6
**consisted** [1] 501/2
**conspiracies** [1] 480/13
**conspiracy** [4] 480/6 480/7 480/8
491/7
**Constitution** [9] 311/3 389/23 390/12
414/2 415/1 415/16 417/24 418/2
506/10
**construction** [5] 419/10 419/19
419/20 458/17 475/25
**construed** [1] 545/20
**consume** [1] 495/13
**consuming** [3] 480/3 492/25 495/22
**Cont'd** [6] 311/1 314/18 374/1 440/24
457/1 552/2
**contact** [6] 440/9 513/17 513/17 540/7
541/5 541/8
**contacted** [2] 514/19 514/23
**contains** [1] 448/20
**content** [2] 450/16 556/4
**CONTENTS** [1] 312/1
**context** [2] 378/2 378/12
**continue** [7] 420/14 424/8 425/13
439/2 440/7 495/12 560/23
**continued** [3] 421/19 422/6 437/5
**continues** [1] 356/15
**continuing** [2] 439/24 496/17

**contraband** [1] 335/3
**contract** [1] 483/19
**control** [4] 374/5 374/7 490/7 548/25
**convened** [1] 324/12
**convenient** [1] 526/6
**conversation** [3] 330/6 454/7 460/13
**converted** [1] 450/11
**convicted** [1] 547/24
**convinced** [3] 495/15 495/15 495/17
**cooler** [1] 484/12
**copies** [7] 448/21 449/7 470/21 470/25
471/8 471/23 472/1
**cops** [6] 512/12 530/24 532/3 532/5
536/3 538/24
**copy** [5] 451/21 461/13 461/16 471/16
472/8
**corner** [13] 330/23 332/2 356/10 403/6
414/21 418/13 421/3 422/6 432/15
432/17 435/1 471/2 471/5
**correct** [173] 336/24 349/8 351/6
355/5 375/8 375/24 376/5 376/9
376/12 376/23 377/1 377/4 377/7
377/9 377/13 377/18 377/23 380/10
380/16 381/5 381/9 381/15 382/4
382/7 382/9 382/10 382/11 382/14
382/16 382/18 382/22 383/1 383/8
383/19 383/23 384/2 384/16 384/23
384/24 385/5 385/10 386/2 386/5
386/6 386/12 386/15 386/21 386/23
388/1 396/11 400/5 402/12 406/11
406/12 406/15 406/16 406/24 407/7
407/22 408/2 408/3 408/5 408/6
408/22 409/2 409/14 411/21 413/12
413/18 414/22 414/23 416/2 416/3
418/11 420/6 421/23 424/6 425/11
425/12 431/20 432/18 434/9 435/5
436/17 437/15 442/18 443/13 443/21
445/12 445/19 446/7 446/14 447/17
450/23 451/22 452/4 453/2 453/14
457/6 457/12 461/8 463/18 465/12
465/24 465/25 477/2 478/21 478/22
478/24 484/10 485/10 485/14 485/25
486/8 486/12 486/22 488/1 488/16
489/3 489/12 489/13 490/15 490/19
491/11 491/15 491/16 493/11 493/13
494/1 494/15 496/13 497/8 498/15
498/19 499/10 500/3 500/22 501/24
504/8 506/25 508/10 508/19 508/21
511/15 512/20 513/9 517/3 517/20
517/22 517/24 518/1 518/12 518/15
518/17 518/19 519/8 520/6 520/25
521/6 524/3 525/13 532/7 533/13
535/7 536/1 537/4 539/5 542/11
548/19 549/5 550/11 551/15 556/10
523/20 524/1 531/23 538/10 545/19
**correctly** [4] 425/24 443/10 540/6
552/4
**corridor** [1] 425/20
**corrupt** [1] 494/8
**couch** [1] 485/1
**could** [44] 323/13 329/20 354/17
371/10 391/21 393/2 394/7 403/14
405/3 405/18 411/5 423/20 424/22
427/16 428/3 434/24 445/4 448/6
457/21 460/22 462/2 474/18 474/23
478/9 486/15 497/14 505/9 521/24
522/16 522/19 523/11 523/13 523/16
523/20 524/1 531/23 538/10 545/19

546/5 547/6 555/13 555/14 557/10
558/10
**could've** [1] 522/17
**couldn't** [7] 491/5 491/5 527/5 530/21
536/17 536/19 561/21
**counsel** [14] 313/4 314/14 314/15
314/15 314/16 337/16 466/7 544/23
551/2 551/22 557/12 559/13 560/13
560/16
**count** [2] 324/16 409/23
**counting** [1] 494/25
**countries** [2] 502/17 502/17
**country** [12] 400/25 459/23 464/12
465/5 465/24 475/4 475/5 501/19
505/15 506/10 506/24 507/8
**couple** [15] 331/16 356/18 360/10
403/20 407/13 418/25 421/11 440/3
463/4 465/15 493/17 495/24 543/23
560/17 561/4
**course** [12] 378/22 406/25 407/3
408/11 409/9 472/5 472/12 497/17
509/12 511/21 553/12 554/5
**court** [24] 310/1 311/2 311/2 311/3
313/2 313/18 313/20 373/17 380/6
427/25 460/22 464/21 474/18 481/3
517/11 534/25 544/24 546/9 548/9
551/9 554/3 556/1 556/20 558/4
**Court's** [7] 379/17 516/6 553/13 554/4
554/20 556/2 556/11
**courtroom** [16] 314/7 328/2 337/6
340/11 373/22 440/14 440/21 456/18
456/22 473/9 473/24 553/23 555/8
556/14 559/1 561/2
**covered** [1] 419/9
**COVID** [2] 515/19 544/5
**CPR** [2] 419/13 420/9
**CR** [1] 310/4
**Craig** [3] 312/11 410/15 410/17 411/6
**crawling** [1] 396/19
**create** [1] 358/24
**created** [1] 383/16
**credibility** [1] 505/4
**credible** [1] 506/6
**crime** [1] 470/9
**crimes** [6] 446/1 446/5 519/4 519/7
560/1 560/5
**criminal** [2] 313/3 514/15
**Cross** [13] 312/4 375/1 375/3 406/3
406/5 426/21 444/9 464/6 482/19
482/23 516/5 516/9 552/2
**Cross-examination** [12] 375/1 375/3
406/3 406/5 426/21 444/9 464/6
482/19 482/23 516/5 516/9 552/2
**crowd** [40] 320/6 322/17 351/7 360/20
372/20 391/9 391/23 391/25 392/22
401/12 403/15 404/17 404/22 404/23
405/11 405/19 407/8 407/12 417/15
422/8 422/17 422/17 422/23 435/9
436/23 436/23 437/6 437/6 438/8
441/12 501/2 503/2 505/12 507/21
522/3 522/6 522/22 532/1 535/14
535/16
**crowds** [3] 407/14 407/15 407/17
**culture** [1] 503/8
**curfew** [3] 318/12 512/15 540/12
**curiosity** [1] 561/11
**curiosity-wise** [1] 561/11

current [1] 488/17
currently [2] 366/9 476/2
cutting [1] 549/3
cyber [1] 445/24

**D**

D.C [23] 310/6 311/4 318/11 330/24
331/14 331/17 332/3 420/13 446/25
451/8 451/24 452/19 467/12 472/18
484/14 486/8 486/15 497/25 517/25
523/15 523/21 550/5 556/17
dangerous [3] 383/16 485/23 515/16
dark [1] 540/20
date [2] 477/4 477/7
Dated [1] 489/14
dates [2] 471/2 471/4
dating [6] 476/13 476/16 476/16 477/2
477/12 477/14
day [81] 320/24 322/17 323/5 324/7
332/12 338/14 338/20 353/17 354/3
365/10 379/10 380/9 390/25 391/5
391/6 391/10 391/16 391/20 392/13
393/8 393/9 394/8 396/23 396/24
400/20 401/7 401/14 405/5 405/7
406/21 407/5 407/8 412/3 412/14
412/16 412/21 412/22 412/25 413/16
415/7 424/21 424/21 426/8 429/7
429/11 430/11 431/6 432/2 434/23
436/14 439/5 443/19 443/19 463/25
467/16 482/3 482/6 482/9 482/9
485/15 491/20 491/22 494/13 495/1
498/21 513/14 520/10 523/18 528/18
531/20 532/1 532/3 538/24 539/23
540/8 542/21 547/23 548/2 551/13
551/14 556/18
day-to-day [1] 424/21
days [5] 335/15 481/23 483/25 495/25
497/11
de [5] 390/25 391/1 391/2 391/7 437/3
de-con [2] 391/7 437/3
de-conning [3] 390/25 391/1 391/2
dead [2] 512/16 514/13
deafening [1] 404/9
deal [4] 377/15 377/22 478/9 558/12
dealing [3] 394/14 395/1 400/8
dealt [1] 394/16
decal [1] 331/12
December [1] 483/12
December 2008 [1] 483/12
decide [6] 430/13 430/17 430/19
430/24 496/25 548/11
decided [4] 330/12 490/10 523/9
536/18
decision [1] 557/17
declare [2] 546/3 546/7
Decontamination [2] 391/8 391/9
deep [1] 518/25
deeply [1] 509/14
defendant [44] 310/7 310/21 312/17
313/11 316/20 327/25 328/8 328/13
338/14 338/25 342/9 343/13 347/17
348/1 351/11 358/11 358/16 361/2
362/18 362/23 364/7 364/22 368/19
368/25 369/21 370/5 370/14 373/4
373/8 373/13 379/18 387/6 446/12
446/20 447/16 453/17 453/19 466/25
468/11 474/10 487/16 545/13 546/25
560/4
defendant's [3] 346/7 387/22 559/21
defense [11] 313/17 314/14 337/16
392/23 393/8 394/2 474/2 474/4
521/14 552/23 554/19
defile [1] 409/13
defined [2] 447/4 467/23
definitely [5] 343/1 476/9 482/2
483/23 511/1
degree [4] 483/6 483/7 483/11 516/23
degrees [2] 409/9 523/4
Delaware [2] 354/11 474/24
deliberate [1] 553/20
deliberating [1] 557/19
deliberations [2] 459/16 558/21
democracy [1] 501/19
democrat [1] 477/21
democrats [1] 494/9
demonstrators [1] 422/20
deny [1] 473/17
department [7] 323/6 323/7 330/24
331/14 405/1 441/17 489/19
depending [2] 557/6 557/7
depict [7] 343/7 356/4 369/11 470/22
471/4 471/9 471/24
depicted [6] 354/11 366/8 370/23
501/6 512/19 513/11
depiction [1] 425/1
depictions [1] 549/12
depicts [1] 471/17
depressing [1] 496/18
deprived [1] 350/10
deputy [7] 340/11 388/18 410/19
427/9 444/22 474/10 487/17
describe [45] 336/5 338/5 345/16
393/2 408/20 415/11 416/10 416/18
420/18 421/20 422/23 428/3 431/15
433/16 435/24 436/6 438/5 441/15
442/12 448/2 449/24 450/24 451/4
451/11 451/15 452/11 452/16 452/22
453/7 453/22 454/7 454/24 455/7
456/8 457/14 458/3 458/13 459/20
459/25 460/17 462/7 462/12 465/1
465/17 504/15
described [2] 374/14 492/5
describes [1] 509/11
describing [3] 331/5 395/17 417/2
description [1] 420/6
deserve [1] 539/1
design [1] 344/12
desk [3] 434/22 530/14 530/19
destroyed [2] 329/7 501/20
destroying [1] 385/12
destruction [1] 528/19
detail [1] 383/18
detect [2] 401/2 412/2
deter [1] 435/17
determine [1] 338/13
develop [1] 494/7
developed [1] 476/14
device [2] 448/6 450/8
devices [2] 385/8 436/16
diagram [5] 317/19 414/16 421/5
421/6 421/10
diatribe [1] 503/13
did [312]
didn't [64] 347/2 372/10 376/20 385/7
386/12 396/23 400/3 400/6 409/4
424/21 433/11 479/4 481/10 482/6
482/7 484/7 484/16 486/16 492/20
493/9 493/12 494/11 495/7 495/10
499/16 502/10 505/21 506/18 509/6
509/25 510/5 512/16 514/1 515/22
518/5 518/8 519/6 519/13 519/15
519/19 519/25 520/1 522/12 523/12
523/22 523/25 524/4 524/11 524/20
524/23 524/23 525/20 525/20 527/22
527/23 529/7 532/10 536/24 537/1
538/24 542/15 542/16 542/25 545/17
died [2] 455/10 543/4
difference [3] 510/9 554/23 558/18
differences [2] 478/2 478/10
different [14] 322/16 322/19 326/17
351/16 372/6 384/6 407/13 476/20
478/8 483/18 493/21 554/18 555/1
555/2
direct [17] 312/4 314/18 374/1 388/21
411/1 427/12 440/24 444/25 457/1
474/13 482/4 487/22 525/9 533/4
533/5 539/12 542/19
directed [2] 332/7 415/16
directing [1] 531/15
direction [6] 363/3 413/20 432/3
464/25 465/16 542/2
directionally [1] 421/20
directive [1] 509/8
directly [10] 331/11 359/16 378/25
411/15 443/8 455/20 458/17 469/6
528/11 531/22
disappointed [1] 506/13
disburse [2] 437/5 437/6 438/7 532/6
discuss [2] 554/1 560/13
discussed [2] 378/7 479/14
discussing [1] 423/14
discussion [1] 503/4
discussions [2] 440/11 559/1
disgraceful [3] 502/21 512/5 512/8
disguise [1] 385/24
disgusting [1] 508/22
disobeyed [1] 385/19
disorderly [2] 374/16 374/17
dispatched [1] 420/13
dispersion [1] 435/9
display [1] 406/10
displayed [1] 407/23
displays [1] 406/23
disregard [2] 408/7 548/15
disrupt [6] 374/18 381/23 386/13
386/19 409/13 510/25
disrupted [1] 382/18
disruptive [3] 374/16 374/17 386/10
distance [1] 345/4
distinct [1] 334/19
distinctive [2] 384/23 386/1
DISTRICT [4] 310/1 310/2 310/11
311/3
disturbance [1] 389/22
ditch [1] 520/15
divide [1] 478/6
Division [2] 411/14 411/20 411/24

Division... [1] 411/25

DNC [1] 431/9

do [228] 320/14 320/22 322/14 324/7
326/17 326/17 326/18 327/24 328/2
328/4 328/11 328/17 330/5 331/9
332/15 333/13 334/11 335/25 337/6
337/15 341/3 342/9 343/17 345/13
345/25 347/17 347/19 348/11 348/13
348/18 349/2 349/9 349/22 351/16
358/11 358/21 359/7 360/2 360/7
360/24 361/4 361/14 364/22 367/12
368/11 369/15 370/13 371/15 373/3
376/1 376/3 376/14 376/17 376/19
378/11 381/22 383/22 385/12 385/13
385/15 385/16 385/25 387/17 388/2
388/20 389/15 392/17 392/20 393/10
394/25 396/17 397/1 397/1 397/4
397/18 397/23 397/24 398/10 398/18
398/21 401/7 401/23 403/6 403/8
403/23 404/13 404/18 405/2 405/16
405/18 409/3 409/8 410/21 411/12
412/7 413/1 413/3 413/6 414/5 415/14
417/19 418/21 420/9 420/9 421/9
421/9 421/15 421/25 422/1 422/25
423/7 425/16 426/1 426/8 428/3 428/9
429/4 429/6 429/9 430/2 430/2 430/6
430/13 430/22 430/24 431/13 433/1
433/2 433/2 435/7 435/13 436/9
436/19 436/19 438/2 439/5 441/4
441/8 441/21 442/3 445/14 445/20
447/19 447/21 450/2 454/12 455/4
455/11 457/4 457/23 463/13 465/6
466/1 466/15 476/18 479/9 480/1
480/24 482/3 484/21 484/22 484/23
485/17 486/3 486/5 487/19 488/18
491/5 491/21 491/21 493/4 494/2
494/18 495/22 497/3 497/12 499/1
499/3 499/14 499/14 499/24 501/12
502/17 502/19 505/8 505/8 506/1
506/9 506/12 506/12 506/16 507/11
509/16 510/8 513/12 514/18 515/9
515/17 515/22 516/3 517/7 517/15
519/15 519/25 520/2 523/5 523/16
525/2 525/4 527/18 528/2 528/4 537/6
537/12 537/15 538/24 547/15 550/14
558/21 558/23 559/7 560/12 560/14
560/19 560/19 561/6 561/6 561/15

Docket [1] 310/4

document [2] 453/12 554/24

does [42] 333/16 334/22 343/3 343/7
349/20 349/21 352/24 353/8 353/19
355/6 355/15 356/4 356/14 356/20
358/2 358/5 360/9 363/2 363/12 368/6
368/14 369/11 369/21 372/3 384/10
384/11 391/3 415/5 421/22 429/21
431/2 440/9 445/14 445/20 447/13
488/18 500/23 500/25 505/4 505/17
507/18 534/17

doesn't [2] 385/1 547/19

dogs [1] 412/2 413/2 413/14

doing [33] 322/9 328/25 329/16
364/24 386/10 386/18 394/14 399/11
402/2 407/25 412/10 412/15 413/16
420/9 422/24 425/18 428/12 436/24
442/1 442/2 447/9 479/6 479/22 486/3
489/20 489/22 490/4 532/6 533/20

539/3 539/19 539/21 548/2

don't [82] 314/2 314/5 529/6 349/11
359/8 371/16 374/24 378/14 378/14
378/18 379/4 379/24 381/25 388/5
391/19 392/12 394/4 397/24 398/22
399/14 399/17 401/10 405/6 405/8
405/15 409/2 409/6 434/20 435/19
440/10 440/11 458/11 459/6 459/15
462/15 473/14 477/15 485/15 493/6
495/24 496/16 505/20 506/23 507/8
507/8 509/3 509/11 509/18 515/19
516/1 519/17 522/17 522/19 523/14
531/1 531/2 537/5 540/25 543/16
544/2 544/2 544/11 544/12 544/14
544/20 544/22 544/23 545/13 545/15
546/2 546/11 547/2 547/4 547/25
548/5 548/13 551/6 554/9 556/18
556/20 557/15 558/25

Donald [8] 310/21 313/11 463/25
465/20 547/15 547/23 559/15 559/25

done [11] 327/22 375/7 384/14 386/8
395/1 400/23 424/22 462/1 466/5
542/21 555/23

donned [1] 508/8

door [91] 315/8 316/13 316/13 316/14
316/15 316/16 316/18 316/22 317/11
318/4 318/7 320/1 321/21 340/21
340/22 343/9 343/10 344/5 344/22
344/23 344/24 345/9 345/18 347/7
351/1 351/2 351/4 353/15 353/16
353/17 353/23 354/21 355/8 358/4
359/9 359/18 360/11 371/1 397/1
398/8 399/1 399/20 400/18 402/17
403/16 404/7 404/7 405/14 405/18
420/22 420/24 421/12 421/18 421/19
422/13 422/13 422/14 422/15 423/3
425/21 425/25 432/25 433/7 433/25
434/2 434/4 434/14 434/15 434/16
435/8 435/25 436/1 436/8 436/21
436/22 437/8 437/14 437/18 441/11
441/19 442/24 442/25 456/2 469/6
509/22 510/1 513/8 513/12 527/2
531/12 532/21

doors [53] 316/3 317/2 319/24 320/17
342/24 342/25 343/4 346/15 348/2
350/13 357/13 357/15 357/18 359/13
359/15 359/16 359/17 359/19 360/3
361/19 396/19 396/21 401/11 401/25
405/13 421/8 423/13 435/7 435/11
436/2 436/4 438/24 439/18 439/22
441/3 442/21 443/5 453/19 454/3
456/6 457/25 466/3 469/19 469/22
469/24 471/14 527/15 535/23 536/2
536/11 537/9 537/19 537/22

doorway [8] 434/12 436/20 436/24
437/1 438/7 438/13 442/15 513/7

doorways [1] 513/6

dot [9] 317/2 339/5 341/6 341/12
355/13 390/15 434/6 448/13 472/10

double [1] 436/2

doublecheck [1] 355/3

doubt [3] 467/7 468/13 468/22

down [51] 320/1 329/9 330/17 331/1
337/25 338/5 338/8 345/4 354/20
356/5 356/15 356/22 361/21 361/21
362/15 363/4 363/16 365/18 374/9
381/4 383/14 387/6 392/25 393/7 394/8

396/7 406/18 418/7 419/24 421/16
421/21 426/7 436/18 438/19 438/23
438/24 458/16 478/25 491/7 491/9
503/5 503/7 506/8 506/21 507/11
508/9 521/19 523/25 524/15 537/25
552/20

download [1] 448/4

downstairs [1] 430/3

downtown [2] 446/23 446/25

dozen [1] 529/1

draw [2] 418/23 421/14

drawing [2] 419/11 422/2

drawn [2] 420/10 503/14

Dreher [12] 310/16 312/5 312/6 312/8
312/9 312/21 313/7 381/19 406/9
406/21 466/19 466/23

Dreher's [2] 337/11 383/7

dressed [4] 392/5 392/15 501/5 517/5

drew [1] 492/6

drive [3] 418/7 432/8 497/14

driving [1] 418/13

drop [2] 314/12 332/10

dropped [2] 472/21 561/20

drove [2] 446/20 498/19

Drudge [1] 493/21

due [1] 384/24

duly [6] 388/18 410/19 427/9 444/22
474/10 487/17

during [35] 322/13 323/23 324/13
333/14 345/8 349/7 370/13 375/19
375/21 376/13 376/14 377/13 388/2
389/8 389/11 401/7 405/19 407/13
409/21 429/7 477/11 477/12 478/14
482/15 489/25 503/13 503/21 519/10
519/13 519/24 531/20 534/12 534/18
535/4 556/5

DUSTIN [34] 310/6 312/20 313/4
313/12 327/25 383/23 446/13 449/1
449/2 449/4 449/14 450/9 450/10
451/1 452/24 466/25 468/11 472/21
474/21 476/10 476/11 477/23 478/14
479/3 479/15 479/16 479/23 484/24
487/12 487/15 488/5 489/21 527/18
537/14

Dustin's [1] 485/8

duty [1] 323/4

dying [1] 455/22

**E**

each [8] 313/21 412/3 413/24 449/10
449/12 449/14 461/18 471/3

earlier [6] 363/4 387/20 392/1 455/14
530/6 542/3

earliest [1] 557/20

early [7] 377/21 391/11 443/20 478/21
488/15 499/12 557/2

east [15] 315/9 355/22 355/23 364/25
394/13 395/2 395/3 407/17 414/10
414/12 417/24 418/2 418/4 421/2
443/5

eastbound [1] 416/13

Eastern [4] 450/12 450/22 451/18
463/11

easy [1] 386/4

echoing [1] 493/24

echos [1] 404/9

educational [1] 489/1

**effect [2]** 380/3 494/2
**effectively [1]** 323/12
**effects [1]** 413/4
**effort [3]** 385/24 401/20 520/15
**efforts [2]** 385/22 420/14
**eight [10]** 347/14 362/10 411/15 411/18 438/4 438/5 469/1 470/8 472/14 488/8
**either [13]** 341/4 342/9 348/20 390/15 398/14 398/15 404/1 404/2 413/2 426/9 459/7 528/13 533/10
**elect [1]** 481/20
**elected [4]** 324/13 377/11 382/21 478/12
**election [38]** 324/17 377/9 377/12 377/14 377/18 377/20 377/23 407/6 408/4 419/22 478/16 481/15 481/16 481/17 481/18 482/14 484/7 484/16 493/6 494/7 494/10 494/13 494/20 501/15 501/17 501/23 502/6 502/13 502/20 502/22 506/5 507/9 519/12 519/16 519/21 519/24 520/12 520/13
**elections [2]** 493/15 502/19
**electoral [2]** 324/16 447/7
**electorate [1]** 495/5
**elevators [2]** 433/23 433/24
**eleven [2]** 426/9 477/5
**eleven o'clock [1]** 426/9
**Eli [1]** 445/21
**else [15]** 361/14 365/9 376/15 404/21 430/6 459/18 466/9 508/23 509/23 510/2 533/8 533/16 536/3 552/19 561/13
**else's [2]** 518/14 530/19
**email [1]** 448/12
**embedded [1]** 449/8
**emotional [1]** 526/1
**employee [1]** 331/15
**employment [3]** 475/21 479/20 489/17
**employment-wise [1]** 489/17
**empowered [1]** 503/14
**en [1]** 420/13
**enclosed [1]** 317/12
**encounter [2]** 397/1 401/8
**encountered [4]** 334/5 335/13 385/3 387/12
**encountering [1]** 329/9
**encourage [1]** 481/8
**encouraged [1]** 374/22
**end [29]** 320/17 350/18 356/20 390/6 390/20 390/22 393/6 397/7 415/9 425/22 432/7 432/7 434/3 436/24 437/2 437/3 443/1 443/17 446/6 446/12 463/10 468/4 477/6 477/8 478/13 482/16 506/9 530/23 556/18
**ended [10]** 348/15 348/19 399/14 426/2 428/22 429/12 431/7 433/6 433/22 434/3
**ends [2]** 326/20 390/7
**enforcement [36]** 321/10 322/22 323/1 323/2 323/4 329/10 344/7 345/13 349/9 349/22 365/19 367/19 367/23 371/9 372/14 377/3 380/23 381/1 385/16 387/9 407/4 408/11 413/5 428/15 445/21 469/8 471/21 512/3 513/22 513/23 531/21 531/25
**533/17 538/22 540/7 540/10**
**engaged [4]** 374/17 477/6 477/8 490/10
**engagement [1]** 499/2
**enjoying [1]** 482/8
**enough [5]** 420/11 502/11 509/20 531/3 549/4
**ensuing [1]** 495/12
**ensure [2]** 329/14 335/10
**enter [7]** 340/2 343/4 344/7 344/9 420/15 420/21 432/3
**entered [15]** 326/3 339/25 344/4 345/21 348/2 353/2 387/7 420/20 420/22 421/8 447/2 447/5 447/9 470/14 497/17
**entering [3]** 316/20 345/3 421/13
**enters [6]** 314/7 373/22 440/21 456/22 473/24 559/11
**entire [10]** 419/23 426/15 433/18 438/22 453/11 476/7 501/8 524/14 554/24 556/4
**entirety [1]** 500/5
**entitled [1]** 530/18
**entrance [15]** 344/19 359/14 368/3 368/4 368/12 370/23 371/3 372/7 372/8 372/9 400/17 400/25 405/12 538/3 538/8
**enunciator [2]** 387/21 387/21
**environment [1]** 408/17
**EPM [1]** 483/19
**equipment [1]** 402/23
**erase [1]** 503/12
**erroneously [1]** 337/1
**escorted [1]** 320/1
**Esquire [2]** 310/21 310/21
**essentially [1]** 477/17
**establish [5]** 379/21 467/9 468/15 468/25 559/21
**established [3]** 379/19 384/14 489/11
**estimation [1]** 416/24
**evacuated [3]** 323/19 383/2 396/8
**evade [2]** 385/19 513/21
**Eve [1]** 477/10
**even [12]** 321/5 383/14 384/22 385/18 392/12 408/15 509/18 513/24 516/3 532/20 538/15 539/25
**evening [5]** 470/7 470/18 540/19 560/25 561/9
**event [5]** 378/15 430/15 495/19 499/5 502/10
**events [15]** 323/10 367/13 378/6 378/17 378/22 379/7 379/11 379/15 379/21 446/7 467/4 515/8 515/9 515/10 548/2
**eventual [1]** 380/12
**eventually [3]** 397/24 405/10 430/17
**ever [23]** 320/23 405/19 406/9 406/17 407/8 408/23 409/22 410/3 426/16 435/14 444/5 479/14 479/19 480/1 480/11 481/5 495/18 498/2 514/21 545/2 547/2 549/9 562/17
**every [6]** 323/14 391/20 400/21 400/25 446/8 524/24
**everybody [8]** 314/12 374/9 378/25 440/8 488/12 488/23 531/15 561/13
**everyone [3]** 446/8 492/15 492/19
**everything [9]** 374/8 386/10 386/19
**404/9 459/18 460/4 473/1 491/4 508/23**
**everywhere [4]** 419/11 424/20 511/15 511/20
**evidence [25]** 318/21 334/24 335/12 337/19 372/11 397/11 397/12 403/3 453/12 467/9 468/15 468/24 473/3 473/15 497/17 521/13 553/22 554/13 554/24 555/3 555/7 559/19 559/24 560/3 560/20
**exactly [6]** 322/18 343/5 371/16 429/14 495/24 499/16
**examination [28]** 314/18 374/1 375/1 375/3 387/2 388/21 406/3 406/5 409/19 411/1 426/21 427/12 440/24 444/9 444/25 457/1 464/6 474/13 482/19 482/23 487/22 516/5 516/9 525/9 533/4 533/6 542/19 552/2
**examined [6]** 388/19 410/20 427/10 444/23 474/11 487/17
**example [1]** 450/6
**excerpts [3]** 554/8 554/10 554/15
**excluded [1]** 480/18
**excuse [7]** 420/20 423/6 424/12 429/11 449/17 458/25 465/7
**excused [8]** 388/11 410/12 427/2 444/15 466/12 487/10 552/21 561/14
**exhibit [168]** 314/21 316/7 318/10 321/9 322/21 323/25 324/10 325/21 326/8 327/2 327/16 327/22 331/23 332/14 333/4 335/24 336/17 336/25 336/25 338/18 339/24 340/7 341/18 341/19 342/5 343/6 344/3 344/15 345/2 345/10 346/12 346/17 347/8 347/24 348/8 348/9 350/4 350/15 350/18 350/21 352/10 352/20 353/7 353/11 353/19 354/6 354/11 354/16 354/23 355/19 355/25 356/24 357/11 357/14 357/22 360/1 360/2 360/6 361/7 361/23 361/24 362/2 362/11 363/6 363/10 364/15 365/23 366/12 369/10 369/24 369/25 370/3 370/5 370/11 371/23 390/10 390/14 393/22 395/16 395/19 395/25 403/2 414/5 418/9 420/18 423/6 423/7 425/1 425/5 425/8 431/13 433/16 434/5 434/25 435/23 436/6 437/7 437/15 437/22 439/20 440/2 441/7 442/9 442/10 446/16 447/18 447/20 448/9 448/20 448/24 449/9 449/11 449/21 452/4 452/16 452/16 455/16 456/3 456/4 456/7 456/12 456/13 457/3 458/23 459/10 459/14 460/22 461/11 461/13 461/15 461/21 462/3 462/22 463/21 463/21 466/19 466/21 467/25 468/1 469/1 469/10 469/17 469/20 470/1 470/5 470/6 470/12 470/16 471/5 471/10 471/13 471/15 472/7 472/14 472/18 472/20 501/12 521/9 521/12 521/16 527/25 528/5 535/8 536/10 537/18 538/17 539/8 558/6
**Exhibit 2 [2]** 390/10 390/14
**exhibits [24]** 357/17 440/3 449/6 452/7 468/9 468/19 468/21 469/5 469/9 469/11 469/14 469/15 469/23 470/8 470/20 470/24 471/2 471/3 471/6 471/12 471/18 471/22 471/25

exhibits... [1] 553/18
existence [1] 491/9
exit [3] 340/21 422/13 423/2
exited [3] 354/18 354/19 418/22
exiting [1] 349/19 350/19
exits [5] 440/14 456/18 473/9 556/14
561/2
expected [1] 503/25
expeditious [1] 554/6
experience [1] 428/15
experienced [4] 407/3 435/14 444/5
444/6
explain [4] 315/6 354/17 474/23
486/24
explosive [1] 412/1
explosives [1] 412/3
express [1] 481/21
expressed [1] 478/18
extended [1] 428/10
extensive [5] 382/22 384/1 384/9
385/1 386/7
exterior [9] 315/8 317/14 318/15 347/7
351/2 365/13 369/13 402/17 441/11
extermination [3] 479/12 479/16
490/2
exterminator [2] 479/8 483/18
external [1] 331/10
extinguisher [8] 435/21 436/16
436/19 436/22 437/3 437/5 438/6
513/12
extraction [3] 447/24 448/1 448/3
extremely [2] 383/16 512/9
eye [1] 391/21
eyes [1] 371/20

**F**

face [1] 328/6
faces [1] 318/16
facing [2] 317/11 318/16
fact [16] 337/11 377/9 378/5 382/25
383/13 385/18 401/14 408/7 409/9
443/12 484/20 485/12 497/9 545/21
548/15 552/25
facts [9] 467/3 467/6 467/10 468/10
468/12 468/16 468/21 468/22 468/25
fair [6] 383/21 385/23 386/9 425/1
481/19 483/22
Fairchild [3] 331/3 335/14 432/9
fairly [9] 461/16 470/21 471/3 471/8
471/16 471/23 475/4 484/25 488/11
fake [2] 505/16 505/17
False [2] 448/12 472/9
familiar [6] 377/6 390/1 390/2 441/12
460/25 463/21
familiar with [1] 390/2
family [3] 429/18 475/7 493/12
fancy [1] 462/4
far [12] 331/14 335/17 341/8 352/5
358/16 367/10 379/11 458/12 481/10
481/23 486/4 554/8
farther [1] 403/13
fashion [3] 475/20 509/1 553/8
fast [2] 377/6 427/23
fatigues [1] 392/6
favorable [1] 473/16
FBI [11] 445/6 445/7 445/8 445/9

145/10 445/20 514/19 545/24 546/25
550/13 552/8
fear [1] 494/8
federal [2] 389/15 413/5
feel [20] 313/20 401/14 416/15 496/14
502/23 503/14 503/14 503/19 505/6
506/15 506/18 507/18 510/15 510/15
512/2 514/1 514/2 525/23 530/18
557/14
feeling [1] 503/23
feels [1] 313/17
feet [9] 335/19 336/21 367/11 398/7
513/8 528/13 538/3 538/6 538/8
fellow [3] 314/11 436/15 440/10
felt [14] 494/11 496/17 503/15 505/8
506/19 509/23 510/2 510/10 512/5
526/2 536/22 551/11 551/16 557/16
fence [2] 392/25 393/7 394/5 416/22
416/23 417/14
fencing [1] 468/2
few [17] 335/15 348/23 351/13 369/17
372/25 392/15 396/22 401/14 419/12
455/2 457/25 475/23 497/15 501/9
540/3 551/24 552/5
Field [2] 446/3 446/9
fifty [9] 370/23 448/11 448/20 448/24
449/6 461/13 461/20 469/1 469/5
Fifty-eight [1] 469/1
Fifty-five [1] 449/6
Fifty-four [1] 448/24
Fifty-nine [1] 469/5
Fifty-seven [1] 461/20
Fifty-six [1] 461/13
Fifty-three [1] 448/20
Fifty-two [1] 448/11
fight [8] 407/24 506/22 506/22 506/23
509/5 510/25 520/3 540/1
fighting [7] 321/6 358/3 386/10 443/4
454/19 510/10 510/17
figure [5] 463/5 497/13 499/24 512/15
523/17
figured [2] 522/17 522/19
figures [1] 496/16
figuring [1] 494/18
filmed [1] 388/4
final [2] 559/6 560/18
finally [3] 364/15 443/15 471/6
find [9] 329/15 371/10 379/7 426/1
452/14 454/17 461/22 464/23 556/10
fine [14] 313/21 380/4 480/21 480/25
545/22 545/25 547/8 551/4 552/1
554/5 555/6 557/5 557/13 558/11
finger [2] 319/13 390/15
finish [3] 340/4 557/2 557/18
finished [2] 440/2 463/12
fire [19] 316/13 330/24 331/14 331/17
340/21 343/10 351/2 400/17 404/7
405/14 420/13 422/14 435/21 436/16
436/19 436/22 437/2 437/5 438/6
firearms [4] 383/14 385/7 408/10
508/12
fired [4] 430/21 431/8 544/1 544/7
first [67] 319/2 325/2 325/9 327/2
330/23 333/20 336/23 336/25 339/19
341/19 341/24 345/5 345/9 347/14
352/11 353/17 354/5 359/14 359/16
359/19 359/17 362/13 370/5 388/18

391/9 391/15 392/14 393/8 394/20
396/13 396/13 406/20 410/19 411/12
411/14 411/15 411/19 411/21 414/2
415/2 415/16 415/17 416/14 417/6
427/9 428/5 433/18 435/13 444/22
445/13 467/2 467/12 474/2 474/10
478/14 481/21 487/17 491/3 500/13
527/1 529/16 531/6 535/9 555/13
556/11 557/4 560/13
firsthand [4] 378/14 378/15 379/2
379/4
fit [1] 420/11
five [15] 320/25 354/20 362/10 413/1
449/6 456/17 469/23 471/18 477/17
532/16 538/6 543/7 555/21 556/12
560/14
flag [14] 348/6 448/12 472/10 545/14
545/15 545/16 545/19 545/21 549/13
549/17 549/19 549/21 550/3 550/5
flags [7] 356/18 381/12 391/18 501/6
504/14 545/12 549/15
flash [1] 394/9
flashes [2] 322/12 322/14
fled [1] 514/5
FLETC [2] 413/5 413/11
Flights [1] 451/24
floor [17] 315/23 315/24 319/6 319/9
319/10 319/10 321/11 321/17 326/16
326/24 341/23 341/24 420/19 426/3
433/19 443/2 529/5
floors [1] 383/2
florescent [1] 442/6
flow [3] 415/22 416/8 416/11
flowing [2] 416/25 417/15
focus [1] 539/12
focusing [1] 378/23
folk [1] 407/5
folks [9] 381/8 381/22 383/3 386/9
491/1 497/11 504/14 507/23 553/11
follow [4] 413/20 454/17 510/24
551/22
follow-up [1] 551/22
followed [2] 502/5 508/2
following [15] 377/21 380/22 444/1
461/20 467/3 467/6 468/10 468/12
468/20 468/21 481/16 499/4 509/8
525/3 551/20
follows [7] 388/19 410/20 427/10
444/23 467/1 474/11 487/18
food [1] 498/7
foot [1] 332/11
footage [28] 316/19 335/5 338/13
338/19 340/23 344/17 348/14 349/2
352/12 355/21 367/12 373/9 381/7
381/18 382/4 382/6 383/5 383/8
383/24 384/1 384/6 384/15 385/12
385/15 387/6 388/4 403/7 471/1
force [4] 386/9 409/21 524/23 524/23
forcing [1] 316/5 527/15 537/8
forgive [1] 493/23
forgot [1] 456/15
form [1] 404/17
formed [2] 402/25 403/13
former [12] 429/19 463/6 478/11
518/23 518/25 519/9 519/23 534/11
544/22 549/6 559/15 559/24
forming [1] 391/23

## F

formulate [1] 399/19
formulating [1] 400/10
Forty [1] 538/7
forward [6] 377/6 398/5 411/11 425/9
 478/20 513/16
found [10] 333/14 335/8 380/18 419/5
 421/13 424/23 432/7 434/7 525/9
 550/10
foundation [1] 507/2
four [20] 327/16 348/25 349/15 349/23
 350/25 352/16 366/20 375/18 393/12
 403/4 404/12 413/6 413/9 448/24
 451/10 467/20 469/20 471/13 535/23
 543/8
four o'clock [1] 535/23
Fourth [1] 468/20
frame [1] 438/5
frankly [2] 385/19 496/19
fraudulent [2] 482/13 501/23
free [1] 509/11
frenzy [1] 553/11
Friday [1] 556/19
friend [6] 330/2 429/22 485/7 485/7
 496/20 497/4
friends [6] 460/8 476/12 476/12
 476/15 484/24 485/2
frisk [2] 387/13 387/15
frisked [1] 387/9
front [10] 315/9 331/11 331/11 364/25
 366/11 417/17 418/4 422/20 458/17
 463/21
frontal [1] 476/6
FRU [1] 452/25
fuck [1] 454/9
fucking [1] 453/10
full [4] 391/13 392/6 430/4 476/6
fully [3] 331/17 412/17 436/21
function [2] 382/24 382/24
functions [1] 374/21
furniture [2] 424/20 529/3
further [23] 330/17 331/1 338/8
 340/20 374/9 374/24 386/25 388/6
 402/6 406/1 410/8 426/19 466/6
 473/12 482/18 497/3 538/5 543/16
 543/21 551/21 552/18 552/22 553/16

## G

gain [1] 506/16
gaiter [1] 344/13
gallery [4] 315/14 315/20 315/24
 316/4
gander [1] 547/18
gas [2] 405/3 454/17
gassed [1] 532/3
gave [5] 330/7 413/24 484/20 484/20
 493/8
gear [8] 389/21 391/5 392/6 392/16
 395/5 402/25 435/10 435/10
geared [1] 402/24
general [2] 340/2 370/14
generally [3] 443/6 478/5 480/19
gentleman [1] 539/13
gentlemen [3] 489/16 537/9 559/14
George [1] 503/7
get [87] 319/9 319/23 329/17 329/18
 329/22 330/18 335/10 342/25 351/9

374/9 376/2 385/5 389/24 390/16
 390/23 391/5 391/5 391/6 394/2
 394/18 397/4 399/17 399/19 403/14
 403/15 413/15 421/25 425/19 429/8
 429/25 430/14 430/24 431/2 431/5
 433/2 434/11 435/7 435/8 435/15
 435/17 440/23 442/14 454/9 454/22
 458/6 458/7 462/16 473/8 478/20
 483/6 484/10 485/25 486/1 486/8
 486/14 490/10 491/1 491/20 492/1
 492/4 492/12 492/24 493/14 493/19
 498/25 499/12 503/4 503/23 511/8
 514/14 522/17 523/8 532/6 532/8
 533/25 535/18 535/24 540/12 541/11
 541/25 546/20 555/22 556/16 557/4
 557/10 558/8 558/20
get-togethers [1] 376/2
gets [2] 355/17 419/24
getting [8] 378/23 379/25 394/6 422/5
 430/14 441/18 497/15 503/5
girl [2] 455/10 455/22
Giuliani [14] 379/4 380/16 500/7
 500/13 500/25 521/4 521/5 521/21
 555/19 555/20 558/13 559/5 559/16
 559/25
give [8] 373/17 464/22 491/25 546/22
 557/20 557/24 559/6 560/18
given [8] 313/19 379/3 380/15 410/1
 424/23 429/6 440/8 560/24
giving [4] 422/10 423/2 501/13 505/7
glass [8] 335/11 398/9 398/13 527/20
 527/23 528/3 528/11 528/15
glasses [1] 328/5
glean [1] 502/4
gleaned [1] 501/22
Glenmont [1] 458/7
gmail [2] 448/13 472/10
gmail.com [1] 310/23
go [94] 315/16 319/7 319/8 320/19
 320/23 336/6 336/10 343/23 344/18
 348/11 348/12 348/18 355/15 356/14
 360/2 361/19 363/2 370/18 378/11
 390/8 393/24 395/3 395/6 395/7
 396/12 400/25 402/4 402/6 402/13
 408/15 413/10 415/11 416/1 417/21
 418/5 419/3 424/13 429/7 430/17
 430/19 430/24 432/23 434/22 437/1
 438/17 442/23 443/15 454/15 454/21
 457/17 462/3 465/21 475/11 475/16
 479/4 479/7 484/6 484/15 485/4
 485/13 485/18 486/16 488/20 489/4
 491/5 494/25 497/5 499/16 504/23
 509/2 512/17 514/6 517/15 518/5
 519/4 519/6 519/25 523/9 524/20
 524/23 527/11 527/15 536/24 539/25
 540/12 541/16 541/24 543/10 543/10
 555/18 555/24 557/18 558/15 561/5
goes [6] 317/8 317/9 342/25 363/3
 363/4 432/12
going [178] 314/20 314/22 315/6
 316/6 317/10 318/2 318/9 318/25
 321/8 321/14 322/5 323/23 324/6
 325/20 326/22 331/22 333/18 344/2
 345/12 346/18 348/15 355/20 359/19
 366/12 378/11 379/1 379/6 380/3
 380/15 390/20 392/15 392/17 395/20
 395/21 396/4 396/5 396/6 397/14

398/5 403/3 403/4 403/11 408/5
 408/15 415/16 417/14 423/1 423/5
 423/19 424/25 425/4 425/8 425/23
 425/25 426/2 428/1 428/22 430/1
 433/5 433/8 434/1 434/7 435/22 436/5
 436/14 437/3 437/20 437/22 438/14
 441/6 441/15 442/13 443/17 446/15
 447/18 448/8 449/20 449/23 450/2
 450/4 450/5 450/17 451/20 452/7
 452/7 453/21 453/22 454/7 455/2
 455/7 455/15 455/23 456/3 456/7
 456/12 457/20 459/10 460/8 460/21
 461/10 462/3 464/25 478/20 480/16
 480/19 480/24 481/21 482/6 482/10
 483/24 484/14 491/7 493/15 494/5
 494/12 494/24 495/10 495/23 496/1
 499/1 499/6 499/7 499/7 500/10
 501/12 503/7 503/11 503/19 503/24
 504/2 504/6 504/19 504/23 504/24
 506/4 506/13 506/23 507/7 507/11
 507/13 508/1 509/17 509/23 510/2
 511/1 519/17 520/3 520/3 520/9
 520/13 522/22 524/6 524/20 526/4
 526/5 527/8 530/3 533/8 533/15
 533/17 535/21 537/18 538/10 539/11
 541/22 542/20 544/13 546/17 553/17
 553/21 554/12 555/6 557/14 558/15
 558/16 558/18 559/16 560/20
gone [3] 400/14 424/19 524/18
good [31] 313/6 313/9 313/10 313/13
 314/9 314/10 375/5 375/6 388/23
 388/24 406/7 406/8 411/3 411/4
 427/14 427/15 445/2 445/3 474/5
 482/25 487/24 487/25 489/1 496/16
 503/20 506/10 515/20 516/11 547/17
 547/18 561/9
Google [3] 472/8 472/9 472/12
Google's [1] 472/13
goose [1] 547/17
got [53] 314/12 378/9 379/16 393/9
 394/1 394/4 394/5 394/5 395/1 395/3
 399/13 405/5 405/8 406/21 417/23
 426/13 429/18 429/19 431/8 432/5
 433/4 436/23 461/23 477/5 477/9
 490/2 490/14 491/7 491/12 499/15
 499/18 499/20 499/23 503/19 506/8
 506/21 511/2 514/20 516/1 517/4
 517/11 521/1 523/4 523/22 526/20
 526/20 527/9 527/20 532/3 540/16
 540/25 541/24 542/24
gotten [6] 348/20 426/6 443/11 480/21
 523/11 523/13
government [32] 310/13 312/3 313/5
 314/14 314/15 314/16 374/20 379/12
 388/13 388/18 407/6 410/19 427/4
 427/9 444/17 444/22 467/15 473/5
 473/6 473/16 497/17 521/9 521/14
 521/15 544/12 547/19 551/5 554/18
 554/19 555/13 558/6 558/8
government's [84] 336/16 344/14
 345/10 346/16 347/8 348/8 350/15
 350/17 350/21 352/20 353/7 353/11
 353/19 354/11 354/16 354/23 355/19
 356/24 357/14 357/17 357/22 360/1
 360/6 361/7 361/23 361/24 362/2
 362/11 363/6 363/9 364/15 365/23
 366/12 369/10 371/23 379/24 390/10

**G**

**government's...** [47] 390/14 448/20
448/24 449/6 449/9 449/11 452/3
461/13 461/15 461/21 467/25 468/1
469/1 469/5 469/9 469/10 469/11
469/14 469/15 469/17 469/20 469/23
470/1 470/5 470/6 470/8 470/12
470/16 470/20 470/24 471/6 471/13
471/18 471/25 472/7 472/14 472/18
472/20 501/12 521/10 521/12 521/16
527/25 528/5 535/8 553/18 556/3
**governmental** [1] 382/24
**governor** [2] 500/15 500/16
**grab** [2] 371/10 436/16
**grabbed** [4] 430/7 435/21 508/8 510/1
**graduated** [4] 475/18 476/16 483/12
489/24
**graduation** [3] 479/15 489/17 489/23
**graphic** [1] 344/12
**grass** [1] 356/21
**Grassley** [4] 325/23 326/15 326/15
468/6
**gravitate** [1] 492/21
**gravitating** [1] 493/20
**great** [4] 340/15 377/15 377/22 495/16
**green** [25] 317/2 333/2 333/15 333/21
339/5 341/6 341/12 341/13 343/18
344/13 348/4 348/8 350/15 352/3
355/13 361/5 370/8 373/10 386/2
386/2 432/5 434/5 434/11 468/2 511/8
**greeting** [1] 416/19
**grew** [4] 474/23 474/24 475/4 488/9
**grotto** [2] 418/24 419/4
**ground** [7] 353/5 398/6 458/16 527/21
527/23 528/3 528/12
**grounds** [25] 322/3 322/23 337/3
344/8 358/24 365/10 365/18 365/21
366/13 418/17 447/3 447/10 453/18
462/24 467/21 469/2 469/13 526/21
534/5 537/1 537/3 540/14 540/24
540/25 547/2
**grounds,'** [1] 447/4
**group** [12] 340/20 378/9 379/23
380/12 381/3 382/25 406/17 407/5
416/20 419/12 422/7 515/14
**growing** [2] 475/7 488/20
**guarantee** [1] 400/16
**guess** [36] 378/2 379/22 379/24 382/1
391/4 392/2 402/8 464/13 478/1
510/17 529/13 533/9 536/2 536/22
545/1 545/2 545/7 545/14 545/19
545/20 545/21 546/13 546/14 546/18
547/6 547/22 548/16 554/9 554/17
555/12 555/19 556/22 557/12 561/17
561/18 561/19
**guilt** [1] 559/21
**guilty** [6] 546/4 546/8 546/14 546/16
546/18 548/1
**guns** [2] 401/14 401/16
**gut** [1] 558/15
**guy** [5] 439/7 439/10 483/22 500/17
530/24
**guys** [2] 537/22 538/21

**H**

**had** [166] 314/12 321/5 321/6 321/20
322/22 323/14 323/15 323/17 324/25
325/9 326/4 330/18 330/23 330/24
330/25 331/8 331/10 332/3 332/4 335/1
335/2 335/2 335/4 335/9 336/21 340/1
348/14 348/20 348/21 349/3 349/5
350/7 351/9 352/3 353/1 353/2 363/16
372/4 372/19 380/24 381/8 381/12
385/4 387/17 387/20 389/11 392/1
392/14 392/15 392/25 394/17 395/5
400/9 400/14 401/5 401/25 402/22
404/22 404/22 405/17 407/23 408/2
408/7 415/22 416/11 419/8 419/11
420/10 422/2 422/21 424/18 424/19
424/22 426/4 426/10 429/22 432/6
432/10 441/3 441/6 443/10 443/10
443/11 443/18 457/8 457/10 457/25
467/7 468/13 468/22 470/14 476/11
476/16 477/9 477/14 477/23 478/11
481/18 481/19 482/7 482/9 491/4
494/2 495/5 495/9 495/18 496/20
499/4 501/22 502/4 502/13 503/21
506/16 508/12 509/5 513/23 514/11
514/19 515/21 516/23 518/20 520/4
520/9 520/13 520/13 520/17 522/4
523/9 525/18 525/22 525/23 526/4
526/7 526/23 528/18 528/19 529/3
529/5 531/20 531/25 532/20 534/3
535/20 535/20 537/23 539/25 542/21
543/3 543/7 543/10 543/11 545/1
545/14 545/16 545/21 547/11 548/24
549/9 551/2 551/11 551/16 552/6
559/25 560/5 561/17 561/19
**hadn't** [1] 524/18
**half** [10] 411/11 426/11 426/15 445/25
460/5 479/12 534/4 555/23 556/8
558/17
**Hall** [1] 433/24
**hallway** [20] 345/4 345/10 397/7
399/17 399/20 400/21 401/10 401/21
402/15 402/20 404/5 405/2 405/6
405/8 421/11 421/19 421/21 443/2
513/7 531/8
**hallways** [2] 421/16 513/6
**halt** [1] 491/10
**Hampton** [1] 446/23
**hand** [33] 315/18 333/15 333/21
337/11 343/18 344/13 345/18 346/3
346/7 352/3 355/12 361/5 364/4
368/14 370/7 370/8 370/12 373/10
386/2 386/2 392/25 397/22 398/13
398/20 399/1 400/1 414/21 415/2
423/12 429/23 432/15 509/4 511/8
**handcuffs** [2] 422/3 422/4
**handed** [3] 335/24 336/16 336/24
**handguns** [1] 401/17
**handheld** [2] 430/7 430/9
**handler** [1] 411/7
**handlers** [3] 412/1 413/8 415/13
**handles** [1] 437/14
**hands** [2] 491/13 533/25
**happen** [5] 376/20 413/11 413/11
495/16 504/25
**happened** [14] 329/12 335/7 392/13
396/3 426/17 465/16 486/23 495/11
519/20 526/19 540/4 550/2 550/15
561/15
**happening** [6] 316/2 438/5 438/22
453/25 536/17 536/19
**happens** [2] 398/25 536/8
**happy** [3] 427/25 464/18 557/12
**hard** [4] 402/25 491/3 499/22 522/2
**hardly** [1] 408/18
**harm** [1] 486/17
**has** [84] 314/12 314/21 317/2 319/16
323/25 328/13 331/12 332/15 333/2
333/4 333/15 334/19 337/16 338/10
338/18 339/5 340/7 341/12 341/19
342/5 343/6 347/9 350/22 352/21
356/25 358/16 360/1 361/8 362/12
362/23 363/7 363/21 364/7 365/23
365/24 365/25 367/2 368/25 369/10
373/13 378/7 379/2 379/4 379/19
389/14 390/10 393/22 395/24 399/7
401/2 404/4 421/11 423/6 431/12
431/19 433/15 435/23 436/5 437/21
438/18 438/20 438/21 442/8 446/16
447/19 448/9 452/6 453/11 455/16
456/3 460/22 461/11 462/22 466/21
473/6 483/7 483/15 493/4 497/17
546/24 548/14 554/13 559/19 560/6
**hat** [4] 344/11 348/5 358/17 424/5
**hate** [1] 424/18
**hats** [1] 389/14
**have** [173] 314/2 314/6 315/7 318/3
318/21 319/7 319/8 320/7 320/16
324/1 326/3 326/17 333/16 349/20
350/17 352/21 355/3 357/25 359/7
365/9 366/4 366/14 367/23 374/24
375/21 376/4 376/10 378/14 378/15
382/13 385/1 386/17 389/9 389/11
392/20 395/7 395/20 395/21 397/14
397/15 397/17 400/19 402/4 405/19
405/22 406/1 406/13 407/19 409/1
409/16 409/21 409/24 411/8 412/4
414/2 415/13 417/3 426/5 426/16
426/19 428/9 428/12 428/15 434/18
434/20 434/23 435/14 435/15 435/20
436/15 440/3 440/9 440/11 440/12
444/5 444/8 445/7 452/8 454/8 454/18
457/7 455/23 459/6 459/15 463/5
464/4 466/2 466/15 466/19 468/17
471/11 473/3 473/14 473/16 475/8
480/1 481/15 482/7 487/2 492/8
496/16 498/2 498/4 500/9 501/9
502/10 502/19 503/16 503/16 506/23
508/12 510/16 515/9 515/10 516/4
517/1 518/22 521/22 522/16 522/19
523/11 523/13 523/16 523/20 524/17
533/9 541/22 541/25 542/25 543/16
543/23 544/11 544/14 544/17 544/17
545/4 545/17 548/4 548/16 549/15
551/6 552/25 553/16 554/2 554/9
554/10 554/14 554/17 555/9 555/13
555/23 556/7 556/8 556/17 556/22
556/23 556/24 557/3 557/13 557/15
557/17 557/22 559/14 560/13 560/15
560/15 560/16 560/17 560/19 560/24
560/25 561/9 561/10
**haven't** [3] 480/21 496/6 518/14
**having** [25] 330/5 348/19 348/20
388/17 388/18 410/18 410/19 419/13
427/8 427/9 432/7 443/17 444/21
444/22 460/13 474/9 474/10 478/9
487/16 487/16 499/22 512/2 531/6
556/24 558/20

**he [234]** 319/23 319/25 323/19 328/17 330/11 330/18 330/19 331/17 331/19 332/4 332/19 333/2 333/15 333/16 333/24 334/5 334/5 335/1 335/2 337/3 339/2 339/11 339/12 339/25 343/15 346/2 347/6 349/21 354/13 355/11 355/15 355/17 355/22 356/15 356/15 356/17 356/20 356/21 356/21 356/22 361/19 361/21 363/3 363/4 364/24 367/8 367/10 368/14 370/15 374/17 379/19 384/10 384/22 385/1 385/18 385/20 385/20 385/24 386/1 387/7 387/8 387/9 387/11 387/16 387/17 388/2 388/3 388/5 406/17 406/18 409/6 422/4 439/11 451/2 451/7 451/13 452/14 452/25 455/6 455/11 457/17 457/25 458/21 461/6 463/14 464/13 464/13 465/4 465/7 465/8 465/19 466/2 466/3 470/3 470/7 472/21 476/16 478/12 478/14 478/18 478/19 479/6 479/6 479/8 479/9 479/16 479/19 479/18 479/19 479/19 479/21 479/22 480/1 480/2 480/6 480/11 480/22 480/22 481/5 481/6 481/7 481/10 481/15 481/17 481/17 481/21 482/14 483/7 483/11 483/12 483/15 483/16 483/17 483/18 483/19 483/20 484/18 484/25 484/25 485/4 486/15 486/24 486/24 488/18 492/9 492/16 493/3 493/4 493/4 493/5 493/17 494/4 494/11 494/23 495/9 500/9 500/16 500/17 500/18 500/25 501/15 501/15 501/17 501/17 502/10 502/10 502/12 502/13 502/16 502/16 502/17 502/21 503/1 503/4 504/2 504/6 504/17 504/23 505/1 506/4 506/4 507/18 509/5 514/19 514/20 519/12 519/13 519/14 519/16 520/1 520/2 520/3 520/9 520/13 524/9 524/10 524/12 524/22 524/22 524/23 524/23 524/25 527/16 531/3 534/16 534/17 534/20 534/22 534/25 535/2 537/8 539/18 539/21 542/16 544/7 545/1 545/8 545/11 545/11 545/14 545/15 545/15 545/15 545/17 545/19 545/21 547/1 547/7 547/18 550/3 550/7 559/22 559/23 560/5

**he'd [2]** 479/11 479/12

**he'll [1]** 545/7

**he's [41]** 318/19 328/5 328/5 339/3 343/16 346/24 355/12 355/16 356/5 356/18 364/14 364/25 367/9 370/12 370/16 371/19 373/11 385/4 451/18 454/12 455/5 455/13 465/9 465/23 480/19 483/13 483/22 483/23 484/24 485/7 486/10 488/19 505/24 506/12 540/21 540/22 546/17 546/18 547/24 548/1 548/2

**head [6]** 333/24 477/16 491/2 496/21 509/17 515/20

**headed [6]** 354/20 364/13 418/16 421/21 421/22 524/13

**heading [4]** 331/1 331/2 355/7 364/14

**headquarters [2]** 329/3 413/15

**heads [1]** 356/21

**healthy [1]** 314/13

**hear [21]** 343/1 347/2 351/7 359/18 369/5 394/7 430/9 430/10 488/12 488/24 500/7 500/11 505/25 507/4 509/25 522/2 522/6 530/22 530/23 552/4 559/17

**heard [30]** 378/3 379/19 382/2 386/15 392/22 395/2 430/20 483/24 496/2 497/6 501/10 504/7 506/22 513/9 520/4 520/7 520/10 520/12 520/17 521/4 522/2 527/2 530/22 531/2 542/3 542/6 554/7 558/7 559/14 559/23

**hearing [8]** 394/9 430/12 443/20 493/24 499/22 502/9 536/6 551/12

**hearsay [1]** 480/19

**heavy [1]** 538/21

**held [4]** 377/21 483/13 483/15 516/25 519/23 547/6 547/16

**hell [7]** 407/24 506/22 506/23 509/5 510/11 510/25 540/1

**hello [2]** 416/19 483/1

**helmet [2]** 368/15 368/17

**helmets [2]** 360/22 392/7

**help [15]** 322/17 366/7 394/20 397/6 422/4 428/10 429/24 433/11 435/16 486/7 486/7 486/14 486/18 497/9 556/3

**helped [2]** 374/21 484/10

**helping [1]** 422/9

**her [9]** 378/13 378/16 378/19 379/2 379/9 381/25 480/17 480/23 542/6

**here [50]** 315/6 316/2 316/13 317/7 318/24 322/9 340/19 341/3 344/15 345/25 351/13 356/1 360/2 360/3 367/22 371/9 383/8 392/18 393/19 395/21 395/21 397/15 398/5 402/13 402/17 403/11 414/20 416/20 422/6 425/18 429/9 432/4 433/23 433/25 435/2 452/2 450/3 450/6 453/22 454/6 454/7 462/1 486/21 486/23 512/2 536/9 537/25 542/1 556/19 561/21

**hero [1]** 533/12

**high [5]** 452/1 488/20 488/22 488/25 489/1

**hill [3]** 391/14 413/14 458/11

**Hillary [1]** 477/22

**him [89]** 328/2 328/4 328/18 330/9 330/11 330/17 330/18 330/22 331/2 331/15 331/16 331/18 332/12 332/24 333/8 334/5 334/8 339/12 342/17 343/15 343/17 346/4 346/24 347/3 356/7 356/23 357/4 358/13 362/20 368/22 373/6 383/25 384/6 384/20 384/22 385/3 385/12 385/15 385/18 386/4 387/12 387/13 387/15 387/22 387/24 409/4 422/4 422/4 422/5 451/19 464/14 476/23 482/4 484/4 484/10 484/11 484/12 484/17 484/23 485/2 485/6 486/9 486/12 486/14 486/17 486/18 492/15 492/16 492/21 492/22 494/4 499/8 499/19 502/11 503/2 504/10 504/11 505/4 505/19 505/20 506/12 521/24 522/2 524/11 544/18 547/1 547/7 547/6 547/7

**himself [7]** 385/24 399/7 456/2 461/5 461/14 500/23 547/1

**hinges [2]** 396/22 397/2

**hired [2]** 411/10 411/12

**hiring [1]** 491/6

**his [53]** 350/2 350/18 353/15 333/24 334/2 334/11 335/1 345/5 348/1 361/5 368/12 368/14 370/8 376/10 384/9 387/17 387/25 394/17 398/2 446/20 448/4 448/12 450/7 450/15 456/15 464/12 465/23 466/25 476/16 479/3 479/6 479/19 479/25 480/3 480/11 480/12 481/11 482/12 482/13 483/24 484/5 484/14 484/15 486/16 486/22 493/5 506/16 506/17 507/19 534/12 544/3 547/22 547/23

**history [3]** 483/7 489/10 503/12

**hit [4]** 394/15 398/14 438/19 490/13

**hoax [1]** 506/18

**hold [4]** 413/25 549/17 549/19 550/3

**holding [4]** 368/6 368/14 371/16 550/2

**hole [2]** 491/8 492/5

**holy [1]** 461/23

**home [28]** 390/8 390/23 408/15 428/22 429/2 429/8 443/15 443/17 457/18 465/21 476/5 479/5 482/15 485/13 485/18 491/6 491/12 494/14 495/21 497/24 514/9 514/14 522/16 522/20 523/8 536/24 546/25 556/17

**honestly [1]** 509/18

**honey [4]** 489/19 489/24 490/4 490/5

**Honor [91]** 313/6 313/16 316/6 318/9 322/20 328/9 328/11 335/21 336/13 337/8 337/15 346/12 357/10 365/16 372/12 373/19 374/11 375/2 377/25 378/21 379/14 380/5 381/24 388/10 397/12 398/3 406/2 406/4 410/14 423/17 426/20 427/4 440/20 444/8 446/15 452/7 453/14 459/4 459/13 459/17 464/4 464/16 464/18 464/22 466/5 466/8 466/14 466/19 472/25 473/4 473/13 474/3 480/14 480/16 481/1 482/20 487/2 487/5 487/9 487/13 496/22 501/25 507/1 510/12 511/17 512/23 515/1 515/3 516/4 516/6 521/8 521/15 521/17 543/17 543/19 543/22 544/6 544/13 545/9 547/13 551/4 551/7 551/21 551/24 552/24 553/15 553/24 555/10 557/1 558/3 560/8

**HONORABLE [1]** 310/10

**Hood [1]** 491/23

**hooded [1]** 348/4

**hoodie [1]** 333/3

**hope [1]** 314/1

**hopefully [3]** 428/1 453/21 561/7

**Horn [1]** 445/17

**horrendous [1]** 553/8

**horrible [1]** 408/17

**horrified [2]** 510/4 510/5

**hose [1]** 436/22

**hospitalized [1]** 323/3

**hotdog [1]** 523/22

**hotel [7]** 484/11 486/8 486/9 486/17 497/7 514/7 542/24

**hour [15]** 390/25 413/3 443/18 460/5 506/21 522/14 534/16 535/4 554/4 555/23 556/8 557/8 558/17 559/2 559/2

**hours [12]** 318/7 382/6 382/6 382/6 413/7 447/8 467/16 500/3 511/4 534/4

**hours... [2]** 543/8 557/21
**house [23]** 324/13 324/22 326/10
326/11 326/17 326/24 327/9 327/14
328/22 396/14 401/1 408/5 430/10
431/7 438/20 438/23 443/8 455/20
463/14 482/8 484/25 490/17 523/24
**household [1]** 478/25
**Houses [1]** 467/13
**how [87]** 319/2 319/23 328/4 328/16
328/17 331/14 334/15 335/17 336/7
343/3 343/17 352/1 353/24 355/1
361/4 367/10 369/15 369/25 373/8
374/4 375/10 378/2 378/3 378/9 378/9
378/18 385/25 389/9 399/14 399/19
406/13 411/8 415/11 422/8 428/12
430/24 431/2 431/5 431/22 431/24
438/4 442/20 445/7 449/24 460/13
476/10 477/4 478/2 478/25 479/9
479/14 484/23 485/6 486/4 486/6
488/7 492/4 492/12 493/14 495/8
495/22 496/1 496/14 502/7 502/23
503/19 504/15 505/5 506/15 509/16
510/15 512/2 512/15 517/7 519/12
522/19 540/12 542/23 545/13 546/24
546/24 547/25 556/25 557/6 557/7
558/12 560/24
**however [2]** 330/8 492/6
**huh [3]** 496/9 504/18 516/18
**hullabaloo [1]** 385/4
**hundred [3]** 396/24 400/23 402/4
**hung [1]** 511/4
**hurry [1]** 378/10
**hurt [1]** 536/3
**husband [4]** 486/7 486/10 496/14
496/18
**hyperthermia [1]** 413/3

**I**

**I'd [6]** 323/22 390/10 493/3 534/10
555/17 555/17
**I'll [44]** 314/6 322/20 324/9 327/1
327/7 327/15 337/10 339/23 345/1
346/11 346/22 347/23 350/3 351/1
354/5 354/23 357/10 360/2 365/15
367/18 370/18 372/2 373/3 374/11
380/1 382/2 403/17 425/8 437/23
439/2 454/11 454/17 454/17 466/18
473/13 473/17 502/2 510/13 511/18
515/2 555/4 560/15 560/16 560/18
**I'm [124]** 314/20 316/6 318/9 321/8
325/20 326/15 327/22 331/17 331/22
333/18 343/5 344/2 345/12 346/18
346/24 347/3 349/1 356/24 376/25
378/5 378/11 378/23 378/23 379/6
379/8 379/25 380/20 384/13 385/25
386/17 388/5 389/1 389/10 392/18
397/14 398/5 398/16 401/24 402/7
403/3 403/4 409/1 411/6 412/19
412/20 414/4 420/17 422/7 423/3
423/5 423/19 424/25 425/4 427/25
428/5 430/8 431/12 433/15 435/15
435/22 435/22 436/5 437/20 437/21
441/6 442/7 442/8 445/21 446/3
446/15 452/7 453/21 453/22 454/4
454/17 454/19 454/22 455/7 455/15
455/23 456/7 456/12 457/20 458/16
458/23 459/23 460/21 461/10 462/2
462/17 464/18 464/25 465/4 465/13
475/15 475/24 477/21 478/7 478/20
483/2 485/16 486/1 491/13 494/5
494/5 496/10 498/11 498/23 499/17
499/22 501/12 510/16 531/10 533/20
536/6 536/18 539/11 540/11 545/25
546/24 558/14 558/15 558/15 558/16
**I've [16]** 315/19 335/24 340/18 375/12
407/8 438/4 440/8 445/8 445/23
445/25 463/20 491/3 508/11 523/14
548/11 557/15
**icon [1]** 343/18
**idea [5]** 409/1 482/9 493/8 496/20
528/18
**identification [1]** 467/18
**identified [15]** 328/7 328/13 356/10
358/16 362/23 364/7 367/2 368/25
373/13 395/24 399/7 448/25 449/3
449/4 449/16
**identifies [1]** 331/12
**identify [11]** 328/16 332/24 334/15
337/25 351/23 352/1 360/3 366/11
373/8 386/4 393/2
**identity [2]** 511/6 511/13
**II [1]** 471/12
**III [1]** 468/8
**illegal [7]** 517/21 517/23 517/25
518/13 518/18 539/6 539/21
**illness [1]** 314/12
**image [10]** 333/21 334/3 361/8 387/24
395/25 399/7 449/11 449/12 449/13
449/14
**images [1]** 449/7
**imagine [1]** 404/11
**immediate [4]** 402/20 414/25 433/11
433/13
**immediately [1]** 476/13
**immigration [1]** 534/20
**impact [2]** 400/19 559/20
**impede [1]** 374/18
**impeded [1]** 415/24
**impeding [2]** 374/22 376/16
**imploring [1]** 506/9
**important [3]** 378/8 378/12 478/8
**improvised [1]** 435/21
**inaugural [1]** 420/4
**inaugurated [1]** 376/9
**inauguration [11]** 366/10 375/24
376/2 376/5 376/10 419/21 419/22
419/25 420/3 431/18 431/19
**include [2]** 472/2 472/9
**included [2]** 449/8 449/11
**includes [1]** 449/12
**including [10]** 323/1 323/11 401/1
451/24 467/24 468/2 469/3 469/7
471/20 559/2
**income [1]** 496/8
**incoming [1]** 448/25 449/3
**incorrect [3]** 377/24 380/17 386/21
**incriminating [1]** 462/15
**Independence [2]** 415/1 432/13
**indicate [3]** 372/10 480/2 505/13
**indicated [7]** 337/17 406/20 417/7
478/11 548/10 548/17 556/19
**indicating [5]** 316/22 390/19 393/20
417/3 452/1
**indirectly [1]** 531/22
**individual [24]** 325/15 330/1 341/8
341/12 344/14 346/16 351/9 351/23
361/17 368/2 368/6 368/11 369/5
371/16 419/13 419/15 420/9 420/14
422/3 422/4 450/8 450/9 524/21
539/17
**individual's [1]** 398/7
**individuals [15]** 316/3 329/4 329/24
335/5 359/7 360/22 371/8 400/14
401/5 401/8 402/11 405/24 410/5
425/25 536/9
**indulgence [2]** 516/7 556/11
**influx [1]** 392/3
**information [9]** 381/14 472/2 472/9
480/2 492/6 492/25 495/13 495/22
514/12
**informed [2]** 329/18 543/11
**initial [4]** 321/20 376/14 401/20
432/24
**initially [1]** 319/23
**injured [1]** 322/25
**injuries [1]** 323/3
**Inn [1]** 446/23
**inner [1]** 437/14
**inserts [2]** 336/11 498/2
**inside [56]** 317/13 321/4 329/5 329/9
330/10 335/1 336/6 345/24 346/13
348/22 349/7 350/5 351/5 352/1
352/12 352/25 367/19 381/18 384/4
384/15 386/14 396/25 400/9 401/17
404/8 405/21 405/24 406/10 406/19
423/13 428/7 428/8 433/1 436/2 436/8
455/2 461/5 461/14 461/17 467/18
469/6 512/20 513/3 513/4 513/8
527/12 527/15 527/20 528/19 529/16
530/3 530/7 533/1 535/18 535/20
535/24
**inspected [1]** 483/20
**inspecting [2]** 489/19 489/24
**instructed [1]** 332/10
**instruction [4]** 313/21 559/5 559/7
559/8
**instructions [11]** 440/8 514/11 546/21
557/8 559/2 559/7 560/18 560/18
560/22 560/24 561/5
**insurrection [1]** 499/1
**integrity [2]** 494/10 502/20
**intelligence [2]** 445/12 445/14
**intelligent [2]** 522/24 523/1
**intended [1]** 374/18
**intensity [1]** 482/13
**intent [2]** 559/20 560/5
**intention [1]** 510/24
**interact [1]** 409/4
**interacted [1]** 328/18
**interaction [1]** 392/14
**interactions [1]** 371/9
**interest [3]** 481/21 535/20 558/3
**interested [4]** 481/9 482/1 492/12
496/3
**interim [1]** 348/16
**interior [1]** 341/22
**internet [9]** 479/23 480/3 491/8 492/5
492/24 493/19 495/13 501/22 553/10
**interrupted [1]** 382/25
**intersection [3]** 390/11 390/18 421/17

# I

**intersections [1]** 421/11
**intimately [1]** 378/7
**intriguing [1]** 492/11
**introduce [4]** 388/25 411/5 427/17
445/4
**introducing [3]** 467/9 468/15 468/24
**investigate [4]** 446/5 446/9 446/11
552/9
**investigated [2]** 445/25 550/10
**investigating [2]** 446/6 446/12
**investigation [11]** 333/14 338/12
447/16 454/12 455/5 460/9 460/10
463/5 465/6 466/2 514/16
**investigations [1]** 445/22
**involved [2]** 412/5 491/7
**involving [1]** 468/11
**irons [1]** 383/11
**is [496]**
**isolated [1]** 515/21
**isolation [1]** 479/4
**issue [1]** 557/9
**issues [3]** 394/15 400/9 480/23
**it [485]**
**it'd [2]** 386/9 390/17
**it's [119]** 314/2 314/3 315/14 315/23
317/11 317/12 317/12 317/13 319/8
322/13 324/5 325/8 325/11 334/19
336/3 338/7 338/8 343/1 356/1 358/22
359/3 360/10 362/6 369/13 371/10
372/5 378/8 378/11 379/18 384/4
384/4 385/23 386/23 389/19 389/20
390/16 390/17 392/10 400/17 404/8
404/9 404/10 407/8 415/1 417/8 418/3
418/3 418/7 420/11 420/11 420/19
421/2 423/11 429/5 434/15 436/2
436/3 440/5 441/16 441/24 442/4
443/8 449/25 450/11 451/22 452/15
457/17 464/2 465/21 465/25 475/1
475/4 475/14 475/14 476/5 478/4
493/6 493/16 493/16 496/18 499/18
500/10 502/10 511/10 511/11 512/6
513/7 513/8 515/20 517/21 517/23
517/25 519/17 521/15 523/16 526/8
535/9 538/5 540/19 540/20 542/19
544/13 544/21 545/2 546/9 547/22
547/25 548/11 553/16 554/4 554/9
554/17 555/18 555/20 556/25 557/5
557/23 558/11 560/14
**item [7]** 334/2 334/10 334/11 336/17
497/19 497/22 497/24
**items [9]** 333/18 335/3 335/18 371/12
401/5 401/9 434/20 497/18 498/13
**its [7]** 350/10 386/19 397/2 473/7
474/2 500/5 558/9
**itself [2]** 408/8 450/18
**IV [1]** 468/18

# J

**jacket [6]** 333/15 352/2 361/5 384/23
386/1 497/18
**jackets [2]** 331/9 331/12
**Jacksonville [1]** 451/25
**Jaclyn [1]** 312/5
**January [112]** 314/23 316/19 322/7
323/2 323/13 324/11 327/20 328/18
331/6 331/24 333/8 334/6 334/25
335/16 338/12 345/7 353/4 353/18
375/20 375/24 376/7 376/12 378/18
380/18 380/21 389/18 390/21 400/7
412/10 412/13 426/10 426/17 428/18
429/1 431/22 441/4 442/20 444/6
446/6 446/7 446/10 446/19 446/24
448/13 448/14 448/15 448/16 448/18
448/19 448/22 449/10 450/13 451/2
451/7 451/13 451/18 451/23 452/1
452/14 452/25 453/1 453/4 453/10
453/25 456/11 459/22 460/19 461/19
463/6 465/4 467/4 467/20 469/3
469/19 469/22 469/25 470/2 470/4
470/7 470/11 470/14 470/18 471/15
471/22 472/16 472/23 477/9 481/22
485/9 486/14 495/19 498/24 516/15
517/4 518/2 518/8 518/13 518/16
518/20 519/21 520/5 520/7 520/17
520/20 520/24 523/15 524/2 545/3
549/10 552/5 552/6 559/16
**January 11th [3]** 448/14 448/16
448/19
**January 14th [1]** 470/11
**January 2017 [1]** 376/12
**January 20th [1]** 375/24
**January 4th [1]** 451/2
**January 6th [11]** 378/18 380/18
380/21 446/24 448/22 451/23 452/1
495/19 518/2 520/5 552/5
**January 7th [2]** 327/20 518/16
**January of [1]** 376/7
**jazzed [1]** 507/17
**Jennifer [4]** 310/13 313/7 466/24
483/2
**jennifer.m.rozzoni [1]** 310/15
**Jersey [2]** 389/22 390/12
**Jim [1]** 326/10
**job [16]** 375/7 406/13 479/3 479/6
479/10 479/11 479/19 489/18 489/25
490/6 491/4 491/15 544/1 544/3
548/17 549/1
**jobs [3]** 483/13 483/15 516/25
**join [1]** 402/22
**joined [1]** 403/1
**joint [8]** 323/11 324/11 324/13 324/21
325/2 374/19 558/4 559/1
**Jones [1]** 311/2
**JUDGE [4]** 310/10 310/11 313/10
558/14
**July [2]** 448/22 449/10
**July 29th [2]** 448/22 449/10
**jump [1]** 378/24
**jurisdiction [1]** 428/10
**juror [5]** 561/11 561/12 561/13 561/13
561/16
**jurors [5]** 314/11 440/11 456/15
543/23 557/14
**jury [118]** 310/9 313/14 313/25 314/7
314/24 315/2 317/8 317/16 318/25
319/11 321/13 325/4 326/22 342/1
346/19 348/9 351/4 352/4 352/11
352/17 354/17 359/12 360/14 362/20
363/18 366/7 366/17 366/24 368/22
370/19 373/6 373/22 374/3 378/7
388/7 388/25 399/4 410/9 411/5 414/9
414/10 415/25 420/18 420/23 421/4
423/20 426/23 427/17 431/15 432/1
433/7 433/21 435/24 436/7 437/12
440/14 440/19 440/21 444/11 445/4
448/2 449/23 450/1 450/25 451/11
451/16 452/12 452/17 452/23 453/23
455/8 456/8 456/18 456/22 457/21
458/3 458/14 459/21 460/1 460/18
462/8 463/20 463/24 464/8 465/1
465/17 466/9 467/6 468/12 468/21
473/9 473/22 473/24 480/17 487/6
489/16 551/22 553/23 554/2 554/11
554/14 555/7 555/8 556/3 556/4
556/14 557/4 557/10 557/14 558/6
558/17 558/20 559/2 559/10 559/11
560/21 561/2 561/7
**jury's [2]** 356/7 553/19
**just [245]** 313/16 313/19 315/19 317/7
318/15 318/19 319/25 320/19 320/25
322/2 324/5 326/4 327/12 329/23
331/4 331/5 331/18 333/19 335/24
336/16 336/24 340/10 342/1 343/23
345/16 348/8 348/13 351/4 352/4
352/11 352/17 354/17 356/6 357/2
357/4 359/6 359/9 359/12 360/3 360/4
360/14 362/4 362/6 365/24 366/7
368/2 368/10 369/14 371/7 372/6
374/4 375/20 378/5 378/18 378/24
380/1 387/5 389/13 389/16 389/20
390/25 391/13 391/17 391/19 392/23
393/2 393/17 394/9 396/16 397/14
398/7 398/8 398/14 398/14 398/14
399/3 399/21 399/22 400/8 400/10
402/1 402/5 402/8 403/12 403/14
404/8 404/10 404/24 405/17 406/9
409/1 412/17 414/9 415/11 415/17
415/19 415/25 416/12 416/14 416/15
416/15 416/16 416/18 416/20 417/1
417/2 417/15 417/17 420/5 420/12
421/12 422/7 422/9 422/9 422/11
423/14 423/19 423/23 424/13 424/14
425/19 425/20 425/25 429/1 430/14
431/25 433/11 435/4 437/7 437/20
439/17 440/3 442/10 443/2 443/6
446/15 448/6 450/21 453/11 453/12
457/19 457/19 458/10 460/7 460/21
461/6 463/4 464/23 465/15 469/18
473/2 475/14 480/7 480/19 481/11
481/23 482/7 484/12 484/21 485/7
491/5 491/6 492/5 492/8 492/8 492/15
492/15 492/19 493/17 493/21 495/9
495/24 497/13 497/15 498/7 499/6
499/16 499/18 500/17 503/11 503/16
503/25 504/14 505/19 505/24 505/25
506/4 508/2 508/2 509/3 509/4 510/1
510/3 511/2 512/5 512/5 513/7 514/1
514/21 515/18 515/19 515/22 516/6
518/5 520/2 523/20 523/25 525/19
525/21 526/6 529/13 529/14 532/20
533/4 533/21 533/21 533/23 533/25
534/7 534/10 535/22 536/2 536/4
536/5 536/14 536/16 537/21 540/5
541/24 542/1 544/3 551/24 552/5
553/13 553/18 554/5 554/14 555/19
556/10 558/6 558/24 559/6 559/8
561/5 561/10

# K

**K-9 [7]** 411/6 411/24 411/25 412/1

**K-9... [3]** 412/21 413/8 415/13
**keep [14]** 320/8 343/20 415/20 420/10
420/12 427/25 488/12 488/23 489/21
492/3 494/19 499/22 540/23 558/9
**keeping [2]** 421/12 421/13
**kennel [2]** 413/2 413/14
**kept [6]** 417/15 472/5 472/12 476/7
524/6 543/7
**Kevlar [1]** 545/7
**key [3]** 342/25 359/18 405/15
**kicked [1]** 398/14
**killed [1]** 455/19
**kind [35]** 317/9 317/12 355/23 356/1
359/20 368/11 371/16 371/17 384/11
389/11 393/7 394/2 394/12 396/24
398/11 404/3 404/9 419/20 420/2
441/24 449/25 475/13 477/23 482/8
490/5 490/5 491/6 491/6 492/25 498/9
508/2 508/6 508/20 511/2 526/15
**kinds [4]** 383/11 490/23 506/2 526/12
**knew [28]** 340/1 350/8 380/8 399/15
406/23 406/25 407/3 484/3 484/4
500/17 500/18 505/1 511/15 518/2
518/3 518/11 518/13 518/16 518/18
526/23 531/17 532/5 532/10 532/13
539/4 539/6 539/18 539/21
**knit [1]** 344/11
**knobs [1]** 334/16
**knocked [1]** 529/3
**know [144]** 320/22 328/17 329/6
334/11 343/4 343/17 348/13 349/2
359/8 360/24 361/4 367/12 371/16
371/17 378/8 378/14 378/14 378/17
378/18 379/4 381/5 381/13 381/17
381/25 383/13 384/25 387/17 388/3
388/5 389/13 389/14 389/16 390/24
391/5 391/12 391/13 391/15 391/18
391/19 392/6 392/7 392/16 392/18
393/11 394/1 394/4 394/16 397/4
397/23 397/24 398/7 398/10 398/21
398/22 398/22 398/24 399/4 399/14
399/17 400/3 400/6 400/13 401/4
401/7 401/10 401/12 401/13 401/16
402/4 402/25 403/21 404/18 405/6
405/9 408/11 409/2 409/6 422/25
431/25 436/9 440/10 441/23 442/3
454/12 455/5 455/11 457/23 463/13
465/6 466/1 477/22 478/9 479/2 479/4
479/9 480/5 481/19 482/6 484/21
484/23 493/1 493/7 494/4 499/1
499/16 500/13 501/8 502/24 504/22
509/3 509/11 509/12 509/18 511/20
512/16 515/18 515/20 515/22 515/25
516/1 520/12 523/14 524/20 544/2
544/2 544/15 544/23 545/14 545/15
547/5 547/6 549/6 550/14 552/11
555/2 556/16 556/20 556/20 556/23
558/6 558/7 558/14 561/11 561/15
**knowing [1]** 557/22
**knowingly [1]** 344/4
**knowledge [7]** 378/15 379/2 379/5
382/1 442/5 505/5 545/18
**known [3]** 380/25 451/14 524/17
**knows [2]** 379/10 435/13

**L-U-C-A-R-I-N-O [1]** 389/4
**labeled [2]** 450/17 467/24
**lack [1]** 507/1
**ladies [1]** 489/16 559/14
**laid [4]** 490/14 490/15 491/1 549/2
**landing [1]** 480/8
**laptop [2]** 461/22 461/22
**large [3]** 335/11 376/2 420/11
**last [15]** 326/13 348/15 389/3 394/2
427/20 445/25 451/10 474/19 476/16
483/19 503/21 512/17 520/15 525/24
543/8
**lastly [1]** 336/23
**late [1]** 368/10
**later [18]** 332/24 333/14 337/13
340/22 365/10 365/20 369/14 369/15
387/24 392/13 416/6 455/3 458/9
460/5 482/9 534/4 540/4 540/19
**laughing [1]** 451/14
**law [39]** 321/10 322/22 322/25 323/2
323/4 323/7 329/10 344/7 345/13
349/9 349/22 365/19 367/19 367/23
371/9 372/4 377/3 380/23 380/25
385/16 387/9 407/3 408/11 413/5
428/15 445/21 469/8 471/21 512/3
512/3 513/22 513/23 531/21 531/25
533/17 538/22 540/7 540/10 548/12
**lawful [1]** 532/13
**lawfully [1]** 323/7
**lawn [7]** 354/13 361/21 362/7 363/13
365/2 365/18 460/12
**lawyer [1]** 540/18
**lead [1]** 316/4
**leading [9]** 353/23 378/24 418/24
422/13 478/15 494/23 496/23 502/1
502/9
**leads [9]** 315/8 340/23 353/12 353/14
417/8 432/11 432/14 446/9 446/12
**learn [4]** 494/19 495/22 515/13 515/24
**learned [2]** 383/1 516/1
**learning [2]** 494/14 494/21
**least [10]** 380/13 381/8 383/21 395/16
448/13 448/15 448/19 477/18 486/14
529/1
**leave [20]** 320/23 330/7 330/11 332/8
332/8 348/19 402/19 417/13 423/2
454/20 464/14 486/6 497/14 512/16
522/21 531/17 532/8 540/13 542/6
555/4
**leaves [1]** 370/15
**leaving [4]** 329/14 431/7 451/8 469/21
**led [3]** 460/13 460/15 490/5
**ledge [1]** 356/21
**left [61]** 319/22 322/5 323/14 333/20
334/20 337/3 345/17 345/18 346/14
348/21 350/12 352/5 354/1 354/8
354/10 355/1 356/10 356/15 358/16
361/19 362/6 362/9 362/23 363/4
365/20 367/3 368/3 392/25 393/4
398/8 398/13 398/20 399/1 399/7
400/1 414/13 414/21 417/10 417/21
418/10 421/7 421/22 425/23 426/8
432/5 435/3 442/23 450/4 471/2 471/5
484/18 498/16 531/6 532/16 535/12
540/14 547/2 550/19 550/20 555/23
556/8

**legacy [1]** 496/17
**legal [2]** 535/5 560/1
**legislative [1]** 467/14
**legitimacy [2]** 377/17 377/23
**lend [1]** 505/4
**less [6]** 404/1 435/16 435/16 435/20
441/24 495/15
**let [75]** 315/19 317/1 317/7 318/7
318/24 319/15 319/21 320/5 320/19
322/2 323/25 324/1 325/14 326/2
326/7 326/13 331/4 334/10 336/23
338/19 338/24 339/4 339/15 340/10
341/3 341/11 342/15 346/6 348/13
348/25 349/12 350/17 350/25 351/16
351/22 354/5 354/16 356/6 356/9
358/10 358/15 362/12 362/22 363/20
364/6 365/24 366/20 367/1 368/2
368/10 368/24 370/22 371/7 372/16
373/12 373/17 382/4 386/17 393/21
395/23 397/15 398/24 399/6 401/19
402/16 404/12 423/19 448/4 453/11
479/7 484/20 505/25 516/2 534/22
558/6
**let's [37]** 327/24 332/14 333/4 338/18
340/7 341/18 342/5 343/6 347/8
350/21 352/20 353/7 354/23 355/19
357/21 359/25 361/7 362/11 363/6
364/15 365/23 369/10 370/18 371/23
397/10 403/2 412/13 454/21 491/9
497/16 504/4 521/22 526/19 527/25
535/8 537/17 538/17
**lethal [6]** 394/22 404/2 435/16 435/20
436/16 441/25
**lettering [1]** 344/12
**letting [2]** 440/10 454/2
**level [2]** 381/23 392/10
**libertarian [2]** 477/24 478/13
**lie [1]** 505/19
**life [2]** 476/8 496/17
**light [4]** 348/4 371/17 385/8 554/9
**light-colored [1]** 348/4
**like [128]** 317/8 317/12 323/5 323/22
336/11 355/23 356/1 356/1 359/21
362/9 363/13 363/13 379/15 379/15
390/10 392/2 392/10 392/11 393/5
402/14 403/10 403/12 404/11 405/19
407/14 407/21 407/24 408/23 416/10
418/23 421/14 424/19 424/21 425/2
426/17 431/7 435/14 441/24 441/24
442/5 442/7 442/14 443/3 444/5 448/5
483/17 489/4 489/22 491/2 491/3
491/4 491/20 491/22 491/23 491/25
492/8 492/10 492/15 492/15 492/17
492/19 492/19 493/3 493/3 493/4
493/6 493/16 493/17 493/21 493/21
493/22 493/22 494/11 494/23 494/24
495/10 496/17 497/14 498/7 502/24
503/11 503/12 503/15 503/15 504/13
504/22 504/24 505/7 505/20 506/5
506/16 506/16 506/18 506/22 506/23
507/7 507/19 507/24 508/1 508/6
509/5 509/19 509/23 510/2 510/10
510/11 510/25 512/8 512/13 513/24
514/2 515/14 515/21 515/21 515/25
515/25 524/5 527/2 527/8 531/12 534/10

**L**

**like... [8]** 536/10 539/1 540/1 543/3 543/7 543/8 551/20 557/15
**like-minded [3]** 407/21 503/15 504/13
**likely [2]** 402/10 403/19
**limit [1]** 380/3
**limited [3]** 480/18 490/22 559/19
**limiting [1]** 559/5
**line [24]** 314/1 314/5 386/7 392/23 392/25 393/7 393/8 394/2 394/5 402/9 402/22 403/1 403/13 416/22 416/24 417/14 417/25 418/1 418/9 418/10 420/10 432/5 434/11 458/7
**lined [1]** 391/21
**lines [2]** 339/19 465/20
**links [1]** 481/7
**liquor [2]** 346/14 531/7
**list [1]** 340/12
**listed [5]** 340/11 363/8 467/10 468/16 468/25
**listen [3]** 481/9 504/1 554/4
**listened [4]** 393/11 512/3 518/21 519/3
**listening [1]** 500/13
**literally [1]** 434/8
**litigator [1]** 556/23
**little [27]** 323/22 330/16 331/1 342/11 362/10 369/14 391/4 392/13 398/12 402/16 403/13 403/14 403/23 404/16 424/4 437/22 439/8 442/6 453/21 475/1 478/4 484/12 491/23 511/25 525/7 533/1 538/5
**live [4]** 429/4 429/5 430/7 490/17
**lived [1]** 477/17
**living [5]** 430/3 477/11 488/18 490/9 490/16
**LLC [1]** 472/8
**LMAO [3]** 451/13 451/13 454/1
**lobby [1]** 455/19
**locate [7]** 332/12 354/3 383/25 384/5 384/18 384/20 384/22
**located [9]** 352/13 359/22 395/19 443/7 467/11 472/17 474/25 476/4 476/5
**location [15]** 318/6 319/5 321/20 329/24 336/20 339/18 342/3 347/15 348/21 402/19 402/20 419/8 472/20 512/17 543/2
**lock [3]** 316/3 438/18 438/19
**lock-down [1]** 438/18
**locked [3]** 329/8 438/23 438/24
**locks [1]** 359/17
**LOL [1]** 462/16
**long [25]** 319/2 343/3 355/1 374/5 375/10 378/18 389/9 406/13 411/8 421/10 428/12 431/2 431/5 442/20 445/7 477/4 479/9 479/17 522/12 534/14 534/16 535/4 556/24 557/6 557/7
**longer [6]** 369/21 370/2 522/14 538/14 538/15 559/1
**Longworth [4]** 432/4 432/10 432/11 432/16
**look [46]** 326/23 332/14 333/4 338/18 340/7 341/18 342/5 343/6 347/8 350/21 352/20 353/7 353/24 354/23 355/19 357/21 359/25 360/6 361/7

352/11 363/6 364/15 369/10 369/24 371/23 397/10 397/15 403/2 412/2 421/17 423/5 423/19 424/18 424/21 450/3 450/16 455/23 458/2 491/20 492/1 515/8 527/25 535/8 537/18 538/17 539/8
**looked [8]** 395/4 425/2 431/22 431/24 441/6 495/10 501/2 520/16
**looking [29]** 317/14 317/18 351/4 352/10 392/24 393/14 398/11 402/8 414/11 421/6 421/10 442/10 451/4 452/16 452/22 457/3 458/2 458/13 458/19 459/25 462/7 462/12 462/19 462/22 486/5 491/22 492/10 509/16 528/5
**looks [9]** 343/9 346/8 403/10 403/12 441/24 442/5 442/6 442/14 442/16
**looted [1]** 529/24
**lose [5]** 356/23 494/5 507/7 549/1 555/17
**loses [2]** 479/19 502/10
**losing [1]** 489/17
**loss [2]** 544/1 544/3
**lost [9]** 331/2 331/15 335/17 336/21 355/17 479/3 479/6 548/17 561/11
**lot [28]** 371/10 384/19 389/16 391/13 391/17 391/18 391/19 392/5 394/14 394/15 432/10 435/10 435/14 479/18 479/23 479/23 479/24 480/5 492/9 497/13 509/10 513/14 519/12 534/10 534/16 534/18 535/2 554/17
**lots [1]** 432/9
**loud [6]** 342/22 343/1 394/9 404/6 404/7 527/2
**louder [1]** 439/8
**love [1]** 507/12
**Love's [1]** 483/17
**loved [2]** 485/22 525/23
**lower [25]** 317/10 318/5 320/4 356/10 362/23 365/13 366/17 366/19 366/21 367/2 368/25 369/13 370/25 372/5 372/9 373/13 374/4 374/8 394/3 418/24 419/1 419/6 419/8 471/19 539/3
**Lucarino [8]** 312/8 388/14 388/16 389/1 389/7 397/14 406/7 409/21
**lunch [7]** 440/6 440/12 441/2 523/20 524/1 524/4 557/18
**luncheon [1]** 440/16
**Lyon [111]** 330/2 330/3 330/13 330/16 331/6 332/1 332/6 332/8 332/19 332/23 334/25 339/9 341/4 341/5 341/6 342/9 347/19 348/1 348/2 348/3 348/7 349/3 349/16 350/12 350/15 354/1 354/8 354/10 354/12 354/18 355/21 356/5 356/10 356/14 357/2 357/4 357/7 361/22 361/25 362/15 363/3 363/6 363/25 364/7 365/6 365/17 446/20 446/22 446/22 446/25 447/2 448/3 449/4 450/7 450/14 450/18 451/2 451/3 451/6 451/7 451/12 451/17 452/13 452/24 453/3 453/9 453/24 454/8 454/16 454/18 454/21 455/1 455/9 455/11 455/25 456/1 456/6 456/10 457/8 457/9 457/15 458/5 458/15 458/16 458/20 459/1 459/9 459/22 460/3 460/5 460/12

460/19 461/4 462/8 462/14 462/21 465/3 465/18 469/3 469/8 469/12 469/14 469/21 470/2 470/6 482/4 484/21 485/9 498/16 542/15 549/25 543/3 455/22 470/2
**Lyon's [6]** 446/21 447/25 448/14 450/3 455/22 470/2

**M**

**ma'am [41]** 380/20 412/9 427/11 427/24 428/2 428/17 428/25 429/3 430/18 431/14 431/21 431/23 432/19 432/22 433/10 433/18 434/10 434/13 435/6 435/25 436/12 436/18 437/9 437/11 437/15 438/13 439/13 439/23 441/5 441/9 441/14 441/22 442/11 442/19 443/22 443/25 444/3 444/7 474/5 483/5 484/2
**machine [1]** 311/7
**made [19]** 367/23 385/23 386/4 396/5 418/9 430/19 472/3 472/5 472/11 472/12 484/17 486/8 486/9 501/5 517/9 521/21 525/22 554/12 559/16
**magnet [2]** 438/25 439/1
**maintain [2]** 318/7 512/3
**major [1]** 451/24
**make [33]** 333/19 340/10 359/12 365/24 386/11 402/16 403/15 407/24 418/1 433/1 434/19 435/11 473/13 478/6 491/24 496/14 500/9 502/16 502/23 503/10 503/19 505/6 506/15 507/8 507/18 520/1 533/5 534/7 536/3 540/5 553/13 558/18 560/1
**makes [2]** 356/15 363/4
**making [4]** 425/21 492/13 497/5 510/9
**male [1]** 496/16
**Mall [1]** 409/22
**man [2]** 496/14 537/14
**manager [1]** 475/22
**Manassas [1]** 446/4
**many [7]** 369/25 380/13 382/9 389/14 401/11 422/8 479/3
**map [16]** 317/20 319/10 341/21 341/25 342/1 342/3 352/13 352/18 360/5 362/4 390/17 393/3 393/14 395/22 433/18 467/24
**maps [1]** 452/21
**march [11]** 479/3 479/6 479/7 479/19 482/15 490/15 504/2 504/6 504/19 548/21 548/22
**March 17th [1]** 490/15
**marched [1]** 379/23
**Marcus [4]** 312/13 427/5 427/7 427/18
**Marie [3]** 312/18 474/8 474/20
**mark [77]** 314/22 315/12 315/20 316/2 316/12 317/3 317/7 318/24 320/2 320/5 320/15 320/19 322/2 322/14 325/14 325/21 326/2 326/7 327/1 327/7 327/13 327/17 338/24 339/6 339/15 340/18 341/3 342/15 342/22 343/24 345/13 345/22 346/6 346/22 348/25 349/1 349/12 349/15 349/23 350/25 351/22 352/5 356/6 358/10 358/20 359/6 359/12 362/13 362/24 364/8 366/20 367/18 368/19 369/1 369/5 370/22 370/24 371/15 372/2 372/3 372/8 372/16 373/3 397/15

mark... **[13]** 398/5 398/6 399/8 403/4 403/5 404/12 414/18 414/18 420/23 433/21 434/24 470/5 506/22

marked **[21]** 414/4 414/21 420/17 423/6 423/7 424/25 425/4 431/12 432/15 432/16 433/16 435/4 435/23 436/6 437/21 441/7 442/8 447/19 448/9 456/4 458/23

markings **[1]** 398/2

marriage **[1]** 491/17

married **[12]** 474/21 475/8 477/5 477/9 478/21 488/17 489/14 496/12 515/19 516/19 523/6 537/14

marry **[1]** 477/8

Maryland **[5]** 413/6 429/5 446/21 498/19 499/9

mask **[8]** 328/6 389/8 405/7 412/19 427/16 456/15 474/17 488/3

massive **[1]** 452/19

materials **[1]** 475/25

matter **[5]** 313/2 328/8 375/8 383/13 548/12

matters **[3]** 445/16 446/6 560/13

may **[17]** 314/9 314/17 373/24 373/24 410/22 467/6 468/12 468/21 473/11 474/1 474/2 482/20 487/20 515/10 547/24 560/3 560/8

maybe **[12]** 331/20 393/2 429/13 462/15 477/15 477/18 479/11 494/8 522/14 542/20 557/16 558/8

Mayor **[1]** 318/11

McCarthy's **[1]** 396/15

McGovern **[1]** 326/10

me **[114]** 313/7 315/19 317/7 318/24 319/21 320/5 320/19 322/2 323/25 324/1 325/14 326/2 326/7 326/13 330/20 330/25 331/4 331/19 334/10 336/23 338/19 338/24 339/15 340/10 341/3 342/15 346/6 348/13 348/25 349/12 350/17 350/18 350/25 351/16 351/22 354/5 354/16 356/6 358/10 362/12 365/24 366/20 368/2 368/10 370/22 371/7 372/16 373/17 375/10 377/11 381/7 382/4 386/17 390/25 392/16 393/1 395/6 396/13 398/24 399/1 400/11 401/19 402/16 404/12 424/12 429/11 432/14 440/10 449/17 453/10 453/11 454/17 458/25 464/22 465/8 478/8 478/8 481/7 481/8 481/11 484/21 490/5 491/25 493/18 493/23 505/25 509/6 510/4 513/25 513/25 514/25 516/3 517/19 525/16 530/2 534/22 535/4 542/13 542/14 545/22 546/6 547/13 551/4 553/21 553/22 554/11 555/3 555/6 559/6

mean **[55]** 378/10 378/24 379/1 379/1 379/7 384/4 385/25 391/3 391/25 393/4 393/17 396/17 397/3 402/3 405/5 405/18 416/18 429/21 432/20 463/16 478/4 481/10 481/11 491/3 491/3 492/8 492/13 493/3 493/9 493/16 493/16 494/4 494/21 494/23 497/13 500/12 505/7 505/9 505/17 505/18 506/19 509/2 509/18 509/22 510/16 513/14 515/25 522/21 525/18

544/2 544/17 544/7 555/1 555/2 555/4 555/4 555/7 556/10

means **[2]** 450/11 454/18

measures **[1]** 315/17

media **[2]** 505/14 553/10

medical **[23]** 394/15 395/1 395/11

medieval **[1]** 536/11

meet **[5]** 329/20 355/24 476/10 485/6 560/16

meeting **[2]** 324/14 467/13

member **[5]** 330/24 331/17 377/3 385/16 386/8

members **[14]** 321/11 324/13 329/8 380/16 385/9 389/17 392/19 399/3 405/22 408/5 419/12 467/21 467/22 532/1

memorable **[1]** 439/11

men **[1]** 332/1

mentality **[4]** 492/5 494/3 507/20 515/14

mention **[1]** 500/9

mentioned **[14]** 333/23 334/1 360/17 390/11 399/22 400/3 403/12 414/15 426/4 446/5 457/8 483/24 486/7 518/20

merchandising **[1]** 475/20

message **[32]** 429/14 429/16 429/19 449/10 449/13 449/15 449/16 449/17 449/24 449/25 450/5 450/6 450/12 450/14 450/18 451/1 451/5 455/7 455/24 456/1 457/22 458/9 458/13 458/15 462/4 462/7 462/12 465/3 494/19 505/11 505/25 512/17

messages **[22]** 429/15 429/17 429/18 447/24 447/25 448/5 448/5 448/7 448/21 448/25 449/1 449/1 449/3 449/4 449/5 449/8 449/21 449/21 449/25 458/4 493/24 553/10

messaging **[11]** 451/6 451/17 452/13 452/24 453/9 454/9 454/18 455/1 455/9 460/3 465/18

met **[7]** 327/18 361/22 413/23 476/23 483/4 489/11 514/24

metal **[1]** 358/17

Metro **[6]** 323/6 404/22 422/7 458/6 485/25 486/2

Metropolitan **[6]** 323/6 404/22 404/24 405/1 429/22 441/17

Mexico **[1]** 310/14

Michael **[1]** 324/24

microphone **[1]** 439/9

mid **[1]** 390/22

mid-morning **[1]** 390/22

middle **[4]** 317/3 441/21 443/4 443/8

midnight **[1]** 428/6

might **[9]** 462/16 466/2 498/13 501/9 514/15 526/15 526/16 547/18 552/16

mile **[1]** 458/10

miles **[2]** 429/5 430/8

military **[3]** 392/6 392/7 392/7

million **[1]** 451/23

mind **[3]** 378/4 378/20 505/5

minded **[3]** 407/21 503/15 504/13

mindset **[1]** 493/14

minimize **[1]** 363/8

minor **[1]** 561/6

minute **[27]** 314/22 315/19 322/2 327/7 327/13 327/16 346/6 348/25

349/1 349/15 349/23 358/10 359/6 371/15 375/18 403/4 403/5 404/12 425/18 439/20 456/17 473/18 497/16 506/21 550/23 553/25 556/12

minutes **[23]** 319/4 321/16 347/14 348/23 362/15 369/17 372/25 403/21 431/4 431/10 442/22 457/25 458/9 462/10 465/25 475/2 532/16 538/12 538/15 555/10 555/15 556/8 559/3

misbehavior **[1]** 409/10

misinformation **[1]** 492/6

mislead **[1]** 551/11

misled **[5]** 547/12 547/12 551/2 551/17 552/6

miss **[3]** 388/9 487/8 527/5

mistaken **[1]** 558/25

Mitchell **[2]** 450/8 450/18

mix **[1]** 480/9

MMS **[2]** 448/21 449/8

mob **[5]** 385/10 386/18 407/19 409/10 515/14

mode **[1]** 438/18

moderate **[1]** 477/24

mom **[1]** 488/17

moment **[11]** 425/8 437/21 454/11 456/14 459/2 464/9 464/22 465/13 474/6 516/6 536/18

Monday **[1]** 556/19

money **[1]** 491/25

monitoring **[1]** 378/22

months **[2]** 496/7 502/9

monument **[15]** 379/3 379/23 380/14 383/4 463/15 463/16 463/17 469/2 499/15 499/18 499/20 499/23 503/6 503/8 525/10

monuments **[1]** 503/5

moon **[1]** 480/8

more **[37]** 342/11 351/13 353/22 392/2 392/3 392/3 392/21 392/21 402/16 402/22 402/24 403/13 403/14 407/12 407/12 409/23 415/23 426/1 435/20 436/15 440/3 463/4 465/15 477/23 478/12 480/9 487/3 495/15 495/17 502/20 503/19 503/25 503/25 503/25 511/1 526/6 554/6

morning **[41]** 313/6 313/9 313/10 313/13 314/9 314/10 375/5 375/6 383/8 388/23 388/24 390/22 390/24 391/11 392/1 406/7 406/8 411/3 411/4 413/8 413/17 413/23 415/10 415/11 416/6 416/7 416/9 417/14 426/5 428/22 429/2 443/11 443/16 444/2 446/24 451/8 517/4 520/20 555/14 555/16 560/14

most **[9]** 400/24 402/10 403/19 407/14 434/6 473/16 479/4 489/4 491/24

mostly **[1]** 479/5

motion **[3]** 473/14 473/17 473/17

mouth **[1]** 394/17

move **[8]** 407/9 412/13 425/8 451/20 456/12 459/4 477/12 492/25

moved **[8]** 378/9 381/3 383/3 393/7 477/14 477/15 477/15 488/10

moves **[1]** 521/9

moving **[15]** 402/9 422/11 450/24 451/15 452/11 453/7 454/24 459/11 459/20 460/17 513/16 525/25 533/21

**moving... [2]** 533/23 558/9
**MPD [3]** 428/10 441/16 442/14
**Mr [202]** 312/5 312/6 312/6 312/8
312/9 312/9 312/18 312/20 312/21
328/13 328/17 329/23 330/2 330/8
330/13 330/13 330/16 330/16 330/20
330/21 330/25 331/6 331/6 331/15
332/19 332/23 333/6 333/7 333/13
334/25 335/13 335/17 336/22 337/3
337/10 337/12 339/5 339/9 341/4
341/4 341/5 341/6 342/9 342/16 343/4
343/23 345/21 345/25 346/22 347/19
348/22 349/3 349/3 349/16 349/16
349/20 350/19 354/1 354/1 354/17
355/7 355/9 355/21 356/5 356/14
357/2 357/4 357/7 358/5 361/19
361/22 361/25 362/15 363/2 363/3
363/16 363/16 363/23 363/25 364/7
364/13 365/6 365/6 367/6 381/19
383/7 388/3 406/9 406/20 409/2 448/3
450/3 450/7 450/14 451/2 451/2 451/6
451/6 451/7 451/12 451/12 451/17
451/17 452/13 452/13 453/3 453/3
453/9 453/24 453/24 454/1 454/3
454/8 454/9 454/18 454/18 454/20
454/21 454/21 455/1 455/1 455/2
455/4 455/9 455/9 455/11 455/12
455/22 455/24 455/25 455/25 456/1
456/5 456/5 456/10 456/10 457/5
457/8 457/9 457/10 457/15 457/15
457/23 458/5 458/5 458/15 458/15
458/16 458/20 458/20 459/1 459/22
459/22 459/23 460/3 460/3 460/4
460/5 460/12 460/12 460/15 460/19
460/19 461/4 461/4 462/9 462/9
462/14 462/14 462/20 462/20 462/24
463/1 464/12 464/17 465/3 465/3
465/7 465/18 465/18 465/23 466/19
477/19 480/17 482/4 483/4 483/6
484/21 485/9 485/9 498/16 521/21
522/23 523/24 525/16 525/22 535/10
539/17 547/11 549/25 550/5 552/4
**Mr. [7]** 328/8 333/20 345/23 347/15
354/18 385/23 463/25
**Mr. Donald [1]** 463/25
**Mr. Lyon [1]** 354/18
**Mr. Thompson [4]** 328/8 345/23
347/15 385/23
**Mr. Thompson's [1]** 333/20
**Mrs [4]** 455/13 462/14 462/21 465/18
**Ms [6]** 312/11 312/13 312/15 312/19
328/16 460/7
**much [15]** 369/15 370/16 378/11
395/20 399/15 404/16 419/5 425/24
446/8 453/25 478/2 478/6 479/5
537/23 555/23
**multiple [7]** 336/4 394/8 405/6 405/9
429/15 429/16 500/2
**munitions [1]** 372/19
**Muriel [1]** 318/12
**music [1]** 498/8
**Muskingum [1]** 475/17
**mutual [1]** 476/12
**my [59]** 329/1 330/12 331/9 332/20
376/13 376/24 386/13 386/15 386/22
389/10 391/5 392/17 400/11 402/8

402/16 405/7 406/14 411/6 411/14
412/2 415/4 416/24 427/18 430/3
430/7 430/9 430/10 431/1 431/7 432/1
442/5 445/5 445/13 445/22 451/14
460/10 462/16 464/12 474/20 475/8
477/16 478/1 480/5 483/2 485/21
486/24 496/17 510/17 514/13 515/20
516/2 528/13 543/3 545/9 545/17
553/16 557/8 559/6 560/21
**myself [22]** 329/13 381/2 390/25 391/2
395/5 397/24 416/10 418/24 419/5
421/13 430/14 430/15 436/25 437/1
437/2 437/3 437/4 482/8 512/6 515/7
515/22 517/9

**N**

**N.W [1]** 311/3
**name [9]** 389/3 411/6 427/18 427/20
445/5 474/18 474/19 474/20 483/2
**named [6]** 449/1 449/3 449/14 449/16
450/8 521/4
**names [1]** 313/4
**Nancy [1]** 327/14
**National [1]** 409/22
**nature [3]** 392/8 401/3 482/14
**near [14]** 335/14 354/10 357/13
357/18 380/14 397/8 453/19 458/16
469/2 472/3 472/11 472/16 506/8
525/9
**nearby [2]** 475/5 536/14
**nearly [2]** 322/24 462/1
**necessarily [2]** 317/13 547/5
**neck [1]** 344/13
**need [12]** 313/20 430/1 433/11 454/9
456/14 458/6 526/2 554/3 556/10
560/13 561/5 561/6
**needed [3]** 329/16 429/24 492/16
**needing [1]** 561/18
**Neither [4]** 467/8 468/14 468/23
559/24
**neon [1]** 386/2
**never [7]** 385/20 501/13 501/15
501/17 510/16 523/14 545/8
**new [11]** 310/14 389/22 390/12 477/9
479/20 494/22 500/15 500/17 520/7
520/8 520/20
**newly [2]** 496/12 515/19
**news [5]** 482/7 493/21 505/14 505/16
505/17
**next [37]** 314/23 315/12 316/12 317/22
318/25 321/13 326/22 328/22 329/3
329/5 330/5 330/9 334/8 354/13
363/13 388/12 391/6 394/25 403/20
410/13 418/21 420/9 421/9 422/6
427/3 443/16 443/19 444/16 462/25
466/13 478/1 487/11 495/1 524/8
527/14 535/14 535/15
**nice [3]** 440/12 489/1 560/25
**night [17]** 328/18 333/8 334/6 334/25
387/12 387/13 387/22 408/15 426/9
428/20 429/6 443/23 494/20 498/25
499/9 534/4 540/4
**nightmare [1]** 408/12
**nine [13]** 341/3 351/22 352/5 366/15
366/16 366/19 469/5 470/12 496/7
506/21 556/9 560/16 561/7
**no [176]** 310/4 313/15 316/4 335/6

340/8 344/20 351/12 353/25 359/3
361/18 365/8 367/24 377/4 376/6
376/24 380/4 380/24 382/13 385/11
385/14 385/17 385/21 385/23 387/8
387/11 387/14 387/19 387/23 388/6
388/8 395/5 395/13 401/6 401/22
402/9 404/4 404/6 404/6 404/20
405/21 406/1 406/11 406/17 406/19
407/8 408/2 408/20 409/5 410/7
410/10 419/16 422/19 424/24 426/18
426/19 426/22 426/24 428/17 433/13
436/15 437/19 440/20 443/14 444/7
444/10 444/12 464/7 464/16 464/18
466/8 466/10 477/21 479/21 484/17
485/5 487/2 487/5 487/7 491/5 491/15
495/20 497/21 497/23 498/1 500/20
503/15 503/22 508/12 508/13 508/14
508/15 508/16 508/17 508/18 508/20
510/21 511/7 511/14 511/23 512/13
512/13 513/3 513/5 513/20 514/21
517/8 517/16 518/7 518/10 519/5
519/6 519/22 520/22 521/10 521/12
522/1 522/4 524/5 524/10 524/11
524/16 525/1 525/19 525/22 527/17
527/24 528/18 528/21 529/9 529/21
530/17 530/18 530/25 533/14 533/19
533/20 533/21 534/7 534/21 535/20
535/20 536/4 536/25 537/2 537/3
537/7 537/11 538/9 538/25 539/2
540/9 540/22 540/23 541/9 541/18
541/21 542/9 542/16 543/14 543/21
544/8 544/17 544/17 544/19 545/4
547/4 547/14 549/8 549/11 549/16
549/22 550/17 550/19 551/23 552/18
552/25
**nobody [5]** 423/1 435/12 517/7 517/15
536/3
**noise [2]** 342/23 522/3
**non [2]** 436/16 545/7
**non-lethal [1]** 436/16
**non-plate [1]** 545/7
**none [6]** 385/8 498/10 498/12 520/7
520/8 520/20
**nonlethal [3]** 394/22 394/23 394/23
**normal [11]** 392/5 400/17 407/4
424/21 428/18 443/23 491/9 498/13
527/7 527/10 527/11
**normally [9]** 326/20 329/6 353/24
390/7 391/13 391/14 426/5 431/2
517/10
**north [66]** 322/6 333/11 354/10 354/13
354/21 355/8 355/23 356/16 356/22
357/13 357/14 357/18 358/4 360/3
360/11 361/19 361/21 362/7 363/5
363/13 365/2 365/18 394/11 407/16
414/10 414/11 417/25 418/3 418/6
419/1 419/6 421/4 421/6 421/18
421/21 433/6 433/7 434/2 434/4
434/15 434/19 435/7 435/8 435/25
436/1 436/8 441/3 441/11 442/21
442/23 442/25 443/3 443/4 453/19
454/3 456/2 456/6 457/25 466/3
469/24 471/14 475/1 475/2 535/23
537/19 537/21
**northeast [1]** 421/2
**northwest [16]** 332/2 344/5 346/15
348/1 350/13 354/9 389/23 393/7

**N**

northwest... [8] 414/3 415/16 417/7 418/7 467/12 469/6 469/18 469/22

not [152] 313/19 313/20 318/7 323/13 329/18 329/21 329/22 331/17 335/10 340/14 343/5 344/6 344/15 346/24 347/3 348/9 349/6 359/3 363/8 376/3 376/19 376/24 378/11 380/21 380/23 380/25 381/2 381/18 383/25 384/5 384/12 384/18 384/19 384/22 385/2 387/8 387/11 387/23 390/9 398/17 400/13 400/16 400/17 400/22 401/6 402/6 402/7 404/6 404/20 405/21 405/25 407/4 407/8 407/19 409/3 409/8 412/19 413/11 416/14 416/14 419/16 422/7 422/19 422/25 429/25 431/9 437/18 442/7 443/12 443/14 445/10 449/21 452/20 459/2 459/11 459/13 459/14 462/11 463/20 464/16 477/21 478/5 478/7 479/21 480/22 481/23 481/25 482/2 484/5 484/9 484/17 484/18 485/21 485/22 494/5 496/16 496/17 497/13 498/4 499/3 500/17 500/21 502/10 504/22 506/12 506/23 507/21 510/16 514/13 515/20 515/25 517/2 518/7 523/9 524/20 528/14 529/20 530/16 531/22 533/9 533/20 535/4 535/24 540/21 540/22 541/19 542/10 543/14 546/3 546/8 546/9 546/14 546/16 546/18 547/13 548/10 548/11 548/12 548/16 548/15 549/4 551/13 551/14 552/7 552/24 554/17 555/17 555/19 556/17 558/16 558/17 559/23

notable [2] 333/14 353/16

nothing [10] 386/25 408/23 410/8 433/5 433/8 434/1 482/18 511/13 527/9 527/11 552/19 553/16

notice [6] 380/24 385/7 387/21 391/9 391/23 451/8

noticed [4] 391/12 391/16 406/21 460/14

notion [5] 495/4 501/21 553/6 554/1 554/17

notions [1] 503/9

notwithstanding [2] 519/9 522/6

November [5] 324/17 377/21 482/16 494/13 519/21

now [82] 315/12 317/18 319/11 319/25 320/2 320/14 321/13 323/22 324/9 325/4 325/15 326/13 327/15 327/24 333/4 336/25 340/7 340/16 341/16 341/25 342/5 344/18 345/1 348/13 349/5 349/22 350/21 355/19 356/24 358/11 358/20 359/6 359/12 360/6 361/14 361/23 369/24 371/23 372/7 383/7 385/22 387/5 400/13 402/5 402/6 403/2 404/12 408/10 412/7 426/13 431/25 442/15 443/10 458/24 473/18 475/24 476/6 483/24 484/10 486/7 490/17 492/10 501/8 509/10 510/6 515/8 518/20 520/23 528/5 533/4 535/5 537/18 539/8 540/3 543/9 550/14 554/14 555/18 555/24 559/7 559/16 560/14

nowhere [4] 383/21 384/10 385/12 385/15

**number [45]** 313/3 329/7 329/8 342/2 342/3 352/14 352/16 352/19 354/19 360/5 362/6 366/15 366/16 366/19 421/17 422/12 422/15 448/11 448/14 448/17 450/24 451/4 451/10 451/15 452/11 452/22 453/7 455/7 455/17 456/7 457/5 458/13 458/19 459/20 460/17 461/7 462/19 465/1 465/16 466/20 472/3 483/13 514/21 561/12 561/13

numbers [1] 459/25

numeral [1] 468/8 468/18 471/12

numerous [1] 516/25

**O**

o'clock [12] 320/25 415/18 426/9 429/13 534/3 535/23 540/4 541/15 557/11 557/19 560/15 560/16

O'Neill [32] 312/5 314/20 319/22 323/22 325/7 326/13 327/12 327/24 328/16 332/14 335/24 336/16 336/23 337/2 337/21 340/19 343/21 345/12 347/10 357/21 358/20 359/25 364/11 366/5 369/12 374/3 375/5 380/8 387/4 401/11 513/17 542/3

oath [1] 533/6

Obama [3] 376/1 376/15 477/22

Obama's [2] 375/21 406/15

object [3] 358/21 371/17 379/24

objecting [1] 379/12

objection [30] 324/24 376/21 377/25 379/9 380/4 381/24 382/2 464/15 480/14 481/12 496/22 497/18 501/25 507/1 510/12 510/13 511/17 511/18 512/23 515/1 521/10 544/9 544/11 544/14 544/18 544/19 545/4 547/12 547/14 551/7

obligated [1] 505/8

obligatory [1] 473/14

observations [1] 482/12

observe [3] 419/7 529/13 529/14

observed [2] 407/5 409/9

observer [3] 511/2 536/5 536/15

observing [1] 536/4

obstruct [1] 374/18

obstructing [2] 374/22 376/17

obtain [2] 475/21 479/20

obtained [2] 545/13 546/25

obviating [1] 554/3

obviously [5] 375/7 385/23 438/6 480/19 515/25

OC [3] 404/3 405/3 441/24

occasionally [2] 326/19 359/21

occur [2] 314/4 326/14

occurred [8] 360/4 360/15 367/13 379/10 384/19 385/4 440/11 446/7

occurring [4] 372/24 380/9 380/22 386/13

October [2] 411/10 419/23

odd [3] 391/13 391/17

off [45] 314/6 334/16 342/25 344/21 344/24 359/19 370/25 374/8 383/24 384/6 391/5 395/22 396/22 397/2 420/12 424/19 425/22 426/6 427/16 432/6 437/4 438/14 443/11 448/5 451/14 454/19 458/7 474/17 477/1 482/11 483/18 490/14 490/15 491/1

**510/18 527/8 530/19 533/16 534/4 537/1 537/3 540/24 540/25 543/7 549/2**

offenses [1] 559/21

office [80] 310/13 310/17 316/17 316/20 328/22 332/5 337/12 340/24 343/11 343/25 345/5 345/6 345/24 346/10 346/13 348/3 348/12 348/23 349/4 349/7 349/19 350/5 352/15 353/1 353/3 353/10 353/13 353/22 395/24 396/15 396/20 397/8 397/21 399/14 399/17 399/23 399/24 399/25 400/1 401/1 423/11 424/15 424/17 424/18 424/20 424/21 424/23 425/1 425/2 425/6 425/10 446/3 446/9 461/5 461/15 461/18 470/10 470/13 470/15 470/17 476/5 477/23 478/12 502/6 509/16 512/20 513/8 528/9 528/23 528/25 529/17 529/22 529/24 530/4 530/7 530/20 532/17 533/2 533/7 534/1

officer [44] 312/8 312/13 325/23 345/18 361/17 375/17 388/14 388/16 389/1 389/7 389/14 389/15 394/8 395/16 397/14 399/15 399/18 400/12 406/7 409/21 410/15 410/17 419/15 419/16 420/2 422/3 423/5 427/5 427/7 427/18 427/23 437/20 438/2 438/12 438/18 439/5 439/17 440/3 441/2 444/4 444/17 468/6 513/9 513/17

officers [94] 315/7 316/15 318/3 318/5 318/6 320/8 320/16 320/22 320/23 321/4 321/10 321/16 322/9 322/16 323/1 323/1 323/2 323/3 323/4 344/7 345/14 348/14 349/9 349/10 349/22 358/3 359/1 359/20 359/22 360/10 360/17 360/25 361/12 367/19 371/9 371/12 374/5 382/11 384/21 387/9 389/21 392/12 394/1 394/6 395/12 396/23 398/18 398/21 399/11 400/4 400/6 401/18 401/20 401/24 402/3 402/10 402/23 402/24 403/13 403/18 403/21 404/13 404/19 404/21 405/10 405/17 411/16 411/17 417/19 418/25 419/12 420/8 421/12 422/7 422/18 422/19 423/2 424/5 434/19 435/9 436/15 437/4 442/17 469/8 471/21 517/7 531/17 531/25 532/5 532/20 533/15 533/18 538/22 539/18

officers' [2] 365/19 371/20

official [6] 311/2 324/18 374/21 380/24 381/1 407/4

official's [1] 408/11

officials [1] 382/21

often [1] 484/25

oftentimes [1] 415/14

Oh [8] 412/17 413/23 423/17 461/22 501/4 526/6 533/12 538/15

Ohio [12] 310/22 446/21 474/24 475/18 476/5 476/24 488/9 489/8 489/19 517/23 545/24 550/5

okay [253]

old [4] 488/7 516/13 516/15 537/14

older [3] 338/8 475/9 475/10

once [16] 393/25 394/3 394/5 395/1 396/5 402/14 402/14 421/4 421/25 425/24 485/1 526/4 526/4 535/4

**once...** [2] 546/20 553/20
**one** [104] 313/16 314/11 315/23 319/8
319/24 327/16 329/7 329/23 331/4
336/8 338/7 338/9 338/10 340/15
340/15 340/18 351/9 355/4 358/10
360/24 371/15 381/8 391/20 392/16
393/13 395/21 395/21 395/21 396/24
398/22 398/22 400/4 400/11 400/21
400/24 402/9 404/1 405/19 409/12
413/12 413/24 424/5 425/8 429/13
430/8 432/8 432/9 437/4 438/20
438/21 439/19 442/7 446/11 446/24
449/24 451/10 451/23 455/18 456/14
456/15 459/2 464/8 464/9 465/13
467/2 467/11 469/11 470/20 474/6
475/8 475/17 481/23 483/2 483/19
483/25 491/6 497/18 502/13 513/7
513/7 513/7 514/21 525/19 525/22
527/18 534/7 537/3 540/23 541/1
541/13 543/19 543/25 545/3 545/10
545/17 548/23 553/17 553/17 556/22
557/11 557/18 557/24 558/18 561/10
**one's** [1] 316/4
**ones** [2] 394/19 485/22
**online** [1] 499/4
**only** [27] 331/19 379/18 379/21 381/19
384/13 387/24 391/14 400/11 404/6
405/14 407/19 416/10 434/18 442/5
453/13 467/17 480/22 483/24 505/9
542/17 554/8 554/19 554/23 556/8
556/24 557/20 560/4
**open** [18] 314/1 315/8 316/16 335/1
338/20 342/25 369/22 370/16 380/6
381/20 436/21 437/18 464/21 481/3
509/12 548/9 551/9 556/1
**opened** [1] 438/24
**opening** [1] 316/15
**operatives** [1] 494/9
**opinion** [4] 386/12 386/13 386/22
386/23
**opportunities** [2] 489/2 491/15
**opposite** [3] 326/20 434/2 443/3
**orange** [3] 333/2 341/13 348/5
**order** [7] 427/25 468/3 505/8 510/24
512/4 543/3 553/11
**ordered** [2] 509/2 513/19
**orderly** [1] 374/20 374/20
**orders** [4] 385/19 422/10 423/2 525/3
**ordinary** [1] 400/14
**organization** [1] 377/3
**organize** [1] 406/17
**orient** [2] 421/4 449/23
**oriented** [1] 414/9
**originally** [2] 331/18 389/19
**Orlando** [1] 451/25
**orthopedic** [1] 488/19
**other** [53] 330/1 334/21 335/3 335/12
338/11 344/6 348/20 354/3 370/14
371/12 374/22 380/16 385/9 393/13
399/11 401/18 401/20 401/24 402/8
403/18 404/21 405/10 407/21 408/20
409/22 413/8 418/25 423/3 423/4
428/11 437/4 465/23 469/8 471/21
494/9 500/9 504/13 509/11 512/22
513/2 516/2 518/5 519/3 519/7 524/21
526/12 529/1 531/20 532/1 540/3

**others** [1] 505/10
**otherwise** [2] 313/17 314/5
**our** [53] 328/7 329/3 331/7 331/8
356/23 376/15 391/20 392/23 393/7
394/1 394/2 407/5 412/2 413/4 413/13
413/14 413/15 413/15 413/24 414/25
415/19 417/23 418/22 421/7 427/25
428/11 430/8 432/8 434/19 435/17
438/13 439/19 440/5 443/18 459/23
462/4 465/4 466/14 478/7 483/20
484/25 485/1 507/7 512/16 553/17
554/1 554/18 557/1 558/4 558/25
559/1 559/3 561/15
**ours** [1] 412/1
**out** [85] 314/12 315/7 315/8 316/5
317/13 320/1 320/18 322/10 322/17
329/6 329/16 330/18 347/7 349/3
350/2 359/21 367/22 367/22 367/23
372/20 379/7 393/25 394/18 394/20
396/14 397/5 399/1 399/18 399/20
400/1 403/16 403/19 405/11 413/2
415/15 417/16 422/5 422/10 422/13
423/2 425/16 425/19 425/20 428/10
429/5 429/23 430/8 430/10 433/23
435/20 436/22 438/7 445/24 446/3
451/3 451/25 454/9 463/5 479/5
485/22 493/5 494/9 494/18 497/13
503/24 509/4 510/2 512/15 512/17
513/12 522/17 522/17 522/19 523/17
529/17 531/15 532/20 533/21 533/23
533/25 543/3 543/6 550/10 553/10
554/10
**outfit** [1] 511/8
**outgoing** [2] 449/5 449/16
**outing** [1] 498/14
**outlandish** [1] 492/11
**outlook** [1] 494/3
**outnumbered** [1] 396/24
**outside** [44] 315/14 315/15 316/17
317/11 317/14 318/17 319/6 320/23
329/10 344/23 344/24 351/3 352/18
353/12 353/14 360/11 372/5 381/18
384/4 384/16 385/3 389/19 397/21
400/9 411/16 411/18 423/11 425/20
425/25 428/6 428/9 433/9 435/3
435/11 436/1 438/17 438/18 469/2
469/12 469/18 469/18 471/19 511/25
512/11
**over** [38] 318/7 318/22 318/22 326/10
343/12 356/21 379/3 379/22 380/14
381/17 394/1 394/4 394/5 396/4
396/14 396/15 396/18 396/21 411/23
412/4 417/16 424/20 430/20 432/4
435/18 435/19 437/4 458/10 463/14
476/14 484/25 528/11 528/15 529/3
529/5 534/16 553/10 561/5
**Overruled** [1] 507/6
**overrun** [3] 348/21 394/2 395/4
**own** [3] 381/19 450/8 516/2
**owner** [1] 350/10

**P**

**p.m** [114] 314/25 316/9 317/23 318/11
318/13 319/1 320/11 320/21 321/1
321/3 321/10 321/15 321/23 322/8
322/22 323/12 323/16 324/22 324/22

553/15 558/18 558/24

325/2 325/8 325/18 325/22 326/9
327/4 329/9 328/20 331/24 332/22
343/22 344/4 345/5 346/15 347/13
347/25 350/13 350/20 354/2 354/12
357/15 362/14 364/12 365/5 365/17
365/21 372/25 387/13 387/22 390/7
390/8 426/7 428/21 428/24 431/7
440/15 440/17 440/17 440/22 443/19
443/24 452/14 452/25 453/10 453/17
454/1 455/18 456/19 456/20 456/21
456/23 457/22 458/5 458/10 458/16
458/21 459/23 460/3 460/11 460/20
461/18 461/18 462/15 462/21 463/12
465/4 465/19 466/1 468/5 469/3
469/19 469/22 469/25 471/15 471/22
472/22 473/10 473/20 473/21 473/25
512/13 512/15 534/4 535/24 540/8
541/15 556/15 559/12 561/3 561/24
**pace** [1] 416/15
**packed** [1] 484/11
**page** [15] 341/19 341/25 352/10
361/24 362/2 366/12 370/5 370/11
434/5 451/10 528/5 535/9 535/10
536/9 537/18
**pager** [2] 334/13 334/17
**pages** [1] 369/25
**pandemic** [6] 315/15 478/23 482/15
490/13 491/4 549/2
**pants** [1] 348/4
**papers** [3] 353/6 424/19 529/5
**paragraph** [1] 374/15
**paragraphs** [1] 468/17
**parent** [1] 490/22
**parents** [2] 475/8 488/15
**park** [1] 418/19
**parked** [3] 391/20 432/9 446/22
**parking** [5] 391/14 391/22 418/8 419/4
432/8
**parliamentarian** [4] 345/7 350/8
422/15 424/22
**parliamentarian's** [50] 316/17 316/20
332/4 337/12 340/23 343/11 343/25
345/6 345/24 346/10 346/13 348/3
348/12 348/23 349/4 349/19 350/5
352/15 352/25 353/9 353/13 353/22
397/8 397/21 398/8 423/11 423/13
424/14 424/16 425/2 425/6 461/5
461/15 461/17 470/10 470/13 470/17
509/16 512/20 528/8 528/23 528/25
529/17 529/22 529/24 530/4 530/7
530/20 532/17 533/7
**part** [13] 329/10 338/12 354/2 428/5
445/22 478/1 478/2 507/19 529/12
530/13 554/11 556/6 556/24
**participated** [1] 530/3
**participating** [1] 482/1
**particular** [6] 324/24 421/5 520/24
534/1 547/20 554/10
**parties** [9] 313/17 313/21 318/21
337/18 379/16 467/3 468/10 468/20
473/3
**partner** [5] 329/1 330/12 331/5 331/9
332/20
**parts** [1] 555/15
**party** [3] 467/8 468/14 468/23
**pass** [1] 419/4

**P**

**passes** [1] 418/23
**passing** [1] 331/19
**passionate** [2] 410/3 519/10
**past** [5] 330/20 359/16 384/20 384/21 549/9
**pat** [1] 387/6
**pat-down** [1] 387/6
**path** [3] 356/5 356/15 357/2
**pathway** [1] 361/21 419/1 420/11
**pause** [35] 317/7 318/24 320/5 322/2 325/14 325/20 326/2 326/7 327/1 338/24 340/10 341/3 342/15 342/22 346/6 346/22 350/25 351/22 354/24 356/6 358/10 362/12 366/20 368/2 368/10 370/22 371/7 372/2 373/3 397/14 404/12 461/24 516/8 543/20 558/2
**paused** [3] 315/19 327/16 340/18
**pausing** [2] 358/20 371/15
**pawn** [2] 479/17 483/16 483/17
**pawnshop** [1] 489/25
**pay** [1] 519/19
**Peace** [2] 339/17 469/2
**peaceful** [3] 416/18 536/5 536/14
**pedestrian** [1] 416/8
**pedestrians** [2] 415/22 416/2
**Pelosi** [2] 327/14 455/25
**Pence** [6] 319/22 323/18 324/25 325/2 325/16 504/10
**Pennsylvania** [9] 381/4 383/4 416/13 416/23 417/6 417/8 507/12 507/12 508/9
**people** [57] 314/3 319/7 329/6 344/18 378/9 379/23 381/3 392/4 392/5 392/5 392/15 394/12 394/15 394/18 395/5 395/11 396/19 397/5 399/20 400/21 401/12 401/14 402/4 402/7 404/7 407/21 416/12 416/13 416/19 419/9 419/10 421/13 422/11 425/20 426/1 430/1 430/4 435/10 435/14 441/18 442/15 454/19 454/23 467/17 493/5 495/16 499/7 501/3 503/16 508/1 508/3 509/6 509/7 516/2 529/1 529/7 549/3
**people's** [2] 401/15 518/5
**pepper** [4] 361/1 531/20 531/23 531/25
**Peppered** [1] 506/1
**per** [1] 379/17
**percent** [2] 400/23 543/8
**perfect** [2] 340/15 515/10
**performing** [1] 419/13
**perhaps** [1] 558/25
**perimeter** [3] 329/6 329/15 329/21
**period** [2] 323/24 377/13
**permission** [7] 335/20 336/12 337/8 337/24 340/3 556/2 557/3
**permit** [2] 554/3 558/4
**person** [11] 387/18 387/22 394/17 478/7 496/4 510/16 522/24 523/2 541/9 541/10 548/14
**personally** [4] 381/2 416/8 544/16 549/7
**personnel** [1] 512/3
**perspective** [3] 351/3 480/5 486/25
**pest** [2] 490/7 548/25

**pesticide** [2] 548/23 548/23
**phone** [17] 447/23 448/4 450/3 450/15 462/16 472/2 475/24 479/25 480/4 514/13 523/17 541/8 542/24 542/25 543/4 543/5 543/5
**phones** [2] 482/10 512/16
**photo** [9] 333/17 353/21 414/8 441/15 459/1 462/21 462/24 463/1 538/1
**photograph** [19] 332/16 333/10 352/21 357/16 360/7 360/18 361/15 414/5 425/5 436/9 436/10 437/10 441/13 441/21 442/3 442/9 442/12 442/17 528/1
**photographs** [3] 470/4 470/21 537/6
**phrase** [1] 407/24
**physical** [4] 334/24 335/12 394/7 416/11
**physically** [1] 432/21
**pick** [7] 314/22 530/18 536/10 541/19 550/23 556/9 560/12
**picked** [5] 332/9 530/13 530/14 531/4 542/7
**pickup** [1] 391/18 406/22
**picture** [15] 332/19 332/21 357/1 361/2 392/24 398/16 414/11 417/24 456/5 510/6 528/6 528/13 535/10 549/18 550/3
**piece** [1] 336/8
**pieces** [1] 336/4
**pillars** [1] 355/17
**pipe** [1] 432/7
**place** [16] 324/17 341/6 378/17 379/2 379/11 379/12 379/22 380/25 386/12 409/14 419/20 422/4 463/13 467/13 515/10 533/22
**placed** [5] 317/2 339/5 341/12 355/13 420/5
**placing** [1] 422/3
**Plaintiff** [1] 310/4
**plan** [4] 395/6 399/19 420/19 497/3
**planned** [1] 407/1
**plans** [3] 412/25 491/17 497/5
**plate** [1] 545/7
**plates** [1] 336/9
**platform** [1] 420/4
**play** [23] 325/4 342/11 346/18 349/12 351/13 370/18 403/17 423/19 478/3 491/18 501/8 555/5 555/15 555/18 555/18 555/24 555/24 555/24 556/4 556/6 556/7 557/6 558/17
**played** [67] 315/4 315/10 317/5 317/24 319/19 320/12 321/24 325/5 325/12 325/19 326/6 326/25 327/6 327/21 338/22 339/13 340/5 340/9 341/1 341/16 342/7 342/13 342/20 346/20 349/13 350/23 351/14 351/20 352/8 357/23 358/8 359/4 359/10 359/23 366/2 367/16 367/25 368/8 369/3 369/8 370/20 371/5 371/13 371/21 371/24 372/14 373/1 373/16 423/22 424/10 425/14 437/24 438/10 439/3 439/15 439/25 461/9 491/24 530/23 538/19 539/9 539/15 553/22 554/13 555/8 559/9 560/10
**playing** [7] 319/21 322/14 343/20 424/8 439/2 440/2 554/19
**plays** [1] 478/1

**Plaza** [2] 365/19 415/3
**please** [33] 313/4 386/25 389/3 411/5 420/18 421/15 427/17 427/20 431/15 437/12 440/7 445/4 451/5 452/12 452/22 453/23 454/25 455/8 458/14 459/21 460/1 460/18 462/2 462/8 464/23 465/17 474/18 474/23 488/3 488/23 543/19 557/25 560/23
**plenty** [2] 409/23 491/12
**plug** [1] 436/21
**plus** [1] 555/2
**pocket** [1] 334/12
**point** [107] 313/22 318/4 319/7 330/14 332/9 344/15 345/14 346/23 346/24 347/4 349/10 349/15 349/20 351/11 351/23 356/17 359/2 361/15 364/1 364/13 364/24 365/6 365/15 366/21 367/10 367/20 370/15 373/4 385/7 391/23 393/1 394/23 397/7 398/19 398/25 399/12 400/13 401/4 401/19 402/19 403/17 403/18 405/2 406/23 411/10 411/22 417/10 418/4 419/7 419/9 420/15 421/25 422/2 422/11 422/21 425/21 426/3 429/11 433/5 433/13 434/1 435/12 441/16 447/1 453/4 453/6 453/17 454/4 457/24 464/25 465/10 465/22 466/1 466/2 482/10 490/2 490/16 491/17 494/14 494/23 496/22 499/1 500/23 501/21 505/1 506/19 513/21 513/25 514/8 514/13 514/18 522/18 522/20 526/7 526/23 535/18 535/25 536/7 536/23 540/19 542/23 547/10 547/11 549/12 551/1 551/11 551/16
**pointed** [3] 415/15 513/12 532/20
**pointing** [4] 371/19 432/1 465/16 531/12
**points** [2] 348/20 503/13
**police** [75] 320/7 323/1 323/6 323/6 323/9 329/2 331/8 331/9 331/10 331/13 331/25 339/19 340/1 344/6 344/19 358/23 359/1 360/17 361/17 368/15 368/17 371/11 372/19 372/21 372/22 375/11 375/18 382/11 386/9 388/14 389/2 389/9 389/13 389/14 392/12 395/12 398/18 404/18 404/23 405/1 405/20 410/15 411/7 411/9 411/13 412/8 426/11 426/16 427/5 427/19 428/4 428/11 428/13 441/17 442/4 442/5 444/5 467/17 468/4 470/9 472/15 472/19 472/22 526/24 531/7 532/5 533/11 534/8 536/10 539/18 540/11 541/6 541/12 545/24 552/14
**political** [5] 477/20 478/2 478/7 480/9 495/18
**politics** [2] 478/5 493/1
**popular** [1] 494/5
**portable** [1] 498/8
**portion** [11] 349/4 373/14 374/8 384/17 395/17 435/3 438/19 441/21 447/2 553/18 555/5
**portions** [3] 336/6 336/9 467/21
**position** [8] 362/4 408/14 414/16 414/19 546/18 554/21 556/21 558/5
**positions** [1] 548/24
**positive** [4] 503/3 503/16 504/14 505/12

**P**

**positively [1]** 505/11
**possession [1]** 541/5
**possible [10]** 397/4 495/6 495/7 509/13 513/15 523/16 553/14 557/2 557/6 557/9
**Possibly [2]** 342/11 514/4
**post [8]** 391/16 413/24 414/1 414/16 415/9 417/11 417/22 462/11
**posted [1]** 414/15
**potential [1]** 559/20
**poured [1]** 381/17
**power [4]** 376/17 386/11 386/19 560/1
**prancing [1]** 509/15
**preadmitted [1]** 350/22
**precipitated [1]** 515/11
**precipitously [1]** 557/16
**predictions [1]** 558/24
**preferable [1]** 378/25
**preference [2]** 554/5 557/1
**preparation [1]** 497/12
**preparing [1]** 375/7
**prerequisite [1]** 554/22
**prerogative [1]** 558/12
**present [7]** 323/4 338/14 357/13 357/15 357/19 513/11 515/6
**presentation [1]** 473/7
**presented [1]** 560/20
**presided [1]** 325/2
**presidency [1]** 386/20
**president [56]** 319/22 323/18 324/24 325/2 325/16 325/22 375/21 376/1 377/11 377/12 377/16 377/22 381/9 381/9 447/1 463/6 468/5 478/11 481/20 484/6 485/13 492/9 493/25 495/25 496/21 504/12 505/1 505/13 505/24 506/9 509/2 516/3 518/23 518/25 519/9 519/20 519/23 519/23 522/8 524/8 524/14 524/17 525/23 527/14 534/11 534/12 535/5 537/5 539/25 540/21 542/12 544/22 549/6 556/4 559/15 559/25
**president's [5]** 376/15 500/18 505/7 510/24 518/21
**presidential [4]** 324/16 377/9 481/16 525/3
**presiding [3]** 325/23 326/10 468/6
**presume [1]** 418/17
**pretrial [1]** 379/18
**pretty [11]** 370/16 374/7 384/9 395/20 404/16 419/5 425/24 446/8 453/25 483/22 534/14
**prevent [1]** 415/17
**previous [2]** 518/21 543/2
**previously [11]** 349/5 380/13 380/14 423/6 431/12 433/15 456/4 456/9 462/23 466/21 479/14
**prior [28]** 321/5 325/11 352/21 363/15 366/4 366/17 369/15 375/16 375/17 375/23 376/2 376/4 376/13 377/15 378/22 397/16 416/18 457/25 465/25 479/13 494/7 495/18 497/11 518/8 540/8 545/3 549/10 559/9
**private [1]** 431/1
**pro [4]** 325/22 468/6 478/15 478/16
**probably [20]** 331/19 390/23 392/2 396/24 399/16 400/24 402/4 403/20

413/6 415/4 415/18 465/10 475/1 477/19 480/20 485/1 485/16 556/16 557/10 557/20
**problem [4]** 314/2 554/9 561/18 561/19
**problems [1]** 384/6
**proceed [11]** 314/17 330/15 373/25 410/22 473/12 473/19 482/21 487/20 556/25 560/8 560/21
**proceeding [3]** 324/18 345/8 408/4
**proceedings [9]** 311/7 314/3 314/5 323/10 323/13 323/16 409/13 548/13 561/23
**process [4]** 324/6 400/15 477/13 494/10
**processes [1]** 315/16
**procurement [1]** 475/25
**produced [1]** 311/7
**producing [1]** 371/17
**products [1]** 445/15
**proffer [2]** 552/25 553/15
**program [1]** 462/4
**prohibited [4]** 434/20 467/8 468/14 468/23
**propellent [1]** 438/6
**property [8]** 334/21 338/10 350/6 350/9 385/13 408/8 528/19 541/4
**propped [1]** 438/24
**prosecutor [1]** 473/2
**prosecutors [1]** 483/3
**protect [6]** 323/8 389/15 389/16 392/19 392/19 428/6
**protected [1]** 398/15
**protecting [2]** 512/4 533/15
**protection [1]** 325/1
**protective [1]** 435/10
**protects [1]** 526/9
**protest [7]** 329/11 484/6 484/15 484/19 486/15 486/16 495/18
**protester [1]** 419/15
**protesters [3]** 395/12 395/13 422/19
**proved [2]** 468/13 468/22
**proven [1]** 467/7
**provide [1]** 397/4
**provided [1]** 329/19
**provider [1]** 496/15
**providing [1]** 395/10
**psychology [3]** 483/7 483/9 489/10
**public [15]** 314/1 314/5 315/15 321/11 340/1 371/2 419/12 419/24 420/12 434/16 467/22 467/23 475/14 475/15 523/17
**publish [3]** 460/23 464/23 556/3
**published [1]** 315/2
**publishing [1]** 463/20
**puffs [1]** 403/23
**pull [5]** 316/16 323/25 354/16 361/23 432/8
**pulled [1]** 424/20
**pulling [1]** 356/24
**purchased [4]** 497/20 497/22 545/2 549/9
**purpose [6]** 376/16 409/12 412/2 484/18 559/20 559/24
**purposes [1]** 452/3
**push [5]** 360/20 403/15 403/22 405/11 558/17

**pushed [6]** 315/7 318/3 339/19 374/9 401/13 424/2
**pushing [6]** 315/8 320/16 350/2 401/13 402/23 404/17
**put [14]** 390/15 407/24 417/1 434/5 437/7 441/7 456/3 463/20 485/22 502/6 507/8 513/19 526/2 534/22
**putting [8]** 435/22 436/5 437/21 442/8 454/6 458/23 462/2 498/5

**Q**

**quarantine [1]** 515/19
**quarter [1]** 476/17
**question [30]** 376/13 377/19 377/23 378/2 380/2 386/15 402/16 415/4 432/1 464/9 464/11 464/15 478/1 515/2 543/25 544/21 545/14 545/25 546/12 546/15 546/23 547/20 547/23 547/25 548/1 548/11 548/12 548/14 548/14 561/10
**questioned [1]** 406/20
**questioning [2]** 314/15 377/17
**questions [29]** 374/24 387/4 388/6 388/7 406/1 410/9 426/19 426/22 426/23 437/23 444/10 444/11 463/4 464/7 464/8 464/19 465/15 466/6 480/20 487/3 487/6 501/9 543/16 543/21 543/23 551/21 551/22 552/1 552/18
**quick [1]** 416/15
**quickly [2]** 374/7 506/1
**quiet [3]** 404/4 423/1 482/8
**quite [6]** 383/7 462/4 475/23 477/14 484/24 557/5
**quote [3]** 447/3 468/3 468/4

**R**

**R-E-Y-E-S [1]** 427/21
**rabbit [2]** 491/8 492/4
**rack [27]** 337/17 358/22 359/2 359/7 362/1 439/21 509/20 511/24 512/11 532/24 533/6 536/10 537/9 537/22 540/16 542/24 541/16 541/20 542/7 543/10 543/13 546/25 547/7 549/18 550/14 550/15 550/18
**racks [2]** 439/19 533/16
**radio [16]** 392/23 393/11 396/13 401/25 417/16 430/7 430/9 430/10 430/12 430/20 435/15 435/18 435/19 443/20 522/4 533/1
**radios [1]** 417/19
**railroad [1]** 472/16
**rallies [9]** 376/1 376/16 409/22 409/24 410/5 493/3 493/5 518/21 519/3
**rally [42]** 377/15 378/6 378/10 378/16 379/11 379/15 380/9 380/24 406/25 407/2 407/9 407/10 450/19 451/23 452/2 452/20 481/22 482/5 483/25 484/3 484/4 495/18 495/23 496/1 497/1 497/12 499/6 499/25 500/3 502/14 503/3 508/5 508/7 520/24 521/3 521/19 523/8 525/19 545/3 548/4 549/10 556/5
**ram [2]** 536/10 536/11
**ramming [1]** 537/9
**ramp [3]** 353/13 353/14 353/23
**ran [13]** 332/11 337/3 385/19 387/16

**ran...** [9] 432/10 432/12 432/18 432/21 433/24 472/21 514/1 542/14 552/13
**random** [2] 371/12 458/17
**rang** [2] 514/21 514/21
**ransacked** [1] 353/1
**rather** [3] 501/8 555/17 555/18
**ray** [1] 331/8
**Rayburn** [2] 328/22 329/5
**RBW** [1] 310/4
**re** [1] 506/2
**re-vote** [1] 506/2
**reached** [2] 330/8 419/8
**reaching** [1] 316/17
**reaction** [1] 481/15
**read** [31] 313/20 316/7 318/10 321/8 322/20 324/9 325/21 326/8 327/2 327/8 327/15 331/22 339/23 344/2 345/1 346/11 347/23 350/3 354/5 354/5 357/10 365/15 374/11 446/15 448/8 461/10 466/15 466/19 468/17 473/2 554/10
**reading** [4] 318/20 455/16 471/10 479/24
**ready** [4] 391/6 522/21 555/9 555/13
**real** [3] 407/10 506/19 515/14
**realize** [3] 435/8 547/11 551/1
**realized** [7] 330/21 412/17 433/5 433/25 435/12 504/24 552/6
**really** [11] 329/9 379/18 391/12 435/13 478/8 481/11 482/6 496/16 515/23 547/19 556/25
**reason** [4] 392/18 492/1 508/25 544/1
**reasonable** [3] 467/7 468/13 468/22
**reasons** [2] 480/12 481/6
**rebuttal** [3] 558/9 559/2 559/3
**recall** [23] 376/1 376/14 376/17 376/19 405/2 422/25 424/20 425/6 425/24 426/8 441/4 443/10 457/4 482/3 485/15 502/18 503/4 506/2 506/9 506/12 513/13 531/1 531/2
**recalled** [1] 413/14
**receive** [5] 334/22 413/22 450/6 483/11 507/18
**received** [3] 457/22 465/7 514/11
**receiving** [1] 494/19
**recess** [6] 373/20 440/16 456/20 473/7 473/20 560/25
**recessed** [3] 325/23 326/11 468/6
**recognize** [15] 327/25 328/4 332/15 335/25 358/21 360/7 397/18 414/5 423/7 431/13 438/2 439/5 439/10 441/8 447/20
**recognizing** [1] 330/9
**record** [26] 313/5 317/1 319/15 336/24 339/4 341/11 341/14 348/9 356/9 358/15 362/22 363/20 364/6 367/1 368/24 373/12 393/21 395/23 399/6 424/9 452/1 452/3 457/11 466/16 553/14 554/11
**recorded** [3] 311/7 461/14 531/4
**recording** [1] 559/18
**records** [6] 472/1 472/2 472/3 472/8 472/8 472/10
**recover** [2] 334/24 337/2
**recovered** [8] 335/12 335/14 335/18 336/19 337/13 401/17 472/15 472/19

**red** [15] 334/19 338/10 344/14 346/16 347/7 350/14 368/11 414/22 414/24 415/4 417/25 418/10 441/24 458/6 467/23
**Redirect** [7] 312/4 387/1 387/2 409/18 409/19 487/4 543/18
**reentered** [1] 347/25
**refer** [2] 447/18 501/12
**reference** [6] 337/17 382/1 550/2 550/14 558/19 559/4
**referenced** [1] 362/7
**references** [1] 506/2
**referencing** [1] 455/13
**referred** [2] 337/1 519/24
**referring** [11] 318/16 333/21 333/24 399/23 399/24 404/25 405/4 454/12 455/5 455/6 455/11
**refers** [1] 381/20 454/14
**reflect** [16] 317/1 319/15 339/4 341/11 341/15 356/9 358/15 362/22 363/20 364/6 367/1 368/24 373/12 393/21 395/23 399/6
**reform** [1] 534/20
**regain** [2] 374/5 374/7
**regard** [3] 408/2 408/4 457/7
**regarding** [8] 468/21 544/3 545/12 559/5 560/3 560/17 561/5 561/19
**Regensburger** [3] 310/21 312/18 313/11
**REGGIE** [1] 310/10
**regret** [1] 512/9
**regrettably** [1] 408/14
**regularly** [2] 472/5 472/13
**reinforce** [1] 405/17
**reinforced** [1] 507/21
**reinforcements** [3] 402/1 402/2 403/14
**relate** [1] 551/25
**related** [2] 445/17 446/10
**relating** [5] 467/3 468/8 468/11 468/18 471/12
**relation** [2] 315/21 366/16
**relationship** [3] 478/3 478/7 483/20
**relative** [2] 362/4 558/5
**relevance** [4] 377/25 515/1 544/13 547/20
**relevant** [7] 378/3 378/19 379/18 547/24 548/1 548/5 548/13
**relieved** [1] 428/22
**relying** [1] 496/8
**remain** [2] 344/8 402/20
**remained** [3] 323/18 447/7 447/9
**remaining** [2] 425/19 466/15
**remains** [3] 370/17 425/21 561/13
**remarks** [1] 423/3
**remember** [16] 361/24 405/8 429/14 430/22 436/14 476/18 477/16 486/3 486/5 495/24 501/13 522/5 530/13 536/8 536/12 561/17
**remind** [3] 318/19 375/10 377/11
**removals** [1] 490/4
**remove** [3] 365/20 389/7 412/19
**removed** [1] 337/11
**removing** [1] 533/16
**rendering** [2] 431/19 557/16
**repeat** [3] 318/21 377/19 412/20
**rephrase** [3] 382/4 496/23 502/2

**replace** [1] 561/12
**replies** [2] 559/21 560/5
**reply** [1] 462/20
**report** [3] 447/23 448/7 493/21
**reporter** [4] 311/2 311/2 373/17 427/25
**represent** [4] 415/5 470/22 471/8 471/24
**Representative** [1] 326/9
**Representatives** [3] 324/14 324/23 326/11
**Representatives'** [1] 455/20
**represents** [2] 471/4 471/17
**republish** [1] 462/2
**request** [2] 323/8 383/7
**required** [2] 559/21 560/5
**resecure** [2] 405/13 405/14
**reservation** [4] 486/8 486/9 497/7 497/9
**Residence** [1] 446/4
**resolve** [2] 324/24 560/17
**respect** [2] 506/16 507/18
**respected** [1] 484/5
**respective** [1] 434/22
**respond** [7] 329/2 389/21 396/18 402/1 402/24 413/14 417/17
**responded** [3] 394/11 401/11 464/12
**Responders** [4] 411/15 411/19 411/21 428/5
**responding** [3] 451/12 462/14 503/2 505/10
**responds** [3] 454/16 454/20 460/4
**response** [14] 376/6 388/8 392/18 410/10 426/24 444/12 455/22 455/24 462/11 462/20 466/10 487/7 534/21 538/9
**responsible** [2] 516/2 553/9
**rest** [6] 346/18 454/2 553/16 555/16 555/25 556/7
**restricted** [8] 339/25 344/8 415/5 415/7 415/8 447/3 447/7 447/10
**rests** [1] 473/5
**result** [3] 382/20 382/25 385/22
**results** [5] 377/14 407/6 481/16 481/17 507/9
**resume** [1] 323/13
**resumed** [7] 312/5 323/16 323/20 327/4 327/9 338/16 456/24
**resuming** [4] 373/21 440/17 456/21 473/21
**retail** [2] 475/22 475/23
**return** [3] 405/23 443/18 514/8
**returned** [1] 514/14
**returning** [1] 457/19
**review** [20] 338/13 338/20 340/22 344/17 345/20 348/14 349/2 355/21 367/12 369/18 370/13 381/12 383/1 383/13 383/22 384/9 384/15 385/1 385/22 387/5
**reviewed** [2] 379/7 383/18
**rewind** [1] 350/17
**rewrite** [1] 503/12
**Reyes** [12] 312/13 427/5 427/7 427/18 427/23 437/20 438/12 439/5 439/17 440/3 441/2 444/4
**Reyes's** [1] 513/9
**rhetoric** [2] 377/16 377/22
**rid** [1] 503/5

**R**

ride [1] 385/5
rifle [1] 392/11
rigged [4] 481/20 493/6 493/15 502/6
right [312]
right-hand [10] 315/18 346/3 355/12 364/4 370/7 370/12 397/22 415/2 423/12 432/15
ringing [2] 342/23 527/2
riot [4] 529/10 529/14 530/3 548/4
rioter [2] 323/14 455/18
rioters [41] 315/7 316/5 316/9 316/15 318/3 318/8 319/24 320/8 320/16 321/1 321/6 321/20 322/11 322/24 322/25 325/9 326/3 326/4 339/18 340/20 350/2 353/2 357/1 358/3 360/10 365/20 374/22 380/13 382/6 433/9 439/17 442/4 442/18 457/17 469/8 470/14 470/19 471/21 485/13 524/21 534/1
riots [1] 329/11
ripoff [1] 553/6
ripped [1] 510/18
risk [1] 501/20
RNC [1] 431/9
road [4] 330/17 416/1 416/2 418/17
Robert [17] 330/3 356/10 446/20 447/25 450/3 450/7 450/18 452/24 453/9 485/7 497/4 499/9 508/5 514/19 542/15 549/24 549/25
Robin [1] 491/23
rock [1] 511/11
role [2] 411/13 411/14
roles [2] 389/11 389/13
roll [1] 555/13
Roman [3] 468/8 468/18 471/12
Ronald [4] 312/8 388/14 388/16 389/1
room [7] 311/3 316/18 345/21 370/25 371/2 430/3 470/18
rope [1] 351/10
Rotunda [4] 443/1 443/4 443/5 443/7
rough [1] 479/2
roughly [2] 345/22 366/13
rounds [1] 392/11
route [2] 420/13 497/14
Rozzoni [8] 310/13 312/11 312/13 312/15 312/19 313/7 466/24 483/2
RPR [1] 311/2
Rudolph [2] 521/4 559/25
Rudy [5] 500/7 500/13 500/25 521/5 559/15
Rule [1] 473/14
ruling [2] 379/18 553/13
run [5] 430/3 432/20 513/21 542/12 542/15
running [7] 330/20 330/22 330/22 416/14 434/3 443/1 460/15
runs [1] 501/19
rush [2] 416/12 557/21
rushed [1] 557/14

**S**

S-132 [4] 345/5 345/6 345/9 348/2
saber [1] 441/24
safe [2] 476/7 526/8
safeguarding [1] 377/4
Safelite [1] 475/24

safer [1] 533/21
safety [3] 382/22 408/2 485/19
said [50] 351/7 364/17 379/17 391/1 392/16 395/5 407/14 411/19 413/10 415/7 416/4 419/19 426/10 435/19 437/7 455/12 480/17 480/22 483/13 494/4 494/24 495/25 501/15 501/17 502/24 504/2 504/6 504/17 504/23 506/4 508/2 514/19 518/25 519/12 520/13 521/22 531/3 531/10 533/4 534/11 534/12 534/18 539/25 541/25 550/3 550/9 554/8 561/7 561/20 561/20
salesperson [1] 475/24
Sam [1] 313/10
same [21] 323/23 326/18 326/19 336/20 339/18 347/9 351/3 351/4 357/1 361/9 361/10 363/3 372/5 380/9 442/10 443/18 457/9 472/19 479/15 493/24 495/13
Samuel [2] 310/21 466/25
sanctity [1] 408/4
sandwiches [1] 484/13
Sarah [22] 312/18 448/17 449/2 449/3 449/16 456/9 457/5 457/15 458/4 458/5 460/2 460/5 462/9 474/4 474/8 474/20 489/11 490/10 490/16 490/20 497/9 497/22
Saturday [1] 514/25
save [8] 377/15 378/6 378/16 380/9 495/19 495/23 497/1 558/7
saw [28] 316/19 329/3 329/24 331/18 342/1 347/15 352/11 352/17 357/2 361/25 366/17 374/4 387/22 387/24 387/25 430/4 437/1 492/22 510/3 513/14 524/12 527/9 530/6 531/7 537/22 538/21 541/13 545/13
say [52] 315/20 320/3 322/18 331/9 334/18 343/8 347/2 355/20 369/12 369/22 372/21 380/20 382/2 383/21 385/23 386/9 394/4 394/22 395/10 399/23 404/24 413/17 416/17 422/17 424/18 429/21 432/20 433/8 433/20 439/8 448/1 463/16 476/7 483/22 492/8 492/10 492/18 493/4 493/5 505/19 509/25 512/7 518/23 523/25 535/5 538/5 540/7 542/6 545/8 551/2 551/20 558/16
saying [24] 369/6 379/24 416/19 422/24 429/19 429/25 453/10 454/19 455/2 455/3 455/4 455/9 462/11 465/20 465/23 492/9 493/17 495/9 506/12 519/17 519/19 528/20 546/13 546/18
sayings [1] 423/1
says [20] 327/3 331/10 451/3 451/13 451/22 452/14 452/19 452/25 454/1 454/16 454/21 455/24 457/16 458/5 458/16 459/23 465/4 545/2 545/1 546/3
scattered [1] 529/5
scene [8] 357/18 402/3 469/2 469/6 469/24 470/9 471/14 471/19
scent [1] 441/25
scheduled [1] 389/19
school [8] 475/5 475/11 475/13 475/14 488/21 488/22 488/25 489/1

screaming [1] 381/13
Screen [98] 315/18 316/18 317/19 319/13 319/17 319/25 320/14 325/15 339/3 340/19 341/8 342/17 343/12 343/16 344/15 344/18 344/21 344/21 344/24 345/14 345/17 345/19 345/25 346/25 347/4 347/22 349/10 349/22 350/1 350/19 352/5 352/16 355/9 355/11 356/7 356/11 357/5 358/13 358/17 362/20 362/24 363/22 364/4 364/8 366/22 367/3 367/6 368/20 370/2 370/7 370/12 372/7 373/4 398/12 398/19 398/24 399/25 400/4 402/11 403/19 404/13 404/17 414/12 414/18 417/1 423/12 423/16 423/23 425/23 431/25 435/23 436/5 437/21 451/19 451/20 451/21 451/22 452/15 452/18 456/2 456/11 456/12 457/16 458/21 458/22 458/24 458/25 462/3 461/9 465/20 469/10 485/12 522/1
screened [3] 400/22 434/18 434/19
screening [7] 315/17 389/16 396/21 400/15 400/17 401/2 434/24
scroll [1] 448/6
search [1] 387/6
seasonal [1] 489/25
seat [1] 467/14
seated [5] 314/9 373/24 473/11 474/1 559/13
Seattle [1] 310/18
second [55] 314/22 315/20 316/14 327/8 327/16 333/23 338/24 339/6 339/15 340/18 341/3 342/15 342/22 343/23 345/22 349/1 350/25 351/22 352/5 356/6 358/10 359/6 362/13 362/24 364/8 366/20 367/18 368/10 370/11 370/23 371/15 372/2 372/3 372/8 372/16 373/3 397/15 398/22 404/12 421/16 424/12 425/9 426/2 439/2 439/20 443/2 458/9 471/10 502/13 535/9 536/9 543/19 545/10 555/21 557/24
seconds [7] 351/13 403/21 416/24 424/8 438/4 438/5 455/3
secret [3] 325/1 476/3 511/22
section [5] 324/19 447/4 447/11 450/16 450/17
secure [5] 329/15 329/21 348/20 400/24 425/21
secured [7] 323/15 323/17 329/5 418/22 421/12 467/16 470/18
security [3] 344/7 389/16 400/14
see [126] 314/11 314/24 315/18 315/24 317/13 317/16 318/25 319/11 320/14 321/14 322/12 322/14 328/2 329/6 333/13 334/18 337/6 340/19 340/21 341/4 341/5 342/9 342/16 343/13 345/13 345/25 347/6 347/17 347/19 349/9 349/16 349/22 351/11 351/16 353/13 353/22 357/2 358/11 359/8 359/21 360/10 361/12 361/14 362/1 362/18 363/15 364/22 365/6 366/21 367/6 368/2 368/11 368/19 370/14 371/8 371/15 373/3 373/10 373/10 383/22 383/25 384/12 384/13 385/2 385/12 385/15 391/15 391/19 391/21 393/14 393/15 395/16

see... [53] 395/22 397/24 398/11
398/12 398/18 398/20 398/24 399/18
402/3 402/7 403/6 403/20 403/23
404/13 411/17 417/5 418/22 420/8
423/20 424/17 431/17 435/7 438/15
440/12 441/21 442/6 457/19 486/17
492/20 508/7 521/24 523/12 523/22
524/1 524/11 525/19 527/22 527/23
528/1 528/3 528/6 528/13 528/22
533/12 533/23 536/24 537/5 538/10
543/5 547/19 547/25 559/17 561/1

seeing [6] 317/8 346/24 347/3 348/9
392/3 441/13

seeking [1] 379/21

seem [1] 527/7

seemed [6] 481/11 492/15 492/19
505/24 527/10 527/11

seems [6] 381/7 493/16 553/21 553/22
554/11 555/3

seen [20] 316/18 324/1 335/4 348/15
352/21 357/25 365/9 366/4 384/8
397/16 405/19 406/9 407/2 407/8
408/23 426/16 458/22 498/2 531/25
557/15

sees [1] 544/12

segued [1] 490/7

sell [3] 455/3 455/4 490/23

Senate [89] 315/14 315/16 315/20
315/21 315/25 316/4 316/10 316/13
319/6 319/9 319/10 319/16 319/22
321/11 321/17 321/21 323/19 324/14
324/23 325/3 325/24 326/16 326/17
327/4 332/4 334/14 334/18 337/12
338/9 340/21 340/23 343/10 343/11
343/25 345/6 345/7 345/8 345/24
346/10 346/13 348/3 348/12 348/22
349/4 349/19 350/5 350/8 351/2
352/15 352/25 353/9 353/13 353/15
353/16 353/23 395/6 395/17 395/24
396/9 397/8 397/21 398/8 401/1 419/6
420/22 420/23 421/8 422/14 423/11
424/14 424/16 438/20 438/23 443/1
443/9 447/6 461/14 461/17 468/7
470/10 470/13 470/17 528/8 528/22
529/22 529/24 530/3 530/19 533/7

Senator [3] 325/23 326/15 468/6

senators [3] 396/7 396/10 408/5

send [3] 406/17 462/15 481/7

sending [6] 450/7 451/1 451/19 465/3
482/3 553/10

sends [8] 450/5 455/25 456/5 457/16
458/9 458/21 461/4 465/19

senior [2] 310/10 475/25

sense [5] 407/24 492/13 503/10 505/4
505/5

sent [24] 393/25 448/21 448/25 449/1
449/4 449/9 449/13 449/14 449/15
449/17 449/17 450/12 450/14 456/10
457/4 459/1 462/10 463/1 464/13
465/8 485/15 512/17 543/3 543/6

sentence [2] 327/2 327/8

sentencing [1] 547/25

separate [3] 324/15 324/23 338/7

separated [2] 453/5 488/15

separately [1] 326/20

September [1] 445/9

sequence [1] 352/11

sergeant [3] 334/14 334/19 338/9

sergeant-at-arms [3] 334/14 334/19
338/9

sergeants [1] 413/24

service [2] 325/1 376/14

session [10] 323/11 323/20 324/11
324/13 324/21 325/3 374/19 428/8
440/18 447/6

set [11] 338/5 359/13 359/15 359/16
359/17 359/19 366/10 433/23 436/1
436/2 471/10

setting [1] 378/5

seven [14] 354/21 362/10 413/1
413/19 421/17 443/16 445/10 445/13
451/15 461/20 470/6 472/7 479/17
483/17

Seven a.m [1] 443/16

seven-thirty [1] 413/19

Seventy [4] 470/16 470/20 470/24
471/6

Seventy-one [1] 470/20

Seventy-three [1] 471/6

Seventy-two [1] 470/24

several [4] 447/8 475/22 476/15
483/16

shack [1] 434/19

shaking [1] 478/25

shall [3] 467/8 468/14 468/23

Shamansky [6] 310/21 312/6 312/9
312/20 313/11 467/1

shamanskyco [1] 310/23

shameful [1] 515/9

shape [3] 393/6 393/15 404/16

share [3] 477/19 493/9 493/12

she [24] 328/13 369/7 378/3 378/14
378/15 378/22 379/2 379/4 379/7
379/10 382/1 382/2 429/22 457/16
458/9 464/14 490/21 497/10 561/17
561/19 561/20 561/20 561/20 561/21

she's [2] 328/7 459/2

shenanigans [1] 506/3

shields [2] 320/7 371/12

shift [11] 390/6 390/20 390/22 412/23
428/6 428/19 428/23 429/6 443/11
443/23 477/24

shifted [2] 478/13 558/4

shifts [1] 443/18

shit [3] 461/23 461/23 462/15

shooting [1] 455/13

shop [3] 479/17 483/16 483/17

short [5] 345/4 391/7 391/7 456/14
556/12

shortcut [1] 399/16

shorten [1] 453/21

shorthand [1] 311/7

shortly [4] 323/12 330/23 339/12
488/11

shot [20] 404/2 404/3 451/19 451/20
451/21 451/22 452/15 452/18 454/22
455/18 456/2 456/11 456/12 457/16
458/21 458/22 458/25 465/19 465/20
485/12

shots [4] 370/2 430/20 431/8 469/10

should [16] 320/3 343/8 350/17
355/20 364/16 364/17 369/12 369/22
369/23 375/9 507/5 518/23 553/22

554/13 555/8 560/24

shouting [1] 530/9

show [28] 322/13 352/24 353/8 353/20
355/6 357/17 358/2 360/9 363/12
372/3 390/10 397/24 402/22 420/14
424/25 425/4 432/1 440/4 453/13
453/22 469/6 469/12 469/24 470/2
470/10 471/18 480/1 499/8

showed [1] 416/20

shower [1] 391/5

showing [10] 317/10 324/5 340/16
353/21 366/9 414/4 420/17 431/12
433/15 456/7

shown [3] 345/10 459/15 468/1

shows [12] 352/25 355/7 356/5 357/14
461/16 469/1 469/17 469/20 470/6
470/12 470/16 471/3

shut [2] 419/24 482/11

sic [1] 390/25

side [85] 315/18 319/17 322/6 333/11
338/10 341/8 344/5 345/18 346/3
355/12 355/16 355/18 355/22 355/23
356/16 356/22 363/5 364/4 367/3
367/9 368/3 370/12 370/25 390/16
392/4 392/25 393/4 393/4 393/16
394/11 394/13 394/13 395/2 395/3
395/7 395/17 395/24 396/14 397/22
398/13 398/20 399/2 399/7 399/13
399/24 400/1 402/8 407/15 407/16
407/17 419/1 419/6 419/23 421/1
421/2 422/9 423/4 423/12 425/23
431/16 432/14 432/17 432/23 432/25
433/2 433/4 433/6 433/12 433/20
434/6 434/12 438/20 438/21 438/23
438/23 443/1 443/3 443/5 443/9 450/4
450/5 467/25 469/6 471/19 540/16

sides [1] 554/1

sidewalk [2] 329/4 332/1

sight [3] 336/21 356/23 378/10

signs [1] 468/2

silent [1] 422/24

Silver [3] 446/21 446/23 458/8

similar [1] 477/19

similarly [1] 442/8

since [13] 329/21 335/10 359/18 380/4
415/13 419/21 445/8 450/3 473/3
479/15 518/13 546/17 548/4

single [2] 400/21 412/2

sir [31] 313/15 313/24 375/15 375/25
376/8 377/2 377/5 377/8 377/10
379/25 395/13 395/18 406/9 409/17
410/11 426/25 444/13 444/14 466/11
496/25 498/23 510/19 516/11 529/16
541/22 547/8 553/3 554/1 554/16
554/25 558/22

sister [1] 475/8

sit [4] 446/3 503/25 554/4 556/19

site [3] 396/21 419/10 419/19

sites [2] 493/21 493/23

sitting [7] 328/5 329/4 329/4 329/6
332/1 385/4 512/2

situation [6] 383/16 475/7 509/4 520/2
533/12 536/22

situations [2] 485/23 557/15

six [18] 338/24 339/5 356/6 362/4
362/6 362/10 364/8 458/8 461/13
470/1 471/5 477/18 479/17 483/17

**six... [4]** 534/3 537/14 540/4 541/15
**Sixteen [1]** 468/5
**Sixty [9]** 469/9 469/11 469/17 469/20 469/23 470/1 470/6 470/8 470/12
**Sixty-eight [1]** 470/8
**Sixty-five [1]** 469/23
**Sixty-four [1]** 469/20
**Sixty-nine [1]** 470/12
**Sixty-one [1]** 469/11
**Sixty-seven [1]** 470/6
**Sixty-six [1]** 470/1
**Sixty-two [1]** 469/17
**skip [6]** 345/12 348/25 363/9 398/5 403/3 403/4
**skipping [1]** 466/18
**sleep [2]** 429/7 485/1
**slightly [1]** 460/10
**slow [3]** 428/1 491/9 544/4
**small [2]** 475/4 475/5
**smart [2]** 483/22 483/23
**smarter [1]** 503/18
**smashed [4]** 359/9 396/18 396/19 398/14
**smell [2]** 405/3 531/23
**smelt [1]** 405/5
**smoke [5]** 322/15 359/21 372/17 394/10 403/23
**SMS [2]** 448/21 449/8
**snacks [1]** 484/13
**snatch [1]** 509/20
**snatched [1]** 511/24
**snow [1]** 468/2
**so [442]**
**social [1]** 553/10
**soft [3]** 389/20 393/12 545/6
**sold [1]** 451/25
**soldier [1]** 451/9
**some [58]** 323/3 333/18 361/1 366/9 368/11 371/16 371/17 379/14 383/10 383/14 387/4 395/11 397/7 398/11 401/2 401/19 402/24 404/3 411/22 412/5 413/22 422/21 437/23 446/6 447/1 449/20 449/22 453/13 455/10 455/22 465/9 476/11 477/14 483/19 484/12 484/12 484/24 490/2 491/23 492/3 495/16 498/5 498/7 500/23 501/5 503/4 509/6 513/21 514/8 521/4 524/12 534/11 549/12 558/8 560/13 561/6 561/18 561/18
**somebody [1]** 533/10
**somehow [1]** 510/9
**someone [11]** 351/7 351/16 439/11 492/16 509/23 510/2 521/4 525/20 530/18 533/8 533/16
**someone's [2]** 542/24 542/25
**something [29]** 330/9 361/14 387/20 398/15 398/16 405/8 406/23 413/11 435/14 436/20 436/25 437/8 437/17 462/16 465/20 476/14 478/4 478/6 478/9 481/25 493/8 505/8 506/16 509/12 511/11 525/21 525/24 533/4 561/20
**sometime [2]** 332/22 477/12
**sometimes [3]** 317/7 481/7 523/3
**somewhat [1]** 478/13
**sons [1]** 501/1

**soon [4]** 330/21 429/8 435/8 473/8
**sooner [1]** 552/7
**sorry [29]** 319/4 322/13 326/15 347/3 349/1 380/20 385/25 391/1 412/19 412/20 414/14 454/2 462/17 475/15 486/1 496/10 498/11 498/23 499/17 499/23 523/24 526/8 531/10 533/20 536/18 540/11 541/22 546/24 558/14
**sort [16]** 317/19 320/6 336/9 344/21 359/14 398/7 401/2 407/4 441/20 475/3 480/2 481/5 481/15 492/22 498/13 503/1
**sound [4]** 404/4 421/23 438/12 447/13
**sounded [1]** 506/6
**sounds [1]** 513/14
**source [5]** 338/20 369/22 370/16 381/20 509/12
**sources [4]** 493/19 495/13 501/23 502/4
**south [18]** 332/2 414/10 414/12 422/9 431/8 432/6 432/14 432/17 432/23 432/25 432/25 433/2 433/4 433/12 433/20 433/25 443/3 472/17
**southbound [1]** 415/17
**Southwest [2]** 332/3 472/17
**speak [1]** 481/5
**speaker [3]** 326/14 327/14 498/8
**Speaker's [1]** 455/19
**speakers [3]** 409/24 500/2 522/4
**speaking [4]** 332/20 407/20 443/6 503/2
**spear [1]** 416/22
**special [53]** 312/5 312/15 314/20 319/21 323/22 325/7 326/13 327/12 327/24 329/1 329/13 330/15 331/13 331/25 332/6 332/7 332/9 332/11 332/14 332/20 335/24 336/16 336/23 337/2 337/21 340/18 343/20 345/12 347/10 357/21 358/20 359/25 364/11 366/4 369/11 374/3 375/12 387/4 444/20 445/5 445/9 445/11 445/18 445/20 446/8 456/24 460/11 460/11 460/16 472/22 541/12 542/3 552/14
**specific [13]** 380/8 392/15 399/13 401/10 402/16 405/6 405/12 407/8 422/25 445/22 445/23 447/24 551/6
**specifically [5]** 383/18 445/16 450/14 482/13 485/15
**specifics [3]** 379/17 380/1 480/22
**speculate [1]** 548/15
**speech [20]** 379/3 392/14 407/13 447/2 463/6 463/14 463/25 503/13 503/23 506/1 506/8 507/24 522/8 525/23 534/12 534/14 534/18 535/5 553/19 556/5
**speeches [8]** 380/15 380/15 380/21 391/12 410/1 519/10 519/13 555/5
**Spell [2]** 389/3 427/20
**spelling [1]** 474/19
**spend [1]** 442/20
**spent [3]** 479/4 479/18 479/23
**spoke [2]** 327/12 480/23
**spot [3]** 391/22 419/14 556/10
**spotted [1]** 508/5
**Sprained [1]** 394/17
**spray [13]** 361/1 385/8 404/3 405/3 408/18 437/2 441/20 441/25 442/1

**442/15 508/16 531/23 532/1
**Sprayed [6]** 391/4 405/5 436/25 442/15 442/18 531/20
**spraying [6]** 360/25 361/14 436/25 436/25 437/2 442/3
**sprays [1]** 391/4
**Spring [2]** 446/21 446/23
**Springs [1]** 458/8
**squad [6]** 389/20 389/20 393/12 394/1 400/11 400/12
**squads [3]** 393/13 393/13 400/10
**square [1]** 414/25
**stab [1]** 526/12
**staff [6]** 329/8 344/7 391/14 391/15 392/19 405/23
**staffers [2]** 418/8 428/7
**stage [5]** 419/25 420/3 430/4 431/20 500/24
**stages [1]** 431/17
**staging [3]** 366/10 376/1 376/16
**staircase [3]** 396/5 396/7 396/8
**stairs [6]** 360/20 361/12 374/9 384/17 384/20 395/4
**stand [6]** 338/3 338/16 405/17 456/25 492/16 506/9
**standard [4]** 389/13 450/12 451/18 463/11
**standing [15]** 345/17 345/19 370/14 391/21 402/13 435/9 439/12 502/12 504/13 505/13 521/25 524/8 527/14 536/2 549/12
**standpoint [1]** 378/12
**start [18]** 320/16 324/1 365/23 391/6 392/23 436/22 445/24 463/9 476/13 491/21 492/4 494/7 515/6 557/2 557/19 558/20 560/19 561/8
**started [30]** 330/7 330/15 330/17 330/22 375/19 377/14 378/6 391/12 391/25 392/3 392/22 394/9 418/25 422/5 430/14 438/22 440/23 443/18 443/23 463/11 476/15 476/17 477/24 489/20 489/22 492/3 492/24 497/4 542/1 542/7
**starting [5]** 313/5 367/14 403/22 425/9 450/4
**starts [3]** 363/4 454/8 460/2
**state [15]** 313/4 372/18 372/21 372/22 378/3 378/19 424/23 474/18 475/18 476/24 483/20 489/8 489/24 493/1 505/14
**stated [1]** 416/8
**statements [12]** 379/19 461/20 461/21 521/4 558/7 558/12 559/5 559/9 559/15 559/17 559/23 560/3
**states [41]** 310/1 310/3 310/11 313/3 313/7 313/8 315/22 323/11 324/12 324/19 329/2 331/8 338/14 350/7 350/9 375/17 386/20 388/13 389/2 396/10 410/6 410/14 411/7 427/19 447/5 447/11 466/22 466/23 466/24 467/13 467/14 468/3 502/22 505/2 506/2 535/6 536/12 541/2 541/6 543/12 543/13
**states' [1]** 506/5
**stating [1]** 468/3
**station [5]** 407/16 458/7 458/10 458/11 486/2

**stationed** [1] 415/15
**stay** [7] 314/13 380/1 485/22 499/9 513/19 514/1 537/8
**stayed** [3] 444/1 479/5 525/18
**steady** [1] 415/22
**steal** [8] 381/14 451/23 452/2 452/20 484/4 494/9 518/8 535/5
**stealing** [4] 517/17 517/19 518/5 525/16
**step** [5] 331/4 337/24 359/16 524/24 552/20
**stepdad** [1] 488/17
**stepped** [1] 424/14
**steps** [5] 320/1 351/17 419/6 443/1 514/24
**Stewart** [1] 310/17
**sticker** [3] 334/17 334/22 338/8
**stickers** [7] 337/21 337/25 338/6 338/7 338/10 391/15 391/19
**still** [26] 320/17 329/8 332/3 359/7 361/12 367/19 384/5 416/2 426/1 433/9 441/11 442/14 454/3 475/8 491/17 491/18 494/14 495/21 495/21 499/4 501/21 508/7 534/3 535/18 540/16 547/15
**stipulate** [6] 328/7 337/10 467/1 467/3 468/10 468/20
**stipulated** [2] 450/10 456/9
**stipulation** [21] 316/7 318/10 318/20 321/9 324/9 325/21 326/8 327/2 327/8 327/15 328/10 337/14 339/23 346/11 347/23 354/6 357/11 365/15 374/12 455/17 457/11
**stipulations** [21] 313/19 322/21 331/23 344/2 345/1 350/3 374/16 446/16 447/14 448/10 461/11 466/16 466/20 467/2 467/10 468/8 468/16 468/18 468/25 471/11 471/12
**stocks** [3] 491/22 492/1 492/4
**stole** [4] 346/14 350/6 529/22 532/23
**stolen** [22] 332/4 350/14 481/18 484/7 484/16 494/12 495/10 501/16 501/18 502/11 518/14 519/12 519/16 519/18 519/24 520/13 520/14 526/7 531/7 540/16 540/24 541/4
**stood** [4] 422/4 500/12 505/9 538/12
**stop** [23] 316/15 330/13 330/18 334/24 339/15 367/18 372/16 381/13 392/11 394/12 402/5 435/22 437/23 451/23 452/1 452/20 454/11 484/4 494/25 504/4 507/8 524/1 524/4
**stopped** [10] 416/20 418/3 419/11 422/2 424/8 434/21 438/4 523/20 537/3 560/11
**Stopping** [1] 424/12
**stops** [2] 442/1 458/8
**store** [1] 476/6
**stores** [2] 475/23 476/1
**storm** [1] 515/10
**straight** [3] 363/9 399/18 400/12
**street** [18] 310/14 310/17 310/22 332/2 332/2 392/24 393/1 393/6 415/2 415/17 416/14 417/6 431/9 432/6 432/13 467/12 472/17 523/23
**strengthened** [1] 482/14
**strewn** [1] 424/19

**strictly** [1] 378/23
**string** [1] 457/10
**strong** [2] 478/16 496/16
**stronger** [1] 503/18
**stuck** [1] 491/6
**studied** [2] 377/16 475/20
**study** [3] 475/19 489/7 489/9
**stuff** [13] 391/19 435/20 491/23 492/2 492/13 493/3 493/22 502/24 518/6 518/8 518/14 519/1 535/2
**style** [1] 338/8
**subject** [3] 502/14 506/18 514/15
**submit** [1] 387/6
**submitted** [2] 548/14 556/24
**Suburban** [1] 489/1
**subway** [2] 523/13 523/14
**successful** [1] 401/21
**succinct** [1] 557/3
**such** [4] 340/2 381/14 406/10 502/21
**sucked** [1] 511/2
**sudden** [3] 331/18 416/12 493/15
**suddenly** [1] 452/20
**sufficient** [1] 473/17
**suggest** [1] 502/13
**suggestions** [1] 520/1
**Suite** [2] 310/14 310/17
**sunglasses** [1] 344/13
**super** [1] 478/7
**supervisor** [1] 413/13
**supplies** [6] 497/15 497/16 498/5 498/6 498/6 545/12
**support** [5] 381/9 493/4 496/21 499/8 547/15
**supported** [3] 484/14 484/15 486/16
**supporters** [1] 383/10
**supporting** [2] 323/2 323/4
**supportive** [1] 496/18
**suppose** [2] 390/6 430/5
**supposed** [5] 407/6 412/15 413/1 413/4 413/10
**Supreme** [1] 534/25
**sure** [53] 331/17 333/19 340/10 342/12 343/5 359/12 365/24 377/20 384/25 386/11 386/17 389/1 389/4 393/19 398/17 399/1 399/22 401/24 402/8 409/1 414/11 414/20 417/3 417/5 422/8 423/3 425/21 434/20 442/7 445/5 445/8 445/15 445/21 448/3 450/2 451/12 452/18 453/24 454/8 456/5 456/9 457/16 458/4 460/10 465/3 485/16 507/20 528/14 533/5 534/7 536/3 540/5 553/13
**surgeon** [1] 488/19
**surrendered** [1] 515/7
**surroundings** [1] 470/3
**surveying** [1] 419/4
**susceptible** [1] 515/17
**suspended** [1] 323/12
**sustain** [3] 382/2 510/13 511/18
**sustained** [4] 481/13 502/1 511/18 512/24
**swear** [1] 474/12
**sweatshirt** [6] 334/2 341/13 343/19 344/12 348/5 370/9
**swinging** [1] 501/6
**switched** [1] 445/24
**sworn** [6] 388/18 410/19 427/9 444/22

**474/19 487/17**
**symbol** [1] 333/15
**system** [1] 438/13

**T**

**T-H-O-M-P-S-O-N** [1] 474/20
**TABLE** [1] 312/1
**tactical** [5] 392/6 392/10 545/2 549/9 549/10
**take** [53] 326/23 332/14 333/4 338/18 340/7 341/18 342/5 343/6 347/8 350/21 352/20 353/7 354/23 355/19 357/21 359/25 361/7 362/11 363/6 364/15 371/23 374/5 386/12 403/2 413/2 431/2 431/5 436/13 440/5 448/4 456/14 458/6 473/7 473/18 474/17 481/9 488/3 498/5 498/9 498/14 499/19 500/23 503/7 510/5 514/24 515/25 522/19 527/25 535/8 538/17 543/12 550/18 556/12
**taken** [27] 320/7 332/21 333/10 335/2 335/9 339/16 339/17 343/5 357/16 360/7 366/14 370/3 373/20 394/4 394/4 397/2 423/10 440/16 456/20 470/2 470/9 470/23 471/9 471/17 471/24 473/20 522/16
**takes** [1] 557/6
**taking** [11] 360/6 378/17 380/25 409/13 419/20 427/16 459/23 464/12 465/4 465/23 546/17
**talk** [11] 323/22 478/5 480/11 497/16 499/7 502/16 513/25 514/1 526/19 537/17 542/14
**talked** [11] 461/6 497/4 501/1 501/1 501/13 534/10 534/16 534/20 534/22 534/25 535/2
**talker** [1] 427/23
**talking** [9] 384/1 395/11 402/14 441/3 480/8 503/18 512/14 530/24 555/2
**tape** [5] 314/3 314/5 553/25 557/3 557/7 557/10
**tapes** [1] 383/1
**task** [1] 503/24
**tattoos** [2] 439/7 439/10
**team** [1] 380/16
**tear** [2] 454/17 532/3
**technician** [3] 312/11 411/6 470/10
**television** [1] 470/25
**tell** [22] 333/10 339/15 343/2 350/18 414/10 423/20 440/10 457/21 463/24 480/1 480/17 486/6 486/20 486/21 489/16 491/1 497/11 505/10 507/23 516/3 530/21 546/6
**telling** [2] 412/19 485/13
**tells** [1] 451/7
**temporary** [1] 468/2
**Tempore** [2] 325/22 468/6
**ten** [12] 362/13 362/24 373/17 400/11 415/18 426/9 428/14 444/4 473/18 477/7 496/7 500/1
**Ten a.m** [1] 500/1
**term** [4] 376/14 447/4 447/10 478/14
**terms** [4] 378/8 478/2 482/4 502/21
**terrace** [29] 317/10 318/5 320/4 322/4 322/5 322/10 322/11 354/9 354/10 365/13 367/22 371/1 372/5 372/9 374/4 374/9 384/17 384/18 384/21

**terrace... [10]** 393/13 393/18 393/19 393/22 394/3 418/24 419/1 419/6 419/9 465/10

**terrorism [1]** 445/16

**testified [15]** 382/20 387/20 388/19 410/20 427/10 444/23 474/11 487/18 520/23 522/9 525/22 533/5 537/21 540/3 542/19

**testify [7]** 467/9 468/15 468/24 525/8 541/13 542/3 544/21

**testifying [7]** 379/10 486/21 535/22 541/4 541/19 541/23 542/10

**testimony [8]** 378/19 389/8 397/16 512/11 513/9 525/8 528/16 533/18

**text [58]** 429/14 429/15 429/16 429/17 429/18 429/19 429/25 447/24 447/24 448/4 448/5 448/7 448/21 449/23 449/25 450/5 450/24 451/4 451/5 453/8 454/6 454/24 455/7 455/22 455/24 456/1 456/7 457/5 457/7 457/9 457/19 457/20 457/22 458/2 458/13 458/19 459/20 459/25 460/17 461/7 462/3 462/7 462/12 462/13 462/19 463/2 464/13 465/1 465/2 465/7 465/8 465/16 465/23

**texted [2]** 485/12 485/24

**texting [4]** 450/18 460/8 462/9 485/9

**texts [3]** 453/22 455/23 458/3

**than [19]** 369/15 370/14 399/16 404/2 409/23 415/23 435/16 435/16 435/20 441/25 501/8 502/19 503/19 503/25 526/8 538/15 553/15 554/18 559/1

**thank [43]** 316/24 342/19 362/11 375/2 380/5 386/25 388/9 388/10 389/5 389/8 406/4 409/16 410/11 423/17 426/22 426/25 427/1 427/16 440/13 444/10 444/13 444/14 459/8 459/17 459/18 464/7 466/6 466/8 466/11 474/3 481/1 482/18 482/20 487/2 487/5 487/8 487/9 543/21 551/23 552/19 553/1 561/9 561/22

**thanks [2]** 416/19 516/12

**that [1133]**

**that lend [1]** 505/4

**that's [116]** 316/18 317/11 317/14 317/16 329/5 333/6 334/11 336/7 340/15 342/24 342/24 343/17 343/19 351/2 351/6 353/12 353/21 359/15 359/17 363/9 369/18 370/25 376/20 376/25 378/25 379/6 379/25 380/4 392/10 393/7 393/8 393/16 395/2 396/15 397/1 397/11 398/6 399/1 400/4 402/2 405/18 409/15 409/16 411/18 411/19 414/8 414/15 417/4 417/5 417/6 421/18 424/3 425/10 425/12 435/4 435/25 435/25 436/8 438/13 438/25 441/16 444/8 445/12 446/7 446/14 450/17 450/23 451/22 454/7 457/6 457/11 462/5 464/4 472/24 472/25 478/23 480/20 480/21 480/24 480/25 481/1 481/25 485/24 486/21 490/13 494/25 496/1 497/19 516/4 525/4 530/16 533/20 534/3 535/12 537/25 542/10 544/22 545/9 545/20 545/22 546/15 548/5 549/25

551/4 552/1 553/8 553/2 554/21 553/5 555/6 555/6 556/1 557/3 557/9 558/11 561/20

**their [18]** 323/3 371/8 381/22 382/24 386/11 402/23 405/22 406/22 406/22 429/22 435/11 441/17 442/7 482/10 485/19 555/14 558/20 560/3

**them [66]** 316/5 320/8 329/13 329/15 329/18 329/18 329/19 330/7 331/9 332/7 337/1 352/1 354/3 360/11 365/9 371/1 372/19 380/13 382/9 383/14 391/18 392/16 394/20 398/22 401/5 402/10 403/1 403/15 404/3 405/14 406/17 407/9 407/14 422/8 422/9 422/9 435/17 442/1 443/5 449/22 453/22 458/3 460/13 481/6 481/8 484/20 485/12 485/18 485/24 486/4 486/6 493/12 501/5 507/20 512/9 514/20 540/5 541/8 543/11 553/9 554/3 555/6 557/20 557/21 558/20 560/17

**themselves [2]** 400/10 485/22

**then [126]** 317/18 319/3 322/5 325/3 325/16 329/12 331/9 331/11 332/11 333/16 335/9 336/25 338/5 338/8 345/18 350/12 352/17 355/17 356/15 359/20 363/4 370/18 381/3 381/9 387/13 392/22 393/10 394/8 396/3 396/12 402/25 413/2 413/4 416/20 417/7 418/5 418/13 418/16 421/19 421/22 428/22 429/19 430/7 432/10 432/16 433/5 434/1 434/8 434/21 434/22 436/1 436/24 437/23 442/8 443/2 443/17 443/23 444/1 445/16 445/18 445/24 446/22 450/16 454/20 454/21 455/2 455/25 458/9 458/19 458/22 460/4 460/23 462/12 462/19 473/18 475/17 477/7 477/8 478/13 483/13 489/4 490/2 490/9 490/10 490/13 491/4 492/4 492/14 495/1 499/14 500/23 501/1 505/18 506/12 513/25 514/8 514/22 519/17 519/17 520/23 522/8 537/25 542/7 542/13 543/3 544/14 544/15 544/20 545/1 545/6 546/14 547/10 547/15 553/22 554/13 554/22 555/9 555/16 555/22 556/7 557/3 557/18 558/8 558/9 560/19 560/20

**theories [4]** 480/7 480/8 481/6 491/7

**theory [1]** 480/6

**there [181]** 329/7 329/16 329/19 330/23 331/19 332/23 335/12 336/4 337/21 342/15 343/9 346/6 346/22 350/25 351/22 354/12 358/10 359/19 362/12 366/20 367/19 367/22 367/23 368/10 370/22 371/7 372/2 373/3 376/7 376/12 377/1 377/15 377/21 378/9 379/9 379/21 380/8 384/5 384/17 385/5 390/18 393/12 394/1 394/3 394/6 396/18 396/19 396/21 396/22 398/11 398/13 398/15 401/16 401/17 401/24 403/21 404/5 404/21 405/17 406/14 406/25 407/10 407/15 407/16 407/20 407/20 409/22 409/24 413/2 413/7 413/9 413/9 415/19 416/11 416/12 416/22 417/3 417/5 417/10 417/12 417/21 417/25 418/5

418/6 418/19 419/5 419/9 419/10 419/11 420/10 420/15 420/16 421/11 421/17 422/2 422/8 422/12 422/12 422/15 423/3 423/24 424/3 425/16 425/22 426/1 429/11 430/2 430/5 430/20 430/25 432/24 433/5 433/6 433/8 433/11 433/13 433/25 435/22 436/20 437/7 437/17 437/17 439/12 439/21 442/14 442/25 454/11 458/11 460/14 468/1 475/5 479/18 484/10 489/12 491/9 496/1 497/14 498/25 500/2 500/12 502/12 503/1 503/24 503/25 504/4 504/13 504/14 505/9 505/10 505/14 508/7 510/3 511/15 511/20 512/14 521/1 521/3 522/18 524/8 526/15 526/16 527/10 527/20 528/19 529/1 529/1 532/1 532/5 532/10 532/13 537/8 538/12 540/21 541/24 543/8 549/12 550/19 550/20 551/11 551/16 561/4

**there's [32]** 314/4 315/16 328/12 334/16 334/17 338/7 359/15 380/4 393/16 396/21 398/13 401/24 402/9 407/13 416/22 418/23 421/10 421/11 432/11 433/23 435/9 435/10 436/1 436/2 438/6 438/16 438/17 441/20 495/23 499/1 502/19 560/19

**thereafter [2]** 374/5 547/24

**thereby [1]** 554/3

**therefore [1]** 400/20

**Thereupon [23]** 314/7 373/20 373/22 388/15 410/16 427/6 440/14 440/16 440/21 444/19 456/18 456/20 456/22 473/9 473/20 473/24 474/7 487/14 521/12 556/14 559/11 561/2 561/23

**these [62]** 320/1 322/9 323/10 335/5 336/6 348/11 358/3 359/1 360/19 370/2 370/13 371/8 378/17 379/21 381/7 381/22 382/6 383/3 383/10 383/18 384/19 386/9 400/14 401/20 405/23 406/22 433/24 438/24 447/24 453/24 458/3 458/4 460/1 460/2 466/20 467/10 468/16 468/25 470/3 471/2 471/3 471/22 472/3 472/10 480/3 491/1 493/23 497/11 497/18 498/2 498/2 503/9 504/13 507/23 509/6 509/15 512/19 515/8 529/7 536/9 548/13 553/11

**they [160]** 316/16 319/8 319/8 320/17 321/1 321/5 321/6 322/18 324/7 326/17 326/18 326/20 329/10 329/14 329/16 329/16 329/17 329/17 329/20 330/7 330/11 332/6 339/18 345/16 347/21 348/12 348/15 348/18 348/19 348/19 348/21 349/6 349/7 349/18 349/25 354/5 354/9 354/18 354/19 354/19 355/1 359/9 360/22 363/25 364/3 365/19 365/20 371/10 374/7 378/9 378/17 379/24 381/12 381/13 382/13 382/16 382/18 383/2 386/10 386/10 391/25 394/6 396/9 396/18 397/5 399/21 400/16 400/16 403/16 404/15 404/20 407/12 407/23 407/25 408/2 408/7 410/3 415/14 415/22 415/23 419/13 419/24 422/18 422/19 429/19 422/23 422/24 422/24 429/23 429/24 432/6 433/11 434/1 434/18

they... [66] 434/20 434/22 434/23 435/19 436/25 441/18 447/5 453/5 453/5 460/13 460/14 461/23 467/7 468/13 468/22 470/3 470/22 470/22 471/4 471/9 471/9 471/24 471/24 480/7 481/8 490/22 494/24 502/19 503/7 503/11 505/19 505/20 506/5 508/2 513/24 513/25 529/3 529/5 529/8 531/12 531/15 532/10 538/24 539/1 539/3 541/15 541/25 542/6 542/13 542/13 543/10 545/13 546/20 548/15 549/2 551/25 553/7 553/9 553/19 553/20 554/14 557/16 557/17 557/18 557/19 557/22

they'll [4] 326/19 371/11 438/19 546/21

they're [25] 315/8 315/15 317/18 322/10 347/22 349/19 350/1 350/1 360/19 360/20 382/11 395/20 404/16 428/8 434/18 434/19 434/21 441/17 442/2 442/15 516/3 545/1 545/20 546/13 546/18

they've [4] 318/4 382/13 554/7 558/7

thing [10] 313/16 350/7 381/8 391/16 397/3 449/25 511/3 555/13 557/4 560/13

things [32] 320/6 322/17 372/18 379/15 391/13 392/7 404/1 409/7 429/20 429/23 429/25 477/24 478/25 481/11 486/24 492/10 493/6 494/8 500/9 505/19 510/3 512/8 513/14 515/25 520/4 534/11 534/18 538/21 540/3 560/17 561/4 561/6

think [56] 313/17 313/21 314/1 333/23 336/4 337/1 340/14 369/16 378/11 379/14 379/17 384/14 385/23 390/11 466/5 466/14 473/15 494/2 495/4 495/5 495/6 495/7 495/24 496/1 500/25 515/14 515/17 521/21 522/17 522/19 523/16 524/22 540/25 544/5 544/12 544/20 544/22 546/2 547/2 547/4 547/17 548/5 551/6 552/10 552/11 554/13 555/1 555/6 555/7 557/5 557/9 558/15 558/16 558/24 558/25 559/8

thinking [5] 509/18 509/20 510/9 545/20 557/9

third [7] 345/18 392/24 393/1 393/6 407/2 468/10 502/17

thirty [6] 413/19 446/19 446/24 447/1 488/8 537/14

Thirty-eight [1] 488/8

Thirty-one [1] 446/24

Thirty-six-year-old [1] 537/14

Thirty-two [1] 447/1

this [462]

Thomas [13] 312/15 444/18 444/20 445/5 445/7 447/13 447/18 449/20 456/24 460/25 463/4 464/25 465/15

THOMPSON [204] 306/6 312/18 312/20 313/4 313/12 327/25 328/8 328/13 328/17 329/23 330/8 330/13 330/16 330/20 330/22 330/25 331/6 331/15 331/25 332/3 332/6 332/8 332/9 332/10 332/10 332/12 333/6 333/7 333/13 335/13 335/17 336/22

337/3 337/12 339/5 339/25 341/4 341/16 343/4 343/23 344/4 344/5 344/10 344/14 345/3 345/21 345/23 345/25 346/14 346/16 346/22 347/15 347/25 348/2 348/7 348/22 349/3 349/16 349/20 350/6 350/8 350/12 350/13 350/14 350/19 354/1 354/8 354/10 354/17 355/7 355/9 357/13 357/15 357/16 357/18 358/6 361/19 363/2 363/16 363/25 364/13 365/6 365/17 367/6 374/16 383/23 385/23 388/3 409/2 446/13 446/20 446/22 446/25 447/2 447/9 448/18 448/22 448/25 449/2 449/2 449/4 449/9 449/14 449/17 449/18 450/9 450/19 451/1 451/2 451/6 451/12 451/17 452/13 452/24 453/3 453/9 453/24 454/1 454/3 454/9 454/16 454/19 454/20 454/21 455/1 455/2 455/4 455/9 455/12 455/24 455/25 456/5 456/10 457/10 457/15 457/23 458/4 458/5 458/15 458/20 459/22 459/23 460/2 460/3 460/4 460/5 460/7 460/12 460/15 460/19 461/4 461/14 461/17 461/21 462/9 462/10 462/14 462/15 462/20 462/21 462/24 463/1 464/12 464/17 465/3 465/7 465/18 465/19 465/23 466/25 468/12 469/3 469/7 469/12 469/13 469/21 469/24 470/4 471/13 471/20 472/21 474/4 474/8 474/20 474/21 477/19 478/25 480/17 483/4 483/6 485/10 487/12 487/15 488/5 522/23 523/24 525/17 525/22 527/18 535/10 537/14 539/17 547/11 552/4

Thompson's [12] 333/20 374/14 374/21 448/11 448/17 449/2 456/10 457/5 472/2 472/4 472/9 472/11

thorough [2] 375/7 384/14

those [71] 320/6 320/7 322/12 322/18 323/5 333/18 335/17 336/5 338/9 343/4 348/14 356/2 360/25 363/15 378/22 379/15 379/19 384/21 385/9 387/10 390/1 396/3 398/21 399/20 400/21 401/4 401/5 401/8 403/23 404/18 405/14 409/24 410/5 411/17 430/12 446/11 447/13 448/7 449/21 464/19 468/16 478/18 480/12 480/23 481/5 493/9 498/6 498/6 507/4 519/3 519/5 519/10 519/13 520/4 521/21 531/17 534/1 537/5 537/8 537/9 537/22 538/21 538/21 538/21 538/24 551/25 552/13 554/10 559/17 559/17 559/23

though [8] 384/22 385/18 398/23 484/5 532/20 536/24 539/25 542/12

thought [17] 314/2 477/23 478/12 494/5 499/6 500/16 502/25 503/11 510/10 524/1 525/16 525/20 526/16 537/22 542/20 552/16 554/5

thousands [1] 501/3

threat [2] 433/13 501/20

threatening [1] 385/16

threats [2] 445/16 445/23

three [26] 327/7 327/13 346/6 349/1 352/14 372/2 372/3 372/8 392/11 395/20 397/15 402/3 403/5 404/10

405/7 413/6 422/12 422/15 426/7 447/14 448/20 451/4 467/16 471/6 534/4 557/20

Three p.m [1] 426/7

through [53] 318/8 319/7 319/9 322/21 324/9 331/23 343/4 344/5 344/18 346/15 348/1 350/3 350/13 357/17 383/7 395/6 396/4 396/20 400/14 406/15 417/15 418/6 420/22 443/2 444/1 448/6 448/10 448/13 448/15 448/18 449/6 449/20 452/8 454/6 466/22 468/17 469/9 469/11 469/14 469/15 469/21 469/23 470/1 470/8 470/20 470/24 471/7 471/7 471/18 489/23 509/17 553/12 557/21

throughout [7] 354/3 394/10 409/5 426/1 476/12 483/20 506/1

throw [2] 439/17 538/21

thrown [1] 439/21

thumbnail [3] 449/12 449/13 449/15

thus [1] 554/7

ties [1] 508/18

till [1] 415/18

time [134] 313/21 314/23 316/6 316/14 317/22 318/9 318/25 320/10 320/20 320/22 321/8 321/13 321/22 322/7 322/20 323/19 323/24 325/7 325/17 328/19 330/20 331/22 332/21 335/4 339/23 343/5 343/20 344/10 345/21 345/22 346/12 347/12 347/14 347/23 349/7 350/19 354/13 354/24 357/7 357/10 362/13 364/11 365/4 367/13 372/24 374/4 374/11 377/14 388/2 390/6 392/21 400/23 403/9 405/20 406/17 407/11 409/21 412/23 415/9 419/8 426/5 426/8 428/16 430/22 433/14 434/1 435/12 435/13 441/6 448/8 450/12 450/22 451/18 455/15 457/17 457/20 457/20 458/1 459/13 460/7 461/10 463/9 463/9 463/12 464/11 465/9 465/21 466/4 470/3 470/22 471/9 471/17 471/24 472/4 472/11 476/14 477/12 477/14 477/19 479/18 479/23 479/24 479/24 481/9 483/25 484/24 490/1 491/12 492/9 492/11 495/25 499/22 499/24 504/22 516/19 519/24 520/2 521/8 522/12 523/6 524/14 527/2 529/16 531/2 531/6 532/23 543/6 552/24 553/1 554/6 555/17 558/4 558/8 561/7

times [9] 357/18 394/8 404/11 405/6 405/7 405/9 494/22 497/13 531/20

timestamp [4] 403/6 450/11 450/14 450/21

timestamps [2] 471/1 471/4

timing [3] 379/15 463/6 555/12

timing-wise [1] 555/12

tips [2] 446/10 446/12

tire [1] 383/11

Title [3] 324/19 447/5 447/11

today [20] 314/2 328/2 337/6 352/22 366/4 366/18 375/8 377/17 397/16 412/7 486/19 486/20 507/8 512/2 517/11 530/6 541/13 555/23 556/7 558/9

together [10] 326/18 326/19 430/14 430/15 476/11 477/11 477/12 477/17

**together...** [2] 497/15 498/5
**togethers** [1] 376/2
**told** [19] 314/2 330/11 332/6 413/13
464/14 484/4 486/4 499/19 503/21
509/5 517/7 517/15 524/12 525/16
541/15 542/6 542/13 543/1 543/10
**tomorrow** [11] 555/16 555/25 556/8
556/9 556/18 557/2 558/21 560/12
560/19 561/1 561/5
**tonight** [1] 555/15
**too** [7] 368/10 407/18 431/9 442/7
478/5 536/22 537/23
**took** [32] 324/17 332/19 335/3 379/2
379/11 379/12 379/22 421/21 421/22
436/9 436/10 436/11 437/4 446/25
463/13 470/3 497/24 498/13 509/22
510/22 515/10 522/12 522/14 525/14
525/19 525/21 530/7 530/23 533/1
533/6 547/7 550/3
**tools** [1] 322/19
**top** [21] 334/17 336/6 336/9 350/1
360/19 360/20 361/12 363/21 402/11
403/19 404/17 414/12 417/25 418/10
418/13 423/23 424/4 424/4 435/3
477/16 508/6
**topic** [1] 493/16
**Total** [1] 408/20
**touch** [4] 316/22 414/18 417/1 431/25
**toward** [1] 458/7
**towards** [30] 331/2 354/20 354/21
355/7 355/16 356/16 361/21 364/14
364/25 365/1 380/1 381/4 385/20
390/20 390/22 392/1 392/2 394/19
395/3 416/25 417/16 417/25 418/24
419/1 421/17 421/19 422/11 439/21
492/21 524/13
**tower** [1] 458/17
**trace** [1] 419/3
**tracks** [1] 472/16
**trade** [1] 492/3
**trading** [1] 491/22
**traffic** [13] 413/24 414/1 414/16 415/9
415/17 415/20 415/20 416/9 417/5
417/10 417/21 428/9 432/8
**trained** [1] 445/21
**training** [6] 412/5 412/15 412/22 413/5
413/7 430/8
**traitor** [1] 369/7
**Traitors** [1] 351/9
**transcript** [4] 310/9 311/7 554/2 554/8
**transcription** [3] 311/7 464/1 464/2
**transferred** [2] 412/4 475/18
**Transit** [3] 323/6 404/23 422/7
**transition** [2] 376/17 411/23
**transportation** [1] 523/17
**trash** [2] 508/6 525/18
**travel** [2] 413/4 497/3
**traveled** [4] 417/23 418/2 418/7
421/16
**traveling** [2] 415/21 416/13
**treated** [1] 539/1
**tree** [2] 356/1 454/21
**trees** [1] 356/2
**trial** [7] 310/9 467/7 468/13 468/23
500/10 521/22 546/17
**triangle** [3] 393/5 393/6 393/15

**trickle** [1] 377/14
**tried** [9] 329/15 330/25 365/19 478/5
497/13 514/20 540/7 540/11 541/16
**trip** [1] 497/11
**trophy** [3] 454/10 454/12 454/14
**trouble** [2] 485/19 485/22
**trucks** [2] 391/18 406/22
**true** [7] 313/24 448/21 449/7 481/20
502/25 505/20 542/10
**Trump** [74] 333/16 333/23 335/15
336/18 343/18 344/11 352/2 358/17
361/6 373/10 376/9 377/16 377/22
379/4 380/15 381/9 381/10 383/10
391/19 407/10 407/20 452/20 457/17
463/25 465/20 477/23 478/12 478/15
478/15 478/16 485/13 492/9 492/19
493/1 495/9 495/25 499/6 500/23
501/1 501/13 501/22 502/12 503/18
504/12 518/25 519/3 519/9 522/8
524/8 524/14 524/17 525/23 527/14
534/11 534/12 535/5 537/5 539/25
540/21 544/16 544/22 547/12 547/16
547/23 549/6 553/19 555/19 558/7
558/13 559/6 559/15 559/25 560/10
560/11
**Trump's** [6] 376/4 447/2 463/6 478/14
519/20 556/5
**Trumpers** [1] 406/22
**truth** [2] 486/20 486/23
**try** [13] 314/5 322/17 348/20 372/20
397/3 397/4 437/6 438/7 439/17 481/7
503/11 513/21 541/8
**trying** [17] 314/3 316/3 316/15 318/7
320/8 324/7 329/2 329/14 329/17
331/19 360/20 385/5 390/16 391/5
394/18 394/19 399/19 402/5 420/10
420/12 425/19 435/11 435/17 442/1
442/14 482/4 486/5 491/24 492/17
512/3 512/14 512/15 513/23 529/13
529/14 553/24 558/19
**Tube** [1] 479/24
**Tuesday** [1] 557/22
**tunnel** [27] 317/11 317/12 320/4
320/24 321/2 321/4 365/13 366/17
366/19 366/21 367/2 367/10 367/19
368/3 368/3 368/12 369/13 432/11
465/11 465/12 471/19 538/3 538/8
538/10 539/3 539/12 539/13
**tunnels** [2] 395/7 396/4
**turn** [10] 314/6 327/24 341/25 430/3
493/5 545/23 546/3 546/7 546/14
546/19
**turned** [7] 330/19 330/23 345/4 421/18
547/1 550/9 550/12
**turning** [1] 543/7
**turnout** [1] 452/1
**TV** [1] 430/4
**TVs** [1] 554/20
**tweet** [1] 555/20
**twelve** [1] 429/13
**Twenty** [1] 538/6
**Twenty-five feet** [1] 538/6
**Twitter** [2] 479/24 493/22
**two** [54] 318/7 329/4 329/8 329/24
331/20 331/25 332/1 334/16 336/6
336/9 338/7 342/2 342/3 345/17
346/14 348/11 352/19 354/20 359/6

370/1 375/12 375/14 395/24 398/20
400/4 404/1 415/19 421/11 432/7
435/9 436/3 445/25 447/1 448/11
450/5 450/24 453/22 458/9 460/15
469/3 469/17 470/24 472/21 476/20
481/23 483/18 483/25 513/8 537/5
541/12 550/16 552/13 555/15 557/19
**type** [7] 358/23 361/1 480/6 480/7
480/8 555/3 561/18
**types** [2] 401/9 404/21
**typical** [2] 392/5 416/21
**typically** [1] 429/7

**U**

**U.S** [29] 310/13 310/17 311/3 323/1
323/5 323/8 323/18 324/13 324/14
325/1 326/9 331/25 334/21 340/1
344/6 353/24 420/19 467/4 467/11
467/16 467/17 470/9 471/1 471/20
471/25 472/19 472/21 526/24 552/13
**Uber** [15] 329/17 329/18 329/20 332/7
385/5 446/25 460/14 499/15 499/18
499/20 499/23 513/17 542/1 542/23
543/1
**Uh** [3] 496/9 504/18 516/18
**Uh-huh** [3] 496/9 504/18 516/18
**ultimately** [4] 436/23 488/17 515/6
553/7
**unable** [1] 332/12
**unauthorized** [1] 323/14
**under** [7] 323/7 324/19 324/25 356/1
432/12 458/16 533/6
**underdog** [1] 492/22
**underneath** [2] 334/2 398/7
**understand** [14] 366/7 386/17 483/4
487/1 490/9 512/10 533/5 535/22
540/3 540/5 546/11 546/21 553/13
554/16
**understandable** [3] 485/24 486/18
486/21
**understanding** [4] 376/24 376/25
515/9 553/17
**understands** [1] 359/13
**underway** [1] 345/9
**underwear** [1] 490/23
**undisputed** [4] 318/20 337/18 379/16
473/2
**unemployed** [4] 482/15 494/16 515/19
515/21
**unemployment** [1] 491/24
**Union** [3] 407/16 458/7 458/10
**unison** [1] 381/22
**Unit** [4] 411/15 411/21 411/22 428/5
**UNITED** [40] 310/1 310/3 310/11 313/3
313/7 313/8 315/21 323/11 324/12
324/19 329/2 331/8 338/14 350/7
350/9 375/17 386/20 388/13 389/1
396/10 410/6 410/14 411/7 427/19
447/5 447/11 466/22 466/23 466/24
467/13 467/14 468/3 502/22 505/2
535/6 536/11 541/2 541/5 543/12
543/13
**University** [2] 475/18 489/8
**unlawful** [1] 340/2
**unlawfully** [1] 410/6
**unleashed** [1] 457/17
**unless** [4] 313/17 329/10 544/23

**U**

unless... [1] 545/11
unquote [1] 447/4
unruly [2] 386/18 406/10
until [15] 323/12 323/14 323/19
327/19 354/12 370/15 390/23 391/21
416/4 477/5 477/22 478/11 482/9
494/23 506/5
up [131] 314/22 316/3 320/17 323/25
329/20 330/17 331/4 332/9 340/4
340/20 348/19 353/14 353/23 354/16
355/16 355/24 356/20 356/24 361/22
361/23 366/10 370/15 371/16 378/5
378/11 378/24 378/25 384/20 396/5
396/6 397/7 397/25 399/14 401/13
402/22 402/24 403/1 406/23 413/14
415/9 416/21 417/8 417/16 419/9
420/14 421/19 422/5 426/2 426/2
428/22 429/12 429/12 429/13 429/14
431/7 431/17 432/7 432/7 433/6
433/22 434/3 434/3 434/7 436/3
436/24 437/2 437/3 437/7 437/20
437/21 442/8 443/1 443/1 443/2
443/17 446/6 446/12 453/21 454/6
456/3 462/2 474/23 474/24 475/4
475/7 477/5 477/22 478/17 478/11 486/5
488/9 488/12 488/20 488/23 489/21
491/20 492/1 492/3 492/16 494/23
495/1 496/21 499/12 499/22 501/5
501/5 501/13 502/9 506/1 506/10
507/17 509/3 512/12 530/13 530/14
530/18 531/4 536/10 540/10 541/19
541/24 542/7 545/21 550/23 551/22
555/4 555/15 556/9 556/25 557/10
557/23 560/12
upon [5] 345/3 385/18 422/7 557/6
557/7
upper [15] 322/11 333/20 346/3 364/4
364/8 395/25 403/6 414/21 432/15
432/17 441/20 471/2 471/5 488/22
488/25
us [29] 331/12 390/1 392/1 392/22
394/19 401/24 402/7 402/7 404/2
413/9 413/13 413/24 415/14 415/19
415/24 416/19 429/24 436/21 438/7
441/18 441/18 474/23 478/20 479/2
499/19 507/20 547/9 557/24 558/7
usdoj.gov [2] 310/15 310/19
use [12] 320/8 350/10 371/11 390/15
415/14 502/21 509/23 510/2 533/8
533/10 533/17 554/6
used [12] 332/24 358/23 394/16
394/23 398/13 415/25 447/10 484/25
523/16 534/7 541/8 560/4
user [4] 449/1 449/3 449/14 449/15
uses [1] 434/17
usher [1] 425/19
using [11] 319/13 322/16 322/19
359/1 359/20 371/8 415/19 435/17
437/5 438/7 531/25
usually [2] 434/17 481/10
UTC [1] 450/11
UTC-5 [1] 450/11
utilized [2] 385/9 553/7
utter [2] 408/7 408/20
uttered [1] 377/22

**V**

vaccinated [4] 389/7 412/17 474/15
488/1
Valley [2] 475/12 475/16
value [1] 350/7
valued [1] 350/11
vandalized [1] 382/16
variety [3] 322/16 322/19 353/6
various [2] 445/15 445/23
varying [1] 409/9
vehicle [5] 415/14 415/20 418/3
420/11 431/1
vehicles [12] 329/21 391/15 391/17
415/14 415/15 415/19 415/20 415/25
416/1 417/23 418/14 418/22
verbal [2] 376/6 538/9 554/12
verdict [1] 557/21
Verizon [2] 472/1 472/5
version [2] 369/21 449/12
versus [2] 313/4 507/20
very [75] 316/8 317/4 319/2 319/18
328/12 334/19 337/16 339/7 341/14
343/1 350/18 354/7 356/12 358/18
360/19 360/20 364/9 364/20 366/1
372/13 374/13 380/2 380/5 384/14
386/1 386/4 393/23 394/17 396/22
404/6 404/8 416/15 417/25 434/16
435/3 443/16 446/18 452/9 459/14
464/6 464/20 466/17 473/1 473/6
473/15 477/5 477/6 478/15 478/16
478/16 478/16 481/17 481/23 483/23
484/17 503/3 505/12 506/13 515/4
515/14 515/16 519/10 521/11 522/24
523/1 525/25 544/25 545/10 545/23
548/8 549/6 551/25 553/11 556/6
559/10
vest [20] 331/10 333/17 334/1 335/15
336/3 336/10 336/20 392/10 472/15
497/19 508/4 508/8 525/8 525/9 526/2
526/7 526/9 545/2 549/9 549/10
vestibule [1] 436/3
vests [3] 331/7 392/7 392/9
via [1] 448/3
vibes [2] 503/1 504/14
Vice [5] 319/22 323/18 324/24 325/2
325/16
Victoria [1] 476/3
video [188] 314/23 314/23 315/4
315/10 315/13 316/12 317/3 317/5
317/8 317/16 317/22 317/24 318/2
318/25 319/5 319/19 319/21 320/2
320/12 321/13 321/22 321/24 322/3
322/13 324/2 325/4 325/5 325/12
325/19 326/6 326/14 326/22 326/25
327/6 327/21 338/22 338/25 339/6
339/9 339/13 339/16 340/4 340/5
340/9 340/21 341/1 341/4 341/5
341/16 342/1 342/7 342/10 342/13
342/20 343/2 343/3 343/5 343/7
343/13 343/20 345/13 345/20 346/18
346/20 347/17 347/19 348/9 348/11
348/15 348/16 348/16 348/23 349/5
349/13 350/23 351/8 351/14 351/20
352/8 352/12 352/17 354/24 354/24
355/2 355/6 355/15 356/2 356/4 357/2
357/23 357/25 358/5 358/6 358/8
359/4 359/7 359/10 359/23 360/4

360/13 362/13 362/18 362/18 364/22 365/9
366/2 366/4 366/8 366/13 366/17
367/13 367/16 367/25 368/8 369/1
369/3 369/6 369/8 369/11 369/15
369/22 370/3 370/20 370/24 371/5
371/13 371/21 371/24 372/14 373/1
373/9 373/14 373/16 374/3 379/8
381/13 381/20 383/8 383/24 384/1
397/16 397/23 397/25 403/5 404/4
423/8 423/10 423/22 424/10 425/14
425/22 437/24 438/2 438/10 439/3
439/6 439/15 439/25 441/6 449/11
449/12 449/13 449/14 460/20 461/4
461/9 461/14 461/16 462/10 471/16
501/8 509/10 509/11 513/11 530/6
530/7 530/22 530/23 530/24 531/2
531/4 538/19 539/9 539/11 539/15
558/5 558/5 560/10 560/11
videos [20] 324/5 338/20 351/4 363/16
370/13 370/16 383/18 383/22 387/10
449/7 470/4 471/8 471/23 480/6 481/7
501/6 508/22 509/15 512/19 554/19
view [6] 315/16 317/8 317/9 317/11
343/9 358/5
viewed [1] 382/4
viewing [2] 316/19 473/16
views [4] 477/24 478/8 478/17 478/18
violence [2] 526/12 526/15
violent [1] 510/16
violently [1] 382/9
Virginia [2] 372/18 372/22
vis [2] 493/1 493/1
vis-a-vis [1] 493/1
visible [6] 319/10 344/18 355/9 355/25
364/1 470/5
visual [1] 406/22
voice [5] 488/12 488/23 489/21 492/3
499/22
volume [2] 310/9 313/19
vote [6] 324/16 381/23 386/11 386/19
447/7 506/2
voted [4] 477/21 477/22 477/22 495/5
votes [2] 502/11 506/5
vulnerability [1] 526/1
vulnerable [1] 553/11

**W**

WA [1] 310/18
waistbands [1] 401/15
wait [1] 397/5
waited [4] 354/12 402/21 402/21
402/24
waiting [5] 332/7 402/1 420/12 460/14
543/1
wake [1] 495/1
waking [1] 429/12
Waldorf [1] 429/5
walk [14] 411/16 415/23 425/16
425/22 449/20 458/12 507/11 524/24
527/7 528/8 537/1 537/23 541/16
541/20
walked [16] 345/4 354/9 354/13
362/15 363/16 365/17 425/16 508/8
522/9 528/14 529/17 532/18 532/23
536/16 540/10 541/24
walking [20] 330/11 355/16 356/5
356/20 362/25 363/5 364/25

walking... **[12]** 416/14 416/19 418/25
422/6 524/15 526/3 528/11 528/15
530/9 537/3 542/1 542/7
walks **[2]** 356/21 356/22
walkway **[16]** 361/15 361/25 362/2
362/5 362/6 362/16 363/15 363/18
363/21 364/14 365/1 416/23 417/8
417/8 418/23 419/5
wall **[1]** 534/22
WALTON **[1]** 310/10
want **[35]** 359/12 393/1 394/4 416/21
423/16 454/23 458/6 458/12 464/23
485/21 486/10 486/18 486/20 488/23
492/7 501/9 507/18 525/20 525/20
532/10 533/5 535/22 535/24 539/8
539/12 540/5 555/5 555/7 556/16
556/25 557/21 558/12 558/21 559/6
559/7
wanted **[18]** 319/8 335/10 478/6 481/9
485/18 486/14 496/25 511/1 513/25
522/21 531/17 533/25 535/18 536/14
542/13 551/2 553/8 553/13
wanting **[1]** 506/2
wants **[1]** 544/23
ware **[1]** 509/11
warranted **[1]** 462/16
was **[558]**
Washington **[25]** 310/6 311/4 318/11
331/2 332/3 379/3 379/22 380/14
446/3 446/9 446/25 463/17 467/12
472/18 484/14 496/21 497/25 499/15
499/18 499/23 503/6 503/8 517/25
523/21 525/10
wasn't **[28]** 380/3 392/4 400/8 415/4
415/7 436/20 478/6 478/8 481/19
481/20 482/9 506/4 509/18 510/20
519/5 520/1 520/3 520/9 522/21 524/8
524/10 525/12 526/4 527/14 528/21
532/13 537/8 544/7
watch **[5]** 437/22 481/8 481/9 493/3
553/20
watched **[8]** 326/14 349/5 365/19
383/4 387/10 508/22 509/10 509/15
watching **[8]** 360/14 373/9 407/9
425/13 479/24 480/6 538/12 539/11
water **[2]** 461/23 561/18
waves **[1]** 407/13
waving **[1]** 504/14
way **[38]** 315/7 316/5 318/3 333/7
351/16 357/8 392/25 397/4 397/5
404/10 405/14 408/20 415/21 429/23
430/9 432/8 434/3 434/7 434/8 435/11
441/17 452/15 479/15 492/17 501/19
508/3 509/4 509/7 510/1 510/17
520/15 523/24 524/24 526/14 533/23
534/22 554/9 558/18
ways **[1]** 356/23
we **[216]** 313/14 313/18 314/1 314/2
326/14 328/7 328/11 328/22 329/3
329/6 329/9 329/15 329/17 329/19
330/7 330/10 330/15 330/23 331/1
331/7 331/8 335/2 335/3 335/9 335/10
335/14 337/15 348/14 349/5 357/2
361/25 363/9 369/24 377/6 378/17
383/24 384/5 384/25 389/15 389/15
391/12 392/3 392/11 392/15 392/17

392/22 392/25 393/25 396/23 399/13
399/18 399/18 399/19 400/9 401/25
402/1 402/2 402/4 402/14 402/14
402/21 402/21 402/22 402/23 403/12
403/14 403/19 404/22 404/22 405/15
405/17 405/18 411/16 412/2 413/1
413/2 413/4 413/15 413/23 414/25
415/13 415/13 415/15 415/16 415/18
417/23 417/23 418/2 418/6 418/6
418/7 418/20 420/10 420/11 422/11
423/14 425/9 428/6 428/9 428/9
428/10 430/15 432/7 434/3 435/15
435/19 438/17 440/19 440/23 441/2
441/2 441/6 442/10 443/16 443/17
454/8 454/9 454/18 456/14 457/3
457/3 459/4 460/22 462/1 473/8
473/11 473/22 476/11 476/12 476/15
476/15 476/17 477/5 477/6 477/9
477/9 477/14 477/15 477/21 478/4
479/4 479/4 479/14 480/8 490/17
497/14 499/15 499/15 499/16 499/18
499/19 499/23 500/9 502/19 504/9
504/17 504/23 506/22 507/8 507/8
508/1 508/2 508/6 512/14 512/15
512/16 512/17 522/4 523/22 525/18
525/19 525/21 525/21 544/24 545/12
545/21 546/9 548/6 551/6 553/8 553/9
553/12 553/15 553/24 554/5 555/2
555/9 555/13 555/14 555/18 555/22
555/22 555/23 555/23 555/24 555/24
556/3 556/6 556/8 556/10 556/12
556/18 556/19 557/10 557/18 558/5
558/9 558/23 559/10 560/14 560/15
560/19 561/6 561/6 561/11 561/15
we'll **[21]** 325/4 363/8 425/13 440/5
440/6 440/12 473/7 473/8 473/18
473/19 552/25 556/7 556/9 557/2
558/23 560/12 560/19 560/21 561/1
561/4 561/8
we're **[31]** 314/22 333/19 340/15 384/1
389/14 400/10 402/5 412/1 413/13
414/11 421/6 421/10 425/18 435/20
437/22 439/20 449/20 449/23 451/20
456/3 462/3 463/20 466/5 504/2 504/6
507/7 507/11 507/12 537/18 553/17
554/5
we've **[7]** 384/14 407/2 426/13 489/11
509/10 553/12 558/4
weapon **[8]** 384/10 385/1 409/6
509/24 510/3 533/8 533/17 534/7
weaponry **[1]** 383/11
weapons **[10]** 383/23 383/25 385/9
387/5 387/17 392/17 401/2 435/17
498/9 508/20
wear **[1]** 517/10 526/5 526/6
wearing **[13]** 328/5 331/5 331/7
332/23 333/13 333/24 334/5 344/10
348/3 358/17 373/11 384/23 386/1
website **[1]** 494/22
wedding **[1]** 477/10
Wednesday **[2]** 310/6 450/20
week **[1]** 485/1
weeks **[5]** 377/21 412/6 495/12 551/20
552/5
welcome **[1]** 415/23
well **[86]** 316/8 317/4 319/18 328/12
333/2 333/16 333/17 334/16 336/23

337/15 339/7 341/14 343/18 348/25
352/2 354/5 354/7 356/12 358/18
364/9 364/20 366/1 371/12 372/13
374/13 378/13 378/21 379/6 379/11
380/2 380/5 391/11 393/2 393/23
400/21 401/19 404/1 407/21 412/13
423/4 428/1 430/1 434/11 443/19
446/18 452/9 457/10 459/14 464/6
464/20 466/17 473/1 473/6 473/15
475/6 479/2 479/13 479/18 484/7
484/20 485/18 492/12 492/21 505/17
505/23 510/5 515/4 521/11 526/4
542/3 544/25 545/10 545/23 546/13
546/19 546/20 547/18 548/8 549/6
551/25 553/21 553/24 554/7 554/23
556/6 559/10
went **[49]** 347/6 354/18 354/19 361/21
383/7 391/16 393/13 393/25 394/6
395/3 396/3 396/14 396/16 417/16
418/1 418/6 418/9 419/3 421/20
424/16 425/2 429/2 434/7 434/8
435/18 437/1 443/20 457/7 457/9
457/15 475/4 475/12 475/15 475/16
475/17 476/11 476/20 488/22 495/1
498/16 500/3 503/24 511/25 520/23
526/17 527/1 528/25 529/16 537/17
were **[298]**
weren't **[7]** 329/9 387/15 399/22
415/23 430/4 481/8 510/5
west **[53]** 317/10 318/5 320/4 322/4
322/5 365/13 365/18 366/11 366/17
366/19 366/21 367/2 369/13 370/25
372/5 372/9 374/4 374/8 384/17
384/18 384/21 390/16 392/4 393/4
393/13 393/16 393/17 393/19 393/22
394/3 394/13 407/15 414/10 414/13
414/13 417/17 418/7 418/16 418/24
419/1 419/6 419/8 419/23 420/5
421/21 421/22 422/6 422/20 431/16
465/10 471/19 471/19 539/3
western **[1]** 467/25
what **[339]**
what's **[29]** 315/6 316/2 317/19 318/2
319/5 334/8 344/21 346/7 353/5
353/16 364/24 366/8 372/16 403/11
403/25 414/4 420/17 424/25 425/4
438/5 441/7 441/15 442/12 458/22
460/8 479/22 491/20 494/19 547/17
whatever **[4]** 392/20 434/22 493/8
554/21
when **[136]** 315/20 317/9 319/22 329/3
331/2 332/8 333/7 334/5 337/3 339/25
342/24 345/8 345/21 350/19 354/19
357/15 357/18 362/7 374/16 379/3
385/3 385/18 387/6 387/12 387/22
387/24 389/24 391/9 391/16 392/14
392/17 392/21 394/22 395/2 395/10
396/18 397/1 398/24 399/23 401/12
404/5 404/24 406/18 406/20 411/12
411/23 413/17 416/17 417/21 420/20
422/6 422/17 423/20 424/16 425/2
428/7 429/21 430/20 432/2 432/5
432/20 433/1 433/2 433/4 433/8
433/20 434/11 435/18 438/22 441/2
443/12 443/15 446/7 448/1 450/14
455/4 455/11 460/7 460/11 463/16
464/12 464/13 464/14 465/7 472/21

Document 302 Filed 08/02/22 Page 290 of 291

**when... [51]** 476/17 477/8 481/21 483/11 490/13 492/24 493/19 494/4 497/14 498/16 504/2 504/23 505/25 506/22 509/5 510/3 512/12 512/13 513/12 513/25 519/23 520/7 521/21 522/23 526/19 527/1 527/9 527/20 528/14 528/25 530/22 530/22 530/24 531/6 532/23 535/23 536/9 537/21 539/3 540/10 541/12 541/15 541/25 543/1 543/9 547/1 550/9 551/19 556/23 558/16 560/25

**whenever [5]** 318/19 438/15 438/16 438/17 558/17

**where [191]** 315/15 315/20 316/19 319/7 321/19 321/20 322/3 326/14 326/22 328/21 329/19 331/17 333/10 335/13 335/17 336/19 338/5 339/2 339/11 339/16 339/18 339/18 341/6 341/25 342/1 343/15 343/23 345/16 345/22 346/2 346/9 347/6 347/21 348/11 348/14 348/15 348/18 349/18 349/25 352/12 352/14 352/18 352/19 354/5 354/17 355/11 355/13 355/15 355/20 355/23 356/2 356/14 356/20 357/2 357/4 359/17 359/21 360/3 360/4 360/5 360/7 360/13 360/14 360/17 361/8 361/19 361/25 362/4 363/2 363/12 363/18 364/3 364/13 365/12 365/19 366/7 366/13 366/16 366/19 367/8 370/15 371/19 380/14 382/13 384/19 384/19 389/18 390/14 391/21 392/3 393/5 393/7 393/14 393/15 395/19 396/12 396/21 397/18 397/20 398/10 399/4 400/16 402/13 403/12 403/17 404/15 407/19 414/1 414/10 414/18 416/10 417/1 417/6 417/7 417/10 417/21 418/1 418/2 418/5 419/3 419/11 420/2 420/4 420/15 420/21 420/23 421/4 422/2 423/10 424/2 424/12 424/19 425/9 425/10 425/23 428/10 429/4 432/1 432/18 433/21 433/21 434/3 434/24 435/4 438/18 438/25 441/3 442/23 443/6 446/2 449/24 453/3 453/17 457/23 463/13 464/13 465/7 465/23 466/2 474/23 474/25 475/11 475/16 475/18 476/2 476/4 483/20 486/1 488/20 489/7 490/16 490/20 491/2 499/16 499/19 508/4 511/8 512/16 514/5 515/20 521/24 523/14 523/17 524/1 536/18 540/12 541/16 541/25 542/13 543/10 557/16

**where's [7]** 315/12 343/7 343/11 346/22 352/15 362/7 370/5

**Wherever [1]** 396/13

**whether [20]** 317/13 338/13 349/3 387/17 388/3 400/13 401/4 401/8 404/18 405/2 408/15 442/4 480/22 524/20 528/15 545/1 547/7 548/1 557/14 560/4

**which [78]** 314/21 315/17 323/25 324/17 327/2 328/23 332/15 333/4 338/18 340/7 341/18 341/23 342/5 343/6 344/15 347/8 348/8 350/22 352/20 353/1 354/13 354/21 356/25 360/1 361/7 362/12 363/6 364/16

365/23 369/10 369/24 370/3 375/19 378/7 384/8 390/10 391/6 392/23 392/24 393/14 394/7 395/7 400/22 401/25 403/3 403/20 405/15 408/10 422/12 423/12 429/11 432/13 434/2 435/10 435/16 436/23 437/3 447/19 447/23 448/9 450/11 454/19 455/16 456/1 456/3 458/23 460/12 460/15 462/22 466/21 471/10 476/23 490/18 497/18 554/2 556/22 557/20 560/5

**while [21]** 319/21 320/18 332/1 332/19 346/13 350/5 355/20 405/23 436/24 439/21 447/5 455/19 461/14 469/13 482/14 489/12 505/13 521/3 537/8 539/11 539/17

**whip [1]** 553/11

**whisked [1]** 382/21

**white [9]** 317/19 334/20 338/10 344/11 344/12 445/25 446/5 463/14 523/24

**who [34]** 325/14 326/10 327/12 327/12 328/17 330/1 330/24 351/23 359/1 377/11 390/1 398/22 399/15 404/21 413/24 416/13 419/13 422/3 429/16 436/9 439/11 442/3 449/25 450/4 450/5 457/7 488/18 500/13 504/9 527/18 540/23 541/1 545/12 548/14

**who's [6]** 333/5 401/10 402/5 402/5 402/8 504/11

**whoever [3]** 400/8 400/8 441/25

**whole [6]** 322/10 362/9 376/13 497/13 511/2 554/17

**whom [3]** 541/13 545/23 550/12

**whose [2]** 399/17 399/23

**why [25]** 359/18 387/15 400/6 417/13 432/23 436/13 438/14 481/10 485/17 485/20 486/24 492/20 502/7 505/23 515/17 516/1 530/18 534/3 546/3 546/7 546/14 546/19 549/1 553/8 561/20

**wielding [1]** 383/10

**Wiener's [1]** 461/22

**wife [10]** 448/17 449/2 456/10 457/5 464/12 493/9 497/6 514/11 514/12 522/23

**wife's [1]** 496/8

**will [21]** 313/21 314/24 341/14 392/11 438/19 451/3 451/23 462/11 548/10 554/2 554/3 554/21 556/3 556/6 557/8 557/19 558/7 559/1 561/7 561/12 561/14

**William [3]** 310/16 313/6 466/23

**william.dreher [1]** 310/19

**win [5]** 493/6 494/11 495/10 519/17

**wind [1]** 514/14

**window [4]** 316/16 353/12 353/21 370/23

**windows [4]** 353/24 396/18 396/20 528/22

**wing [10]** 321/21 346/15 348/2 350/13 353/15 353/16 353/23 469/19 469/22 478/17

**winter [1]** 400/12

**wireless [1]** 472/1

**wireless's [1]** 472/5

**wisdom [1]** 505/5

**wise [3]** 489/17 555/12 561/11

**wish [1]** 554/21

**withdraw [1]** 515/2

**withdrew [2]** 338/2 555/5

**within [15]** 327/19 328/23 334/21 335/15 386/11 386/19 411/14 416/24 418/17 422/22 424/18 443/7 467/23 551/20 552/5

**without [5]** 340/3 342/25 359/18 389/21 497/17

**witness [69]** 314/15 316/23 317/2 319/14 319/16 335/20 336/24 337/24 338/2 338/2 338/16 338/16 339/5 341/7 341/12 342/18 346/5 356/8 356/10 357/6 358/14 358/16 362/21 362/23 363/19 363/21 364/7 366/25 367/2 368/23 368/25 373/7 373/13 374/25 388/11 388/12 388/17 393/22 395/24 399/5 399/7 410/12 410/13 410/18 414/20 420/4 420/25 424/3 427/2 427/3 427/8 435/1 437/13 444/15 444/16 444/21 456/25 464/5 466/12 466/13 474/2 474/9 480/16 487/10 487/11 487/16 488/4 547/4 552/21

**witnesses [6]** 312/2 466/14 467/8 468/14 468/24 552/22

**woke [2]** 429/13 429/14

**won [2]** 495/3 502/13

**won't [8]** 318/21 462/4 544/25 545/10 546/22 546/22 548/2 556/19

**wondering [1]** 408/14

**Woo [1]** 461/22

**wooden [1]** 436/3

**woohoo [1]** 510/6

**word [3]** 319/16 344/11 533/9

**words [5]** 481/19 506/22 507/4 507/11 519/20

**wore [3]** 506/8 526/14 545/8

**work [27]** 324/6 326/18 326/19 326/20 327/5 327/10 386/7 389/24 405/23 406/21 424/22 426/1 426/4 426/6 426/8 427/18 428/5 428/11 428/24 429/6 430/9 430/16 431/3 445/22 476/2 483/19 529/7

**worked [21]** 327/18 389/9 428/20 445/7 445/8 445/10 445/16 445/23 445/23 475/22 475/23 479/11 479/12 479/16 479/17 483/16 483/17 483/18 489/25 496/6 515/22

**worker [1]** 429/19

**working [19]** 322/10 323/5 350/1 406/18 408/17 411/8 412/14 412/21 420/8 426/11 426/16 443/12 479/9 479/14 479/22 482/7 490/20 490/21 543/5

**works [2]** 430/9 449/24

**world [6]** 492/13 492/14 502/7 502/17 508/25 509/17

**worldwide [1]** 476/1

**worn [3]** 336/7 545/3 549/10

**worried [2]** 485/18 485/19

**worse [1]** 509/13

**worst [1]** 408/11

**worthy [1]** 493/9

**would [87]** 313/18 317/20 319/3 319/6 319/7 319/8 322/5 329/18 330/10 334/18 336/6 336/7 341/24 343/1 343/1 352/14 352/18 353/3 359/13

would... [68] 362/9 366/14 375/21
376/4 376/10 378/14 378/15 379/20
382/1 383/21 384/8 393/17 404/11
405/22 407/24 409/15 411/17 414/2
414/11 414/13 414/25 416/18 417/3
417/24 420/6 421/6 422/11 426/5
432/16 435/1 438/4 445/15 448/5
480/17 481/7 481/25 484/25 491/25
491/25 492/8 492/10 493/4 493/4
493/5 493/5 493/19 493/20 501/15
501/17 533/10 538/5 544/21 545/14
546/5 546/14 546/19 547/4 547/8
548/16 551/20 553/2 553/7 553/16
557/1 557/20 557/22 558/4 559/3
**wouldn't [7]** 322/18 513/24 524/17
530/2 533/9 557/17 557/21
**wounds [1]** 526/12
**write [1]** 445/15
**written [1]** 344/11
**wrong [9]** 432/8 495/16 517/19 518/11
518/16 525/16 538/24 539/4 539/19
**wrongdoing [1]** 514/3

**Y**

**yeah [71]** 393/4 403/10 405/5 413/19
429/13 431/11 439/7 439/10 459/6
462/25 477/18 478/14 488/10 490/4
490/12 490/25 491/19 492/23 492/23
492/23 494/11 494/21 494/23 496/7
499/13 500/17 501/4 501/7 501/15
503/11 503/15 504/8 504/16 504/22
505/16 507/16 507/20 507/25 509/22
511/12 512/14 520/15 521/2 522/15
525/15 525/25 526/13 527/6 531/14
531/19 532/22 534/2 534/6 534/9
534/15 534/24 535/1 535/2 536/20
538/5 538/14 539/7 539/14 539/20
540/21 542/15 544/5 546/11 546/20
552/7 555/20
**year [26]** 376/13 377/7 389/10 389/11
406/14 419/21 419/22 426/13 475/17
475/24 476/18 478/21 478/23 479/1
479/2 479/4 479/11 479/11 479/20
490/12 490/13 496/6 503/21 515/18
525/24 537/14
**Year's [1]** 477/9
**years [27]** 375/13 375/14 375/18
411/11 411/15 411/18 426/11 426/15
428/14 444/4 445/10 445/13 445/25
446/22 475/22 476/15 477/5 477/7
477/17 479/17 483/16 483/17 486/12
489/14 493/17 516/13 516/15
**yelled [1]** 351/9
**yelling [2]** 369/7 530/11
**yellow [1]** 442/6
**yep [13]** 394/24 460/6 488/14 489/15
490/8 494/17 526/11 534/19 535/3
538/2 538/16 539/24 540/2
**yes [418]**
**yet [2]** 367/23 397/24
**York [3]** 494/22 500/15 500/17
**you [1343]**
**you'd [5]** 406/9 506/18 517/19 520/12
535/4
**you'll [6]** 359/21 403/20 450/3 454/18
458/6 493/23

**you're [71]** 329/18 377/6 377/13
377/20 379/1 380/3 381/14 395/17
395/20 395/21 397/23 401/12 401/12
401/13 402/17 403/11 408/11 408/17
424/4 432/1 441/13 441/25 450/2
453/12 459/11 474/21 479/22 480/24
485/2 486/21 488/1 488/5 491/12
491/17 494/14 495/21 495/21 496/8
496/12 498/5 503/18 503/18 504/13
506/23 507/17 507/19 512/14 512/19
512/19 516/13 517/2 517/17 528/8
528/14 528/20 530/9 530/9 530/11
535/10 535/22 538/3 539/11 541/1
541/19 541/22 542/10 546/13 546/16
558/15 558/16 559/16
**you've [27]** 355/13 375/7 375/10 377/1
377/16 381/17 383/1 384/8 384/14
386/8 406/15 408/23 414/21 420/5
426/15 432/15 432/16 437/14 444/4
476/7 477/17 479/14 486/12 491/12
516/25 523/4 540/16
**younger [1]** 475/9
**your [230]** 313/4 313/6 313/16 314/11
316/6 318/9 319/13 322/20 328/8
328/11 331/5 333/14 335/21 336/12
337/8 337/15 338/12 340/11 340/22
344/17 345/20 346/12 348/13 349/2
355/21 357/10 358/5 365/16 367/12
369/18 370/13 372/12 373/19 374/11
375/2 376/14 376/25 377/25 378/4
378/19 378/21 379/14 380/5 381/12
381/19 381/24 383/1 383/13 383/22
385/1 385/19 385/22 385/22 386/12
386/18 386/23 387/5 388/10 389/3
389/8 389/8 390/15 390/20 397/12
398/3 398/13 405/19 406/1 406/4
408/2 408/18 409/21 410/14 411/13
412/19 412/23 412/25 414/1 414/18
415/25 417/10 418/14 423/17 426/19
427/4 427/16 427/20 428/18 434/7
436/15 440/10 440/20 443/23 444/8
446/15 447/16 448/6 451/8 452/7
453/14 454/11 455/5 459/4 459/13
459/15 459/17 460/8 463/5 464/4
464/16 464/18 464/22 465/6 466/1
466/5 466/8 466/14 466/19 472/25
473/4 473/13 474/3 474/18 474/19
475/7 476/7 478/2 478/3 479/15
480/14 480/16 481/1 482/12 482/20
486/7 486/10 487/2 487/5 487/9
487/12 488/3 488/12 488/15 488/17
488/17 488/23 489/4 489/17 489/21
491/2 491/9 491/13 491/17 492/3
493/9 493/12 493/24 494/2 494/3
495/13 496/8 496/20 496/21 496/22
497/6 497/11 497/24 499/22 501/25
505/4 507/1 507/17 508/22 509/17
510/12 510/24 511/6 511/13 511/17
512/11 512/23 514/9 514/11 514/12
515/1 515/2 516/4 516/6 521/8 521/15
521/17 522/23 523/16 525/7 528/16
530/16 533/18 539/12 540/16 541/5
541/8 543/5 543/5 543/17 543/19
543/22 544/6 544/13 545/9 546/20
547/13 548/17 551/4 551/7 551/23
551/24 552/24 553/15 553/24 555/10
556/17 556/21 557/1 557/3 557/7

558/3 558/15 560/4 560/8 560/18
**yours [3]** 510/20 525/12 529/20
**yourself [28]** 388/25 391/1 398/24
399/3 411/5 423/21 427/17 445/4
476/7 509/15 515/6 517/4 517/11
517/13 523/8 525/4 528/6 530/6
545/24 546/3 546/4 546/7 546/8
546/14 546/19 550/9 550/12 560/25
**Yup [1]** 517/14

**Z**

**Zero [1]** 408/4
**ZeroHedge [1]** 493/22
**zip [1]** 508/18
**zone [1]** 428/10
**zoom [1]** 333/18