# EXHIBIT 2



## Extraction Report - Cellebrite Reports



www.cellebrite.com

## Instant Messages (51)

⚠ * These details are cross-referenced from this device's contacts

| # | Source | From | To | All timestamps | Content | Deleted |
|---|--------|------|-----|----------------|---------|---------|
| 1 | | | Dustin * | **Timestamp:** 1/3/2021 11:38:01 PM(UTC-5) | **Direction:** Outgoing **Body:** So the big rally is this Wednesday **Participants:** Participant  Delivered  Read  Played **Status:** Sent **Message Type:** MMS **Folder:** Sent | |
| 2 | | Dustin * | | **Timestamp:** 1/4/2021 1:08:54 AM(UTC-5) | **Direction:** Incoming **Body:** Roll out **Status:** Read **Message Type:** MMS **Folder:** Inbox | |
| 3 | Phone | Dustin * | | **Timestamp:** 1/5/2021 12:08:59 AM(UTC-5) | **Direction:** Incoming **Body:** Leaving for dc in the morning this is your notice soldier. **Status:** Read **Message Type:** SMS **Folder:** Inbox | |
| 4 | Phone | | Dustin * | **Timestamp:** 1/5/2021 12:09:26 AM(UTC-5) | **Direction:** Outgoing **Body:** Lmao uhmmmm **Participants:** Participant  Delivered  Read  Played  Dustin **Status:** Sent **Message Type:** SMS **Folder:** Sent | |
| 5 | Phone | Dustin * | | **Timestamp:** 1/5/2021 12:10:25 AM(UTC-5) | **Direction:** Incoming **Body:** Mitchell is coming **Status:** Read **Message Type:** SMS **Folder:** Inbox | |
| 6 | Phone | Dustin * | | **Timestamp:** 1/5/2021 12:10:52 AM(UTC-5) | **Direction:** Incoming **Body:** Ur gonna drive him **Status:** Read **Message Type:** SMS **Folder:** Inbox | |

| 7 | | Dustin * | | **Direction:** Incoming | |
| --- | --- | --- | --- | --- | --- |
| | | | 1/5/2021 3:36:48 AM(UTC-5) | **Attachments:**  Resized_Screenshot_2021010 5-033635_Twitter.jpg **Source file:** Attachments/0/Resized_Screenshot_20210105-033635_Twitter.jpg : (Size: 493950 bytes) **Status:** Read **Message Type:** MMS **Folder:** Inbox | |

| 8 | Phone | | Dustin * | **Timestamp:** 1/5/2021 7:35:45 AM(UTC-5) | **Direction:** Outgoing **Body:** Im not sure I'm goin pretty tired and broke |
| --- | --- | --- | --- | --- | --- |
| | | | | | **Participants:** |
| | | | | | Participant    Delivered    Read    Played |
| | | | | | Dustin |
| | | | | | **Status:** Sent **Message Type:** SMS **Folder:** Sent |

| 9 | Phone | Dustin * | | **Timestamp:** 1/5/2021 7:38:01 AM(UTC-5) | **Direction:** Incoming **Body:** Worse case senerio is i drive the yaris but id rather not drive. I can pay for whatever it cost to get their n back n probably a hotel **Status:** Read **Message Type:** SMS **Folder:** Inbox |
| --- | --- | --- | --- | --- | --- |

| 10 | Phone | Dustin * | | **Timestamp:** 1/5/2021 9:42:19 AM(UTC-5) | **Direction:** Incoming **Body:** What time u thinkin? **Status:** Read **Message Type:** SMS **Folder:** Inbox |
| --- | --- | --- | --- | --- | --- |

| 11 | Phone | | Dustin * | **Timestamp:** 1/5/2021 12:11:19 PM(UTC-5) | **Direction:** Outgoing **Body:** Im still getting ready cause i kinda realized i had to clean my room a bit |
| --- | --- | --- | --- | --- | --- |
| | | | | | **Participants:** |
| | | | | | Participant    Delivered    Read    Played |
| | | | | | Dustin |
| | | | | | **Status:** Sent **Message Type:** SMS **Folder:** Sent |

| 12 | | Dustin * | | **Timestamp:** 1/5/2021 7:35:02 PM(UTC-5) | **Direction:** Incoming **Body:** I always find a way |
| --- | --- | --- | --- | --- | --- |
| | | | | | **Attachments:**  Resized_Screenshot_2021010 5-193403_DuckDuckGo.jpg **Source file:** Attachments/0/Resized_Screenshot_20210105-193403_DuckDuckGo.jpg : (Size: 605100 bytes) **Status:** Read **Message Type:** MMS **Folder:** Inbox |

| 13 | Phone | | Dustin * | Timestamp: 1/6/2021 3:49:23 PM(UTC-5) | **Direction:** Outgoing<br>**Body:**<br>The f are u come back | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | **Participants:** | |
| | | | | | | |

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dustin | | | |

Status: Sent
**Message Type:**
SMS
**Folder:**
Sent

| 14 | Phone | | Dustin * | Timestamp: 1/6/2021 3:52:09 PM(UTC-5) | **Direction:** Outgoing<br>**Body:**<br>U ass | |
| --- | --- | --- | --- | --- | --- | --- |

**Participants:**

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dustin | | | |

Status: Sent
**Message Type:**
SMS
**Folder:**
Sent

| 15 | Phone | Dustin * | | Timestamp: 1/6/2021 4:00:26 PM(UTC-5) | **Direction:** Incoming<br>**Body:**<br>I'm an ass ur right<br><br>Status: Read<br>**Message Type:**<br>SMS<br>**Folder:**<br>Inbox | |
| --- | --- | --- | --- | --- | --- | --- |

| 16 | Phone | Dustin * | | Timestamp: 1/6/2021 4:00:41 PM(UTC-5) | **Direction:** Incoming<br>**Body:**<br>Call me when ever ur not going to complain<br><br>Status: Read<br>**Message Type:**<br>SMS<br>**Folder:**<br>Inbox | |
| --- | --- | --- | --- | --- | --- | --- |

| 17 | Phone | | Dustin * | Timestamp: 1/6/2021 4:02:15 PM(UTC-5) | **Direction:** Outgoing<br>**Body:**<br>U fucking abandoned me | |
| --- | --- | --- | --- | --- | --- | --- |

**Participants:**

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Dustin | | | |

Status: Sent
**Message Type:**
SMS
**Folder:**
Sent

| 18 | Phone | Dustin * | | Timestamp: 1/6/2021 4:02:34 PM(UTC-5) | **Direction:** Incoming<br>**Body:**<br>N i came back<br><br>Status: Read<br>**Message Type:**<br>SMS<br>**Folder:**<br>Inbox | |
| --- | --- | --- | --- | --- | --- | --- |

| 19 | Phone | Dustin * | | Timestamp: 1/6/2021 4:02:42 PM(UTC-5) | **Direction:** Incoming<br>**Body:**<br>Lmao sorry for letting u rest<br><br>Status: Read<br>**Message Type:**<br>SMS<br>**Folder:**<br>Inbox | |
| --- | --- | --- | --- | --- | --- | --- |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | Phone | | Dustin * | Timestamp: 1/6/2021 4:02:57 PM(UTC-5) | **Direction:** Outgoing **Body:** We need to get the fuck out with this trophy | |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dustin | | | |

Status: Sent
**Message Type:** SMS
**Folder:** Sent

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | Phone | Dustin * | | Timestamp: 1/6/2021 4:02:58 PM(UTC-5) | **Direction:** Incoming **Body:** Follow the tear gas n ill find me<br><br>Status: Read **Message Type:** SMS **Folder:** Inbox | |
| 22 | Phone | | Dustin * | Timestamp: 1/6/2021 4:03:10 PM(UTC-5) | **Direction:** Outgoing **Body:** Im fighting people off | |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent
**Message Type:** SMS
**Folder:** Sent

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | Phone | Dustin * | | Timestamp: 1/6/2021 4:03:12 PM(UTC-5) | **Direction:** Incoming **Body:** Leave it by the tree let's g0<br><br>Status: Read **Message Type:** SMS **Folder:** Inbox | |
| 24 | Phone | | Dustin * | Timestamp: 1/6/2021 4:03:34 PM(UTC-5) | **Direction:** Outgoing **Body:** Im bout to get shot or arrested for this bs. People WANT IT | |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Dustin | | | |

Status: Sent
**Message Type:** SMS
**Folder:** Sent

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | Phone | Dustin * | | Timestamp: 1/6/2021 4:03:43 PM(UTC-5) | **Direction:** Incoming **Body:** Going inside<br><br>Status: Read **Message Type:** SMS **Folder:** Inbox | |
| 26 | Phone | Dustin * | | Timestamp: 1/6/2021 4:03:59 PM(UTC-5) | **Direction:** Incoming **Body:** Sell it 500$<br><br>Status: Read **Message Type:** SMS **Folder:** Inbox | |

| 27 | Phone | | Dustin * | | Direction: Outgoing<br>Body:<br>Some girl died already<br><br>Participants:<br><br>Participant   Delivered   Read   Played<br><br>Dustin<br><br>Status: Sent<br>Message Type:<br>SMS<br>Folder:<br>Sent | |
|----|-------|--|----------|--|-------|--|
| 28 | Phone | Dustin * | | Timestamp:<br>1/6/2021 4:05:00 PM(UTC-5) | Direction:<br>Incoming<br>Body:<br>Sell it 500$<br><br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox | |
| 29 | Phone | Dustin * | | Timestamp:<br>1/6/2021 4:05:22 PM(UTC-5) | Direction:<br>Incoming<br>Body:<br>Was it Pelosi<br><br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox | |
| 30 | | Dustin * | | Timestamp:<br>1/6/2021 4:06:59 PM(UTC-5) | Direction:<br>Incoming<br><br>Attachments:<br><br>Resized_20210106_160529.jpg<br>Source file: Attachments/0/Resized_20210106_160529.jpg :<br>(Size: 655753 bytes)<br>Status: Read<br>Message Type:<br>MMS<br>Folder:<br>Inbox | |
| 31 | Phone | Dustin * | | Timestamp:<br>1/6/2021 4:11:15 PM(UTC-5) | Direction:<br>Incoming<br>Body:<br>Phones dead<br><br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox | |
| 32 | Phone | Dustin * | | Timestamp:<br>1/6/2021 4:11:21 PM(UTC-5) | Direction:<br>Incoming<br>Body:<br>I'm at the tree for 5<br><br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox | |
| 33 | Phone | | Dustin * | Timestamp:<br>1/6/2021 4:11:41 PM(UTC-5) | Direction:<br>Outgoing<br>Body:<br>Ok im coming now<br><br>Participants:<br><br>Participant   Delivered   Read   Played<br><br>Status: Sent<br>Message Type:<br>SMS<br>Folder:<br>Sent | |

| 34 | Phone | Dustin * | | 1/6/2021 4:17:34 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Ur gona<br><br>Status: Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
|---|---|---|---|---|---|---|
| 35 | Phone | Dustin * | | **Timestamp:** 1/6/2021 4:18:23 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Check The tree every 30 minutes phone dead<br><br>Status: Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 36 | | Sarah * | | **Timestamp:** 1/6/2021 4:24:16 PM(UTC-5) | **Direction:** Incoming<br><br>**Attachments:**<br><br>Screenshot_20210106-162302_Chrome1.jpg<br>**Source file:** Attachments/0/Screenshot_20210106-162302_Chrome1.jpg : (Size: 535165 bytes)<br>Status: Read<br>**Message Type:** MMS<br>**Folder:** Inbox | |
| 37 | | Sarah * | | **Timestamp:** 1/6/2021 4:36:31 PM(UTC-5) | **Direction:** Incoming<br>**Body:** If you want to take the metro back you'll need to get on the red line fron union Station toward Glenmont & get off at silver springs, 6 stops away<br><br>Status: Read<br>**Message Type:** MMS<br>**Folder:** Inbox | |
| 38 | | Sarah * | | **Timestamp:** 1/6/2021 4:38:01 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Union Station is just over a mile from capitol hill. There are busses  to the station if you don't want to walk as far<br><br>Status: Read<br>**Message Type:** MMS<br>**Folder:** Inbox | |
| 39 | Phone | Dustin * | | **Timestamp:** 1/6/2021 4:41:05 PM(UTC-5) | **Direction:** Incoming<br>**Body:** I'll b where u left me<br><br>Status: Read<br>**Message Type:** SMS<br>**Folder:** Inbox | |
| 40 | Phone | | Dustin * | **Timestamp:** 1/6/2021 4:48:47 PM(UTC-5) | **Direction:** Outgoing<br>**Body:**  Im down near ground.  Right under the random comstruction tower that is directly in fron of building<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br><br>Dustin<br><br>Status: Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |

6

| 41 | | Dustin * | Direction:<br>Outgoing<br><br>Participants: |
|----|---|----------|--------------|

**Participants:**

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Dustin | | | |

**Attachments:**



20210106_165044.jpeg
**Source file:** Attachments/0/20210106_165044.jpeg : (Size: 424382 bytes)
Status: Sent
**Message Type:**
MMS
**Folder:**
Sent

| 42 | | Dustin * | **Timestamp:**<br>1/6/2021 4:56:17<br>PM(UTC-5) | **Direction:**<br>Incoming<br>**Body:**<br>I'm taking our country back<br><br>Status: Read<br>**Message Type:**<br>MMS<br>**Folder:**<br>Inbox |
|----|---|----------|--------------|--------------|
| 43 | Phone | Dustin * | **Timestamp:**<br>1/6/2021 5:08:49<br>PM(UTC-5) | **Direction:**<br>Incoming<br>**Body:**<br>Here<br><br>Status: Read<br>**Message Type:**<br>SMS<br>**Folder:**<br>Inbox |
| 44 | | Dustin * | **Timestamp:**<br>1/6/2021 5:09:22<br>PM(UTC-5) | **Direction:**<br>Incoming<br>**Body:**<br>I'm hit |

**Attachments:**



Resized_20210106_170739.jpg
**Source file:** Attachments/0/Resized_20210106_170739.jpg : (Size: 502192 bytes)
Status: Read
**Message Type:**
MMS
**Folder:**
Inbox

| 45 | | Sarah * | **Timestamp:**<br>1/6/2021 6:16:06<br>PM(UTC-5) | **Direction:**<br>Incoming<br>**Body:**<br>Everything ok?<br><br>Status: Read<br>**Message Type:**<br>MMS<br>**Folder:**<br>Inbox |
|----|---|---------|--------------|--------------|
| 46 | | Dustin * | **Timestamp:**<br>1/6/2021 7:46:50<br>PM(UTC-5) | **Direction:**<br>Incoming<br>**Body:**<br>Yup<br><br>Status: Read<br>**Message Type:**<br>MMS<br>**Folder:**<br>Inbox |
| 47 | | Sarah * | **Timestamp:**<br>1/6/2021 7:47:12<br>PM(UTC-5) | **Direction:**<br>Incoming<br>**Body:**<br>Ha.<br><br>Status: Read<br>**Message Type:**<br>MMS<br>**Folder:**<br>Inbox |

| 48 | Dustin * | | Timestamp:<br>1/6/2021 8:04:14<br>PM(UTC-5) | Direction:<br>Incoming<br><br>Attachments:<br><br><br><br>20210106_1448341.mp4<br>Source file: Attachments/0/20210106_1448341.mp4 : (Size: 856156 bytes)<br>Status: Read<br>Message Type:<br>MMS<br>Folder:<br>Inbox | |
| 49 | Sarah * | | Timestamp:<br>1/6/2021 8:24:00<br>PM(UTC-5) | Direction:<br>Incoming<br>Body:<br>I will not post bail<br><br>Status: Read<br>Message Type:<br>MMS<br>Folder:<br>Inbox | |
| 50 | | Dustin *<br><br>Sarah * | Timestamp:<br>1/6/2021 8:26:30<br>PM(UTC-5) | Direction:<br>Outgoing<br>Body:<br>Maybe dont send incriminating shit to my phone might get warranted or something lol<br><br>Participants:<br><br>Participant    Delivered    Read    Played<br><br>Status: Sent<br>Message Type:<br>MMS<br>Folder:<br>Sent | |
| 51 | Dustin * | | Timestamp:<br>1/6/2021 8:27:44<br>PM(UTC-5) | Direction:<br>Incoming<br><br>Attachments:<br><br><br><br>Resized_20210106_151058.jpg<br>Source file: Attachments/0/Resized_20210106_151058.jpg : (Size: 538144 bytes)<br>Status: Read<br>Message Type:<br>MMS<br>Folder:<br>Inbox | |

8

Government's
Trial Exhibit

EX-118











Government's Trial Exhibit
EX-225

Wednesday, January 06, 2021 2:46:45 PM



Wednesday, January 06, 2021 2:48:27 PM













Government's
Trial Exhibit
EX 237

Government's
Trial Exhibit
EX 274



