# EXHIBIT 3



**Architect of the Capitol**
U.S. Capitol, Room SB-16
Washington, DC 20515
202.228.1793

www.aoc.gov

May 26, 2022

United States Attorney's Office
601 D Street N.W.
Washington, DC 20530

To Whom It May Concern:

As a result of the the riot that occurred at the United States Capitol on January 6, 2021, the Architect of the Capitol suffered damages in the amount of $1,253,354.01 and is seeking restitution of that sum through the cases being prosecuted by the United States.

The amount listed above does not include costs incurred in other areas of the Capitol complex, to include project delays and installation of temporary security measures.

Sincerely,


Valerie L. Hasberry
Chief Security Officer

Catherine L. Szpindor
Chief Administrative Officer

HB-28, The Capitol

Office of the
Chief Administrative Officer
U.S. House of Representatives
Washington, DC 20515-6860

May 25, 2022

To Whom It May Concern:

As a result of the attack on the United States Capitol on January 6, 2021, the Office of the Chief Adminstrative Officer, United States House of Representatives, suffered accountable damages of at least $547,411.27 and is seeking restitution of that sum through the cases being prosecuted by the United States. Our office continues to assess and address fallout from the attack and we would respectfully reserve the right to further adjust this figure in the future.

Sincerely,

*Catherine L. Szpindor*

Catherine L. Szpindor
U.S. House of Representatives
Chief Administrative Officer

SONCERIA ANN BERRY
SECRETARY

SUITE S–312
THE CAPITOL
WASHINGTON, DC 20510–7100
(202) 224–3622

# United States Senate
OFFICE OF THE SECRETARY

May 25, 2022

United States Attorney's Office
601 D Street, NW
Washington, DC 20530

To Whom It May Concern:

 As a result of the riot that occurred at the United States Capitol on January 6, 2021, the Office of the Secretary of the Senate suffered damages in the amount of $32,075.00 and is seeking restitution of that sum through the cases being prosecuted by the United States.

        Sincerely,

        Jennifer Krafchik
        Collections Manager, Senate Curator
        Secretary of the Senate