## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No: 21-CR-161 RBW |
| | : | |
| **DUSTIN THOMPSON,** | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' MOTION FOR DISCLOSURE OF SENTENCING RECOMMENDATION

The United States of America, by and through undersigned counsel, respectfully moves this Court to permit the probation officer to disclose the "officer's recommendation on the sentence" to the parties, pursuant to Fed. R. Crim. P. 32(e)(3) and *United States v. McIlwain*, 931 F.3d 1176 (D.C. Cir. 2019). The defendant Dustin Thompson indicated through counsel that he joins in this motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ William Dreher*
WILLIAM DREHER
D.C. Bar No. 1033828
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov