# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 21-161-1 (RBW) |
| DUSTIN BYRON THOMPSON, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the defendant's Second Motion to Continue Sentencing Hearing, ECF No. 121, and for good cause shown, it is hereby

**ORDERED** that the defendant's Second Motion to Continue Sentencing Hearing, ECF No. 121, is **GRANTED**. It is further

**ORDERED** that the sentencing currently scheduled for September 23, 2022, is **CONTINUED** to November 18, 2022, at 9:00 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor of the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 21st day of September, 2022.

REGGIE B. WALTON
United States District Court Judge