UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-161-1 (RBW) |
| ) | |
| DUSTIN BYRON THOMPSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the United States' Motion for Disclosure of Sentencing Recommendation, ECF No. 124, and for good cause shown, it is hereby

**ORDERED** that the United States' Motion for Disclosure of Sentencing Recommendation, ECF No. 124, is **GRANTED**. It is further

**ORDERED** that the United States Probation Office shall disclose to the parties its sentencing recommendation previously filed with the Court.

**SO ORDERED** this 22nd day of September, 2022.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Court Judge