

Zebadiah Bowden

08/31/22

Honorable Judge Reggie Walton
United States Courthouse 333
Constitution AV N.W.
Washington D.C. 20001

Your Honor Judge Walton


My name is Zebadiah Bowden, I am a corporate trainer with AHM furniture services. I held the same position with SAW enterprises for the past 3 years. This is where and how I meet Mr. Thompson. I am writing this letter in a request for leniency on behalf of Mr. Dustin Thompson. I meet Dustin shortly after January 6, he had applied and was in orientation in the weeks following with SAW enterprises as a in home repair technician. At the time of his hire I had no clue of what had happened or his involvement. As I got to know Dustin through several weeks of daily side by side training we talked and grew close, he told me some of what went down and how it all progressed very rapidly. We talked about how he never left with the intentions of anything going to the level it did. We talked a lot about his feelings of remorse and dread for the future. He completed training and me and him kept in contact weekly, we have had many conversations about life and the future. He is a smart, good hearted person. Dustin knew I wanted to own bees one day, He spent hours telling me his vast knowledge on the subject and just being a friend. Dustin spends a lot of time informing and helping others in this area, and is a hero to all honeybees and keepers with his passion to inform and educate.

Dustin has shown me time and time again that he genuinely cares about the people around him, as a point of contact I talked to several of the customers he was in service of and had constant positive feedback.  Dustin knows his actions were wrong and he resents his action daily. His remorse weighs on him and you can hear it in his voice. I would ask the court to be lenient on Mr. Thompson, his actions that day do not sum up the man. He made a bad decision but has so much more to give to his community if given the option to.

Thanks for your time.

Zebadiah Bowden

