Your Honor,

I'm writing to share an opinion of a very good friend of mine, Dustin Thompson. We've known each other for almost ten years, and I consider him the reason for a lot of the positive traits I also have in life. I hope you'll accept this as an honest interpretation of who he is, and that this helps to illustrate someone whom I genuinely care about.

Firstly, I don't deny that he has committed a crime. He's one of many whose actions I cannot condone. But even as one of those people, I hope that his individual contribution can be seen for what it really was. Among him were real criminals, violent offenders, avaricious social media influencers, and even leaders. But I do believe the vast majority, including Dustin, were people swept into an event that was likely inevitable. I'll have to explain this state of the world one day to my children. Society has been poked and prodded, tested and isolated.

Though my goal isn't to defend the happenings of society. Dustin, like the many others, came out of the pandemic and our political disparity in need. He needed to experience comradery, spontaneity, and personal freedom again. Before lockdown, and the new reason each week where half the country was pitted against the other, we all were looking for a bit of our old lives. He was the friend who would come to me when I was upset or anxious and tell me everything was going to be OK. I confided my personal feelings with him and him with me. He's always been kind and selfless, and someone dependable and loyal. He never hurts others and holds his relationships close.

I believe the three main purposes of being in prison are to be a deterrent from committing another crime, to rehabilitate the criminal, and to punish for a crime. This crime he has committed was an extreme case of him looking for answers, looking for change. He followed a mass of people to experience what he ironically thought would be something to go down in history. He's not violent, not inconsiderate of others. Instead, he's the kind of person who I would expect to call me to come over to see some antique he'd found at a flea market. He's obsessed with history, and I don't doubt his true and innocent intentions for that day. In my opinion he does not need to be rehabilitated and does not need to be fixed. What he's experiencing now, is his punishment. His friends are moving on in life, with a new sense of freedom. Society has started to heal. His friends are getting married and starting families. New memories are being made while he's losing his own time to have children. He has a supportive family, many long-term friends, and a wife and pets who love and miss him. My greatest concern is that through this experience in prison he finds more of the same poking and prodding, more testing and isolation.

I write this, hoping that I can see my friend again soon. Speaking to him now on the phone and exchanging letters, I can feel his sorrow and remorse. I'm grateful for the opportunity to provide my own account, and I hope that this helps clarify what he really means to me.

Andrew Steiger