8/31/2022

The Honorable Reggie Walton
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

William Dolon and Amber Roberts

Dear Judge Walton,

I am writing to request leniency regarding the sentencing of Dustin Thompson and offer some perspective on who he is as a person, as well as how his time incarcerated has affected him. Dustin was convicted on 4/14 for charges relating to the Capitol riot. I thank you for your fairness and diligence in presiding over this matter.

Dustin's half-sister is my partner of eight years and I know him and his family very well. In my view, Dustin's legal defense strategy was devoid of merit and wholly insufficient to absolve him of criminal wrongdoing but, in a way, factually accurate. For several years I have noticed Dustin become overly susceptible to conspiracy theories he finds online. I honestly believe Dustin's actions came not from a place of evil or malice, but ignorance and naivete.

Dustin is incredibly fortunate to have an advantage that many transgressors do not. He comes from a close, tight-knit family and has a loving wife with an excellent head on her shoulders. Based on his conversations with them during his incarceration, he can only be described as a man taking full responsibility for his actions. He has soberly expressed regret, remorse, shame and considers this time of his life to be a beneficial turning point for him. My and his family's feelings associated with these events have changed from pain and sadness to hope and optimism that Dustin, having rejected the delusional bitterness that led to his actions, is now on the path back to a responsible and productive life.

I respectfully ask you consider Dustin's case one where the rehabilitative power of the criminal justice system performed exceptionally well, and exercise leniency in determining when to release him to the care of his concerned and devoted family.

Sincerely,

William Dolon and Amber Roberts