August 25, 2022

The Honorable Judge Reggie Walton

Dear Judge Walton,

I am writing this letter on behalf of Dustin Thompson.

I have known Dustin for 13 years. Our daughter introduced us to Dustin after they had been dating for a little while. We had a wonder wedding for them and celebrated with our families and close friends.

I have enjoyed getting to know him over the years. He has always been very respectful of me and everyone in our family. He is supportive of our strong familial relationships and has become an important part of our family. His kindness to and conversations with my elderly father at family gatherings has always given me a very warm feeling, as he seeks him out and makes a point of talking with him.  Dustin is always willing to help with anything I've asked of him without complaint (even though he probably didn't feel like putting that grill together.)

Early in getting to know him we all attended an annual event in my hometown of Delaware, Ohio called the All Horse Parade. I remember he brought his younger sisters along and I could see the goodness in him by the way he treated them and my grandchildren who were also in attendance, it really stood out in my mind. I also admired that he had his sisters stand up with him and Sarah and their wedding.

My husband and I have been married for almost 44 years. We own our own home and are getting close to retirement. We have lived in our current home for over 30 years. My husband is a metallurgical engineer and is Foundry Manager at Fisher Cast Steel in West Jefferson, Ohio. I have work part-time for a non-profit call HelpLine and have for eleven and a half years. The Agency is funded in part by the local Board of Mental Health Services. Prior to my current position I was a successful Realtor in Delaware County. I retired from real estate to spend more time with my family. I have been a active member of my local church, Bellpoint Community Church, since I was a child attending with my parents.

Dustin is a good person that unfortunately that got caught up in something that was being shaped and controlled by others with bad intentions. He ended up making a bad decision which he deeply regrets. I believe Dustin should be given a minimal sentence and that he will not make mistakes like this going forward.

I have deep roots in Central Ohio, my entire family lives near and is very supportive of each other through joyful times and through trying times. I will do everything I can to support Dustin as he goes forward. He is an important part of our family and I look forward to the future with him.

Sincerely,

Colleen Dennis