Jessica L. Ulmer-West

November 13, 2022

Dear Judge Walton,

    I am Jessica Ulmer-West, I am a cousin of Dustin Thompson's wife Sarah. I have known Dustin since we were at The Ohio State University together in 2003/2004. I got to know Dustin better when he and Sarah started dating in 2008. Dustin has never been a go-getter in life but since he started dating Sarah, and later marrying Sarah, he has really stepped into life to prove that he was enough for her. Throughout this time period, Dustin has made significant repairs on the house they live in together, has gotten and kept either part time or full-time employment, and he consistently attends family gatherings. Dustin has taken an active role in being part of the family and is always conversing, smiling, and enjoying himself at family gatherings.

    While Dustin has been improving himself throughout the years, he has had honest slip-ups. He makes mistakes as all husbands and humans do. His largest one has been making the mistake of getting swept up in the protest in Washington D.C. Dustin chose to go to D.C. to watch a cause that he may not have been passionate about, but was curious about, and when he got there, was swept away with the crowd and made his own bad decisions. He made one really bad decision by taking items from the Capital Building. After Dustin came home, these acts were not something he was proud of and was ashamed of himself for his actions. He not only cost himself time and money, but he and Sarah had been saving up for a new car and that money now had to go to legal fees instead of a new, dependable car for his family.

    In conclusion, Judge Walton, I simply ask that you be lenient when sentencing Dustin and remember that we all make mistakes sometimes.

    Please do not hesitate to contact me; I can be reached through email at ▮▮▮ or by phone ▮▮▮.

Sincerely,

Jessica L. Ulmer-West