To Whom It May Concern,

      I am writing to advocate for Dustin Thompson. Dustin and I have been friends for ten years. Throughout those years, I have always known Dustin to be kind. The word kind gets used a lot. Sometimes we can forget its meaning – its importance. To be kind is to be friendly, to be generous and to be considerate. I assure you, Dustin Thompson, is all of these things.

      Dustin has life long friendships, as is evident through all the letters you have received. He cares deeply about others and will always be there to help a friend in need. Dustin and his wife welcome everyone into their home with open hands and unselfishly share with their guests.

      For the past ten years, Dustin and his wife, Sarah, have made group Halloween costumes for themselves and my family. My son has seen pictures of these costumes and is finally old enough to join the fun this year. He often asks me what Uncle Dustin will be this year for trick or treat. Nothing would make me happier than to be able to answer this question!

      Finally, I do not want to overlook Dustin's actions that have brought us here. Dustin knows that I enthusiastically disagree with his decision to go to The Capitol that day. A decision that Dustin deeply regrets and behavior that he is truly remorseful for. Whatever his misguided reasons for participating, I would like you to remember that Dustin was non-violent and he was not a leader or organizer of the insurrection. He made a poor choice and I believe the time he has spent incarcerated can justly serve as his punishment.

      I ask you to consider the release of Dustin Thompson. He has served his time. Now, I think, the best thing for Dustin is to be back with his family and friends so he can rebuild his life and go forward with a clear head.

Thank you for your time,


Makenzie Steiger