Virginia Finley

11/5/2022

To The Honorable Judge Reggie Walton,

I am writing on behalf of Dustin Thompson regarding his upcoming sentencing. I am his sister-in-law and have known him for about 13 years as a friend to myself and my family.

Dustin Thompson has always shown to be a good friend and husband. He is helpful to others; he has always shown to help his friends when in need. He has also helped my parents around the house when needed. He works to support his family. He has always show to be a caring individual in his daily actions. He made a judgement error that has affected the life of law enforcement, capitol workers, himself and his wife, but I want to show my love and support toward requesting his past life being taken into consideration. I know he is very sorry and ashamed for his actions.

I am a wife and mother of 2 in rural central Ohio. I work at the local school district as a cook. I volunteer in the school community and am a Girl Scout Troop leader. Thank you for your consideration.

Sincerely,

Virginia Finley