October 19, 2022

The Honorable Judge Reggie Walton

Dear Judge Walton,

We, Douglas and Wauneta Kerr, have been neighbors of Dustin Thompson for about 14 years. We have watched him over the years from a distance for the most part. This is explained by the great difference in our ages (We are both in our 80's.) Dustin has become a better neighbor as he has matured. His wife, Sarah, has been a good influence. We have been recipients of pints of honey from time to time from his hive. He helps us with little things around the house. One night, late, Wauneta fell and couldn't get back up. Doug tried and couldn't manage either. We gave up and called Dustin. He and his friend came immediately and got Wauneta up. This was such a relief – a great kindness. Dustin has always been very nice to us. He lets our visitors park in his extra parking space in the back of the two houses. This is very helpful to us and our guests.

We hope you will keep in mind his essentially good nature.

Thank you.

Dr. Douglas S. and Mrs. Wauneta P. Kerr