**Diane Benscoter**
Founder and CEO
Antidote

Diane@antidote.ngo                                                                         200 E Southern Ave
503-449-2162                                                                       Apache Junction, AZ 85119
_____

Dear Honorable Judge Reggie Walton

I write this letter in support of Dustin Thompson. I have worked with him as an expert in Psychological Manipulation (also termed brainwashing), I was called in to work with him while he was incarcerated for having participated in the January 6 attack.

It is my assessment that multiple stressors in Dustin's life made him vulnerable to falling prey to a toxic process of psychological manipulation online that culminated in his attending the January 6 rally. It is also my assessment that his intention that day was to be a part of a social scene that would be "fun," not as an angry, destructive force. I believe his regret for his actions on January 6th is authentic, as is his desire to be "a better man."

I have been impressed with Dustin's willingness to do the hard work of looking at the underlying issues that ultimately led to his arrest.  He has been sincere in his desire to learn how psychological manipulation works and how it impacted him. In fact, he would like to use his story to help others avoid similar paths.

**Qualifications and Experience**

I am an internationally recognized expert on psychological manipulation. I am the founder and CEO for the non-profit organization Antidote.ngo, the only organization taking a public health approach to psychological manipulation. We work at the level of education, public policy, and support to individuals and their loved ones who are directly affected by manipulation.  I come to this field with lived experience, about which I wrote in Shoes of A Servant: My Unconditional Devotional to a Lie. I have been invited to speak, give interviews, and facilitate workshops across the country, in Europe, and Africa. Please see the shortened reference list below.

Featured expert in:

- TED talk  Link here
- NPR  Link here
- HBO Documentary "The Vow"  Link here
- 60 Minutes Plus: QAnon Casualties  Link here
- Michael Cohen Podcast: Mia Culpa  Link here
- CNN Link here
- Rolling Stone  Link here
- *The Persuaders – At The Front Lines of the Fight for Hearts, Minds, and Democracy* by Anand Giridharada Link here
- Convergence Center for Policy Resolution Link here
- Disinformation and the Erosion of Democracy conference hosted by the University of Chicago Institute of Politics and The Atlantic  Link here

**Process**

The general process I use when working one-on-one with someone who is in a cult or other cultlike environments is as follows.

1. Build trust

   The first step is to clarify the goals of our work together.  I explain that my goal is to examine the possibility that psychological manipulation (also referred to as brainwashing) may be at play in their life.  I make it clear that this will be the central point of our discussion.  I am not there to try to change their belief system.

   During this stage I work to understand the situation to assess whether, indeed, they have fallen prey and to understand what made them vulnerable to being taken advantage of.

2. Define Psychological manipulation (PM)

   During this phase I define psychological manipulation and use the defining criteria to review their current situation to see whether they apply. We answer the question together: have I been psychologically manipulated? If the answer is yes, we proceed to the next phase.

3. Look for the intersection of their psychological vulnerability with manipulative tactics

   We discuss their personal process in depth of becoming involved in the group/controlling environment and their experience of being part of it.  I work at understanding the psychological pain that was relieved through being part of this group.  What are they getting out of it?

4. Look at the way forward

   The breakthrough moment when someone understands how Psychological Manipulation works, and how their psychological needs were taken advantage of by a controlling environment is often also a moment they experience some form of an identity crisis.  This needs to be acknowledged and support needs to be put in place to help them restructure their life.  This can be a painful but empowering process as they reclaim their agency and autonomy, which had been taken from them in exchange for being part of the group.

**My work with Dustin Thompson**

My first conversation with Dustin Thompson was on August 29, 2022. We have spoken on a weekly basis, as arrangements could be made with the jail.  As of this letter we have spoken nine times.  I have also had several conversations with Dustin's wife.

The trust building stage happened quickly with Dustin.  It was my assessment that he was sincere in his willingness to consider the possibility that he had been involved in an online cultlike environment. This is often a stage where I experience extreme resistance from my clients.

As we began to explore Dustin's life through the lens of psychological manipulation, he quickly realized that many of the criteria for a psychologically controlling environment were present in the online environment he was part of.  The "us vs them" polarization that occurred in the community, to the point of experiencing anything outside their own beliefs as being part of a conspiracy, stood out to him.

The online community Dustin first became involved with believed that 9/11 was a government conspiracy and that the earth was flat.  He described reading about these things as a hobby at first.  After being laid off from work during the pandemic Dustin became more isolated and began to spend more and more time online.  He began drinking more heavily and dove deeper into online conspiracy theory environments, including the narrative that the election was stolen from Donald Trump.  This escalating involvement with conspiracy theories was corroborated in my discussions with his wife.  She saw Dustin changing after he was laid off and watched him becoming more devoted to a conspiracy theory-based belief system.

Dustin reports that he went to the rally on January 6 for comradery.  Going to the rally was, from Dustin's perspective, like "going to a party with like-minded people."  He reports that he felt excited and looked forward to having "fun with [his] tribe."  He was going to socialize, without any weapons or intent to hurt anybody. He now realizes how naïve that outlook was, and that organizers of the rally intentionally built the momentum that put lives and democracy itself in danger.  While he understands the power which mob mentality had on many people who were there that day, he does not use that as an excuse.  Dustin takes full responsibility for his actions on January 6th and feels a great deal of shame and regret.  He understands how serious this was. Often clients struggle with accepting personal responsibility and persist in deflecting responsibility to the leaders or the group with which they were involved.

Dustin now understands more about what happened to him on a psychological level.  There is more to uncover, but he sees where his biggest vulnerabilities were.  The appeal of this rally and the community he had been sucked into satisfied his need to feel empowered and to make sense of his world.  Also, he had been feeling disenfranchised – this fed his need to feel part of a social group.

**Goals and plan**

We have discussed how Dustin plans to move forward in his life when he is done serving his time. His marriage is the most important thing to him.  He and Sarah are both trying to see the silver lining in this experience.  In jail Dustin has actively used groups to discuss his future. He reads management and other books with the goal of rising to a higher position at work.

Plan:

1. Apply to a job at the foundry where several family members work.
2. Ongoing therapy and/or life coach.
3. Ongoing education about psychological manipulation with me.
4. Tell his story to help others who have fallen prey to psychological manipulation.

Dustin feels grateful to our process. He will continue this work so that he is less likely to turn to drugs, alcohol, or conspiracy theories to feel better about himself, and instead face his challenges as they arise in his life.  His goal is to be a "better man." He is motivated to work, stop using substances, find healthy social outlets, and help others who have fallen into the toxic trap of psychological manipulation.

Please feel free to contact me with any questions you might have.


Sincerely,

*Diane Benscoter*
Diane Benscoter

Date
11/13/2022