Morgan Bommer-Guinn



Judge B. Walton
333 Constitutional Ave. N.W.
Washington DC, 20001


To the Honorable Judge Walton,


I have known Dustin Thompson since approximately 2013. When I first met Dustin, it was when his girlfriend's (now wife) apartment had a significant fire and Dustin helped provide aid to those in need. While I didn't know Dustin before that night, helping the neighbors safely vacate, taking care of their pets, and running a neighborhood fundraiser to help people rebuild was the foundation of our relationship. Dustin has remained a strong friend in my life throughout these years. We loved engaging in politics talk on the national, state and community levels and while we didn't always agree on specifics, he genuinely cared about the way politics affects individual people and communities.

In 2016, the election of Donald Trump was upsetting to many in Dustin's friend group, including me, my partner, and Sarah Thompson. Dustin, at that time, was not incredibly interested in then-President Trump, nor supportive of his policies. He supported our passion to stand up for the rights of the underserved, under-privileged, and the marginalized, who were frequently the target of former President Trump's policies and we talked about different protests, fundraisers, and political happenings within our community.

In 2018, I noticed that Dustin's interests had changed and the rhetoric he was paying attention to was conspiratorially based: I tried to divert him as much as possible to topics that were based in a shared reality. We did not understand this at the time, but Dustin had gotten into the conspiracy commonly referred to as Q-Anon. While I was aware of Q, I did not understand that the subjects that Dustin was so focused on were related, as they were at the outer-edge of the Q-Anon theory; the start of how people get pulled in, go deeper, and are eventually lost in a difficult to understand maze. I, like many of Dustin's friends and family members, have since learned how this ideology starts to form and works to better understand and ultimately help him extract himself from the conspiracy.

I truly think the pandemic played the largest role in Dustin's thoughts becoming further manipulated. Many of his friends and family members went into lockdown, limited their social interactions to an incredible degree, and the only friends he was having significant interaction with were the friends who were also in the Q-Anon 'movement'. The final manipulation of reality set in at this time and the rest of us were unable to notice that Dustin had gone so deeply into this conspiracy, leading to his actions on January 6th, 2021.

Having worked with felony offenders for nearly a decade in the court systems, I understand that there are many reasons to incarcerate someone even if they are a good person. With Dustin, I have thought many times about where he is best served and how he can pull himself out of this haze of disinformation. Dustin is in no way a violent person and the community does not need protection from him. Prison also serves as rehabilitation for those that cannot or will not get services in the community, but prison does not have the necessary resources for Dustin's complex needs or to extract himself from this ideology, it only puts him in closer proximity to those who share similar or worse conspiratorial thoughts. Dustin needs to reintegrate himself to his community so that he can continue to understand why his thoughts were inaccurate and his and ultimate actions on January 6th were harmful. He has a network of people surrounding him that do not agree at all with the way he thought throughout this time leading to his actions that day. In contrast to prison, this group also understands that his complex needs, is supportive yet demands accountability, and is willing to walk alongside him in his recovery.

Dustin and his wife have taken steps to ensure that he is starting to get the help he needs, and he is engaging with services to help understand how he strayed so far from reality. His wife has done countless hours of research on how one can extract someone from a cult like Q-Anon, spoken with professionals, and talked with his friend group about what we can do to support him and *also* hold him accountable when he returns to our community. Ultimately, many of these same people have written these letters asking for leniency in Dustin's sentencing. To me, it is striking that those who stood against the actions of Donald Trump for so long and those who stood for defending democracy are the same people who speak up for Dustin now; I hope it speaks volumes to his character that he is worth defending. Please show mercy to Dustin in his sentencing and I ask you to trust that those who stand behind him today are willing to put in the time and effort to help him.

Thank you,

Morgan Bommer-Guinn