To the Honorable Judge Reggie Walton,

I want to begin by apologizing to the Capitol Police, everyone that was inside the Capitol on January 6, and everyone in the United States. I also want to apologize to the Court for not being truthful and candid during my testimony. I love America and I am ashamed of my actions. There is no excuse or justification for my participation in the insurrection that threatened our government and I take full responsibility for my conduct.

It's hard to think of where to start, I feel January 2020 is a fair point. The year 2020 started amazingly, and I was married to the love of my life, my lovely wife Sarah on the 1st day of the new decade. We had a 1920's theme New Year's Eve wedding. Unfortunately, it was downhill from there. March 17th, the day before my 36th Birthday I was laid off from my job due to Covid. The company I worked for tried to fight unemployment saying I quit. Thankfully it was later resolved, but for some time I thought I may have to repay the $17,000 I received from ODJFS. This caused a lot of extra stress and anxiety in my household throughout the later part of 2020 and into 2021.

During the lock downs I spent some time as a 'Day Trader,' and I spent a lot of time on Zerohegde.com reading about the stock market. Zerohedge is a funded, pro-Trump, 'doom and gloom' website, so in addition to reading about stocks I was also constantly taking in biased political content and news. I had also developed a serious drinking problem during lockdown. Looking back at that time, I realize that I was depressed and isolated and needed help.

I went to the Stop the Steal event to be with like-minded people. I was a follower that day. Instead of making the poor choice to walk to the Capitol with the crowd then enter the Capitol Building I should have gone home. I am horrified by what I saw that day, the fact that I contributed in anyway mortifies me. I felt very disconnected from reality while I was there and wish more than anything that I'd had gone home after hearing the president speak. I will not blame Trump, Covid or being under the influence of alcohol for my actions that day. Nor will I blame poor legal advice for me going to trial. I have only myself to blame for my poor decisions.

As a History and Psychology major, I can now officially say January 6th was a historic day for all the wrong reasons. I am deeply troubled by my actions that day and the ramifications they can have in future political conflicts. Looking through the lens of psychology, in retrospect, I can see how psychological manipulation was at play. My counseling with Diane has helped me see this. It was a bad time in my life, and I was seeking something, not knowing what it necessarily was. I fell down the "rabbit hole" and quickly became obsessed with the messaging

Judge Reggie
November 14, 2022
Page 2

of QAnon and how Trump was going to save America. Being part of that online environment, where I spent more and more time, began to feel like the only source of the truth, and the people who agreed with the messaging there began to feel like my tribe, my people, the only people who would listen to me.  Trump, and the people who were like-minded, began to feel like the only hope for America to survive.  Obviously, this was very wrong.

     Words cannot express how sorry I am and how much I regret my actions that day. I've disgraced myself and my country by participating in this event that undermined democracy. I would like to apologize to everyone I hurt and embarrassed, my wife, my family, my friends, and my fellow Americans. Going to trial was a mistake, I should have stood up sooner, admitted guilt, took responsibility for my actions, and accepted the consequences. Judge Walton, I am truly sorry for not being truthful and candid during my testimony, wasting your time and taxpayer's dollars on this trial. The truth was I went to trial because I was scared of going to jail, but two wrongs don't make a right. Like you said, I made my bed and now I get to lay in it.

     I've been trying to use this time away from my family as time to change, and to reflect and work on myself. I want to go home as quickly as possible, but I also want to be a better man when I do. I've gained a lot of perspective on what's really important in life and have gained much more appreciation for the things I'm missing out on. Upon my release I will continue therapy and psychiatric treatment. I will start working again as quickly as possible and will likely either continue furniture repair or will start a career within the steel industry. I have also been meeting regularly with Diane Benscoter who is the founder of a non-profit organization known as Antidote. This organization's mission is to help provide solutions to the problem of psychological manipulation. Diane has been helping me understand how I became susceptible to misinformation online, how to avoid it in the future, and how to work towards recovering. I very much hope to be able to get myself to a mental state where I can use my story to help others who may be in similar situations to mine.  I hope to make a positive contribution to society and if my mistakes can help others avoid rabbit holes like the one I fell down, I would like that opportunity.

     I promise I will never make a choices like this again, and it's the God's honest truth that I will do my absolute best to be an outstanding citizen for the rest of my life. I want to put this all behind me, rebuild my life and start a family with my wife. I also want to help others avoid the choices that I made. Please take all of this into consideration for sentencing. I know that I can prove myself a better man going forward.

Judge Reggie
November 14, 2022
Page 3


Sincerely,


Dustin Thompson