*Terry and Cathy Ulmer*

[redacted]

August 14, 2022

Honorable Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE:  Dustin Thompson

Dear Judge Walton,

Our names are Terry and Cathy Ulmer and we are writing in support of our nephew, Dustin Thompson.

We have known Dustin for about 10 years when he began dating our niece, Sarah, and joining us for family get-togethers. He fit right in and participated in our card games as well as croquet matches. We were in attendance when he officially joined our family and married Sarah on New Year's Eve in a beautiful, intimate wedding.

Dustin is a homeowner with household projects he and Sarah are working on to improve their investment. Dustin is also an attentive pet owner and has been since we've known him. He often brings his dog to family outings and demonstrates his caring ways. It makes us believe he would be a wonderful father one day.

When we heard Dustin had been arrested we were surprised. Although politics was often discussed at our family gatherings, Dustin never exhibited any signs of extreme political views. It is our true belief that he got swept up in a group movement that he would not have acted on alone. We feel he realizes the seriousness and ramifications of his actions and can be guided in other ways to express his opinions in the future. We are a fairly small, close family and will support him when he returns.

Sincerely,

Terry and Cathy Ulmer
Business Partner and Teacher