UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>DUSTIN BYRON THOMPSON, )<br>)<br>Defendant. )<br>) | Criminal Action No. 21-161-1 (RBW) |

## ORDER

Upon consideration of the Government's Motion for Leave to File Response to Defendant's Sentencing Memorandum, ECF No. 148, it is hereby

**ORDERED** that the Government's Motion for Leave to File Response to Defendant's Sentencing Memorandum, ECF No. 148, is **GRANTED**. It is further

**ORDERED** that the Government's Response to Defendant's Sentencing Memorandum, ECF No. 148-2, is **ACCEPTED AS FILED**, and the Clerk of the Court shall file it as a separate entry on the docket.

**SO ORDERED** this 17th day of November, 2022.

_/s/ Reggie B. Walton_
REGGIE B. WALTON
United States District Court Judge