**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** :
:
**v.** : **Case No: 1:21-CR-161-RBW-1**
:
**DUSTIN BYRON THOMPSON** :
:
**Defendant.** :

**SECOND SUPPLEMENT TO DEFENDANT'S POSITION WITH RESPECT TO SENTENCING**

Comes Now the defendant, Dustin Byron Thompson, by and through undersigned counsel, and respectfully submits this Second Supplement to his Position with Respect to Sentencing.

Counsel indicated in Mr. Thompson's Position with Respect to Sentencing that he expected to be interviewed by the U.S. House Select Committee to Investigate the January 6th Attack on the U.S. Capitol. On November 16, 2022, that interview occurred via WebEx. Counsel was present with Mr. Thompson in the Alexandria Detention Center while he was interviewed by the Committee for approximately two and a half hours. While this interview was not conducted under oath, Mr. Thompson affirmed that he understood that it is a crime to lie to congress. Mr. Thompson understands that the Select Committee is not associated with the Department of Justice or this case.

During the interview Mr. Thompson explained how he gradually became more involved in Qanon and other conspiracy theories related to the 2020 election. He described his preparation and travel to the D.C. area for the January 6 rally. He truthfully recounted his conduct on the Capitol grounds and inside the Capitol Building. In closing he described his counseling with Diane Benscoter.



Filed: November 17, 2022.

Respectfully submitted,

Dustin Byron Thompson

By: /s/ *Andrew M. Stewart* .

ANDREW M. STEWART, ESQ.
D.C. Bar No. 490984
Attorney for the Defendant
2111 Wilson Boulevard, 8th Floor
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2022, I electronically filed the foregoing motion with the clerk of the court using the CM/ECF system, which will send an electronic copy to the following:

William Dreher
Assistant United States Attorney
U.S. Attorney's Office, Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101

Jennifer M. Rozzoni
Assistant United States Attorney
U.S. Attorney's Office, District of New Mexico
201 3rd Street NW - Suite 900
P.O. Box 607
Albuquerque, NM 87102

By: /s/ *Andrew M. Stewart* .
ANDREW M. STEWART, ESQ.
D.C. Bar No. 490984
Attorney for the Defendant
2111 Wilson Boulevard, 8th Floor
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com