# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No: 1:21-CR-161-RBW-1** |
| : | |
| **DUSTIN BYRON THOMPSON** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEAL

The defendant, Dustin Byron Thompson, by and through undersigned counsel, hereby notes his appeal of the judgment of this Court entered in the above referenced matter on November 21, 2022, to the United States Court of Appeals for the D.C. Circuit. Mr. Thompson was remanded to the custody of the U.S. Marshall on April 14, 2022, following a guilty verdict and has been housed at the Alexandria Detention Center since.  As a result, Mr. Thompson is indigent and unable to retain counsel for his appeal.  Undersigned counsel is available for appointment.

Filed: December 2, 2022                                    Respectfully submitted,

Dustin Byron Thompson


By: /s/ *Andrew M. Stewart*      .
ANDREW M. STEWART, ESQ.
D.C. Bar No. 490984
Attorney for the Defendant
2007 15th Street North, Suite 201
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2022, I electronically filed the foregoing motion with the clerk of the court using the CM/ECF system, which will send an electronic copy to the following:

William Dreher
Assistant United States Attorney
U.S. Attorney's Office, Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101

Jennifer M. Rozzoni
Assistant United States Attorney
U.S. Attorney's Office, District of New Mexico
201 3rd Street NW - Suite 900
P.O. Box 607
Albuquerque, NM 87102

By: /s/ *Andrew M. Stewart*           .
ANDREW M. STEWART, ESQ.
D.C. Bar No. 490984
Attorney for the Defendant
2007 15th Street North, Suite 201
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com