UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-161-1 (RBW) |
| DUSTIN BYRON THOMPSON, | ) |
| Defendant. | ) |

**FILED**
FEB 1 6 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER

Upon consideration of the defendant's Motion for Leave to Proceed on Appeal in Forma Pauperis, ECF No. 161, it is hereby

**ORDERED** that the defendant's Motion for Leave to Proceed on Appeal in Forma Pauperis, ECF No. 161, is **GRANTED**.

**SO ORDERED** this 16th day of February, 2023.

REGGIE B. WALTON
United States District Court Judge