UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-161-1 (RBW) |
| DUSTIN BYRON THOMPSON, | ) |
| Defendant. | ) |

### ORDER

In light of the government's Notice of Dismissal, ECF No. 180, it is hereby

**ORDERED** that, pursuant to Federal Rule of Criminal Procedure 48(a), Count One of the Superseding Indictment, ECF No. 56, is **DISMISSED** as to the defendant, Dustin Byron Thompson.

**SO ORDERED** this 26th day of November, 2024.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Court Judge